IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT § § § § <br> v. § § § <br> CISCO SYSTEMS, INC. § | CIVIL ACTION NO. 6:21-cv-128[ADA] |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CISCO SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND

Defendant Cisco Systems, Inc. moves for a 45-day extension to answer or otherwise respond to Plaintiff WSOU Investments, LLC d/b/a/ Brazos Licensing And Development's Complaint for Patent Infringement (the "Complaint") filed on February 5, 2021.

Defendant's deadline to answer or otherwise respond to the Complaint is currently due on March 4, 2021. With a 45-day extension, Defendant's answer or other response would be due on April 19, 2021. This motion is not brought for the purpose of delay. Rather, this extension is necessary for Defendant to fully prepare its response.

Counsel for Defendant has conferred with counsel for Plaintiff. This motion is unopposed. Accordingly, Defendant Cisco Systems, Inc. requests the Court grant the foregoing motion and enter an Order extending its deadline to answer or otherwise respond to the Complaint to April 19, 2021.

Dated: February 18, 2021

Respectfully submitted,

By */s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311

{A07/99999/0007/W1710483.1 }

Fax: 903-593-0846  
mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT  
CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 18, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

/s/ Michael E. Jones