# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. 6:21-cv-00128-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION WITHDRAWING WSOU'S INDIRECT INFRINGEMENT CLAIMS AND DISMISSING THOSE CLAIMS WITHOUT PREJUDICE

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant Cisco Systems, Inc. ("Cisco") by their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that WSOU's claims for indirect infringement are dismissed without prejudice to those claims being refiled after WSOU is permitted to take discovery on its claims for indirect infringement, and on a date following such discovery, no later than the Court shall set as the deadline to amend pleadings.  This stipulation is without prejudice to Cisco filing a motion to dismiss WSOU's indirect infringement claims in the event that WSOU amends its complaint to reallege indirect infringement at a later date.

Dated: April 13, 2021

Respectfully submitted,

| | |
|---|---|
| *Max L. Tribble, Jr. with permission, by* <br> *Michael E. Jones* <br> Max L. Tribble, Jr. <br> Bar No. 2021395 <br> Shawn Blackburn <br> Bar No. 24089989 *(pro hac vice)* <br> Bryce Barcelo | *Michael E. Jones* <br> Michael E. Jones <br> SBN: 10929400 <br> POTTER MINTON <br> 110 North College, Suite 500 <br> Tyler, TX 75702 <br> mikejones@potterminton.com |

Bar No. 24092081 *(pro hac vice)*
mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

Kenneth G. Parker
kparker@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612
Tel: (949)-451-4336

*Counsel for Cisco Systems, Inc.*

**SO ORDERED:**

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE