IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br> v.<br><br>CISCO SYSTEMS, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 6:21-CV-128 |

**CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cisco Systems, Inc. ("Cisco") states that it has no parent corporation, and it is not aware of any publicly held corporation that currently owns 10% or more of Cisco's stock.

| | |
|---|---|
| DATE:  April 19, 2021 | Respectfully submitted,<br><br>*/s/ Brian Rosenthal with permission,*<br>*by Michael E. Jones*<br><br>Michael E. Jones<br>SBN: 10929400<br>**POTTER MINTON**<br>110 North College, Suite 500<br>Tyler, TX 75702<br>mikejones@potterminton.com<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>Brian Rosenthal<br>Katherine Dominguez<br>Allen Kathir<br>Admitted *pro hac vice*<br>brosenthal@gibsondunn.com<br>kdominguez@gibsondunn.com<br>akathir@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 351-4000<br><br>Ryan Iwahashi<br>Admitted *pro hac vice*<br>riwahashi@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 849-5367<br><br>Kenneth G. Parker<br>kparker@gibsondunn.com<br>**GIBSON, DUNN AND CRUTCHER LLP**<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Tel: (949) 451-4336<br><br>*Attorneys for Defendant Cisco Systems, Inc.* |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 19, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

                                                  */s/ Michael E. Jones*