UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. 6:21-CV-00128-ADA<br><br>JURY TRIAL DEMANDED |

**CASE READINESS STATUS REPORT**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Cisco Systems, Inc. ("Cisco"), hereby provide the following status report in advance of the initial Case Management Conference ("CMC").

**FILING AND EXTENSIONS**

Brazos's Complaint was filed on February 5, 2021. There has been one extension for a total of 45 days (to April 19, 2021).

**RESPONSE TO THE COMPLAINT**

Cisco filed its Answer to the Complaint on April 19, 2021. No counterclaims were filed.

**PENDING MOTIONS**

No motions are pending before the Court.

**RELATED CASES IN THIS JUDICIAL DISTRICT**

There are no related cases in this Judicial District.

**IPR, CBM, AND OTHER PGR FILINGS**

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Brazos has asserted five patents.  Brazos has not yet served its preliminary infringement contentions, but currently anticipates asserting the number of claims identified in the table below for each patent:

| Patents | # of Anticipated Asserted Claims |
| --- | --- |
| U.S. Patent No. 8,989,216 | 16 |
| U.S. Patent No. 7,443,859 | 26 |
| U.S. Patent No. 8,191,106 | 18 |
| U.S. Patent No. 8,665,733 | 17 |
| U.S. Patent No. 9,357,014 | 19 |

## APPOINTMENT OF TECHNICAL ADVISER

Cisco requests that a technical adviser be appointed to the case.  Brazos does not oppose this request.

## MEET AND CONFER STATUS

Brazos and Cisco met and conferred on April 23, 2021.  Cisco intends to file a Motion to Transfer the case to Austin, Texas, which Brazos opposes.  The parties have no pre-*Markman* issues to raise at the CMC.

Dated:  April 26, 2021

Respectfully Submitted,

 */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081*(pro hac vice)*
sblackburn@susmangodfrey.com

 */s/ Brian Rosenthal with permission*
Michael E. Jones
SBN: 10929400
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
Telephone: (903) 597-8311

mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

Kenneth G. Parker
kparker@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612
Tel: (949)-451-4336

*Counsel for Cisco Systems, Inc.*