# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 6:21-CV-00128-ADA<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF THE FILING OF A PETITION FOR INTER PARTES REVIEW

Pursuant to the Court's Order Governing Proceedings – Patent Case ("Order Governing Proceedings, Version 3.3"), namely General Issue No. 4, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Defendant Cisco Systems, Inc. filed a petition requesting inter partes review of the patent-in-suit, U.S. Patent No. 9,357,014, on May 21, 2021.  *See* IPR2021-00961, attached as Exhibit A.  The PTAB has not yet issued a Notice of Filing Date Accorded. The following represents the expected schedule of the IPR proceeding if such a notice were issued today.

| | |
|---|---|
| June 4, 2021 | PTAB issues a Notice of Filing Date Accorded |
| December 4, 2021 | PTAB decision on institution expected |
| December 4, 2022 | If PTAB trial instituted, then PTAB final written decision expected |

Dated: June 4, 2021                                        Respectfully submitted,

                                                                      By:    */s/ Max L. Tribble, Jr.*

Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 (*pro hac vice*)
Bryce Barcelo
Bar No. 24092081 (*pro hac vice*)
mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St., Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 (*pro hac vice*)
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 (*pro hac vice*)
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for Plaintiff WSOU Investments, LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was served electronically on all known counsel of record via the Court's Electronic Filing System on June 4, 2021.

                                                      */s/ Max. L. Tribble, Jr.*