UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 6:21-CV-00128-ADA<br><br>JURY TRIAL DEMANDED |

## STIPULATED DISMISSAL OF '733 PATENT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Cisco Systems, Inc. hereby jointly stipulate, under Rule 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of Plaintiff's infringement claims relating to U.S. Patent No. 8,665,733 ("'733 Patent"), in particular Count 4 (Infringement of the '733 Patent) in Plaintiff's Complaint (ECF No. 1).

Each side will bear its own fees and costs as to the dismissed claim relating to the '733 Patent.

Dated: August 18, 2021

Respectfully Submitted,

| | |
|---|---|
| */s/ Max L. Tribble, Jr.*<br>Max L. Tribble, Jr.<br>Bar No. 2021395<br>Shawn Blackburn<br>Bar No. 24089989 *(pro hac vice)*<br>Bryce Barcelo<br>Bar No. 24092081*(pro hac vice)*<br>sblackburn@susmangodfrey.com | */s/ Brian Rosenthal*<br>Michael E. Jones<br>SBN: 10929400<br>POTTER MINTON<br>110 North College, Suite 500<br>Tyler, TX 75702<br>mikejones@potterminton.com<br>Telephone: (903) 597-8311 |

mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

Kenneth G. Parker
kparker@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612
Tel: (949)-451-4336

*Counsel for Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was duly served electronically on all known counsel of record through the Court's Electronic Filing System on August 18, 2021.

By: */s/ Danielle Nicholson*
Danielle Nicholson