# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>       Plaintiff,<br><br>v.<br><br>**CISCO SYSTEMS, INC.,**<br><br>       Defendant. | Case No. 6:21-CV-00128-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Cisco Systems, Inc. jointly submit this motion for entry of the proposed Protective Order attached hereto.

Dated:  September 23, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ *Max L. Tribble, Jr.* | /s/ *Brian Rosenthal with permission* |
| Max L. Tribble, Jr. | Michael E. Jones |
| Bar No. 2021395 | SBN: 10929400 |
| Shawn Blackburn | POTTER MINTON |
| Bar No. 24089989 *(pro hac vice)* | 110 North College, Suite 500 |
| Bryce Barcelo | Tyler, TX 75702 |
| Bar No. 24092081 *(pro hac vice)* | mikejones@potterminton.com |
| sblackburn@susmangodfrey.com | Telephone: (903) 597-8311 |
| mtribble@susmangodfrey.com | Facsimile: (903) 593-0846 |
| bbarcelo@susmangodfrey.com | |
| **SUSMAN GODFREY LLP** | Brian Rosenthal |
| 1000 Louisiana St, Suite 5100 | Katherine Dominguez |
| Houston, TX 77002-5096 | Allen Kathir |
| Tel: (713) 651-9366 | Admitted *pro hac vice* |
| | brosenthal@gibsondunn.com |
| Kalpana Srinivasan | kdominguez@gibsondunn.com |
| Bar No. 237460 *(pro hac vice)* | akathir@gibsondunn.com |
| ksrinivasan@susmangodfrey.com | **GIBSON, DUNN & CRUTCHER LLP** |

| | |
|---|---|
| **SUSMAN GODFREY LLP**<br>1900 Avenue Of The Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Tel: (310) 789-3100 | 200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 351-4000 |

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

Kenneth G. Parker
kparker@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612
Tel: (949)-451-4336

*Counsel for Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed on September 23, 2021 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                        /s/  *Danielle M. Nicholson*
                                        Danielle M. Nicholson