IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>       Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>       Defendant. | Case No. 6:21-CV-00128-ADA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF DEFENDANT'S OPENING CLAIM CONSTRUCTION BRIEF REGARDING U.S. PATENT NO.S 7,443,859; 8,191,106; 8,989,216; AND 9,357,014**

I, Brian A. Rosenthal, declare as follows:

1.      I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendant Cisco Systems, Inc. in the above-captioned action.  I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of WSOU's Preliminary Infringement Contentions, served on June 23, 2021, bearing bates number CISCO-WSOU-CC-00000001.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the 3rd Generation Partnership ("3GPP") Technical Specification 23.060 v. 4.2.0, General Packet Radio Service (GPRS); Service description; Stage 2 (Release 4), dated in 2001, bearing bates number CISCO-WSOU-CC-00000002.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the 3rd Generation Partnership ("3GPP") Technical Specification 24.008 v. 4.4.0, General Packet Radio Service (GPRS); GPRS Tunnelling Protocol (GTP) across the Gn and Gp Interface (Release 4), dated in 2001, bearing bates number CISCO-WSOU-CC-00000004.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the 3rd Generation Partnership ("3GPP") Technical Specification 29.060 v. 4.2.0, Mobile radio interface layer 3 specification; Core Network Protocols - Stage 3 (Release 4), dated in 2001.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the file history of U.S. Patent No. 7,443,859.  This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on February 10, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of RFC 1918 "Address Allocations for Private Internets," published February 1996, bearing bates number CISCO-WSOU-CC-00000006 and produced on September 22, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of RFC 3022 "Traditional IP Network Address Translator (Traditional NAT)," published January 2001, bearing bates number CISCO-WSOU-CC-00000003 and produced on September 22, 2021.

9. Attached hereto as **Exhibit 8** is a true and correct copy of WSOU's Identification of Claim Terms for Construction, served on September 1, 2021.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Cisco Networking Academy "Lab – Researching Converged Network Services (Instructor Version)," bearing bates number WSOU-CISCO001853 and produced on September 22, 2021.

11. Attached hereto as **Exhibit 10** is a true and correct copy of RFC 3588 "Diameter Base Protocol," published September 2003, bearing bates number CISCO-WSOU-CC-00000011 and produced on September 22, 2021.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the July 15, 2014 applicant's argument, from the file history of U.S. Patent No. 8,989,216. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on February 10, 2021.

13. Attached hereto as **Exhibit 12** is a true and correct copy of U.S. Patent No. 7,304,563, retrieved from Google Patents (https://patents.google.com/) on October 5, 2021.

14. Attached hereto as **Exhibit 13** is a true and correct copy of U.S. Patent No. 7,872,973, retrieved from Google Patents (https://patents.google.com/) on October 5, 2021.

15. Attached hereto as **Exhibit 14** is a true and correct copy of email correspondence

from WSOU to Cisco dated September 29, 2021.

16. Attached hereto as **Exhibit 15** is a true and correct of "Guide to OSI and TCP/IP Models," authored by Mohammed M. Alani, bearing bates number WSOU-CC-00000010 and produced on September 22, 2021.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Amazon Web Services ("AWS") Lambda website, bearing bates number WSOU-CISCO003161-3169 and produced on September 22, 2021.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2021

           */s/ Brian A. Rosenthal*
           Brian A. Rosenthal