# EXHIBIT 5

Please type a plus sign (+) inside this box → [+]

PTO/SB/05 (03-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

J1131 U.S. PTO
12/18/01

10/017398 U.S./PTO
10/017398
12/18/01

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 C.F.R. 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | 005288 00014 |
| First Inventor | Senthil Sengodan |
| Title | METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY |
| Express Mail Label No. | |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents*

**ADDRESS TO:** Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☒ Specification    [Total Pages 31 ]
   *(preferred arrangement set forth below)*
   - Descriptive title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table,
     or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. ☒ Drawing(s) (35 U.S.C.113)    [Total Sheets 6 ]
5. Oath or Declaration    [Total Pages 2 ]
   a. ☒ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63 (d))
      *(for a continuation/divisional with Box 18 completed)*
      i ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         named in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b)
6. ☒ Application Data Sheet. See 37 CFR 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or
   Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission
   *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATIONS PARTS

9 ☒ Assignment Papers (cover sheet & document(s))
10. ☐ 37 C.F.R.§3.73(b) Statement    ☐ Power of
    *(when there is an assignee)*        Attorney
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure    ☐ Copies of IDS
    Statement (IDS)/PTO-1449        Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☐ Nonpublication Request under 35 U.S.C. 122
    (b)(2)(B)(i). Applicant must attach form PTO/SB/35
    or its equivalent.
17. ☐ Other: _____

18. If a **CONTINUING APPLICATION,** check appropriate box, and supply the requisite information below and in a preliminary amendment,
or in an Application Data Sheet under 37 CFR 1.76:
   ☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)    of prior application No: _____ / _____
   *Prior application information:*    Examiner _____    Group / Art Unit _____

For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied
under Box 5b, is considered a part of the disclosure of the accompanying or divisional application and is hereby incorporated by reference.
The incorporation <u>can only</u> be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 17. CORRESPONDENCE ADDRESS

22907

☒ Customer Number or Bar Code Label    or ☐    Correspondence address below
*(Insert Customer No. or Attach bar code label here)*

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Fax |

| | | | |
|---|---|---|---|
| Name (Print/Type) | Joseph P. Curtin | Registration No. (Attorney/Agent) | 34,571 |
| Signature | | Date | 12/18/01 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any
comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark
Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for
Patents, Box Patent Application, Washington, DC 20231.

12/18/01 U.S. PTO
J131

Approved for use through 10/31/2002. OMB 0651-0032
U.S Patent and Trademark Office  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2002

*Patent fees are subject to annual revision*

| Complete if Known | |
|---|---|
| Application Number | TO BE ASSIGNED |
| Filing Date | December 18, 2001 |
| First Named Inventor | Senthil Sengodan |
| Examiner Name | TO BE ASSIGNED |
| Group / Art Unit | TO BE ASSIGNED |

| TOTAL AMOUNT OF PAYMENT | ($) | 1440 |
|---|---|---|
| Attorney Docket No. | | 005288.00014 |

## METHOD OF PAYMENT (check one)

1. ☒ The Commissioner is hereby authorized to charge indicated fees and credit any over payments to

Deposit Account Number: 19-0733

Deposit Account Name: BANNER & WITCOFF, LTD

☒ Charge Any Additional Fee Required Under 37 CFR 1 16 and 1 17

☐ Applicant claims small entity status See 37 CFR 1 27

2. ☐ Payment Enclosed:

☐ Check   ☐ Credit card   ☐ Money Order   ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 740 | 201 | 370 | Utility filing fee | 740 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

SUBTOTAL (1) ($) 740

### 2. EXTRA CLAIM FEES

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims | 38 -20 ** | 18 X 18 = | 324 |
| Independent Claims | 7 -3 ** | 4 X 84 = | 336 |
| Multiple Dependent | | X = | 0 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid |
| 109 | 84 | 209 | 42 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($) 660

** or number previously paid, if greater, For Reissues, see above

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Fee Code | Large Entity Fee ($) | Fee Code | Small Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet. | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 920 | 217 | 460 | Extension for reply within third month | |
| 118 | 1,440 | 218 | 720 | Extension for reply within fourth month | |
| 128 | 1,960 | 228 | 980 | Extension for reply within fifth month | |
| 119 | 320 | 219 | 160 | Notice of Appeal | |
| 120 | 320 | 220 | 160 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 140 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive – unavoidable | |
| 141 | 1,280 | 241 | 640 | Petition to revive – unintentional | |
| 142 | 1,280 | 242 | 640 | Utility issue fee (or reissue) | |
| 143 | 460 | 243 | 230 | Design issue fee | |
| 144 | 620 | 244 | 310 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1 17 (q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | 40 |
| 146 | 740 | 246 | 370 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 740 | 249 | 370 | For each additional invention to be examined (37 CFR § 1 129(b)) | |
| 179 | 740 | 279 | 370 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____

*Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($) 40

## SUBMITTED BY

Complete (if applicable)

| Name (Print/Type) | Joseph P Curtin | Registration No  Attorney/Agent) | 34,571 | Telephone | (202) 508-9100 |
|---|---|---|---|---|---|
| Signature | | | | Date | 12/18/01 |

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement This form is estimated to take 0 2 hours to complete Time will vary depending upon the needs of the individual case Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# **Application Data Sheet**

## **Application Information**

Application number::

Filing Date::

Application Type::                              Regular

Subject Matter::                               Utility

Suggested classification::

Suggested Group Art Unit::

CD-ROM or CD-R?::                              None

Number of CD disks::

Number of copies of CDs::

Sequence submission?::

Computer Readable Form (CRF)?::

Number of copies of CRF::

Title::                                        METHOD AND APPARATUS FOR ADDRESS
                                               ALLOCATION IN GPRS NETWORKS THAT
                                               FACILITATES END-TO-END SECURITY

Attorney Docket Number::                       005288.00014

Request for Early Publication?::               NO

Request for Non-Publication?::                 NO

Suggested Drawing Figure::

Total Drawing Sheets::                         6

Small Entity?::                                NO

Latin name::

Variety denomination name::

Petition included?::                           NO

Petition Type::

Licensed US Govt. Agency::

Contract or Grant Numbers::

Secrecy Order in Parent Appl.?::               NO

## Applicant  Information

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | India |
| Status:: | Full Capacity |
| Given Name:: | Senthil |
| Middle Name:: | |
| Family Name:: | Sengodan |
| Name Suffix:: | |
| City of Residence:: | Burlington |
| State or Province of Residence:: | MA |
| Country of Residence:: | U.S.A. |
| Street of mailing address:: | 26 Beacon Street #38C |
| City of mailing address:: | Burlington |
| State or Province of mailing address:: | MA |
| Country of mailing address:: | U.S.A. |
| Postal or Zip Code of mailing address:: | 01803 |

| | |
|---|---|
| Applicant Authority Type:: | Inventor |
| Primary Citizenship Country:: | |
| Status:: | Full Capacity |
| Given Name:: | |
| Middle Name:: | |
| Family Name:: | |
| Name Suffix:: | |
| City of Residence:: | |
| State or Province of Residence:: | |
| Country of Residence:: | |
| Street of mailing address:: | |
| City of mailing address:: | |
| State or Province of mailing address:: | |

Country of mailing address::

Postal or Zip Code of mailing address::

Applicant Authority Type::              Inventor

Primary Citizenship Country::

Status::                                Full Capacity

Given Name::

Middle Name::

Family Name::

Name Suffix::

City of Residence::

State or Province of Residence::

Country of Residence::

Street of mailing address::

City of mailing address::

State or Province of mailing address::

Country of mailing address::

Postal or Zip Code of mailing address::

## Correspondence Information

Correspondence Customer Number::      22907

## Representative Information

Representative Customer Number::      22907

## Domestic Priority Information

| Application:: | Continuity Type:: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
| This Application | | | |
| | | | |

3        Initial 12/18/01

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

## Foreign Priority Information

| Country:: | Application number:: | Filing Date:: | Priority Claimed:: |
|-----------|----------------------|---------------|--------------------|
|           |                      |               |                    |
|           |                      |               |                    |
|           |                      |               |                    |

## Assignee Information

Assignee name::                                    Nokia Corporation

Street of mailing address::                        Keilalahdentie 4

City of mailing address::

State or Province of mailing address::             FIN-02150 ESPOO

Country of mailing address::                       FINLAND

Postal or Zip Code of mailing address::

4        Initial 12/18/01

NC 17391
B&W 5288.00014

## METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY

## BACKGROUND OF THE INVENTION

### Field of the Invention

[01]    The invention relates to General Packet Radio System (GPRS) and GPRS-based networks.  More particularly, the present invention relates to a method and system that assigns a network address to a mobile station in a GPRS network or a GPRS-based network.

### Background of the Invention

[02]    IPv4 is the version of IP (Internet Protocol) that is currently deployed in enterprise networks, as well as the public Internet.  One of the limitations of IPv4 is that it has a limited address space.  Consequently, in order to conserve addresses, enterprises and other administrative domains (ADs) have resorted to using private addresses.  Private addresses are network addresses in which the IP address falls within the ranges of

[10.0.0.0 - 10.255.255.255],

[172.16.0.0 - 172.31.255.255], or

[192.168.0.0 - 192.168.255.255].

[03]    Private addresses that are assigned by an administrative entity within an administrative domain have relevance only within the administrative domain.  Accordingly, such private addresses must not be visible outside the administrative domain.  An advantage of using private addresses is that different administrative

1

NC 17391
B&W 5288.00014

domains may assign the same private IP address to hosts within their respective administrative domains without any concern of conflict. On the other hand, a Network Address Translator (NAT) is used when a host that is assigned a private address within an administrative domain intends to send an IP datagram to a host that is outside the administrative domain of the sending host. A NAT transforms a private IP address (and possibly other selected fields within the datagram) into a public IP address prior to the IP datagram being sent outside the administrative domain associated with the NAT. Similarly, when an IP datagram is sent from a host that is outside the administrative domain associated with the NAT to a host with a private address, then the NAT transforms a public IP address to a private address.

[04]    Figure 1 depicts two administrative domains 101 and 102 that are separated by a NAT 103. Domain 101 is a private administrative domain, while domain 102 is a public administrative domain, such as the Internet. Private domain 101 includes a plurality of IP (Internet Protocol) devices 104, 105 and 106 that each provide functionality that includes host and/or client and/or server functionality in a well-known manner. Public domain 102 also includes a plurality of IP devices, of which only IP device 107 is shown. Each IP device of public domain 102 provides functionality that includes host and/or client and/or server functionality in a well-known manner. It should be understood that both domains 101 and 102 could include any number of IP devices that are not shown in Figure 1. As used herein, the term "IP device" is a network device that provides at least host and/or client and/or server functionality in a well-known manner.

[05]    To illustrate a conventional NAT-based address assignment operation, consider a situation in which IP device 104 within private domain 101 intends to send a

2

NC 17391
B&W 5288.00014

datagram to IP device 107 in public domain 102.  IP device 104 sends the datagram to IP device 107.  NAT 103 intercepts the datagram and translates the address contained in the datagram to a valid address in the public address space.  NAT 103 then forwards the datagram containing the translated address to IP device 107.  When IP device 107 sends a return (or an initial) datagram to IP device 104, NAT 103 receives the datagram containing a "public" address for IP device 104, translates the address to a corresponding private address in private domain 101, and forwards the datagram to IP device 104.

[06]   Use of private addresses within an administrative domain and use of a NAT at the edge of an administrative domain has been widely adopted and deployed within enterprises.  There are, however, two major drawbacks associated with use of a NAT.  The first major drawback is that the NAT-based approach breaks the end-to-end security model by changing the destination address of a datagram and thereby invalidating the authentication header of the datagram.  The second major drawback is that certain types of applications cannot work in the presence of a NAT, unless remedial measures are taken, such as the inclusion of an application gateway (proxy).  For example, when an IP address is embedded into an application protocol data unit (PDU), an ALG (Application Level Gateway) is required so that the embedded IP address is changed because a conventional NAT-based address assignment operation will not change the embedded IP address.

[07]   In order to overcome the disadvantages associated with NATs, i.e., the security break and the "unfriendliness" toward some applications, a mechanism commonly referred to as Realm Specific IP (RSIP) has gained significant support within the Internet Engineering Task Force (IETF).

3

NC 17391
B&W 5288.00014

[08]    According to RSIP, when a host (i.e., an RSIP client) needs an IP address assigned, the host indicates to an RSIP server that is responsible for assigning IP addresses whether the desired IP address is needed for communicating with a IP device within the administrative domain of the requesting host, or is needed for communicating with a host/client outside the administrative domain of the requesting host. Based on the nature of the request, the RSIP server assigns a private IP address or a public IP address to the requesting host.

[09]    Figure 2a depicts two administrative domains 201 and 202 that are separated by an RSIP server 203. Domain 201 is a private administrative domain, while domain 202 is a public administrative domain, such as the Internet. Private domain 201 includes a plurality of IP devices, of which only IP device 204 is shown. IP device 204 provides functionality that includes host and/or client and/or server functionality in a well-known manner. Public domain 202 also includes a plurality of IP devices, of which only IP device 205 is shown. Each IP device of public domain 202 provides functionality that includes host and/or client and/or server functionality in a well-known manner. It should be understood that both domains 201 and 202 could include any number of IP devices that are not shown in Figure 2a.

[10]    When IP device 204 desires to send a datagram to IP device 205, IP device 204 sends a datagram 206a (Figure 2b) to RSIP server 203 containing an outer IP header 207, an inner IP header 208 and a payload 209. Outer IP header 207 contains the private address (i.e., A.1) for IP device 204 in a source (Src) field, and the private address (i.e., A.5) for RSIP server 203 in a destination (Dst) field. Inner IP header 208 contains the public address (B.2) that the RSIP server assigns device 204 in an src field, and the public address (B.20) for IP device 205 in a Dst field. RSIP server 203

4

NC 17391
B&W 5288.00014

removes the outer IP header and sends datagram 206b (Figure 2b) to IP device 205
using the public address (B.20) for IP device 205 in a Dst field and the public address
(B.2) for IP device 204 in an Src field.

[11]     When IP device 205 sends a datagram to IP device 204, IP device 205 sends a
datagram containing the public address (B.20) for IP device 205 in an Src field and
the public address (B.2) for IP device 204 in a Dst field.   RSIP server 203
encapsulates the received datagram using an outer IP header containing a private
address (A.1) for IP device 204 in a Dst field and the private address (A.5) for RSIP
server 203 in an Src field.

[12]     Thus, when a private IP address is assigned to a requesting host, the IP datagram does
not leave the administrative domain.  When an IP datagram leaves an administrative
domain, the address that is assigned to the transmitting host is a public IP address.
Consequently, the RSIP protocol makes use of a NAT unnecessary, and thereby
avoids the drawbacks involving NATs.

[13]     In the case of a General Packet Radio System (GPRS) network or a GPRS-based
network (such as a Universal Mobile Telecommunications System (UMTS)), a
Mobile Station (MS) is assigned an IP address by a Gateway GPRS Support Node
(GGSN).  Currently, such an IP address is an IPv4 address.  The protocol that is used
for address assignment is specific to GPRS networks and is referred to as PDP
Context Activation.  PDP (Packet Data Protocol) is an acronym that is used within
GPRS networks to refer to IP addresses, X.25 addresses, etc.  An administrative
domain within GPRS networks (and within cellular networks, in general) is referred
to as a PLMN (Public Land Mobile Network).

5

NC 17391
B&W 5288.00014

[14]   Figure 3 shows generic GPRS protocol stacks for a mobile station (MS), base station subsystem (BSS), Serving GPRS Support Node (SGSN) and the Gateway GPRS Support Node (GGSN). The IP address for the MS may be seen on the protocol stack for the MS.

[15]   Figures 4a-4d illustrate a conventional PDP (Packet Data Protocol) context activation sequence within a GPRS network. During the first step of a conventional PDP context activation shown in Figure 4a, an MS sends an Activate PDP Context Request message to an SGSN through a BSS. The Activate PDP Context Request message contains appropriate information in the NSAPI, PDP type, PDP Addr, APN, QoS Req, and PDP Config Options in a well-known manner. In Figure 4b, the SGSN sends a Create PDP Context Request message to a GGSN containing appropriate information in the PDP Type, PDP Addr, APN, QoS Negotiated, TID, Selection Mode, PDP Config Options fields. In Figure 4c, the GGSN sends a Create PDP Context Response message to the SGSN containing appropriate information in the TID, PDP Addr, BB Protocol, Reordering Reqd, QoS Negot., PDP Config Options and Cause fields. In Figure 4d, the SGSN then sends an Activate PDP Context Accept message to the MS containing appropriate information in the NSAPI, PDP Type, PDP Addr, QoS Req, Radio Priority Level and PDP Config Options field.

[16]   Nevertheless, the GPRS standard does not specify whether private or public IP addresses are assigned to a requesting MS. Address assignment is not a standardization issue because a NAT is currently used at a PLMN boundary when private IP addresses are used. That is, current GPRS deployments rely on NATs at the GGSN when private addresses are assigned to a requesting MS. While this

6

NC 17391
B&W 5288.00014

handles the problem of conserving IPv4 addresses, end-to-end security or application friendliness is not provided.

[17]   Even though a conventional PDP context activation procedure within a GPRS network assigns an IPv4 address to a mobile station, what is needed is a technique for assigning an IPv4 address to a mobile station in a GPRS network or a GPRS-based network that conserves IPv4 addresses and simultaneously maintains end-to-end security and application friendliness.

**BRIEF SUMMARY OF THE INVENTION**

[18]   The present invention provides a technique for assigning an IPv4 address to a mobile station in a GPRS or a GPRS-based network that conserves IPv4 addresses and simultaneously maintains end-to-end security and application friendliness. The present invention also provides a technique for assigning an IPv6 address to a mobile station in a GPRS or a GPRS-based network that conserves IPv6 addresses and simultaneously maintains end-to-end security and application friendliness.

[19]   The advantages of the present invention are provided by a General Packet Radio System (GPRS) communications network that includes a Serving GPRS Support Node (SGSN) and a Gateway GPRS Support Node (GGSN). The SGSN receives an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS communications network. The Activate PDP Context Request message has an APN field that contains information relating to a request for one of a private network address and a public network address. The SGSN sends a Create PDP Context Request message to the GGSN in response to the Activate PDP Protocol Context Request. The Create PDP Context Request message has an APN field that

7

NC 17391
B&W 5288.00014

contains information relating to a request for one of a private network address and a public network address. The GGSN assigns one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sends a Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station. In turn, the SGSN sends an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message. The Activate PDP Context Accept message contains information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

[20]   According to another aspect of the invention, a GPRS-based communications network includes an SGSN, a (GGSN) and a Border Gateway (BG). The SGSN receives an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications network, such that the Activate PDP Context Request message has an APN field containing information relating to a request for one of a private network address and a public network address. The SGSN sends a Create PDP Context Request message from the SGSN to the BG in response to the Activate PDP Protocol Context Request. Accordingly, the Create PDP Context Request message has an APN field containing information relating to a request for one of a private network address and a public network address. The BG assigns one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sends a Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address

8

NC 17391
B&W 5288.00014

to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.  The SGSN the sends an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, such that the Activate PDP Context Accept message contains information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.  Alternatively, the SGSN sends the Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request, and the GGSN sends the Create PDP Context Request message from the GGSN to the BG.  Accordingly, the BG sends the Create PDP Context Response message from the BG to the GGSN and the GGSN sends the Create PDP Context Response message to from the GGSN to the SGSN.

## BRIEF DESCRIPTION OF THE DRAWINGS

[21]   The present invention is illustrated by way of example and not by way of limitation in the accompanying figures in which like reference numerals indicate similar elements and in which:

[22]   Figure 1 depicts a private administrative domain and a public administrative domain that are separated by a NAT for illustrating a conventional NAT-based address assignment operation;

[23]   Figure 2a depicts a private administrative domain and a public administrative domain that are separated by an RSIP server for illustrating a conventional RSIP-based address assignment operation;

9

NC 17391
B&W 5288.00014

[24]    Figure 2b depicts a datagram within an RSIP-based system;

[25]    Figure 3 shows conventional generic GPRS protocol stacks for a mobile station (MS), base station subsystem (BSS), Serving GPRS Support Node (SGSN) and the Gateway GPRS Support Node (GGSN);

[26]    Figures 4a-4d illustrate a conventional PDP (Packet Data Protocol) context activation sequence within a GPRS network;

[27]    Figure 5 shows a GPRS network arrangement providing RSIP server functionality according to the present invention; and

[28]    Figure 6 shows a PLMN administrative domain for illustrating the process of an SGSN selecting a GGSN according to the present invention.

**DETAILED DESCRIPTION OF THE INVENTION**

[29]    The present invention provides an RSIP-type technique that is used for assigning a network address to a mobile station in a GPRS network or a GPRS-based network (e.g., Universal Mobile Telecommunications System (UMTS)) that conserves IPv4 addresses and simultaneously maintains end-to-end security and application friendliness.  Because the present invention relates to both IPv4 and IPv6 addresses, the term PDP, as used herein, is intended to be synonymous with both IPv4 and IPv6 addresses.

[30]    Figure 5 shows a GPRS network arrangement 500 providing RSIP functionality, and thereby provides the RSIP protocol for IPv4 and for IPv6 address assignment

NC 17391
B&W 5288.00014

according to the present invention.  It should be understood that GPRS network arrangement 500 can also be a GPRS-based network, such as UMTS.  GPRS network arrangement 500 includes a public land mobile network (PLMN) administrative domain 501 and a PLMN administrative domain 502 that are coupled together through a packet data network 503, such as the Internet, and an inter-PLMN backbone network 504.  A mobile station (MS) 2 is coupled to packet data network 503 in a well-known manner.  Packet data network 503 provides a public address space, and inter-PLMN backbone network 504 provides a public address space/common private address space.  PLMN 501 includes a Gateway GPRS Support Node (GGSN) 505, a Border Gateway (BG) 506, an intra-PLMN backbone 507 providing a private address space, a Serving GPRS Support Node (SGSN) 508, and an SGSN 509.  An MS 1 is coupled to SGSN 508 in a well-known manner.  While only one GGSN, one BG, and two SGSNs are shown as part of PLMN administrative domain 501, it should be understood that PLMN 501 could include any number of GGSNs, BGs and SGSNs.  Moreover, while only a single MS 1 is shown in Figure 5 as being associated with PLMN administrative domain 501 and a single MS 2 as being associated with packet data network 503, it should be understood that a plurality of MSs could be coupled to any of the SGSNs of PLMN administrative domain 501 and with packet data network 503.

[31]     PLMN 502 includes a GGSN 510, a BG 511, an intra-PLMN backbone 512 providing a private address space, and an SGSN 513.  An MS 3 is coupled to SGSN 513 in a well-known manner.  While only one GGSN, one BG, and one SGSN are shown as part of PLMN administrative domain 502, it should be understood that PLMN 502 could include any number of GGSNs, BGs and SGSNs.  Additionally, while only a single MS 3 is shown in Figure 5 as being associated with PLMN

11

NC 17391
B&W 5288.00014

administrative domain 502, it should be understood that a plurality of MSs could be coupled to any of the SGSNs of PLMN administrative domain 502. It should also be understood that GPRS network arrangement 500 could include any number of PLMN administrative domains.

[32]   According to one embodiment of the invention, RSIP client functionality is provided at the SGSNs and the GGSNs, but is not needed at the MS or at the BGs. Further, RSIP server functionality is provided at GGSNs and BGs, but is not needed either at the MS or at the SGSNs.

[33]   For example, when MS 1 within PLMN 501 intends to communicate with MS 2 within public data network 503 (e.g., the Internet), MS 1 needs to use a public IP address to communicate with MS 2 because MS 2 has a public IP address. When a public IP address has not already been assigned to MS 1, MS 1 sends an Activate PDP Context Request message to SGSN 508, similar to Figure 4. The APN field in the Activate PDP Context Request message indicates that a public IP address is desired. Upon receiving the Activate PDP Context Request message having the APN field set, SGSN 508 initiates an RSIP Request message requesting an assignment of a public address. When GGSN 505 receives the RSIP Request message, GGSN 505, operating as an RSIP server, returns a suitable RSIP Response message containing the public IP address corresponding to the request from MS 1. When SGSN 508 receives the RSIP Response message from GGSN 505, SGSN 508 sends an Activate PDP Context Accept message to MS 1 containing the assigned public IP address.

[34]   Another example is when MS 1 within PLMN 501 intends to communicate with MS 3 within PLMN 502 through Inter-PLMN backbone 503. Inter-PLMN backbone 503 uses an address space that may either be private or public. Consequently, the

12

NC 17391
B&W 5288.00014

address space used by Inter-PLMN backbone 503 for this example will be referred to as X. Thus, MS 1 needs to be assigned an IP address from address space X. MS 1 sends an Activate PDP Context Request message to SGSN 508. The APN field of the Activate PDP Context Request message indicates that an IP address from address space X is desired. Upon receiving the Activate PDP Context Request message having the APN field set, SGSN 508 can respond in one of two ways. First, SGSN 508, acting as an RSIP client, can send an RSIP request message to GGSN 505, which would be acting as an RSIP server. GGSN 505, acting as an RSIP client, then would send an RSIP request message to BG 506, which would be acting as an RSIP server. The response then traces its way back from BG 506 to GGSN 505 to SGSN 508. Alternatively, SGSN 508, acting as an RSIP client, would send an RSIP request message directly to BG 506, which would be acting as an RSIP server. SGSN 508 then receives a suitable RSIP response from BG 506. In either situation, SGSN 508 sends an appropriate Activate PDP Context Accept message to MS 1 that contains the IP address assigned upon receiving the RSIP response.

[35]     According to a second embodiment of the present invention, one of the fields in the Activate PDP Context Request message that is sent from the MS to the SGSN is the Access Point Name (APN) field. As previously mentioned, the current GPRS standard for assigning IPv4 addresses does not disclose a private or public IP address assignment to a requesting MS. In contrast, the present invention provides an MS that utilizes the APN field of the Activate PDP Context Request message as an extensible field by inserting information into the APN field for requesting either a public or a private address assignment. Moreover, the inserted information relating to whether a public or a private address assignment is desired can be an explicit indication, such as a particular bit (or bits) of the APN field being set, or implicit by

13

NC 17391
B&W 5288.00014

the address of a GGSN contained in the APN field. When the indication is implicit, the SGSN determines the desired address assignment (public or private) based on the indicated GGSN. When the indicated GGSN interfaces to a public administrative domain, then the desired address is a public address. Conversely, when the indicated GGSN interfaces with a private administrative domain, then the desired address is a private address.

[36]    An SGSN then uses the information contained in the APN field for selecting a suitable GGSN for sending the Create PDP Context Request message. The Create PDP Context Request message sent from the SGSN to the selected GGSN transparently contains the APN field that was used within the Activate PDP Context Request message that was sent from the requesting MS to the SGSN.

[37]    Figure 6 shows a PLMN administrative domain 600 for illustrating the process of an SGSN selecting a GGSN according to the present invention. PLMN administrative domain 600 is coupled to three different administrative domains 601, 602 and 603 through GGSNs 604, 605 and 606, respectively, in a well-known manner. Administrative domains 601, 602 and 603 can be private or public administrative domains. PLMN administrative domain 600 also includes a Radio Access Network (RAN) 607 that is coupled to a core network 608 through an SGSN 609 in a well-known manner. GGSNs 604, 605 and 606 are each coupled to core network 609 in a well-known manner. Depending on the information contained in the APN field in the Activate PDP Context Request message that is sent from a requesting MS to SGSN 609, SGSN 609 selects a suitable GGSN (i.e., one of GGSN 604, GGSN 605 or GGSN 606). The Create PDP Context Request message is then sent from SGSN 609 to the selected GGSN.

14

NC 17391
B&W 5288.00014

[38]   According to one embodiment of the present invention, a requesting MS indicates a preference for a private or a public address that is known to a GGSN using information contained in the APN field of a Create PDP Context Request message. Subsequently, the appropriate GGSN uses the information contained in the APN field for assigning a private address or a public address to the requesting MS.

[39]   Referring to Figure 5 to illustrate another aspect of the present invention in which mobility is not a factor, consider the situation of a datagram having an outer IP header and that is sent between an SGSN and a GGSN of the same PLMN, for example, PLMN 501. In such a situation, private addresses can always be used and, consequently, RSIP client or server functionality is not needed within any GPRS network element.

[40]   In the situation that the outer IP header of a datagram that is sent between an SGSN and GGSN in which SGSN and GGSN belong to different PLMNs, for example, when SGSN 508, which is part of PLMN 501, and GGSN 510, which is part of PLMN 501, two pairs of RSIP client-server functionality are required. For the first pair of RSIP client-server functionality, the RSIP client is located at SGSN 508 and an RSIP server is located at BG 506 in PLMN 501. For the second pair of RSIP client-server functionality, an RSIP client located at GGSN 510 and an RSIP server located at BG 511 in PLMN 502.

[41]   In the situation of a datagram having an inner IP header, an RSIP client is located at the SGSN and an RSIP server is located at the GGSN, regardless whether the GGSN and the SGSN are within the same PLMN or are in different PLMNs.

NC 17391
B&W 5288.00014

[42]   Again referring to Figure 5 to illustrate yet another aspect of the present invention in which mobility is a factor, consider the situation in which a requesting MS that is associated with SGSN 513, such as MS 3, moves to a different location and is subsequently associated with, for example, SGSN 508. In this situation, consider the GGSN to be GGSN 510 and consider the outer IP header of a datagram. For this situation, two pairs of RSIP client-server functionality are required. For the first pair of RSIP client-server functionality, an RSIP client is located at SGSN 508 and an RSIP server located at BG 506. For the second pair of RSIP client-server functionality, an RSIP client is located at GGSN 510 and an RSIP server located at BG 511. This situation is identical to the situation without mobility because the outer IP header of the datagram is being used.

[43]   For the same scenario, now consider the inner IP header. In this situation, three pairs of RSIP client server functionalities are required. For the first RSIP client-server functionality, an RSIP client located at SGSN 513 and an RSIP server is located at GGSN 510. For the second RSIP client server functionality, an RSIP client is located at GGSN 510 and an RSIP server is located at BG 511. For the third RSIP client server functionality, an RSIP client is located at SGSN 508 and an RSIP server is located at GGSN 505.

[44]   While the invention has been described with respect to specific examples including presently preferred modes of carrying out the invention, those skilled in the art will appreciate that there are numerous variations and permutations of the above described systems and techniques that fall within the spirit and scope of the invention as set forth in the appended claims.

16

NC 17391
B&W 5288.00014

**THE CLAIMS**

What is claimed is:

　　　1.　　A General Packet Radio System (GPRS) -based communications network comprising:

　　　　　a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

　　　　　a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network,

　　　　　the SGSN sending a Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address,

　　　　　the GGSN assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sending a Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP

17

NC 17391
B&W 5288.00014

Context Request message,

the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept message containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

2.    The GPRS-based communications network according to claim 1, wherein the mobile station receives the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

3.    The GPRS-based communications network according to claim 1, wherein the information contained in the APN field of the Activate PDP Context Request message explicitly indicates one of a private network address and a public network address.

4.    The GPRS-based communications network according to claim 1, wherein the information contained in the APN field of the Activation PDP Context Request message implicitly indicates one of a private network address and a public network address.

NC 17391
B&W 5288.00014

5.      The GPRS-based communications network according to claim 1, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

6.      The GPRS-based communications network according to claim 1, wherein the GPRS-based communications network is a GPRS communications network.

7.      The GPRS-based communications network according to claim 1, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

8.      A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network

NC 17391
B&W 5288.00014

address to the mobile station based on the information contained in the APN field of the

Activate PDP Context Request message.

9.      The method according to claim 8, further comprising steps of:

sending a Create PDP Context Request message from the SGSN to a Gateway

GPRS Support Node (GGSN) of the GPRS-based communications network, the Create PDP

Context Request message having an APN field containing information relating to a request

for one of a private network address and a public network address; and

receiving a Create PDP Context Response message from the GGSN

containing information assigning one of a private network address and a public network

address to the mobile station based on the information contained in the APN field of the

Activate PDP Context Request message.

10.     The method according to claim 9, further comprising steps of:

receiving the Create PDP Context Request message from the SGSN at the

GGSN;

assigning one of a private network address and a public network address to the

mobile station based on the information contained in the APN field of the Create PDP

Context Request message and

NC 17391
B&W 5288.00014

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

11.    The method according to claim 8, further comprising steps of:

sending a Create PDP Context Request message from the SGSN to a Border Gateway (BG) of the GPRS-based communications network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

receiving a Create PDP Context Response message at the SGSN from the BG containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

12.    The method according to claim 11, further comprising steps of:

receiving the Create PDP Context Request message at the BG;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

21

NC 17391
B&W 5288.00014

      sending the Create PDP Context Response message to the SGSN containing

the information assigning one of a private network address and a public network address to

the mobile station based on the information contained in the APN field of the Create PDP

Context Request message.


     13.     The method according to claim 12, further comprising steps of:

      sending the Create PDP Context Request message from the SGSN to a

Gateway GPRS Support Node (GGSN) of the GPRS-based communications network;

      sending the Create PDP Context Request message from the GGSN to the BG;

      receiving the Create PDP Context Response message at the GGSN from the

BG; and

      receiving the Create PDP Context Response message at the SGSN from the

GGSN.


     14.     The method according to claim 8, further comprising a step receiving at the

mobile station the Activate PDP Context Accept message containing the information relating

to an assignment of one of a private network address and a public network address to the

mobile station based on the information contained in the APN field of the Activate PDP

Context Request message.

NC 17391
B&W 5288.00014

15.     The method according to claim 8, wherein the information contained in the APN field of the Activate PDP Context Request message explicitly indicates one of a private network address and a public network address.

16.     The method according to claim 8, wherein the information contained in the APN field of the Activate PDP Context Request message implicitly indicates one of a private network address and a public network address.

17.     The method according to claim 8, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

18.     The method according to claim 8, wherein the GPRS-based communications network is a GPRS communications network.

19.     The method according to claim 8, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

20.     A General Packet Radio System (GPRS) -based communications network comprising:

23

NC 17391
B&W 5288.00014

a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data

Protocol (PDP) Context Request message from a mobile station of the GPRS-based

communications network, the Activate PDP Context Request message having an APN field

containing information relating to a request for one of a private network address and a public

network address; and

a Border Gateway (BG) of the GPRS-based communications network,

the SGSN sending a Create PDP Context Request message from the SGSN to

the BG in response to the Activate PDP Protocol Context Request, the Create PDP Context

Request message having an APN field containing information relating to a request for one of

a private network address and a public network address,

the BG assigning one of a private network address and a public network

address to the mobile station in response to the Create PDP Context Request message, and

sending a Create PDP Context Response message from the BG to the SGSN containing the

information assigning one of a private network address and a public network address to the

mobile station based on the information contained in the APN field of the Create PDP

Context Request message,

the SGSN sending an Activate PDP Context Accept message to the mobile

station in response to the Create PDP Context Response message, the Activate PDP Context

Accept message containing information assigning one of a private network address and a

public network address to the mobile station based on the information contained in the APN

24

NC 17391
B&W 5288.00014

field of the Activate PDP Context Request message.

21.     The GPRS-based communications network according to claim 20, further comprising a Gateway GPRS Support Node (GGSN), and

wherein the SGSN sending the Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request,

wherein the GGSN sending the Create PDP Context Request message from the GGSN to the BG, and

wherein the BG sends the Create PDP Context Response message from the BG to the GGSN and the GGSN sends the Create PDP Context Response message to from the GGSN to the SGSN.

22.     The GPRS-based communications network according to claim 20, wherein the mobile station receives the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

23.     The GPRS-based communications network according to claim 20, wherein the information contained in the APN field of the Activate PDP Context Request message

25

NC 17391
B&W 5288.00014

explicitly indicates one of a private network address and a public network address.

24.    The GPRS-based communications network according to claim 20, wherein the information contained in the APN field of the Activation PDP Context Request message implicitly indicates one of a private network address and a public network address.

25.    The GPRS-based communications network according to claim 20, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

26.    The GPRS-based communications network according to claim 20, wherein the GPRS-based communications network is a GPRS communications network.

27.    The GPRS-based communications network according to claim 20, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

28.    A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving GPRS Support Node (SGSN) at Gateway GPRS Support Node (GGSN), the Create

26

NC 17391
B&W 5288.00014

PDP Context Request Message having an APN field containing information relating to a

request for one of a private network address and a public network address for a mobile

station of the GPRS-based communications network;

assigning one of a private network address and a public network address to the

mobile station based on the information contained in the APN field of the Create PDP

Context Request message and

sending the Create PDP Context Response message from the GGSN to the

SGSN containing the information assigning one of a private network address and a public

network address to the mobile station based on the information contained in the APN field of

the Create PDP Context Request message.


29.     The method according to claim 28, wherein the GPRS-based communications

network is a GPRS communications network.


30.     The method according to claim 28, wherein the GPRS-based communications

network is a Universal Mobile Telecommunications System.


31.     A method for assigning a network address in a General Packet Radio System

(GPRS) -based communications network, the method comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from

27

NC 17391
B&W 5288.00014

a Serving GPRS Support Node (SGSN) at Border Gateway (BG), the Create PDP Context

Request Message having an APN field containing information relating to a request for one of

a private network address and a public network address for a mobile station of the GPRS-

based communications network;

assigning one of a private network address and a public network address to the

mobile station based on the information contained in the APN field of the Create PDP

Context Request message and

sending the Create PDP Context Response message from the BG to the SGSN

containing the information assigning one of a private network address and a public network

address to the mobile station based on the information contained in the APN field of the

Create PDP Context Request message.

32.    A method for requesting an assignment of a network address in a General

Packet Radio System (GPRS) -based communications network, the method comprising:

sending an Activate Packet Data Protocol (PDP) Context Request message to

a Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a

mobile station of the GPRS-based communications network, the Activate PDP Context

Request message having an APN field containing information relating to a request for one of

a private network address and a public network address; and

NC 17391
B&W 5288.00014

receiving at the mobile station an Activate PDP Context Accept message containing information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

33.     The method according to claim 32, wherein the information contained in the APN field of the Activate PDP Context Request message explicitly indicates one of a private network address and a public network address.

34.     The method according to claim 32, wherein the information contained in the APN field of the Activate PDP Context Request message implicitly indicates one of a private network address and a public network address.

35.     The method according to claim 32, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

36.     The method according to claim 32, wherein the GPRS-based communications network is a GPRS communications network.

NC 17391
B&W 5288.00014

37.     The method according to claim 32, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

38.     A General Packet Radio System (GPRS) -based communications network comprising:

a Serving GPRS Support Node (SGSN) receiving a datagram containing a payload from a mobile station of the GPRS-based communications network, the datagram being intended for a destination station; and

a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network receiving a request from the SGSN for a public address for the mobile station, and in response, sending a reply to the SGSN containing a public address assigned to the mobile station,

the SGSN encapsulating the datagram with an outer IP header, an inner IP header and the payload, the outer IP header containing a private network address for the mobile station and a private network address for the SGSN, and the inner IP header containing the public address assigned to the mobile station and a public address for the destination station, and sending the encapsulated datagram to the GGSN,

the GGSN receiving the encapsulated datagram, removing the outer IP header and sending the datagram encapsulated with the inner IP header to the destination station.

30

NC 17391
B&W 5288.00014

# METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY

## ABSTRACT OF THE DISCLOSURE

A General Packet Radio System (GPRS) -based communications network that includes a Serving GPRS Support Node (SGSN) and a Gateway GPRS Support Node (GGSN) assigns an IPv4 address to a mobile station in a GPRS-based network that conserves IPv4 addresses and simultaneously maintains end-to-end security and application friendliness. The SGSN receives from a mobile station an Activate PDP Context Request message having an APN field that requests a private or a public network address. The SGSN then sends a Create PDP Context Request message to the GGSN. The GGSN assigns a private or a public network address to the mobile station, and sends a Create PDP Context Response message to the SGSN. In turn, the SGSN sends an Activate PDP Context Accept message to the mobile station assigning a private or a public network address to the mobile station.



NAT

Prior Art
Fig. 1




RSIP Protocol

RSIP Server

Signaling
Data

RSIP Protocol

A.1
B.2

B.5
B.1

B.20

Prior Art
Fig. 2a

| Src=A.1; Dst=A.5 |
| Src=B.2; Dst=B.20 |
| Payload |

Outer IP Hdr
Inner IP Hdr

Prior Art
Fig. 2b

| Src=B.2; Dst=B.20 |
| Payload |



Prior Art
Fig. 3



Activate PDP Context Request (NSAPI, PDP Type, PDP Addr, APN, QoS Req, PDP Config Options)

FIG. 4a

Create PDP Context Request (PDP Type, PDP Addr, APN, QoS Negotiated, TID, Selection Mode, PDP Config Options)

FIG. 4b

Create PDP Context Response (TID, PDP Addr, BB Protocol, Reordering Reqd, QoS Negot., PDP Config Options, Cause)

FIG. 4c

Activate PDP Context Accept (NSAPI, PDP Type, PDP Addr, QoS Req, Radio Priority Level, PDP Config Options)

FIG. 4d

Prior Art

FIG. 4



Fig. 5

Fig. 6

12/18/01  TUE 12:45 FAX 781 238 4939      NOKIA TELECOMMUNICATIONS                    ☑00

Banner & Witcoff Ref. No.
Client Ref. No.            NC 17391

## SOLE DECLARATION FOR PATENT APPLICATION

As the below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my names;

I believe I am the original, first and sole inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled <u>METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY</u>, the specification of which

☒   is attached hereto.
☐   was filed on _____ as Application Serial Number _____ and was amended on _____ (if applicable).
☐   was filed under the Patent Cooperation Treaty (PCT) and accorded International Application
      No. _____, filed _____, and amended on _____ (if any).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I hereby acknowledge the duty to disclose information which is material to patentability in accordance with Title 37, Code of Federal Regulations, §1.56(a).

### Prior Foreign Application(s)

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application(s) for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Country | Application No. | Date of Filing (day, month, year) | Date of Issue (day, month, year) | Priority Claimed Under 35 U.S.C. §119 |
|---|---|---|---|---|
|  |  |  |  |  |

### Prior United States Provisional Application(s)

I hereby claim priority benefits under Title 35, United States Code, §119(e)(1) of any U.S. provisional application listed below:

| U.S. Provisional Application No. | Date of Filing (day, month, year) | Priority Claimed Under 35 U.S.C. §119(e)(1) |
|---|---|---|
|  |  |  |

### Prior United States Application(s)

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Date of Filing (Day, Month, Year) | Status — Patented, Pending, Abandoned |
|---|---|---|
|  |  |  |

12/18/01  TUE 12:46 FAX 781 238 4939        NOKIA TELECOMMUNICATIONS                    @00

Banner & Witcoff Ref. No.  005288.00014
Client Ref. No.            NC 17391

## Power of Attorney

And I hereby appoint, both jointly and severally, as my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith the practitioners at:

Customer Number: 22907     (WDC)

Please address all correspondence and telephone communications to the address and telephone number for this Customer Number.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Signature _____  Date 12/18/2001

Full Name of Inventor _____ Sengodan _____ Senthil _____
                                 Family Name      First Given Name    Second Given Name

Residence __ 26 Beacon Street #38C, Burlington, MA 01803 ___ Citizenship ___ INDIA ___

Post Office Address ____ 26 Beacon Street #38C, Burlington, MA 01803 ____

# United States Patent & Trademark Office
## Office of Initial Patent Examination -- Scanning Division



Application deficiencies found during scanning:

☐ Page(s)_____ of_____ were not present
for scanning.                          (Document title)

☐ Page(s)_____ of_____ were not present
for scanning.                          (Document title)

MOST OF THE DRAWINGS ARE DARK

☐ *Scanned copy is best available.*



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 8170**

| SERIAL NUMBER 10/017,398 | FILING DATE 12/18/2001 **RULE** | CLASS 370 | GROUP ART UNIT 2661 | ATTORNEY DOCKET NO. 005288.00014 |
|---|---|---|---|---|

**APPLICANTS**

   Senthil Sengodan, Burlington, MA;

** CONTINUING DATA **************************

** FOREIGN APPLICATIONS ********************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 01/17/2002

| Foreign Priority claimed ☐ yes ☐ no | STATE OR COUNTRY MA | SHEETS DRAWING 6 | TOTAL CLAIMS 38 | INDEPENDENT CLAIMS 7 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged _____ Examiner's Signature ____ Initials | | | | |

**ADDRESS**
22907

**TITLE**

Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security

| FILING FEE RECEIVED 1400 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |



PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

12/20/2001 MWOLDER1 00000064 190733   10017398

01 FC:101       740.00 CH
02 FC:102       336.00 CH
03 FC:103       324.00 CH

PTO-1556
(5/87)

*U.S. GPO: 2000-468-987/39595

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2001

| Application or Docket Number |
| --- |
| 005 88 000 ✔ |

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
| --- | --- | --- |
| TOTAL CLAIMS | 38 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 38 minus 20= | * 18 |
| INDEPENDENT CLAIMS | 7 minus 3 = | * 4 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- |
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 370.00 | OR | BASIC FEE | 740.00 |
| X$ 9= | | OR | X$18= | 324 |
| X42= | | OR | X84= | 336 |
| +140= | | OR | +280= | |
| TOTAL | | OR | TOTAL | 1,400 |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
| --- | --- | --- | --- |
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- |
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
| --- | --- | --- | --- |
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
| --- | --- | --- | --- | --- |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
| --- | --- | --- | --- |
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
| --- | --- | --- | --- | --- |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

BEST AVAILABLE COPY

# CLAIMS ONLY

| SERIAL NO. | FILING DATE |
|---|---|
| 1:01735 8 | 12-18-01 |
| APPLICANT(S) | |

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | / | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | / | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | / | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | / | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | / | | | | | |
| 32 | / | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | / | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| TOTAL IND. | 7 | | | | | |
| TOTAL DEP. | 31 | | | | | |
| TOTAL CLAIMS | 38 | | | | | |

| | * | | * | | * | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| TOTAL IND. | | | | | | |
| TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | |

*MAY BE USED FOR ADDITIONAL CLAIMS OR AMDMENDMENTS*

FORM PTO-2022 (1-98)

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

*U.S. Government Printing Office: 1998 - 433-214/70303

BEST AVAILABLE COPY

*GP/2661*
*#2*
*BT*
*03-25-0*

PTO/SB/21 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ➔ [+]

**OIPE** MAR 18 2002 PATENT & TRADEMARK OFFICE

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 10/017,398 |
| Filing Date | December 18, 2001 |
| First Named Inventor | Senthil Sengodan |
| Group Art Unit | 2661 |
| Examiner Name | TBA |
| Total Number of Pages in This Submission | Attorney Docket Number | 005288.00014 |

**RECEIVED**
MAR 21 2002
Technology Center 2600

## ENCLOSURES *(check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Response
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Assignment Papers *(for an Application)*
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____

Remarks

- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)*
- [ ] Proprietary Information
- [ ] Status Letter
- [ ] Other Enclosure(s) *(please identify below)*

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm *or* Individual name | Ross A. Dannenberg, Reg. No. 49,024 |
| Signature | *Ross Dannenberg* |
| Date | March 18, 2002 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: _____

| Typed or printed name | |
|---|---|
| Signature | | Date | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

**PATENT APPLICATION**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| ...application of: | ) | |
| | ) | |
| Senthil Sengodan | ) | Group Art No. 2661 |
| | ) | |
| Serial No:  10/017,398 | ) | Examiner: TBA |
| | ) | |
| Filed:  December 18, 2001 | ) | Docket No. 005288.00014 |

For:   METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS
         NETWORKS THAT FACILITITATES END-TO-END SECURITY

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents and Trademarks
Washington, D.C.  20231

Sir:

Pursuant to 37 C.F.R. §1.56 and in compliance with 37 C.F.R. §1.97, Applicant submits herewith two Form PTO-1449 identifying information for consideration by the Examiner. A copy of the reference cited is enclosed.

Applicant does not waive any right to take appropriate action to establish patentability over the listed documents should they be applied as a reference against the claims of the present application.

Consideration of the cited information and making the same of record in the prosecution of the above-noted application are respectfully requested.  Should the Patent and Trademark Office determine that a fee is required, please charge our Deposit Account No. 19-0733.

Respectfully submitted,

**BANNER & WITCOFF, LTD.**

By: /Ross D_____

Ross A. Dannenberg
Registration No. 49,024

1001 G. Street, N.W.
Washington, D.C.  20001-4597
(202) 508-9100
Dated: March 18, 2002
PIB/RAD/mmd

RECEIVED
MAR 2 1 2002
Technology Center 2600

OIPE
MAR 1 8 2002
JC55
PATENT & TRADEMARK OFFICE

| USPTO Form 1449      U.S. Department of Commerce<br>Patent and Trademark Office<br><br>INFORMATION DISCLOSURE<br>CITATION<br>Sheet 1 of 2 | Attorney Docket No.<br>005288.00014 | Serial No.<br>10/017,398 |
|---|---|---|
| | Applicant(s):  Senthil Sengodan | |
| | Filing Date:  December 18, 2001 | Group:  2661 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Patent No. | Date | Name | Class | Subclass | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initial | Document No. | Date | Country | Class | Subclass | Translation YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS (including Author, Title, Date, Pertinent Pages, etc.)**

| | |
|---|---|
| | R. Hinden et al., "IP Version 6 Addressing Architecture", July 1998, http://www.ietf.org/rfc/rfc2373.txt?number=2373 printed on March 13, 2002, 25 pages |
| | S. Kent et al., "Security Architecture For The Internet Protocol", November 1998, http://www.ietf.org/rfc/rfc2401.txt?number=2401 printed on March 13, 2002, 62 pages |
| | P. Srisuresh et al., "IP Network Address Translator (NAT) Terminology and considerations", August 1999, http://www.ietf.org/rfc/rfc2663.txt?number=2663 printed on March 13, 2002, 29 pages |
| | M. Borella et al., "Realm Specific IP:  Framework", October 2001, http://www.ietf.org/rfc/rfc3102.txt?number=3102, printed on March 13, 2002, 29 pages |
| | M. Borella et al., "Realm Specific IP:  Protocol Specification", October 2001, http://www.ietf.org/rfc/rfc3103.txt?number=3103, printed on March 13, 2002, 51 pages |
| | G. Montenegro et al., "RSIP Support for End-to-end Ipsec", October 2001, http://www.ietf.org/rfc/rfc3104.txt?number=3104, printed on March 13, 2002, 18 pages |
| | J. Kempf et al., "Finding an RSIP Server with SLP", October 2001, http://www.ietf.org/rfc/rfc3105.txt?number=3105, printed on March 13, 2002, 11 pages |
| | ETSI EN 301 344 V7.1.1 (2000-01), "Digital cellular telecommunications system (Phase 2+); General Packet Radio Service (GPRS); Service description; Stage 2 (GSM 03.60 version 7.1.1 Release 1998), 115 pages |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to Applicant.

#3
D/E
04/18/03

PTO/SB/21 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box → ⊞

OIPE JC7
APR 0 8 2003
PATENT & TRADEMARK OF...

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 10/017,398 |
| Filing Date | December 18, 2001 |
| First Named Inventor | Senthil Sengodan |
| Group Art Unit | 2661 |
| Examiner Name | TBA |
| Total Number of Pages in This Submission | Attorney Docket Number   005288.00014 |

## ENCLOSURES *(check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Response
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Assignment Papers *(for an Application)*
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____

Remarks

- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)*
- [ ] Proprietary Information
- [ ] Status Letter
- [ ] Other Enclosure(s) *(please identify below)*

RECEIVED
APR 0 9 2003
Technology Center 2600

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Bradley C. Wright, Reg. No. 38,061 |
|---|---|
| Signature | *by* [signature]   Reg. No. 49,024 |
| Date | April 8, 2003 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:

| Typed or printed name | |
|---|---|
| Signature | Date |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



**PATENT APPLICATION**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of | ) |
| | ) |
| Senthil Sengodan | ) Group Art Unit: 2661 |
| | ) |
| Serial No. 10/017,398 | ) Examiner: TBA |
| | ) |
| Filed: December 18, 2001 | ) Attorney Docket No. 005288.00014 |

For: METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS
NETWORKS THAT FACILITATES END-TO-END SECURITY

RECEIVED

APR 0 9 2003

Technology Center 2600

**INFORMATION DISCLOSURE STATEMENT**

Assistant Commissioner of Patents
Washington, D.C. 20231

Sir:

In accordance with 37 C.F.R. §1.97 and §1.98, enclosed is a PTO Form-1449 listing art for consideration by the Examiner. We hereby certify under 37 CFR §1.97(e)(1) that each item of information contained in the Information Disclosure Statement filed concurrently herewith was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of said Information Disclosure Statement.

We further certify under 37 C.F.R. § 1.704 (d) that each item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart application and that this communication was not received by any individual designated in § 1.56(c) more than thirty days prior to the filing of the information disclosure statement.

These documents were cited by the International Searching Authority for corresponding International Application No. PCT/IB02/05385 on March 24, 2003. A copy of the search report is also enclosed.

**Information Disclosure Statement**
Serial No. 10/017,398

   Consideration of this information is respectfully requested.

   The submission of the listed documents is not intended as an admission that any such documents constitutes prior art against the claims of the present application. Applicant does not waive any right to take any action that would be appropriate to antedate or otherwise remove any listed documents as a competent reference against the claims of the present application.

          Respectfully submitted,

Date:  April 8, 2003      By: _____
              Bradley C. Wright
              Registration No. 38,061

          **Reg. No. 49,024**

Banner & Witcoff, LTD
1001 G Street, N.W.
Washington, D.C.  20001-4597
(202) 508-9100

BCW/RAD/mmd



**Information Disclosure Statement**
Serial No. 10/017,398

Sheet _1_ of _1_

| PTO-1449 (Modified)<br><br>U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE<br><br>INFORMATION DISCLOSURE STATEMENT<br>BY APPLICANT | ATTY. DOCKET NO.<br>005288.00014 | SERIAL NUMBER<br>10/017,398 |
|---|---|---|
| | APPLICANT<br>Senthil Sengodan | |
| | FILING DATE<br>December 18, 2001 | GROUP ART UNIT<br>2661 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE |
|---|---|---|---|---|---|---|
| | 6,353,891 | 3/5/02 | Borella et al. | | | |
| | 5,793,763 | 8/11/98 | Mayes et al. | | | |
| | 5,708,655 | 1/13/98 | Toth et al. | | | |
| | 5,590,133 | 12/31/96 | Billström et al. | | | |
| | | | | | | |
| | | | | | | |

RECEIVED
APR 0 4 2003
Technology Center 2600

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION YES/NO | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | Search Report |
|---|---|
| | |
| | |
| | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial citation if reference was considered. Draw line through citation if not in conformance to MPEP 609 and not considered. Include copy of this form with next communication to applicant.

IDS w/1449 form filed: April 8, 2003



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 10/017,398 | | 2662 | 06B0 |

## Change of Address/Power of Attorney

**The following fields have been set to Customer Number 22908 on**

- Correspondence Address
- Maintenance Fee Address

**The address of record for Customer Number 22908 is:**
BANNER & WITCOFF, LTD.
TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

**The Practitioners of record for Customer Number 22908 are:**

**PTO INSTRUCTIONS:**

**Please take the following action when the correspondence address has been changed to a customer number:**
1) Add 'ADDRESS CHANGE TO CUSTOMER NUMBER' on the next available content line of the File Jacket.
2) Put a line through the old address on the File Jacket and enter the Customer Number as the new address.
3) File this Notice in the File Jacket.

**Please take the following action when the correspondence address has NOT been changed:**
1) File this Notice in the File Jacket

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 7736 | GPRS | US-PGPUB; USPAT | OR | OFF | 2005/09/08 08:44 |
| L2 | 185 | PDP with (request adj message$3) | US-PGPUB; USPAT | OR | OFF | 2005/09/08 08:45 |
| L3 | 171 | 1 and 2 | US-PGPUB; USPAT | OR | OFF | 2005/09/08 08:46 |
| L4 | 741 | (private with network with address) and (public with network with address) | US-PGPUB; USPAT | OR | OFF | 2005/09/08 08:47 |
| L5 | 2 | 3 and 4 | US-PGPUB; USPAT | OR | OFF | 2005/09/08 08:52 |
| L6 | 1598 | (private with address) and (public with address) | US-PGPUB; USPAT | OR | OFF | 2005/09/08 08:54 |
| L7 | 5 | 3 and 6 | US-PGPUB; USPAT | OR | OFF | 2005/09/08 08:54 |

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 3075 | (370/395.3,349,338).CCLS. | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:45 |
| S2 | 7736 | GPRS | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:46 |
| S3 | 443 | S1 and S2 | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:46 |
| S4 | 117 | S3 and PDP | US-PGPUB; USPAT | OR | OFF | 2005/09/08 17:42 |
| S5 | 46044 | network with address | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:47 |
| S6 | 62 | S4 and S5 | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:48 |
| S7 | 1262409 | (public or global or external) | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:50 |
| S8 | 59 | S6 and S7 | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:50 |
| S9 | 520701 | private or local | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:51 |
| S10 | 39 | S8 and S9 | US-PGPUB; USPAT | OR | OFF | 2005/09/08 16:51 |

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 11 | sengodan-senthil.IN. | US-PGPUB; USPAT | OR | OFF | 2005/09/14 17:07 |



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22908        7590        09/21/2005

BANNER & WITCOFF, LTD.
TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL  60606

| EXAMINER |
|---|
| NGUYEN, HAO X |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2662 | |

DATE MAILED: 09/21/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO 90C (Rev 10/03)

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 10/017,398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** | |
| | Hao X. Nguyen | 2662 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *18 December 2001*.

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
   closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-38* is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-38* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on *12/18/2005* is/are: a)☐ accepted or b)☒ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All  b)☐ Some * c)☐ None of:

   1. ☐ Certified copies of the priority documents have been received.

   2. ☐ Certified copies of the priority documents have been received in Application No. _____.

   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage
      application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
   Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

Application/Control Number: 10/017,398                                   Page 2
Art Unit: 2662

## DETAILED ACTION

### *Specification*

1.    The disclosure is objected to because of the following informalities:

Figures 1-4 should be labeled "Prior Art" in the section "Brief Description of the

Drawings" of the specification.  Appropriate correction is required.

### *Claim Objections*

2.    Claims are objected to because of the following informalities:  the first

page of the claims is put at the end of the specification file.  Appropriate

correction is required.

Claim 21 is objected to because of the following informalities:  the clause

"…GGSN sends the Create PDP Context Response message to from the GGSN

to the SGSN" should be "…GGSN sends the Create PDP Context Response

message from the GGSN to the SGSN". Appropriate correction is required.

### *Drawings*

3.    The drawings are objected to because Figure 2b should label Payload as

"Payload 209".  Corrected drawing sheets in compliance with 37 CFR 1.121(d)

are required in reply to the Office action to avoid abandonment of the application.

Any amended replacement drawing sheet should include all of the figures

appearing on the immediate prior version of the sheet, even if only one figure is

Application/Control Number: 10/017,398                                    Page 3
Art Unit: 2662

being amended. The figure or figure number of an amended drawing should not

be labeled as "amended." If a drawing figure is to be canceled, the appropriate

figure must be removed from the replacement sheet, and where necessary, the

remaining figures must be renumbered and appropriate changes made to the

brief description of the several views of the drawings for consistency. Additional

replacement sheets may be necessary to show the renumbering of the remaining

figures. Each drawing sheet submitted after the filing date of an application must

be labeled in the top margin as either "Replacement Sheet" or "New Sheet"

pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner,

the applicant will be notified and informed of any required corrective action in the

next Office action. The objection to the drawings will not be held in abeyance.


### Claim Rejections - 35 USC § 102

4.     The following is a quotation of the appropriate paragraphs of 35

U.S.C. 102 that form the basis for the rejections under this section made in this

Office action:

A person shall be entitled to a patent unless –

(e) The invention was described in (1) an application for patent, published

under section 122(b), by another filed in the United States before the invention by

the applicant for patent or (2) a patent granted on an application for patent by

another filed in the United States before the invention by the applicant for patent,

except that an international application filed under the treaty defined in section

351(a) shall have the effects for purposes of this subsection of an application

filed in the United States only if the international application designated the

United States and was published under Article 21(2) of such treaty in the English

language.

Claim 38 is rejected under 35 U.S.C. 102 (e) as being anticipated by

Takeda et al. (US Pub. No. 2001/0048686 A1), hereafter Takeda.

Referring to Figures 1 and 5, Takeda discloses a gateway 3b that receives

a Create PDP Context Request message 110 from a subscriber node 4a. An

APN included in a message 110 is used for identifying a communication network

corresponding to the current communication request (paragraphs [0091]; claim

38 - a Gateway GPRS Support Node (GGSN) of the GPRS-based

communications network receiving a request from the SGSN for a public address

for the mobile station).

Takeda also discloses a gateway node 3b that sends a Create PDP

Context Response message 120 including an IP address allocated to a mobile

terminal 7, to a subscriber node 4a (paragraph [0097]; claim 38 - and in

response, sending a reply to the SGSN containing a public address assigned to

the mobile station).

Referring to Figures 1, 6 and 7, Takeda discloses an IP packet 131 that is

sent from a mobile terminal 7 to a gateway 3b. The IP packet contains a payload

230 and is intended for a destination server 18 (paragraph [0100], [0101], [0105],

and [0109]; claim 38 - a Serving GPRS Support Node (SGSN) receiving a

datagram containing a payload from a mobile station of the GPRS-based

communications network, the datagram being intended for a destination station).

Referring to Figures 1 and 7, for packet transmission, Takeda discloses an

IP address of a mobile terminal 7 that is set in a source address field 212 of the

IP header 210. An IP address of a gateway 3b is set in an address field 213. An

IP address of a server 18 is set in an address field 222 of a routing header 220.

Referring to Figures 1 and 8, upon receipt of the IP packet 131, a gateway

node 3b carries out IP routing header processing. An IP address of the gateway

3b is set in an address field 222. An IP address of the server 18 is set in a

destination address field 213. An IP address of a VPN (Virtual Private Network) is

set as a destination address in a VPN tunneling header 240.

Referring to Figure 6, Takeda discloses a gateway node 3b that adds a

VPN tunneling header 240 to a received IP packet to produce a packet 132. The

packet 132 is then sent to a VPN equipment 2 (paragraphs [0101]-[0104]; claim

38 - the SGSN encapsulating the datagram with an outer IP header, an inner IP

header and the payload, the outer IP header containing a private network

address for the mobile station and a private network address for the SGSN, and

the inner IP header containing the public address assigned to the mobile station

and a public address for the destination station, and sending the encapsulated

datagram to the GGSN).

Referring to Figures 6 and 8, upon receiving a packet 132, Takeda

discloses a VPN equipment 2 that removes a VPN tunneling header 240 to attain

an IP packet 133 corresponding to the original packet. The IP packet 133 is then

sent to a destination server 18 (paragraph [0105]; claim 38 - the GGSN receiving

the encapsulated datagram, removing the outer P header and sending the

datagram encapsulated with the inner IP header to the destination station).

### Claim Rejections - 35 USC § 103

5.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for

all obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed
or described as set forth in section 102 of this title, if the differences between the
subject matter sought to be patented and the prior art are such that the subject
matter as a whole would have been obvious at the time the invention was made
to a person having ordinary skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which the invention was
made.

Claims 1-37 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Bertrand et al. (US Pat. No. 6,687,252 B1), in view of Takeda et al. (US

Pub. No. 2001/0048686 A1).

In regards to claim 1,

Referring to Figure 1, Bertrand discloses a Mobile Terminal (MT) 11 that

sends an Activate PDP Context Request message 22 to a SGSN 12 to activate

the PDP Context (column 5, lines 4-5; claim 1- a Serving GPRS Support Node

(SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications network).

In regards to claims 1 and 28,

Referring to Figure 1, Bertrand also discloses a SGSN 12 that sends a Create PDP Context Request message to a GGSN (Gateway GPRS Service Node) 15 to create the PDP context (column 5, lines 5-8; claims 1 and 28 - the SGSN sending a Create PDP Context Request message From the SGSN to the GGSN in response to the Activate PDP Protocol Context Request).

Referring to Figure 1, Bertrand discloses a GGSN that sends a Radius Access Request to a Radius Server (RS). The RS performs its authentication functions, and provides an IP address in a Radius Access Accept message that is sent to the GGSN (column 5, lines 15-26 and 60-61; claims 1 and 28 - the GGSN assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message).

The GGSN then returns a Create PDP Context Response message 27 to a SGSN (column 5, lines 64-66; claims 1 and 28 – and sending a Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message).

In regards to claims 1 and 2,

Application/Control Number: 10/017,398                                    Page 8
Art Unit: 2662

        The SGSN provides an IP address to the MT in an Activate PDP Context

Accept message (column 5, lines 66-67; claims 1 and 2 - the SGSN sending an

Activate PDP Context Accept message to the mobile station in response to the

Create PDP Context Response message, the Activate PDP Context Accept

message containing information assigning one of a private network address and

a public network address to the mobile station based on the information

contained in the APN field of the Activate PDP Context Request message).

        In regards to claim 4,

        Referring to Figure 2, Bertrand discloses a GGSN that can examine a

APN at step 37, and use these parameters to create a VPN (virtual private

network) tunnel to a remote site (column 7, lines 5-11 and 66-67; claim 4 – the

information contained in the APN field of the Activation PDP Context Request

message implicitly indicates one of a private network address and a public

network address).

        In regards to claim 5,

        Bertrand discloses a GGSN that allocates an IP address. A public IP

address is allocated only if a MT is a user of a real-time. Otherwise, a private IP

address is allocated (Abstract; column 1, lines 34-37 and 48-67; column 3, lines

3-10; claim 5 – the private network address and the public network address are

each one of an Pv4 network address and an IPv6 network address).

        In regards to claims 6 and 29,

Case 6:21-cv-00128-ADA   Document 36-6   Filed 10/06/21   Page 72 of 397

Bertrand discloses a system that dynamically allocates IP addresses to mobile terminals operating in a General Packet Radio Service (GPRS) network (column 1, lines 5-10; claims 6 and 29  - the GPRS-based communications network is a GPRS communications network).

In regards to claims 8 and 32,

Referring to Figure 1, Bertrand discloses a Mobile Terminal (MT) 11 sends an Activate PDP Context Request message 22 to a SGSN 12 to activate the PDP Context (column 5, lines 4-5; claims 8 and 32 - receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving GPRS Support Node (SGSN) from a mobile station of the GPRS-based communications network).

Referring to Figure 1, Bertrand discloses a SGSN that provides an IP address to the MT in an Activate PDP Context Accept message (column 5, lines 66-67; claims 8 and 32 - sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address based on the information contained in the APN field of the Activate PDP Context Request message).

In regards to claim 9,

Bertrand discloses a SGSN 12 that sends a Create PDP Context Request message to a GGSN (Gateway GPRS Service Node) 15 to create the PDP context (column 5, lines 5-8; claim 9 - sending a Create PDP Context Request message from the SGSN to a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network).

Application/Control Number: 10/017,398                                    Page 10
Art Unit: 2662

  Bertrand also discloses a GGSN that returns a Create PDP Context
Response message 27 to a SGSN (column 5, lines 64-66; claim 9 – and
receiving a Create PDP Context Response message from the GGSN containing
information assigning one of a private network address and a public network
address to the mobile station based on the information contained in the APN field
of the Activate PDP Context Request message).

  In regards to claim 10,

  Bertrand also discloses a SGSN 12 that sends a Create PDP Context
Request message to a GGSN (Gateway GPRS Service Node) 15 to create the
PDP context (column 5, lines 5-8; claim 10 - receiving the Create PDP Context
Request message from the SGSN at the GGSN).

  Referring to Figure 1, Bertrand also discloses a GGSN that sends a
Radius Access Request to a Radius Server (RS). The RS performs its
authentication functions, and provides an IP address in a Radius Access Accept
message that is sent to the GGSN (column 5, lines 15-26, 60-61, and 64-66;
claim 10 – assigning one of a private network address and a public network
address to the mobile station based on the information contained in the APN field
of the Create PDP Context Request message).

  The GGSN then returns a Create PDP Context Response message 27 to
a SGSN (column 5, lines 64-66; claim 10 – and sending the Create PDP Context
Response message from the GGSN to the SGSN containing the information
assigning one of a private network address and a public network address to the

mobile station based on the information contained in the APN field of the Create

PDP Context Request message).

In regards to claim 11,

Referring to Figure 1, Bertrand discloses a SGSN that sends a Create

PDP Context Request to a GGSN. The GGSN then sends a Radius Access

Request to a Radius Server (RS) (column 5, lines 5-18; claim 11 – sending a

Create PDP Context Request message from the SGSN to a Border Gateway

(BG) of the GPRS-based communications network).

Bertrand also discloses a RS that performs its authentication functions,

and provides an IP address in a Radius Access Accept message that is sent to

the GGSN. The GGSN then sends a Create PDP Context Response message to

the SGSN (column 5, lines 15-26 and 60-66; claim 11 – and receiving a Create

PDP Context Response message at the SGSN from the BG containing

information assigning one of a private network address and a public network

address to the mobile station based on the information contained in the APN field

of the Activate PDP Context Request message).

In regards to claim 12,

Referring to Figure 1, Bertrand discloses a SGSN that sends a Create

PDP Context Request to a GGSN. The GGSN then sends a Radius Access

Request to a Radius Server (RS) (column 5, lines 5-18; claim 12 – receiving the

Create PDP Context Request message at the BG).

Bertrand also discloses a RS that performs its authentication functions, and provides an IP address in a Radius Access Accept message that is sent to the GGSN (column 5, lines 15-26, 60-61, and 64-66; claim 12 – assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message).

Bertrand also discloses a RS that performs its authentication functions, and provides an IP address in a Radius Access Accept message that is sent to the GGSN. The GGSN then sends a Create PDP Context Response message to the SGSN (column 5, lines 15-26 and 60-61; claim 12 – and sending the Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station and based on the information contained in the APN field of the Create PDP Context Request message).

In regards to claim 13,

Referring to Figure 1, Bertrand discloses a SGSN that sends a Create PDP Context Request to a GGSN (column 5, lines 5-18; claim 13 – sending the Create PDP Context Request message from the SGSN to a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network). The GGSN then sends a Radius Access Request to a Radius Server (RS) (column 5, lines 16-18; claim 13 - sending the Create PDP Context Request message from the GGSN to the BG).

Case 6:21-cv-00128-ADA   Document 36-6   Filed 10/06/21   Page 76 of 397

Bertrand also discloses a RS that performs its authentication functions, and provides an IP address in a Radius Access Accept message that is sent to the GGSN (column 5, lines 62-64; claim 13 – receiving the Create PDP Context Response message at the GGSN from the BG). The GGSN then sends a Create PDP Context Response message to the SGSN (column 5, lines 64-66; claim 13 – and receiving the Create PDP Context Response message at the SGSN from the GGSN).

In regards to claim 14,

A SGSN provides an IP address to a MT in an Activate PDP Context Accept message (column 5, lines 66-67; claim 14 - receiving at the mobile station the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message).

In regards to claims 16 and 34,

Referring to Figure 2, Bertrand discloses a GGSN that can examine a APN at step 37, and use these parameters to create a VPN (virtual private network) tunnel to a remote site (column 7, lines 5-11 and 66-67; claims 16 and 34 – the information contained in the APN field of the Activation PDP Context Request message implicitly indicates one of a private network address and a public network address).

In regards to claims 17 and 35,

Bertrand discloses a GGSN that allocates an IP address. A public IP
address is allocated only if a MT is a user of a real-time. Otherwise, a private IP
address is allocated (Abstract; column 1, lines 34-37 and 48-67; column 3, lines
3-10; claims 17 and 35 – the private network address and the public network
address are each one of an Pv4 network address and an IPv6 network address).

In regards to claims 18 and 36,

Bertrand discloses a system that dynamically allocates IP addresses to
mobile terminals operating in a General Packet Radio Service (GPRS) network
(column 1, lines 5-10; claims 18 and 36 - the GPRS-based communications
network is a GPRS communications network).

In regards to claim 20,

Referring to Figure 1, Bertrand discloses a Mobile Terminal (MT) 11 sends an
Activate PDP Context Request message 22 to a SGSN 12 to activate the PDP
Context (column 5, lines 4-5; claim 20 - a Serving GPRS Support Node (SGSN)
receiving an Activate Packet Data Protocol (PDP) Context Request message
from a mobile station of the GPRS-based communications network).

In regards to claims 20 and 31,

Referring to Figure 1, Bertrand discloses a SGSN that sends a Create
PDP Context Request to a GGSN. The GGSN then sends a Radius Access
Request to a Radius Server (RS) (column 5, lines 5-18; claims 20 and 31 – the
SGSN sending a Create PDP Context Request message from the SGSN to the
BG in response to the Activate PDP Protocol Context Request).

Referring to Figure 1, Bertrand discloses a RS that performs its authentication functions, and provides an IP address in a Radius Access Accept message that is sent to the GGSN (column 5, lines 15-26, 60-61, and 64-66; claims 20 and 31 – the BG assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message).

The GGSN then sends a Create PDP Context Response message to the SGSN (column 5, lines 15-26 and 60-61; claims 20 and 31 – and sending a Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message).

In regards to claims 20 and 22,

Bertrand also discloses a SGSN that provides an IP address to the MT in an Activate PDP Context Accept message (column 5, lines 66-67; claims 20 and 22 - the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept message containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message).

In regards to claim 21,

Referring to Figure 1, Bertrand discloses a SGSN that sends a Create PDP Context Request to a GGSN (column 5, lines 5-18; claim 21 – the SGSN sending the Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request).

The GGSN then sends a Radius Access Request to a Radius Server (RS) (column 5, lines 16-18; claim 21 - the GGSN sending the Create PDP Context Request message from the GGSN to the BG).

Referring to Figure 1, Bertrand discloses a RS that performs its authentication functions, and provides an IP address in a Radius Access Accept message that is sent to a GGSN (column 5, lines 62-64; claim 21 – the BG sends the Create PDP Context Response message from the BG to the GGSN).

The GGSN then sends a Create PDP Context Response message to a SGSN (column 5, lines 64-66; claim 21 – and the GGSN sends the Create PDP Context Response message from the GGSN to the SGSN).

In regards to claim 24,

Referring to Figure 2, Bertrand discloses a GGSN that can examine a APN at step 37, and use these parameters to create a VPN (virtual private network) tunnel to a remote site (column 7, lines 5-11 and 66-67; claim 24 – the information contained in the APN field of the Activation PDP Context Request message implicitly indicates one of a private network address and a public network address).

In regards to claim 25

Bertrand discloses a GGSN that allocates an IP address. A public IP address is allocated only if a MT is a user of a real-time. Otherwise, a private IP address is allocated (Abstract; column 1, lines 34-37 and 48-67; column 3, lines 3-10; claim 25 – the private network address and the public network address are each one of an Pv4 network address and an IPv6 network address).

In regards to claim 26,

Bertrand discloses a system that dynamically allocates IP addresses to mobile terminals operating in a General Packet Radio Service (GPRS) network (column 1, lines 5-10; claim 26 - the GPRS-based communications network is a GPRS communications network).

However, Bertrand does not disclose an Activate PDP Context Request message that has an APN field containing information relating to a request for one of a private network address and a public network address, as specified in claims 1 and 3.

Referring to Figure 5, Takeda discloses an Activate PDP Context Request message 109 that has an APN field containing information relating to a request for one of a private network address and a public network address (paragraphs [0026], [0089] and [0090]; claims 1 and 3 - the Activate PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address).

Application/Control Number: 10/017,398                                    Page 18
Art Unit: 2662

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify an Activate PDP Context Request message 109 of Bertrand to have an APN field containing information relating to a request for one of a private network address and a public network address, as shown by Takeda, since this APN field would provide a means to identify a GGSN included in the IP packet communication path (Takeda; Figures 1 and 5; paragraphs [0089]-[0091]).

However, Bertrand does not disclose a Create PDP Context Request message that has an APN field containing information relating to a request for one of a private network address and a public network address, as specified in claims 1 and 28.

Referring to Figure 5, Takeda discloses a Create PDP Context Request message 109 that has an APN field containing information relating to a request for one of a private network address and a public network address (paragraphs [0027], [0071], [0072] and [0091]; claims 1 and 28 - the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address).

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify a Create PDP Context Request message 110 of Bertrand to have an APN field containing information relating to a request for one of a private network address and a public network address, as shown by Takeda, since this APN field would provide a means to identify a destination-of-

connection external network included in the IP packet communication path

(Takeda; Figures 1 and 5; paragraphs [0027] and [0091]).

However, Bertrand does not disclose an Activate PDP Context Request

message that has an APN field containing information relating to a request for

one of a private network address and a public network address, as specified in

claims 8, 15, 32, and 33.

Referring to Figure 5, Takeda discloses an Activate PDP Context Request

message 109 that has an APN field containing information relating to a request

for one of a private network address and a public network address (paragraphs

[0026], [0089] and [0090]; claims 8, 15, 32, and 33 - the Activate PDP Context

Request message having an APN field containing information relating to a

request for one of a private network address and a public network address).

It would have been obvious to one of ordinary skill in the art at the time of

the invention to modify an Activate PDP Context Request message 109 of

Bertrand to have an APN field containing information relating to a request for one

of a private network address and a public network address, as shown by Takeda,

since this APN field would provide a means to identify a GGSN included in the IP

packet communication path (Takeda; Figures 1 and 5; paragraphs [0089]-

[0091]).

However, Bertrand does not disclose a Create PDP Context Request

message that has an APN field containing information relating to a request for

one of a private network address and a public network address, as specified in claim 9.

Referring to Figure 5, Takeda discloses a Create PDP Context Request message 109 that has an APN field containing information relating to a request for one of a private network address and a public network address (paragraphs [0027], [0071], [0072] and [0091]; claim 9 - the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address).

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify a Create PDP Context Request message 110 of Bertrand to have an APN field containing information relating to a request for one of a private network address and a public network address, as shown by Takeda, since this APN field would provide a means to identify a destination-of-connection external network included in the IP packet communication path (Takeda; Figures 1 and 5; paragraphs [0027] and [0091]).

However, Bertrand does not disclose a Create PDP Context Request message that has an APN field containing information relating to a request for one of a private network address and a public network address, as specified in claim 11.

Referring to Figure 5, Takeda discloses a Create PDP Context Request message 109 that has an APN field containing information relating to a request for one of a private network address and a public network address (paragraphs

[0027], [0071], [0072] and [0091]; claim 11 - the Create PDP Context Request

message having an APN field containing information relating to a request for one

of a private network address and a public network address).

It would have been obvious to one of ordinary skill in the art at the time of

the invention to modify a Create PDP Context Request message 110 of Bertrand

to have an APN field containing information relating to a request for one of a

private network address and a public network address, as shown by Takeda,

since this APN field would provide a means to identify a destination-of-

connection external network included in the IP packet communication path

(Takeda; Figures 1 and 5; paragraphs [0027] and  [0091]).

However, Bertrand does not disclose an Activate PDP Context Request

message that has an APN field containing information relating to a request for a

one of a private network address and a public network address, as specified in

claims 20 and 23.

Referring to Figure 5, Takeda discloses an Activate PDP Context Request

message 109 that has an APN field containing information relating to a request

for one of a private network address and a public network address (paragraphs

[0026], [0089] and [0090]; claims 20 and 23 - the Activate PDP Context Request

message having an APN field containing information relating to a request for one

of a private network address and a public network address).

It would have been obvious to one of ordinary skill in the art at the time of

the invention to modify an Activate PDP Context Request message 109 of

Bertrand to have an APN field containing information relating to a request for one

of a private network address and a public network address, as shown by Takeda,

since this APN field would provide a means to identify a GGSN included in the IP

packet communication path (Takeda; Figures 1 and 5; paragraphs [0089]-

[0091]).

However, Bertrand does not disclose a Create PDP Context Request

message that has an APN field containing information relating to a request for

one of a private network address and a public network address, as specified in

claims 20 and 31.

Referring to Figure 5, Takeda discloses a Create PDP Context Request

message 109 that has an APN field containing information relating to a request

for one of a private network address and a public network address (paragraphs

[0027], [0071], [0072] and [0091]; claims 20 and 31 - the Create PDP Context

Request message having an APN field containing information relating to a

request for one of a private network address and a public network address).

It would have been obvious to one of ordinary skill in the art at the time of

the invention to modify a Create PDP Context Request message 110 of Bertrand

to have an APN field containing information relating to a request for one of a

private network address and a public network address, as shown by Takeda,

since this APN field would provide a means to identify a destination-of-

connection external network included in the IP packet communication path

(Takeda; Figures 1 and 5; paragraphs [0027] and [0091]).

Claims 7, 19, 27, 30, and 37 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Bertrand et al. (US Pat. No. 6,687,252 B1), in view of Takeda

et al. (US Pub. No. 2001/0048686 A1), further in view of White et al. (US Pub.

No. 2003/0081578 A1), hereafter White.

Bertrand discloses the above limitations of claims 1, 8, 20, 28, and 32.

However, Bertrand does not disclose the GPRS-based communications

network that is a Universal Mobile Telecommunications System.

Referring to Figure 2, White discloses a GPRS-based communications

network that is a Universal Mobile Telecommunications System (paragraph

[0002]; claims 7, 19, 27, 30 and 37 - the GPRS-based communications network

is a Universal Mobile Telecommunications System).

It would have been obvious to one of ordinary skill in the art at the time of

the invention to have a GPRS-based communications network of Komiya to be a

Universal Mobile Telecommunications System, as shown by White, so a mobile

station can use a PDP context activation procedure to establish an internet

protocol connectivity with an external Packet Data Network (PDN) for various

data functions provided by 3G (White; paragraphs [0002] and [0003]).

### *Conclusion*

6.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

Application/Control Number: 10/017,398                                    Page 24
Art Unit: 2662

Barnes et al. (US Pat. No. 6,711,147 B1) discloses Merged Packet

Service and Mobile Internet Protocol.

Shi et al. (US Pub. No. 2004/0037242 A1) discloses Allocating Addresses

to Mobile Stations.

Ibanez et al. (US Pub. No. 2003/0026230 A1) discloses Proxy Duplicate

Address Detection for Dynamic Address Allocation.

Narvanen (US Pub. No. 2002/0080757 A1) discloses Arranging Packet

Data Connections In Office System.

Depaoli, R.; Moiso, C. (Intelligent Network Workshop, 2001 IEEE

6-9 May 2001 Pages:4 – 8) discloses Network intelligence for GPRS.


Any inquiry concerning this communication or earlier communications from

the examiner should be directed to Hao X. Nguyen whose telephone number is

571-272-8195.  The examiner can normally be reached on M-F 8AM-5PM.

If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, Hassan Kizou can be reached on 571-272-8195.  The fax

phone number for the organization where this application or proceeding is

assigned is 703-872-9306.

Information regarding the status of an application may be obtained from

the Patent Application Information Retrieval (PAIR) system.  Status information

for published applications may be obtained from either Private PAIR or Public

PAIR.  Status information for unpublished applications is available through

Application/Control Number: 10/017,398                                    Page 25
Art Unit: 2662

Private PAIR only.  For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-

free).


Hao X. Nguyen
Examiner
Art Unit 2662

HASSAN KIZOU
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600



**Information Disclosure Statement**
Serial No. 10/017,398

Sheet 1 of 1

| PTO-1449 (Modified)<br><br>U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE<br><br>INFORMATION DISCLOSURE STATEMENT<br>BY APPLICANT | ATTY. DOCKET NO.<br>005288.00014 | SERIAL NUMBER<br>10/017,398 |
|---|---|---|
| | APPLICANT<br>Senthil Sengodan | |
| | FILING DATE<br>December 18, 2001 | GROUP ART UNIT<br>~~2661~~ 2662 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE |
|---|---|---|---|---|---|---|
| HXN | 6,353,891 | 3/5/02 | Borella et al. | | | |
| HXN | 5,793,763 | 8/11/98 | Mayes et al. | | | |
| HXN | 5,708,655 | 1/13/98 | Toth et al. | | | |
| HXN | 5,590,133 | 12/31/96 | Billström et al. | | | |
| | | | | | | |
| | | | | | | |

RECEIVED
APR 0 4 2003
Technology Center 2600

**FOREIGN PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION YES/NO | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | Search Report |
|---|---|
| | |
| | |
| | |
| | |

| EXAMINER | Hao X Ng | DATE CONSIDERED | 9/7/2005 |
|---|---|---|---|

EXAMINER: Initial citation if reference was considered. Draw line through citation if not in conformance to MPEP 609 and not considered. Include copy of this form with next communication to applicant.

IDS w/1449 form filed: April 8, 2003

3

| USPTO Form 1449    U.S. Department of Commerce<br>Patent and Trademark Office<br>**INFORMATION DISCLOSURE<br>CITATION**<br>Sheet 1 of 2 | Attorney Docket No.<br>005288.00014 | | Serial No.<br>10/017,398 |
|---|---|---|---|
| | Applicant(s): Senthil Sengodan | | |
| | Filing Date:  December 18, 2001 | | Group: ~~2661~~  2662 |

## U.S. PATENT DOCUMENTS

| Examiner<br>Initial | Patent No. | Date | Name | Class | Subclass | Filing Date<br>(if appropriate) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner<br>Initial | Document No. | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|
| | | | | | | YES | NO |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (including Author, Title, Date, Pertinent Pages, etc.)

| | |
|---|---|
| H×N | R. Hinden et al., "IP Version 6 Addressing Architecture", July 1998,<br>http://www.ietf.org/rfc/rfc2373.txt?number=2373 printed on March 13, 2002, 25 pages |
| H×N | S. Kent et al., "Security Architecture For The Internet Protocol", November 1998,<br>http://www.ietf.org/rfc/rfc2401.txt?number=2401 printed on March 13, 2002, 62 pages |
| H×N | P. Srisuresh et al., "IP Network Address Translator (NAT) Terminology and considerations", August 1999,<br>http://www.ietf.org/rfc/rfc2663.txt?number=2663 printed on March 13, 2002, 29 pages |
| H×N | M. Borella et al., "Realm Specific IP:  Framework", October 2001,<br>http://www.ietf.org/rfc/rfc3102.txt?number=3102, printed on March 13, 2002, 29 pages |
| H×N | M. Borella et al., "Realm Specific IP:  Protocol Specification", October 2001,<br>http://www.ietf.org/rfc/rfc3103.txt?number=3103, printed on March 13, 2002, 51 pages |
| H×N | G. Montenegro et al., "RSIP Support for End-to-end Ipsec", October 2001,<br>http://www.ietf.org/rfc/rfc3104.txt?number=3104, printed on March 13, 2002, 18 pages |
| H×N | J. Kempf et al., "Finding an RSIP Server with SLP", October 2001,<br>http://www.ietf.org/rfc/rfc3105.txt?number=3105, printed on March 13, 2002, 11 pages |
| H×N | ETSI EN 301 344 V7.1.1 (2000-01), "Digital cellular telecommunications system (Phase 2+); General Packet Radio Service (GPRS); Service description; Stage 2 (GSM 03.60 version 7.1.1 Release 1998), 115 pages |

| EXAMINER | DATE CONSIDERED<br>9/7/2005 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

| *Notice of References Cited* | Application/Control No.<br>10/017,398 | Applicant(s)/Patent Under Reexamination<br>SENGODAN, SENTHIL | |
|---|---|---|---|
| | Examiner<br>Hao X. Nguyen | Art Unit<br>2662 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-6,687,252 B1 | 02-2004 | Bertrand et al. | 370/401 |
| | B | US-2001/0048686 A1 | 12-2001 | Takeda et al. | 370/401 |
| | C | US-2003/0081578 A1 | 05-2003 | White et al. | 370/338 |
| | D | US-6,711,147 B1 | 03-2004 | Barnes et al. | 370/338 |
| | E | US-2004/0037242 A1 | 02-2004 | Shi et al. | 370/329 |
| | F | US-2003/0026230 A1 | 02-2003 | Ibanez et al. | 370/338 |
| | G | US-2002/0080757 A1 | 06-2002 | Narvanen et al. | 370/338 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Network intelligence for GPRS; Depaoli, R.; Moiso, C.; Intelligent Network Workshop, 2001 IEEE; 6-9 May 2001 Page(s):4 - 8 |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 2O231
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 8170**

| SERIAL NUMBER 10/017,398 | FILING DATE 12/18/2001 RULE | CLASS 370 | GROUP ART UNIT ~~2601~~ 2662 | ATTORNEY DOCKET NO. 005288.00014 |
|---|---|---|---|---|

| APPLICANTS |
|---|
| Senthil Sengodan, Burlington, MA;    YES  HXN |
| ** CONTINUING DATA ***************    No   HXN |
| ** FOREIGN APPLICATIONS *************** |
| IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** 01/17/2002 |

| Foreign Priority claimed ☐ yes ☑ no | | | STATE OR COUNTRY MA | SHEETS DRAWING 6 | TOTAL CLAIMS 38 | INDEPENDENT CLAIMS 7 |
|---|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | | | |
| Verified and Acknowledged   *Examiner's Signature*   8/31/2005   Initials | | | | | | |

| ADDRESS |
|---|
| 22907 |

| TITLE |
|---|
| Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |

| FILING FEE RECEIVED 1400 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |



***Search Notes***

| | | | |
|---|---|---|---|
| **Application/Control No.** | | **Applicant(s)/Patent under Reexamination** | |
| 10/017,398 | | SENGODAN, SENTHIL | |
| **Examiner** | | **Art Unit** | |
| Hao X. Nguyen | | 2662 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 370 | 395.3 | 9/8/2005 | HXN |
| 370 | 349 | 9/8/2005 | HXN |
| 370 | 338 | 9/8/2005 | HXN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| Consulted with Hassan Kizou (SPE, Art Unit 2662) about classes/subclasses | 9/8/2005 | HXN |
| Performed text search and class/subclasses search using EAST. | 9/8/2005 | HXN |
| Consulted with John Pezzlo (Primary, Art Unit 2662) about references. | 9/9/2005 | HXN |
| Performed Inventoryship search. | 9/14/2005 | HXN |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No.  54080205

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | Examiner | Art Unit | |
| | Hao X. Nguyen | 2662 | |

| √ | Rejected | — | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 9/14/05 | | | | | | | |
| | 1 | √ | | | | | | | |
| | 2 | √ | | | | | | | |
| | 3 | √ | | | | | | | |
| | 4 | √ | | | | | | | |
| | 5 | √ | | | | | | | |
| | 6 | √ | | | | | | | |
| | 7 | √ | | | | | | | |
| | 8 | √ | | | | | | | |
| | 9 | √ | | | | | | | |
| | 10 | √ | | | | | | | |
| | 11 | √ | | | | | | | |
| | 12 | √ | | | | | | | |
| | 13 | √ | | | | | | | |
| | 14 | √ | | | | | | | |
| | 15 | √ | | | | | | | |
| | 16 | √ | | | | | | | |
| 17 | | √ | | | | | | | |
| | 18 | √ | | | | | | | |
| | 19 | √ | | | | | | | |
| | 20 | √ | | | | | | | |
| | 21 | √ | | | | | | | |
| 22 | | √ | | | | | | | |
| | 23 | √ | | | | | | | |
| | 24 | √ | | | | | | | |
| | 25 | √ | | | | | | | |
| | 26 | √ | | | | | | | |
| | 27 | √ | | | | | | | |
| | 28 | √ | | | | | | | |
| | 29 | √ | | | | | | | |
| | 30 | √ | | | | | | | |
| | 31 | √ | | | | | | | |
| | 32 | √ | | | | | | | |
| | 33 | √ | | | | | | | |
| | 34 | √ | | | | | | | |
| | 35 | √ | | | | | | | |
| | 36 | √ | | | | | | | |
| | 37 | √ | | | | | | | |
| | 38 | √ | | | | | | | |

Part of Paper No. 54080205

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the Application of: | Atty. Docket No.:    005288.00014 |
| **Senthil SENGODAN** | |
| Serial No.:    10/017,398 | Group Art Unit:    2662 |
| Filed:    December 18, 2001 | Examiner:    Nguyen, Hao X. |
| For:    METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY | Confirmation No.:    8170 |

## AMENDMENT

U.S. Patent and Trademark Office
401 Dulany Street
Alexandria, VA 22314

Sir:

In response to the Office Action mailed September 21, 2005, please amend the instant application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the Listing of Claims, which begins on page 4 of this paper.

**Amendments to the Drawings** begin on page 17 of this paper and include an attached replacement sheet.

**Remarks/Arguments** begin on page 18 of this paper.

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

**Amendments to the Specification:**

Please replace paragraph 22 at page 9 with the following rewritten paragraph:

-- Figure 1 depicts a prior art private administrative domain and a public administrative domain that are separated by a NAT for illustrating a conventional NAT-based address assignment operation; --

Please replace paragraph 23 at page 9 with the following rewritten paragraph:

-- Figure 2a depicts a prior art private administrative domain and a public administrative domain that are separated by an RSIP server for illustrating a conventional RSIP-based address assignment operation; --

Please replace paragraph 24 at page 10 with the following rewritten paragraph:

-- Figure 2b depicts a prior art datagram within an RSIP-based system; --

Please replace paragraph 25 at page 10 with the following rewritten paragraph:

-- Figure 3 shows prior art conventional generic GPRS protocol stacks for a mobile station (MS), base station subsystem (BSS), Serving GPRS Support Node (SGSN) and the Gateway GPRS Support Node (GGSN); --

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

Please replace paragraph 26 at page 10 with the following rewritten paragraph:

-- Figure 4a-4d illustrate a <u>prior art</u> conventional PDP (Packet Data Protocol) context activation sequence within a GPRS network; --

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

    1.    (Original)  A General Packet Radio System (GPRS) -based communications network comprising:

    a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

    a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network,

    the SGSN sending a Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address,

    the GGSN assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sending a Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message,

    the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

message containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

2.      (Original)   The GPRS-based communications network according to claim 1, wherein the mobile station receives the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

3.      (Original)   The GPRS-based communications network according to claim 1, wherein the information contained in the APN field of the Activate PDP Context Request message explicitly indicates one of a private network address and a public network address.

4.      (Original)   The GPRS-based communications network according to claim 1, wherein the information contained in the APN field of the Activation PDP Context Request message implicitly indicates one of a private network address and a public network address.

5.      (Original)   The GPRS-based communications network according to claim 1, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

6.       (Original)   The GPRS-based communications network according to claim 1, wherein the GPRS-based communications network is a GPRS communications network.


7.       (Original)   The GPRS-based communications network according to claim 1, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.


8.       (Original)  A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

          receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

          sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.


9.       (Original)  The method according to claim 8, further comprising steps of:

          sending a Create PDP Context Request message from the SGSN to a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network, the Create PDP

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

receiving a Create PDP Context Response message from the GGSN containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

10.    (Original)  The method according to claim 9, further comprising steps of:

receiving the Create PDP Context Request message from the SGSN at the GGSN;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

11.    (Original)  The method according to claim 8, further comprising steps of:

sending a Create PDP Context Request message from the SGSN to a Border Gateway (BG) of the GPRS-based communications network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

receiving a Create PDP Context Response message at the SGSN from the BG containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

12.    (Original)  The method according to claim 11, further comprising steps of:

receiving the Create PDP Context Request message at the BG;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

sending the Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

13.    (Original)  The method according to claim 12, further comprising steps of:

sending the Create PDP Context Request message from the SGSN to a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network;

sending the Create PDP Context Request message from the GGSN to the BG;

receiving the Create PDP Context Response message at the GGSN from the BG; and

receiving the Create PDP Context Response message at the SGSN from the GGSN.

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

14.    (Original)  The method according to claim 8, further comprising a step receiving at the mobile station the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

15.    (Original)  The method according to claim 8, wherein the information contained in the APN field of the Activate PDP Context Request message explicitly indicates one of a private network address and a public network address.

16.    (Original)  The method according to claim 8, wherein the information contained in the APN field of the Activate PDP Context Request message implicitly indicates one of a private network address and a public network address.

17.    (Original)  The method according to claim 8, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

18.    (Original)   The method according to claim 8, wherein the GPRS-based communications network is a GPRS communications network.

19.    (Original)  The method according to claim 8, wherein the GPRS-based

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

communications network is a Universal Mobile Telecommunications System.

20.    (Original)  A General Packet Radio System (GPRS) -based communications network comprising:

a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

a Border Gateway (BG) of the GPRS-based communications network,

the SGSN sending a Create PDP Context Request message from the SGSN to the BG in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address,

the BG assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sending a Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message,

the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept message containing information assigning one of a private network address and a public network

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

address to the mobile station based on the information contained in the APN field of the Activate

PDP Context Request message.


21.    (Currently Amended)   The GPRS-based communications network according to

claim 20, further comprising a Gateway GPRS Support Node (GGSN), and

wherein the SGSN sending the Create PDP Context Request message from the

SGSN to the GGSN in response to the Activate PDP Protocol Context Request,

wherein the GGSN sending the Create PDP Context Request message from the

GGSN to the BG, and

wherein the BG sends the Create PDP Context Response message from the BG to

the GGSN and the GGSN sends the Create PDP Context Response message to from the GGSN

to the SGSN.


22.    (Original)   The GPRS-based communications network according to claim 20,

wherein the mobile station receives the Activate PDP Context Accept message containing the

information relating to an assignment of one of a private network address and a public network

address to the mobile station based on the information contained in the APN field of the Activate

PDP Context Request message.


23.    (Original)   The GPRS-based communications network according to claim 20,

wherein the information contained in the APN field of the Activate PDP Context Request

message explicitly indicates one of a private network address and a public network address.

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

24.    (Original)   The GPRS-based communications network according to claim 20, wherein the information contained in the APN field of the Activation PDP Context Request message implicitly indicates one of a private network address and a public network address.

25.    (Original)   The GPRS-based communications network according to claim 20, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

26.    (Original)   The GPRS-based communications network according to claim 20, wherein the GPRS-based communications network is a GPRS communications network.

27.    (Original)   The GPRS-based communications network according to claim 20, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

28.    (Original)   A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving GPRS Support Node (SGSN) at Gateway GPRS Support Node (GGSN), the Create PDP Context Request Message having an APN field containing information relating to a request for one of a private network address and a public network address for a mobile station of the GPRS-based communications network;

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

29.    (Original)   The method according to claim 28, wherein the GPRS-based communications network is a GPRS communications network.

30.    (Original)  The method according to claim 28, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

31.    (Original)  A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving GPRS Support Node (SGSN) at Border Gateway (BG), the Create PDP Context Request Message having an APN field containing information relating to a request for one of a private network address and a public network address for a mobile station of the GPRS-based communications network;

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

assigning one of a private network address and a public network address to the

mobile station based on the information contained in the APN field of the Create PDP Context

Request message and

sending the Create PDP Context Response message from the BG to the SGSN

containing the information assigning one of a private network address and a public network

address to the mobile station based on the information contained in the APN field of the Create

PDP Context Request message.

32.    (Original)   A method for requesting an assignment of a network address in a

General Packet Radio System (GPRS) -based communications network, the method comprising:

sending an Activate Packet Data Protocol (PDP) Context Request message to a

Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a

mobile station of the GPRS-based communications network, the Activate PDP Context Request

message having an APN field containing information relating to a request for one of a private

network address and a public network address; and

receiving at the mobile station an Activate PDP Context Accept message

containing information relating to an assignment of one of a private network address and a public

network address to the mobile station based on the information contained in the APN field of the

Activate PDP Context Request message.

33.    (Original)   The method according to claim 32, wherein the information contained

in the APN field of the Activate PDP Context Request message explicitly indicates one of a

private network address and a public network address.

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

34.    (Original)  The method according to claim 32, wherein the information contained in the APN field of the Activate PDP Context Request message implicitly indicates one of a private network address and a public network address.

35.    (Original)  The method according to claim 32, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

36.    (Original)  The method according to claim 32, wherein the GPRS-based communications network is a GPRS communications network.

37.    (Original)  The method according to claim 32, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

Claim 38 (cancelled).

39.    (New)  A method for assigning a network address in a General Packet Radio System (GPRS)-based communications network, the method comprising:

receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing one or more parameters indicating a type of requested

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

network address, wherein the type is one of a private network address and a public network address; and

sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the one or more parameters indicating the type of requested network address contained in the APN field of the Activate PDP Context Request message.

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

## Amendments to the Drawings:

The attached sheets of drawings are formal drawings of Figs. 1-6 that replace the originally filed drawings. Additionally, Fig. 2b has been amended to identify the payload as element 209.

Attachment: Replacement Sheets

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

## REMARKS/ARGUMENTS

The Office Action of September 21, 2005, has been carefully reviewed and these remarks are responsive thereto. Claim 21 has been amended. Claim 38 has been cancelled. Claim 39 has been added. No new matter has been added. Claims 1-37 and 39 remain pending after entry of the present amendment. Reconsideration and allowance of the instant application are respectfully requested.

### *Amendments to the Specification*

In response to the Examiner's objection, Applicant has amended the language used to describe figures 1-4d as "prior art."

### *Claim Objections*

Applicant has amended claim 21 to correct the typographical error identified by the Examiner. With respect to the objection regarding the placement of the first page of the claims, Applicant does not understand the objection. Applicant's copy of the application as filed shows that the claims begin on a new page, and are on pages 17-30, between the detailed description and the abstract. As such, Applicant requests further clarification and explanation in order to fix this informality if any such informality exists.

### *Drawings*

Per the Examiner's instructions, the Applicant has labeled the payload described in Fig. 2b as element 209. Applicant has further prepared formal drawings for all figures (i.e., Figs. 1, 2A, 2B & 3-6). Replacement sheets containing Figs. 1-6 and in compliance with 37 C.F.R. §1.121(d) are included herewith.

### *Claim Rejections Under 35 U.S.C. §102(e)*

Claim 38 stands rejected under 35 U.S.C. §102(e) as being anticipated by Takeda *et al.* (U.S. Patent Publ. No. 2001/0048686, hereinafter "Takeda"). Since claim 38 has been cancelled, this rejection is rendered moot.

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

## Claim Rejections Under 35 U.S.C. §103(a)

Claims 1-37 stand rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand *et al.* (U.S. patent No. 6,687,252, hereinafter "Bertrand") in view of Takeda. This rejection is respectfully traversed for the following reasons.

Independent claims 1, 8, 20, 28, 31 and 32 all relate to, *inter alia*, a GGSN assigning one of a private network address and a public network address to a mobile station based on information contained in an APN field of a Create PDP Context Request message. The information contained in the APN field is transmitted by the requesting mobile terminal and relates to a request for one of a private network address and a public network address. Neither Bertrand nor Takeda, either separately or in combination, teaches or suggests such a feature. While Bertrand and Takeda both disclose an APN field, neither one teaches or suggests that the assignment of a private or a public network address is based on information in the APN field related to the request by the mobile station.

In Bertrand, a GGSN uses an APN to deduce VPN and L2TP tunnel parameters. Col. 4, ll. 50-55, Col. 7, ll. 2-12. In addition, the APN contains authorization for the GPRS to set up a tunnel and the alternate routes to a corporate LAN. Col. 7, ll. 20-26. It should be noted that neither of these two functions relate to the actual allocation of an IP address to the mobile terminal. As such, Bertrand fails to teach or suggest that the assignment of an IP address (i.e., network address) is *based on information in the APN field of a Context Request message relating to a mobile terminal's request for one of a private network address and a public network address.* Bertrand's use of APN fields and its process for allocating IP addresses are entirely distinct. Additionally, Bertrand discloses that it is a Radius Server (RS) that actually finds (i.e., allocates) an IP address for the mobile terminal in response to a Radius Access Request message from the GGSN. Col. 5, ll. 16-31. Nowhere does Bertrand teach or suggest that information in the APN is either sent to or considered by the RS during the allocation process. Applicant's specification discloses that, in one example, the APN field in the Activate PDP Context Request message may indicate that a public IP address is desired. P. 12, ¶ 33. In consideration of such an indication in the APN field, the GGSN would return a message containing (i.e., assign) a public IP address to the mobile terminal. *Id.* Bertrand lacks any teaching or suggestion of a mobile terminal providing any such indication or information, much less a GGSN basing an IP address assignment on such and indication or information. Thus, there would be no motivation for

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

Bertrand to use information stored in the APN fields (or even the APN fields themselves) in the actual allocation or assignment of IP addresses.

Even in view of Takeda, the combination would fail to teach or suggest the assignment of network addresses based on information in the APN field of a Context Request message relating to a mobile terminal's request for one of a private network address and a public network address. At best, Takeda discloses, on pp. 5-6, ¶ 91, the use of APNs to allow a gateway node to identify a communication network corresponding to the communication requested by a mobile terminal. As with Bertrand, Takeda does not teach or suggest any information in the APN that would be used during the actual IP address allocation process. In other words, an APN that merely identifies a gateway node would not have much to contribute in determining which IP address (or type of IP address) to assign a mobile terminal. Takeda fails to contradict this sentiment. Additionally in Takeda, it is the DHCP server that assigns the IP address to the mobile terminal, not the gateway node. P. 6, ¶ 95. Even so, Takeda does not teach or suggest that the DHCP, in allocating IP addresses, evaluates or receives any information contained in the APN relating to the mobile terminal's request for one of a public network address or a private network address. Neither Bertrand nor Takeda provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner suggested by the Applicant. The Office Action may not use Applicant's invention as a blueprint for combining two distinct components/features (e.g., allocation of IP addresses and APNs) found in Bertrand and Takeda. As such, claims 1, 8, 20, 28 and 32 are allowable for at least this reason.

Claims 2-7, 9-19, 21-27, 29, 30 and 33-37 are allowable for at least the same reasons as their respective base claims and further in view of the novel and non-obvious features recited therein. For example, claims 3, 15, 23 and 33 relate to, *inter alia*, information contained in the APN field of the Activate PDP Context Request message explicitly indicating one of a private network address and a public network address. As discussed on p. 13 of Applicant's specification, the inserted information (in the APN field) relating to whether a public or a private address assignment is desired can be an explicit indication, such as a particular bit (or bits) of the APN field being set, such as is claimed in claims 3, 15, 23 and 33. Neither Bertrand nor Takeda, separately or in combination, teaches or suggests such a feature. The Office Action even admits this deficiency of Betrand. Instead, the Office Action alleges that ¶¶ 26, 89 and 90 of Takeda disclose an "APN field containing information relating to a request for one of a private network

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

address and a public network address." Even assuming the validity of such an allegation, merely containing information relating to a request is distinguishable from containing information in the APN field *explicitly indicating* one of a private network address and a public network address. Significantly, the cited passages only disclose an APN for identifying a gateway node. There is no teaching or suggestion that the APN field includes any explicit indicators of whether a private network address or a public network address is being requested. Claims 3, 15, 23 and 33 are thus allowable for this additional reason.

### Claim Rejections Under White et al.

Claims 7, 19, 27, 30 and 37 stand rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand in view of Takeda and further in view of White *et al.* (U.S. Patent Publ. No. 2003/0081578, hereinafter "White"). This rejection is respectfully traversed for the following reasons.

Claims 7, 19, 27, 30 and 37 all relate to a GPRS-based communications network that is a Universal Mobile Telecommunications System. The Office Action, on page 23, concedes that Bertrand does not disclose such a feature. Takeda also fails to teach or suggest a GPRS-based network that is a Universal Mobile Telecommunications System. White is further unable to cure the deficiencies of Bertrand and Takeda in view of the 37 C.F.R. §1.131 Declaration (131 Declaration) filed herewith showing Applicant's conception and diligence prior to White's date of filing. As such, claims 7, 19, 27, 30 and 37 are allowable for this additional reason.

### New Claim

New claim 39 recites, *inter alia*, "the Activate PDP Context Request message having an APN field containing one or more parameters indicating a type of requested network address, wherein the type is one of a private network address and a public network address." Neither Bertrand nor Takeda, separately or in combination, teaches or suggests such a feature. Although both Bertrand and Takeda disclose APNs, neither teaches or suggests that the APN contains a parameter indicating a type of requested network address. In fact, nowhere does Bertrand or Takeda disclose that a mobile terminal can request a specific type (i.e., private or public) of network address. Claim 39 is thus allowable for at least this reason.

### CONCLUSION

Page 21 of 22

Appln. No.: 10/017,398
Reply to Office Action of September 21, 2005

All rejections having been addressed, Applicants respectfully submit that the instant application is in condition for allowance, and respectfully solicits prompt notification of the same. However, if for any reason the Examiner believes the application is not in condition for allowance or there are any questions, the Examiner is requested to contact the undersigned at (202) 824-3153.

Respectfully submitted,

BANNER & WITCOFF, LTD.

Dated: Jan. 20, 2006

By: _____
Ross A. Dannenberg, Reg. No. 49,024

1001 G Street, N.W.
Washington, D.C. 20001-4597
Tel: (202) 824-3000
Fax: (202) 824-3001

RAD/CAM

Page 22 of 22



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)

FIG. 2B
(PRIOR ART)



FIG. 3
(PRIOR ART)



Activate PDP Context Request
(NSAPI, PDP Type, PDP Addr, APN, QoS Req, PDP Config Options)

**FIG. 4A**

Create PDP Context Request (PDP Type, PDP Addr, APN, QoS Negotiated, TID, Selection Mode, PDP Config Options)

**FIG. 4B**

Create PDP Context Response (TID, PDP Addr, BB Protocol, Reordering Reqd, QoS Negot., PDP Config Options, Cause)

**FIG. 4C**

Activate PDP Context Accept (NSAPI, PDP Type, PDP Addr, QoS Req, Radio Priority Level, PDP Config Options)

**FIG. 4D**



FIG. 5



FIG. 6

BEST AVAILABLE COPY

Declaration Under 37 C.F.R. § 1.131
Appended to Amendment
Reply to Office Action of September 21, 2005
Page 1 of 3

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the Application of: | Atty. Docket No.: 005288.00014 |
| **Senthil SENGODAN** | |
| Serial No.: 10/017,398 | Group Art Unit: 2662 |
| Filed: December 18, 2001 | Examiner: Nguyen, Hao X. |
| For: METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY | Confirmation No.: 8170 |

## DECLARATION UNDER 37 C.F.R. § 1.131

U.S. Patent and Trademark Office
Commissioner for Patents

Sir:

I, Senthil Sengodan, hereby declare, unless otherwise excepted, that:

1) I am named as the sole inventor of the above-identified patent application;

2) I am presently employed by Nokia Corporation (Nokia), and was employed by Nokia during conception and development of the above-identified application.

3) Nokia is the assignee of the above-identified application.

4) Prior to October 26, 2001, ("the critical date") the actual filing date of U.S. Publ. No. US 2003/0081578 A1, I conceived of the invention recited in the pending claims of the above-identified application.

5) Conception is evidenced by the disclosure document entitled "A Method and Apparatus for Address Allocation in GPRS Networks that facilitates end-to-end-security" ("GPRS1") prepared by Senthil Sengodan (dates redacted), a copy which is attached as Exhibit A. This document was prepared prior to the critical date. The date(s) redacted from Exhibit A is/are prior to the critical date.

6) The GPRS1 document specifically evidences conception at least of independent claims 1, 8, 20, 28, 31, 32 and 39 at least at pages 4-10, among other places.

Declaration Under 37 C.F.R. § 1.131
Appended to Amendment
Reply to Office Action of September 21, 2005
Page 2 of 3

7) The GPRS1 document was subsequently forwarded to my patent attorney, Mr. Bradley C. Wright of the law firm Banner & Witcoff, Ltd., for preparation of an application.

8) On October 18, 2001, my employer forwarded my comments and revisions to a draft application to Mr. Joseph P. Curtin (also an attorney with Banner & Witcoff, Ltd.). The letter communicating the comments and revisions is attached as Exhibit B.

9) On October 31, 2001, another draft of the patent application was forwarded to my employer for review. The e-mail forwarding the additional draft is attached as Exhibit C.

10) On November 26, 2001, my employer forwarded additional information that I provided on November 21, 2001, to Mr. Wright and Mr. Curtin. The e-mail string communicating the additional information is attached as Exhibit D.

11) In response to the comments sent November 26, 2001, Mr. Wright forwarded a fourth draft of the application from Mr. Curtin to my employer for review. We subsequently approved the draft and faxed a signed Declaration and a signed Assignment for filing on December 18, 2001. The fax forwarding the signed documents is attached as Exhibit E.

12) On December 18, 2001, the above-captioned patent application was filed in the U.S. Patent and Trademark Office.

13) The invention disclosure (Exhibit A) evidences conception, and the preparation and revisions to draft patent applications from a time prior to the Critical Date through the filing of the Application demonstrate diligence from before the Critical Date until the

Declaration Under 37 C.F.R. § 1.131
Appended to Amendment
Reply to Office Action of September 21, 2005
Page 3 of 3

filing of the above-captioned patent application and the constructive reduction to

practice of our invention.

14) All acts referred to in this Declaration were performed either in the United States, or

in a WTO member country.

15) The attached Exhibits have not been altered since they were originally submitted to

the Patent Committee or otherwise prepared or communicated and any marginalia on

the exhibits was contemporaneously written upon receipt of the exhibit in question;

and

16) I declare under penalty of perjury under the law of the United States of America that

statements made herein of our own knowledge are true and that all statements made

on information and belief are believed to be true; and further that these statements

were made with the knowledge that willful false statements and the like so made are

punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the

United States Code and that such willful false statements may jeopardize the validity

of the application or any patent issuing thereon.


Respectfully submitted,

_Senthil Sengodan_                        December 22 2005
Senthil Sengodan                          Date

 **NOKIA**                **CONFIDENTIAL**

## INVENTION REPORT

| Title of invention:<br>A Method and Apparatus for Address Allocation in GPRS Networks that facilitates end-to-end security | INVENTION REPORT RECEIVED<br>Case:                    Patent Committee: |
|---|---|
| **THE DESCRIPTION OF THE INVENTION MUST BE ATTACHED** | Place:          Date:<br>Signature: |

| Inventor's name, employee number, title and nationality: *)<br>Senthil Sengodan<br>Assistant Research Manager<br>India | Home Address: *)<br><br>6 Westgate Dr, #205<br>Woburn, MA 01803 | Business Unit and cost centre: |
|---|---|---|

| Line Manager(s): Raj Bansal |  |
|---|---|

| Project : *) | Project Manager: |
|---|---|

Office address: *) 5 Wayside Road, Burlington, MA 01803, USA

| Phone: *) +1-781-993-3789 | Fax: *) +1-781-993-1907 |
|---|---|

The invention becomes public on:

*I am/ We are the sole/ and original inventor(s) of this invention.*

*The company may, by virtue of applicable legislation, be entitled to full or partial rights to the invention.*
*I/ We acknowledge my/ our obligation to sign as inventor(s) all documents that may be required for protecting the invention in different countries.*

**Applicable to inventions made by inventors employed in FI, DK, DE and SE only.**
*Unless the inventor requests the Invention Report to be responded to within four (4) months from the date this Invention Report is received or such other period as the mandatory provisions of the applicable local law may otherwise require, the inventor consents to the right of the employer to use a reasonable period of time for the evaluation of the invention. A reasonable period of time may exceed four (4) months.*
☐ *I/ We request that the Invention Report be responded to within four (4) months.*

Date:
Signature(s) of Inventor(s):

*) See the Instructions

| *I have read and understood the invention described in this Invention Report*<br>Date:<br>Signature of Manager | 1 |
|---|---|

**NOKIA**　　　　　　　　**CONFIDENTIAL**

# INSTRUCTIONS FOR COMPLETING THE INVENTION REPORT

This Invention Report form is used in cases where an invention has been made by an employee of the Company. This Invention Report is confidential. Only the Patent Department may make copies of signed Invention Reports in order to request opinions or reply to the inventor(s).

The inventor completes the Invention Report and the description of the invention. The inventor does not fill in the 'Invention Report received' field. This field is filled in by the Patent Department. The Invention Report must have the names of all the inventors and their home addresses. If there is not enough space for all the names, addresses etc, please write them on a separate attachment. The first mentioned inventor is assumed to be the contact person in matters concerning the Invention Report. In the fields of office address, phone and fax, please fill in the contact person's information. Fill in the project field, if the invention is made in a project. The original Invention Report is signed by all inventors. Each page of the original Invention Report is signed by a Manager. In case it is difficult to obtain Manager's signature your Patent Department will take care of it.

It is suggested that the Invention Report and the description of the invention should be filled in as thoroughly as possible. If drawings or other kind of information cannot be attached to this form, they should be delivered separately.

The signed Invention Report is given directly to the local or business unit's Patent Department. Invention Report should also be sent by E-mail to the Patent Department. The Patent Engineer will inform the inventor of receiving the Invention Report. The Patent Engineer will obtain any expert opinions needed to properly evaluate the invention, will procure the Company's decision and inform the inventor accordingly.

---

*I have read and understood the invention described in this Invention Report*

Date:
Signature of Manager

2

 **CONFIDENTIAL**

## DESCRIPTION OF THE INVENTION

Please, describe your invention in the following order. You can enclose the drawings on a separate document.

### 1. Field and background of the invention

*NAT and RSIP*

IPv4 is the version of IP (Internet Protocol) that is deployed in today's networks – both enterprise networks as well as the public Internet. One of the limitations of IPv4 is its limited address space. In order to conserve addresses, enterprises and other administrative domains have resorted to the use of private addresses. Private addresses are those where the IP address falls in the range: [10.0.0.0 – 10.255.255.255], or [172.16.0.0. – 172.31.255.255], or [192.168.0.0. – 192.168.255.255]. Private addresses that are assigned by an administrative entity within an administrative domain (AD) have relevance only within the AD, and such addresses must not be visible outside the AD. The advantage of this approach is that different ADs may assign the same private IP address to hosts within their respective ADs, without any concern of conflict. When a host that is assigned a private address wishes to communicate with a host that is outside its AD, the use of a Network Address Translator (NAT) is warranted. A NAT transforms the private IP address (and possibly certain other fields) to a public IP address, prior to sending the IP datagram outside its domain.

This approach of using private addresses within ADs, and the use of NATs at the edges of the ADs, has been widely adopted and deployed within enterprises. However, there are two major drawbacks that such an approach faces:

1. Such an approach breaks the end-to-end security model, and
2. Certain applications cannot work in the presence of a NAT, unless remedial measures - such as the inclusion of an application gateway (proxy) - are taken.

Figure 1 illustrates a typical scenario involving NATs.

---

*I have read and understood the invention described in this Invention Report*

Date:
Signature of Manager



**CONFIDENTIAL**



X→NAT: A.1,B.4; NAT→Y: B.1,B.4
Y→NAT: B.4,B.1; NAT→X: B.4,A.1

<u>Private Addresses</u>:
10.0.0.0 – 10.255.255.255
172.16.0.0 – 172.31.255.255
192.168.0.0 – 192.168.255.255

Figure 1: Illustrating NATs

In order to overcome the disadvantages that face NATs, a mechanism termed Realm Specific IP (RSIP). RSIP has been proposed within the IETF and has gained significant support. In RSIP, a host (RSIP client) that needs to be assigned an IP address indicates to the server (RSIP server) that is responsible for assigning IP address, whether the IP address is needed to communicate with hosts within the AD or outside the AD. Based on this information, the RSIP server assigns either a private IP address or a public IP address to the host. It is seen that when a private IP address is assigned to a host, the IP datagram does not leave the AD. When an IP datagram does leave an AD, the address that is assigned to the transmitting host is a public IP address. Thus, the RSIP protocol makes the use of NATs unnecessary, thereby avoiding the drawbacks involving NATs. Figure 2 illustrates the usage of RSIP.

To summarize the discussion thus far, there are generally two broad approaches taken regarding the assignment of IP addresses to hosts within an AD:

1. Assign private addresses to hosts, and when the host needs to communicate with another host that is outside the private domain, make use of Network Address Translators (NATs).
2. Determine whether the host needs to communicate with another host within the same AD or outside the AD, prior to assigning an IP address to it. Assign a private address to a host when it communicates with another host within the same AD. Otherwise, assign a public address to the host. The protocol between the host and the address assigning server is the RSIP protocol.

| *I have read and understood the invention described in this Invention Report* | 4 |
|---|---|
| Date:<br>Signature of Manager | |

 **CONFIDENTIAL**



Figure 2: Illustrating RSIP

---

### *IP Address Assignment in GPRS Networks*

In the case of GPRS networks, a Mobile Station (MS) is assigned an IP address by the General GPRS Support Node (GGSN). Today, such an IP address is an IPv4 address. The protocol that is used for address assignment is specific to GPRS networks, and is termed PDP Context Activation. PDP (Packet Data Protocol) is a term that is used within GPRS networks to refer to IP addresses, X.25 addresses etc. Since we are concerned about IPv4 addresses, the term PDP is synonymous with IPv4 address for this discussion. Figure 3 shows a generic GPRS protocol stack, where the IP address on the MS may be seen. Figure 4 illustrates the PDP context activation procedure within GPRS networks. An Administrative Domain (AD) within GPRS networks (and cellular networks in general) is termed a PLMN (Public Land Mobile Network).

---

*I have read and understood the invention described in this Invention Report*

Date:
Signature of Manager

CONFIDENTIAL



Figure 3: GPRS Protocol Stack



Figure 4: PDP Context Activation

---

*I have read and understood the invention described in this Invention Report*

Date:
Signature of Manager

6

**NOKIA**                    **CONFIDENTIAL**

## 2. A summary of the invention

When IPv4 addresses are assigned to MSs in a GPRS network, one needs to be concerned about conserving such addresses, while maintaining end-to-end security and application friendliness at the same time. In order to achieve this, this we propose two methods:

1. Use of the RSIP protocol within GPRS networks. We describe the GPRS functional entities where the RSIP client and the RSIP server need to be implemented.
2. Use of the existing GPRS address assignment mechanism (i.e., PDP context activation procedure) with minor modifications, so that a functionality similar to RSIP is achieved. Specifically, we propose the use of the *Access Point Name* (APN) field within the *Activate PDP Context Request* message to convey to the GGSN, whether a private or public IP address needs to be assigned to the MS.

## 3. Describe the problem which the invention overcomes

The problem that the invention solves is:

- To date, we know of no clear mechanism/procedure for IPv4 address assignment to a MS by a GGSN within GPRS networks, which has the benefits of conserving IPv4 addresses while at the same time maintaing end-to-end security and being application friendly.

## 4. How was the problem solved earlier?

The GPRS standard itself does not specify whether private or public IP addresses are assigned to MSs, since that is not a standardization issue. It is not a standardization issue when one relies on the fafct that NATs will be used at the PLMN boundaries, in the presence of private IP addresses. In other words, I believe that current GPRS deployments rely on the use of NATs at the GGSN when private addresses are assigned to the MSs. While this solves the problem of conserving IPv4 addresses, as we saw earlier, it does not provide end-to-end security or application friendliness.

## 5. How does the invention improve earlier solutions? Advantages and disadvantages of the invention?

I believe that current GPRS implementations using IPv4 addresses rely on the use of NATs when private addresses are assigned to the MS. The disadvantages of the use of NATs with regard to end-to-end security and application friendliness is known. Consequently, the current solutions suffer from this drawback. The proposed solution(s) avoid this drawback since they are based on the priniciple of RSIP.

## 6. Brief description of the drawings (Please enclose drawings and figures of the invention on a separate document)

*Drawings Relevant to Proposal 1*

Figure 5 shows the location of the RSIP client and RSIP server functionalities within the GPRS functional elements, so that the RSIP protocol may be used for IPv4 address assignment. As seen in the figure, RSIP client functionality is needed at SGSNs and GGSNs, but is not needed either at the MS or at BGs.

| *I have read and understood the invention described in this Invention Report* | 7 |
| --- | --- |
| Date: Signature of Manager | |

**NOKIA**                    **CONFIDENTIAL**

Similarly, RSIP server functionality is needed at GGSNs and BGs, but is not needed either at the MS or at SGSNs.



Figure 5: RSIP Client and Server Locations

## 7. A more detailed description of the invention (if known at the moment)

_Detailed Description of Proposal 1_

As seen in Figure 4, during PDP context activation (which is the procedure for IPv4 address assignment for the MS), one of the fields in the _Activate PDP Context Request_ message sent from the MS to the SGSN is the _Access Point Name_ (APN) field. The APN field is used by the MS to indicate a preference of access points or networks for data transfer. The SGSN uses the APN field to choose a suitable GGSN to send the _Create PDP Context Request_ message. The _Create PDP Context Request_ message sent from the SGSN to the GGSN transparently contains the APN field that was used within the _Activate PDP Context Request_ message sent from the MS to the SGSN.

This is illustrated in Figure 5, which shows three GGSNs connected to the Core Network associated with an SGSN. Depending on the value of the APN field in the _Activate PDP Context Request_ message sent

| _I have read and understood the invention described in this Invention Report_ | 8 |
|---|---|
| Date:<br>Signature of Manager | |

**NOKIA**                    **CONFIDENTIAL**

from the MS to the SGSN, the SGSN chooses a suitable GGSN (one of $GGSN_1$, $GGSN_2$ or $GGSN_3$). The *Create PDP Context Request* message is then sent from the SGSN to the chosen GGSN.

Proposal 1 in this document is that the MS indicates its preference of a private or a public address known to the GGSN via the APN field. The GGSN uses this APN field to assign either a private address or a public address to the MS.



Figure 6: Illustrating the use of APN to choose GGSNs

<u>Detailed Decription of Proposal 2</u>

Several scenarios can be discussed to reason out the placement of the RSIP client and server functionalities as shown in Figure 5. Some of these are now discussed.

*Scenarios without mobility*

Consider the case of the outer IP header between an SGSN and GGSN of the same PLMN, for instance, that in PLMN A of Figure 5. In this case, private addresses can be used always, and hence, for this scenario, we do not need RSIP client or server functionality within any GPRS element.

Consider the case of the outer IP header between an SGSN and GGSN, where the SGSN and GGSN belong to different PLMNs. For instance, consider the case in Figure 5, where the SGSN belongs to PLMN A while the GGSN belongs to PLMN B. In this case, two pairs of RSIP client server functionality come into play: (1) RSIP client at SGSN A and RSIP server at BG A, and (2) RSIP client at GGSN B and RSIP server at BG B.

| *I have read and understood the invention described in this Invention Report* | 9 |
| --- | --- |
| Date:<br>Signature of Manager | |



**NOKIA**                    **CONFIDENTIAL**

For the case of the inner IP header, the RSIP client is at the SGSN while the RSIP server is at the GGSN. This is irrespective of the case whether the GGSN and the SGSN are within the same PLMN or in different PLMNs.

### *Scenarios with mobility*

Consider the case where a MS that is associated with SGSN B moves to a different location that is associated with SGSN A. Let the GGSN be GGSN B, and let us discuss the outer IP header. In this case, two pairs of RSIP client-server functionality come into play: (1) RSIP client at SGSN A and RSIP server at BG A, and (2) RSIP client at GGSN B and RSIP server at BG B. This is identical to the case without mobility since the outer IP header is being discussed.

For this same scenario, let us now discuss the inner IP header. In this case, three pairs of RSIP client/server functionalities come into play: (1) RSIP client at SGSN B and RSIP server at GGSN B (2) RSIP client at GGSN B and RSIP server at BG B, and (3) RSIP client at SGSN A and RSIP server at GGSN A.

Hence, we see that for all the scenarios discussed, the presence of RSIP client and server functionalities as illustrated in Figure 5 serves the purpose.

**8. Explain, how the invention is/can be implemented. Which would be the best mode of implementation?**

**9. Explain how we can recognise if a competitor is using the same product/feature?**

**10. Is it planned to use the invention in a Nokia product? If so, when and in which product? Is the invention standard related?**

**11. Abbreviations**

| | |
|---|---|
| AD | Administrative Domain |
| BG | Border Gateway |
| GPRS | General Purpose Radio System |
| IP | Internet Protocol |
| NAT | Network Address Translator |
| PDP | Packet Data Protocol |
| PLMN | Public Land Mobile Network |
| RSIP | Realm Specific IP |
| SGSN | Serving GPRS Support Node |

**12. Any further comments**

*I have read and understood the invention described in this Invention Report*

Date:
Signature of Manager

10

**NOKIA**                        **CONFIDENTIAL**

A list of references is as follows:

| | |
|---|---|
| *I have read and understood the invention described in this Invention Report* | **11** |
| **Date:** | |
| **Signature of Manager** | |

JPC

# NOKIA

**Nokia Inc.**
**Wayne DeMello**
**Intellectual Property Rights Dept.**
**Five Wayside Road**
**Burlington, MA  01803, USA**

This matter is NOT in MDC.
Please advise if we need
to update our database.

RECEIVED

OCT 18 2001

BANNER & WITCOFF, LTD.

## MEMO

TO:
Joe Curtin

DATE: 10/18/01

TO:
Banner & Witcoff

From: Wayne DeMello
Voice: (781) 993-4836
Fax: (781) 993-1981

RE: Re: more inventor comments on 17391

# of Pages: 9

---

## Memo:

Joe,

Please contact Senthil directly with any questions on these comments. Only pages with comments are included.

Best Regards,

Wayne

Wayne DeMello

NC17391 (B&W 5288.00014) 

Page 1 of 1

| 🖉 | 🖉 | 🖉 | 🖉 | 🖉 | ✕ | ▲ | ▼ | ? |

*For File*



| | |
|---|---|
| **From:** | Patent-Agency Banner-Witcoff (EXT-RES/Washington) |
| **To:** | DeMello Wayne (Nokia-IPR/Boston) |
| **Cc:** | |
| **Subject:** | NC17391 (B&W 5288.00014) |
| **Sent:** | 10/31/01 7:12 PM |

**Importance:** Normal

Mr. DeMello:

Due to an oversight on our part, we believed that we had sent you a third draft of the above application on October 19, 2001. We apologize for the inconvenience and attach a copy of the third draft application and figures for the inventors review.

Many thanks,

Pam Pease
Assistant to Brad Wright
Banner & Witcoff, Ltd.

📄IMAN_WDC_410538_3.DOC 📄IMAN_WDC_424848_1.PDF

**From:**      Pamela Beth Pease
**To:**        Curtin, Joseph
**Date:**      11/26/01 3:08PM
**Subject:**   Email from nokia re:  5288.00014  NC17391

Hi Joe:

We just received the below email from nokia.  The document can also be found in imanage under the client/matter no.  Please print this out and place it in the file.

Thanks

—

From:  DeMello Wayne (Nokia-IPR/Boston)
To:  Patent-Agency Banner-Witcoff (EXT-RES/Washington)
Cc:

Subject:  FW: NC17391 additional material
Sent:  11/26/01 6:08 PM
Importance:  Normal
Brad,

Here is additional material from the inventor.  Please let me know when to expect the next draft.

BR,
Wayne

——Original Message——
From:  Sengodan Senthil (NRC/Boston)
Sent:  Wednesday, November 21, 2001 5:48 PM
To:    DeMello Wayne (Nokia-IPR/Boston)
Subject:    NC17391 additional material

Hello Wayne,

GPRSAddr-mod.doc
I promised to provide Joe Curtin some additional material on NC17391. I've included the original paper that I had forwarded with some additional material included within that. Specifically, two illustrations have been added for Proposal 1 under Section 4. These illustrate the functioning of one of the approaches proposed in the invention, and the reasoning behind the placement of the RSIP client and server functionality at certain network entities (like SGSN, GGSN and BG). Please pass it on to Joe. Thanks & hope you have a good thanksgiving holiday!

- Senthil

CC:           Wright, Bradley

12/18/01  TUE 12:45 FAX 781 938 4939       NOKIA TELECOMMUNICATIONS                    ☑00



5 Wayside Road, Burlington, MA 01803
Telephone 781-993-3800

# Fax

| To: | Joe Curtin / Banner & Witcoff | From: | Patricia Griffin |
|-----|-------------------------------|-------|------------------|
| Fax: | 202-508-9299 | Pages: | 5 Including Cover Page |
| Phone: | 202-508-9155 | Date: | 12/18/2001 |
| Re: | NC 17391 Declaration and Assignment | CC: | |

☑ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle



● **Comments:**

Hi Joe,

Faxing over the signed Declaration and Assignment for NC 17391, please file this today.

Thank you,

Pat

*Patricia Griffin*
*Patent Assistant to Nokia House Boston*
*5 Wayside Road*
*Burlington, Massachusetts 01821*
*781-993-3822 Office*
*781-993-1981 Fax*
*781-910-6206 Mobile*
*patricia.griffin@nokia.com*

# This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

- ☐ **BLACK BORDERS**
- ☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**
- ☐ **FADED TEXT OR DRAWING**
- ☐ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**
- ☒ **SKEWED/SLANTED IMAGES**
- ☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**
- ☐ **GRAY SCALE DOCUMENTS**
- ☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**
- ☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**
- ☐ **OTHER:** _____

## IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.

PTO/SB/22 (12-04)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)** **FY 2005** **(fees effective on or after December 8, 2004)** | Docket Number (Optional) 005288.00014 |
|---|---|
| Application Number    10/017,398 | Filed    December 18, 2001 |

| For    METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY |
|---|

| Art Unit    2662 | Examiner    Hao X. Nguyen |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | **Fee** | **Small Entity Fee** | |
|---|---|---|---|---|
| ☒ | One month (37 CFR 1.17(a)(1)) | $120 | $60 | $120 |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $450 | $225 | $_____ |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $1020 | $510 | $_____ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $1590 | $795 | $_____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $2160 | $1080 | $_____ |

☐    Applicant claims small entity status. See 37 CFR 1.27.

☐    A check in the amount of the fee is enclosed.

☐    Payment by credit card. Form PTO-2038 is attached.

☐    The Director has already been authorized to charge fees in this application to a Deposit Account.

☒    The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 19-0733 . I have enclosed a duplicate copy of this sheet.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the    ☐ applicant/inventor.

☐ assignee of record of the entire interest. See 37 CFR 3.71.

    Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

☒ attorney or agent of record. Registration Number 49,024

☐ attorney or agent under 37 CFR 1.34.

    Registration number if acting under 37 CFR 1.34. _____ .

| _Ross Dannenberg signature_ Signature | January 20, 2006 Date |
|---|---|
| Ross A. Dannenberg Typed or printed name | (202) 824-3000 Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☒ Total of 2 forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

01/23/2006 HALI11    00000117 190733    10017398

01 FC:1251    120.00 DA

PTO/SB/17 (12-04v2)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Effective on 12/08/2004.
Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

# FEE TRANSMITTAL
## for FY 2005

☐ Applicant claims small entity status. See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) 120 |
|---|---|

**Complete If Known**

| | |
|---|---|
| Application Number | 10/017,398 |
| Filing Date | December 18, 2001 |
| First Named Inventor | Senthil Sengodan |
| Examiner Name | Hao X. Nguyen |
| Art Unit | 2662 |
| Attorney Docket No. | 005288.00014 |

## METHOD OF PAYMENT (check all that apply)

☐ Check   ☐ Credit Card   ☐ Money Order   ☐ None   ☐ Other (please identify) : _____

☒ Deposit Account   Deposit Account Number: 19-0733   Deposit Account Name: Banner & Witcoff, LTD.

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☒ Charge fee(s) indicated below                     ☐ Charge fee(s) indicated below, **except for the filing fee**

☒ Charge any additional fee(s) or underpayments of fee(s)   ☒ Credit any overpayments
Under 37 CFR 1.16 and 1.17

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | FILING FEES Small Entity Fee($) | SEARCH FEES Fee($) | SEARCH FEES Small Entity Fee($) | EXAMINATION FEES Fee($) | EXAMINATION FEES Small Entity Fee($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | _____ |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| | | Small Entity |
|---|---|---|
| **Fee Description** | **Fee ($)** | **Fee ($)** |
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 20 or HP= | _____ x | _____ = | _____ |

HP = highest number of total claims paid for, if greater than 20.

Multiple Dependent Claims

| Fee ($) | Fee Paid ($) |
|---|---|
| _____ | _____ |

| Indep. Claims | Extra Claims | Fee($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 3 or HP= | _____ x | _____ = | _____ |

HP = highest number of independent claims paid for, if greater than 3.

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = | _____ / 50 = | _____ (round **up** to a whole number) x | _____ | = _____ |

### 4. OTHER FEE(S)

|  | Fees Paid ($) |
|---|---|
| Non-English Specification, $130 fee (no small entity discount) | _____ |
| Other (e.g., late filing surcharge) : Petition for One Month Extension of Time | 120 |

## SUBMITTED BY

| Signature | | Registration No. (Attorney/Agent) | 49,024 | Telephone | (202) 824-3000 |
|---|---|---|---|---|---|
| Name (Print/Type) | Ross A. Dannenberg | | | Date | January 20, 2006 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing this form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 10/017,398 |
| Filing Date | December 18, 2001 |
| First Named Inventor | Senthil Sengodan |
| Art Unit | 2662 |
| Examiner Name | Hao X. Nguyen |

| Total Number of Pages in This Submission | Attorney Docket Number | 005288.00014 |
|---|---|---|

### ENCLOSURES (check all that apply)

| | | |
|---|---|---|
| ☒ Fee Transmittal Form | ☐ Drawing(s) | ☐ After Allowance Communication to TC |
| ☐ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment / Reply | ☐ Petition | ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition to Convert to a Provisional Application | |
| ☐ Affidavits/declaration(s) | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☐ Proprietary Information |
| ☒ Extension of Time Request | ☐ Terminal Disclaimer | ☐ Status Letter |
| | | ☒ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Request for Refund | Declaration Under 37 CFR 1.131 |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | Exhibits A-E |
| | ☐ Landscape Table on CD | |
| ☐ Certified Copy of Priority Document(s) | **Remarks** | |
| ☐ Reply to Missing Parts/ Incomplete Application | | |
| ☐ Reply to Missing Parts under 37 CFR1.52 or 1.53 | | |

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm | Banner & Witcoff, LTD. |
|---|---|
| Signature | |
| Printed Name | Ross A. Dannenberg |
| Date | January 20, 2006 | Reg. No. | 49,024 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Signature | | |
|---|---|---|
| Typed or printed name | | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

**BEST AVAILABLE COPY**

# PATENT APPLICATION FEE DETERMINATION RECORD
## Effective October 1, 2001

**Application or Docket Number**
10017398
005288.000√

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 38 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 38 minus 20= * 18 | |
| INDEPENDENT CLAIMS | 7 minus 3 = * 4 | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 370.00 | OR | BASIC FEE | 740.00 |
| X$ 9= | | OR | X$18= | 324 |
| X42= | | OR | X84= | 336 |
| +140= | | OR | +280= | |
| TOTAL | | OR | TOTAL | 1,400 |

## CLAIMS AS AMENDED - PART II

1/20/16

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 38 | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\*If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
    The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875   (Rev. 8/01)                  ☆U.S GPO:2001 482-124 / 59197        Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

**BEST AVAILABLE COPY**

# PATENT APPLICATION FEE DETERMINATION RECORD
## Effective October 1, 2001

Application r Docket Number
10017398
1052.88.000

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 38 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 38 minus 20= | 18 |
| INDEPENDENT CLAIMS | 7 minus 3 = | 4 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 370.00 | | BASIC FEE | 740.00 |
| X$ 9= | | OR | X$18= | 324 |
| X42= | | OR | X84= | 336 |
| +140= | | OR | +280= | |
| TOTAL | | OR | TOTAL | 1,400 |

## CLAIMS AS AMENDED - PART II

1/20/16

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 38 | Minus | 38 | |
| Independent | 7 | Minus | 7 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus | | |
| Independent | | Minus | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus | | |
| Independent | | Minus | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875   (Rev. 8/01)                    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22908     7590     07/25/2006

BANNER & WITCOFF, LTD.
TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL  60606

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

DATE MAILED: 07/25/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C  (Rev. 10/03)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/017,398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** | |
| | Jason E. Mattis | 2616 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *20 January 2006*.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-37 and 39* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-37 and 39* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on *20 January 2006* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____.

Application/Control Number: 10/017,398                                    Page 2
Art Unit: 2616

## DETAILED ACTION

1.      This Office Action is in response to the amendment filed 1/20/06.  Due to the

amendment, the previous claim objections and drawing objections have been

withdrawn.  Claim 38 has been cancelled and new claim 39 has been added.  Claims 1-

37 and 39 are currently pending in the application.

### *Claim Rejections - 35 USC § 103*

2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

3.      Claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 are rejected under 35 U.S.C.

103(a) as being unpatentable over Bertrand et al. (U.S. Pat. 6687252 B1) in view of

Takeda et al. (U.S. Publication US 2001/0048686 A1) and in further view of Applicant's

admitted prior (as found in the Applicant's specification).

        **With respect to claim 1**, Bertrand et al. discloses a General Packet Radio

System (GPRS) based communications network **(See column 4 lines 31-37 and**

**Figure 1 of Bertrand et al. for reference to a GPRS network)**.  Bertrand et al. also

discloses a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data

Application/Control Number: 10/017,398                                    Page 3
Art Unit: 2616

Protocol (PDP) Context Request message from a mobile station of the GPRS-based

communications network **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for**

**reference to a mobile terminal (MT), which is a mobile station, sending an**

**Activated PDP Context Request message to a SGSN)**. Bertrand et al. further

discloses the SGSN sending a Create PDP Context Request message to a Gateway

GPRS Support Node (GGSN) in response to the Activate PDP Context Request **(See**

**column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to the SGSN**

**sending a Create PDP Context Request message to a GGSN in response to the**

**SGSN receiving the Activate PDP Context Request)**. Bertrand et al. also discloses

the GGSN assigning one of a private network address and a public network address to

the mobile station in response to the Create PDP Context Request message and

sending a Create PDP Context Response message from the GGSN to the SGSN

containing the information assigning the address to the mobile station **(See the**

**abstract and column 5 lines 16-67 of Bertrand et al. for reference to the GGSN**

**assigning one of a public IP address or a private IP address to the mobile**

**terminal in response to the Create PDP Context Request message and for**

**reference to sending a Create PDP Context Response message from the GGSN to**

**the SGSN containing information assigning the address)**. Bertrand et al. further

discloses the SGSN sending an Activate PDP Context Accept message containing

information assigning the address to the mobile station in response to the Create PDP

Context Response message **(See column 5 lines 52-67 of Bertrand et al. for**

**reference to the SGSN providing the assigned IP address to the mobile terminal**

Application/Control Number: 10/017,398                                          Page 4
Art Unit: 2616

**using an Activate PDP Context Accept message in response to the SGSN**

**receiving the Create PDP Context Response message)**.  Bertrand et al. does not

disclose that the Activate PDP Context Request message and the Create PDP Context

Request message have an APN field containing information relating to a request for one

of a private network address and a public network address.  Bertrand et al. also does

not disclose that the public network address or private network address is assigned

based on the information contained in the APN field of the Create PDP Context Request

message.

  **With respect to claims 8 and 32**, Bertrand et al. discloses a method for

assigning a network address in a GPRS-based communications network **(See column**

**4 lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for**

**dynamically allocating IP addresses to mobile terminals in a GPRS network)**.

Bertrand et al. also discloses receiving an Activate PDP Context Request message at a

SGSN from a mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al.**

**for reference to a mobile terminal (MT), which is a mobile station, sending an**

**Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further

discloses sending an Activate PDP Context Accept message to the mobile station

containing information assigning an address to the mobile station **(See column 5 lines**

**52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP**

**address to the mobile terminal using an Activate PDP Context Accept message)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message has

an APN field containing information relating to a request for one of a private network

address and a public network address.  Bertrand et al. also does not disclose that the

public network address or private network address is assigned based on the information

contained in the APN field of the Create PDP Context Request message.

**With respect to claim 20**, Bertrand et al. discloses a General Packet Radio

System (GPRS) based communications network **(See column 4 lines 31-37 and**

**Figure 1 of Bertrand et al. for reference to a GPRS network)**.  Bertrand et al. also

discloses a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data

Protocol (PDP) Context Request message from a mobile station of the GPRS-based

communications network **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for**

**reference to a mobile terminal (MT), which is a mobile station, sending an**

**Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further

discloses the SGSN sending a Create PDP Context Request message to a Border

Gateway (BG) in response to the Activate PDP Context Request **(See column 5 lines**

**5-67 and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create**

**PDP Context Request messages to a GGSN that forwards the message to a**

**Radius server (RS), which is a BG, in response to the SGSN receiving the Activate**

**PDP Context Request)**.  Bertrand et al. also discloses the BG assigning one of a

private network address and a public network address to the mobile station in response

to the Create PDP Context Request message and sending a Create PDP Context

Response message from the BG to the SGSN containing the information assigning the

address to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand**

**et al. for reference to the RS assigning one of a public IP address or a private IP**

Application/Control Number: 10/017,398                                      Page 6
Art Unit: 2616

**address to the mobile terminal in response to the Create PDP Context Request**

**message and for reference to sending a Create PDP Context Response message**

**from the RS through the GGSN to the SGSN containing information assigning the**

**address)**.  Bertrand et al. further discloses the SGSN sending an Activate PDP Context

Accept message containing information assigning the address to the mobile station in

response to the Create PDP Context Response message **(See column 5 lines 52-67**

**of Bertrand et al. for reference to the SGSN providing the assigned IP address to**

**the mobile terminal using an Activate PDP Context Accept message in response**

**to the SGSN receiving the Create PDP Context Response message)**.  Bertrand et

al. does not disclose that the Activate PDP Context Request message and the Create

PDP Context Request message have an APN field containing information relating to a

request for one of a private network address and a public network address.  Bertrand et

al. also does not disclose that the public network address or private network address is

assigned based on the information contained in the APN field of the Create PDP

Context Request message.

   **With respect to claim 28**, Bertrand et al. discloses a method for assigning a

network address in a GPRS-based communications network **(See column 4 lines 31-**

**37 and Figure 1 of Bertrand et al. for reference to a method for dynamically**

**allocating IP addresses to mobile terminals in a GPRS network)**.  Bertrand et al.

also discloses receiving a Create PDP Context Request message from a SGSN at a

GGSN **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to the**

**SGSN sending a Create PDP Context Request message to a GGSN)**.  Bertrand et

al. further discloses assigning one of a private network address and a public network
address to the mobile station and sending a Create PDP Context Response message
form the GGSN to the SGSN containing the information assigning the address **(See the
abstract and column 5 lines 16-67 of Bertrand et al. for reference to the GGSN
assigning one of a public IP address or a private IP address to the mobile
terminal in response to the Create PDP Context Request message and for
reference to sending a Create PDP Context Response message from the GGSN to
the SGSN containing information assigning the address)**.  Bertrand et al. does not
disclose that the Create PDP Context Request message has an APN field containing
information relating to a request for one of a private network address and a public
network address.  Bertrand et al. also does not disclose that the public network address
or private network address is assigned based on the information contained in the APN
field of the Create PDP Context Request message.

   **With respect to claim 31**, Bertrand et al. discloses a method for assigning a
network address in a GPRS-based communications network **(See column 4 lines 31-
37 and Figure 1 of Bertrand et al. for reference to a method for dynamically
allocating IP addresses to mobile terminals in a GPRS network)**.  Bertrand et al.
also discloses receiving a Create PDP Context Request message from a SGSN at a BG
**(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the SGSN
sending a Create PDP Context Request message to a GGSN that forwards the
message to a Radius server (RS), which is a BG, in response to the SGSN
receiving the Activate PDP Context Request)**.  Bertrand et al. further discloses

Application/Control Number: 10/017,398                                    Page 8
Art Unit: 2616

assigning one of a private network address and a public network address to the mobile

station and sending a Create PDP Context Response message form the BG to the

SGSN containing the information assigning the address **(See the abstract and column

5 lines 16-67 of Bertrand et al. for reference to the RS assigning one of a public IP

address or a private IP address to the mobile terminal in response to the Create

PDP Context Request message and for reference to sending a Create PDP

Context Response message from the RS through the GGSN to the SGSN

containing information assigning the address)**.  Bertrand et al. does not disclose

that the Create PDP Context Request message has an APN field containing information

relating to a request for one of a private network address and a public network address.

Bertrand et al. also does not disclose that the public network address or private network

address is assigned based on the information contained in the APN field of the Create

PDP Context Request message.

    **With respect to claim 39**, Bertrand et al. discloses a method for assigning a

network address in a GPRS-based communications network **(See column 4 lines 31-

37 and Figure 1 of Bertrand et al. for reference to a method for dynamically

allocating IP addresses to mobile terminals in a GPRS network)**.  Bertrand et al.

also discloses receiving an Activate PDP Context Request message at a SGSN from a

mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference

to a mobile terminal (MT), which is a mobile station, sending an Activate PDP

Context Request message to a SGSN)**.  Bertrand et al. further discloses sending an

Activate PDP Context Accept message to the mobile station containing information

Application/Control Number: 10/017,398                                    Page 9
Art Unit: 2616

assigning an address to the mobile station **(See column 5 lines 52-67 of Bertrand et**

**al. for reference to the SGSN providing the assigned IP address to the mobile**

**terminal using an Activate PDP Context Accept message)**.  Bertrand et al. does not

disclose that the Activate PDP Context Request message has an APN field containing

information indicating a type of requested network address, with the type being one of a

private network address and a public network address.  Bertrand et al. also does not

disclose that the public network address or private network address is assigned based

on the information contained in the APN field of the Create PDP Context Request

message.

     **With respect to claims 2, 14, and 22**, Bertrand et al. does not disclose that the

Activate PDP Context Accept message contains address assignment information based

on the information contained in the APN field of the Activate PDP Context Request

message.

     **With respect to claims 4, 16, 24, and 34**, Bertrand et al. does not disclose that

the APN field information implicitly indicates one of a private network address and a

public network address.

     **With respect to claim 9**, Bertrand et al. discloses sending a Create PDP

Context Request message form the SGSN to a GGSN **(See column 5 lines 4-15 and**

**Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP**

**Context Request message to a GGSN in response to the SGSN receiving the**

**Activate PDP Context Request)**.  Bertrand et al. also discloses receiving a Create

PDP Context Response message from the GGSN containing information assigning an

address **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference
to sending a Create PDP Context Response message from the GGSN to the SGSN
containing information assigning the address)**. Bertrand et al. does not disclose that
the Activate PDP Context Request message and the Create PDP Context Request
message have an APN field containing information relating to a request for one of a
private network address and a public network address.  Bertrand et al. also does not
disclose that the public network address or private network address is assigned based
on the information contained in the APN field of the Create PDP Context Request
message.

   **With respect to claim 10**, Bertrand et al. further discloses the SGSN sending a
Create PDP Context Request message to a Gateway GPRS Support Node (GGSN) in
response to the Activate PDP Context Request **(See column 5 lines 4-15 and Figure 1
of Bertrand et al. for reference to the SGSN sending a Create PDP Context
Request message to a GGSN in response to the SGSN receiving the Activate PDP
Context Request)**.  Bertrand et al. also discloses the GGSN assigning one of a private
network address and a public network address to the mobile station in response to the
Create PDP Context Request message and sending a Create PDP Context Response
message from the GGSN to the SGSN containing the information assigning the address
to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al.
for reference to the GGSN assigning one of a public IP address or a private IP
address to the mobile terminal in response to the Create PDP Context Request
message and for reference to sending a Create PDP Context Response message**

**from the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

relating to a request for one of a private network address and a public network address.

Bertrand et al. also does not disclose that the public network address or private network

address is assigned based on the information contained in the APN field of the Create

PDP Context Request message.

  **With respect to claim 11**, Bertrand et al. discloses the SGSN sending a Create

PDP Context Request message to a Border Gateway (BG) in response to the Activate

PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request messages to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request)**. Bertrand et

al. also discloses sending a Create PDP Context Response message from the BG to

the SGSN containing the information assigning the address to the mobile station **(See**

**the abstract and column 5 lines 16-67 of Bertrand et al. for reference to sending a**

**Create PDP Context Response message from the RS through the GGSN to the**

**SGSN containing information assigning the address)**. Bertrand et al. does not

disclose that the Activate PDP Context Request message and the Create PDP Context

Request message have an APN field containing information relating to a request for one

of a private network address and a public network address. Bertrand et al. also does

not disclose that the public network address or private network address is assigned

Case 6:21-cv-00128-ADA   Document 36-6   Filed 10/06/21   Page 159 of 397

based on the information contained in the APN field of the Create PDP Context Request message.

   **With respect to claim 12**, Bertrand et al. discloses the SGSN sending a Create PDP Context Request message to a Border Gateway (BG) in response to the Activate PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP Context Request messages to a GGSN that forwards the message to a Radius server (RS), which is a BG, in response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et al. also discloses the BG assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message and sending a Create PDP Context Response message from the BG to the SGSN containing the information assigning the address to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS assigning one of a public IP address or a private IP address to the mobile terminal in response to the Create PDP Context Request message and for reference to sending a Create PDP Context Response message from the RS through the GGSN to the SGSN containing information assigning the address)**. Bertrand et al. does not disclose that the Activate PDP Context Request message and the Create PDP Context Request message have an APN field containing information relating to a request for one of a private network address and a public network address. Bertrand et al. also does not disclose that the public network address or private network

Application/Control Number: 10/017,398                                Page 13
Art Unit: 2616

address is assigned based on the information contained in the APN field of the Create

PDP Context Request message.

     **With respect to claims 1, 8, 20, 28, 31, and 39**, Takeda et al., in the field of

communications, discloses an Activate PDP Context Request message and a Create

PDP Context Request message that have an APN field containing information relating

to a request for an address **(See pages 2-3 paragraphs 26-27 and page 5**

**paragraphs 71-72 and 89-90 of Takeda et al. for reference to an Activate PDP**

**Context Request message and a Create PDP Context Request message that have**

**an APN field containing information identifying a destination network gateway**

**node, which is information relating to a request for an address)**.  Using an Activate

PDP Context Request message and a Create PDP Context Request message that have

an APN field containing information relating to a request for an address has the

advantage of allowing address assignment to be based on the destination network that

a mobile station is requesting to communicate with.

    It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Takeda et al., to combine using an Activate

PDP Context Request message and a Create PDP Context Request message that have

an APN field containing information relating to a request for an address, as suggested

by Takeda et al., with the system and method of Bertrand et al., with the motivation

being to allow address assignment to be based on the destination network that a mobile

station is requesting to communicate with.

**With respect to claims 1, 8, 20, 28, 31, and 39,** Although Takeda et al.
discloses using an APN field identifying the destination network that a mobile station
wishes to communicate, the combination of Bertrand et al., and Takeda et al. does not
disclose using destination network information to assigned one of a private network
address and a public network address to the mobile station.  Applicant's admitted prior
art discloses using destination network information to assign one of a private network
address and a public network address to a mobile station as implicitly indicated by the
destination network information **(See page 4 paragraph 8 of the Applicant's
specification for reference to using information about which domain, or network,
a host, or mobile station, is to be in communication with in order to determine
whether to assign a private IP address or a public IP address).**  Using destination
network information to assign one of a private network address and a public network
address to a mobile station has the advantage of allowing a limited pool of public IP
addresses to be assigned to mobile stations only when absolutely needed.

It would have been obvious for one of ordinary skill in the art at the time of the
invention, when presented with the Applicant's admitted prior art, to combine using
destination network information to assign one of a private network address and a public
network address to a mobile station, as suggested by the Applicant's admitted prior art,
with the system and method of Bertrand et al. and Takeda et al., with the motivation
being to allow a limited pool of public IP addresses to be assigned to mobile stations
only when absolutely needed.

Application/Control Number: 10/017,398                                    Page 15
Art Unit: 2616

**With respect to claims 3, 15, 23, and 33**, although the combination of Bertrand

et al., Takeda et al., and the Applicant's admitted prior art does not specifically disclose

explicitly indicating one of a private network address and a public network address,

explicitly indicating information in a request is old and well known in the field of

communications. It would have been obvious for one of ordinary skill in the art at the

time of the invention to combine explicitly indicating one of a public network address or

a private network address with the system and method of Bertrand et al., Takeda et al.,

and the Applicant's admitted prior art, with the motivation being to allow less processing

to be performed at the receiving end of the request since the type of address is explicitly

stated in the request.

**With respect to claims 5, 17, 25, and 35**, Bertrand et al. discloses that address

is one of an IPv4 or IPv6 network address **(See column 3 lines 2-11 of Bertrand et al.**

**for reference to assigned addresses being IP addresses, which at the time of the**

**invention, are in the form of IPv4 or IPv6 network addresses)**.

**With respect to claims 6, 18, 26, 29, and 36**, Bertrand et al. discloses that the

network is a GPRS communications network **(See column 1 liens 7-11 for reference**

**to the system being a GPRS communications system)**.

**With respect to claims 13 and 21**, Bertrand et al. discloses sending the Create

PDP Context Request message form the SGSN to a GGSN and from the GGSN to the

BG **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the**

**SGSN sending a Create PDP Context Request messages to a GGSN that forwards**

**the message to a Radius server (RS), which is a BG, in response to the SGSN**

Application/Control Number: 10/017,398                                    Page 16
Art Unit: 2616

**receiving the Activate PDP Context Request)**.  Bertrand et al. also discloses

receiving the Create PDP Context Response message at the GGSN from the BG and at

the SGSN from the GGSN **(See the abstract and column 5 lines 16-67 of Bertrand et**

**al. for reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address)**.


4.      Claims 7, 19, 27, 30, and 37 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Bertrand et al., in view of Takeda et al., and Applicant's admitted

prior art as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 above, and further

in view of Boudreaux (U.S. Pat. 6466556 B1).

        **With respect to claims 7, 19, 27, 30, and 37**, the combination of Bertrand et al.,

Takeda et al., and Applicant's admitted prior art does not disclose using a Universal

Mobile Telecommunications System.

        **With respect to claims 7, 19, 27, 30, and 37**, Boudreaux, in the field of

communications discloses using a Universal Mobile Telecommunications System **(See**

**column 1 lines 48-61 of Boudreaux for reference to using a Universal Mobile**

**Telecommunications System)**.  Using a Universal Mobile Telecommunications

System has the advantage of using a widely accepted and used communication system

architecture.

        It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Boudreaux, to combine using a Universal

Mobile Telecommunications System, as suggested by Boudreaux, with the system and

method of Bertrand et al., Takeda et al., and Applicant's admitted prior art, with the

motivation being to use a widely accepted and used communication system

architecture.


### *Response to Arguments*


5.      Applicant's arguments with respect to claims 1-37 and 39 have been considered

but are moot in view of the new ground(s) of rejection.


### *Conclusion*


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Jason E. Mattis whose telephone number is (571) 272-

3154.  The examiner can normally be reached on M-F 8AM-5:30PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Huy Vu can be reached on (571) 272-3155.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 10/017,398                                    Page 18
Art Unit: 2616

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


jem

HUY D. VU
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

| *Notice of References Cited* | Application/Control No. 10/017,398 | Applicant(s)/Patent Under Reexamination SENGODAN, SENTHIL | |
|---|---|---|---|
| | Examiner Jason E. Mattis | Art Unit 2616 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,466,556 B1 | 10-2002 | Boudreaux, Paul H. | 370/331 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | Examiner | Art Unit |
| | Jason E. Mattis | 2616 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim Final | Claim Original | 7/10/06 | | | | | | | | | Claim Final | Claim Original | Date | | | | | | | | | Claim Final | Claim Original | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | | | 51 | | | | | | | | | | | 101 | | | | | | | | | |
| | 2 | √ | | | | | | | | | | 52 | | | | | | | | | | | 102 | | | | | | | | | |
| | 3 | √ | | | | | | | | | | 53 | | | | | | | | | | | 103 | | | | | | | | | |
| | 4 | √ | | | | | | | | | | 54 | | | | | | | | | | | 104 | | | | | | | | | |
| | 5 | √ | | | | | | | | | | 55 | | | | | | | | | | | 105 | | | | | | | | | |
| | 6 | √ | | | | | | | | | | 56 | | | | | | | | | | | 106 | | | | | | | | | |
| | 7 | √ | | | | | | | | | | 57 | | | | | | | | | | | 107 | | | | | | | | | |
| | 8 | √ | | | | | | | | | | 58 | | | | | | | | | | | 108 | | | | | | | | | |
| | 9 | √ | | | | | | | | | | 59 | | | | | | | | | | | 109 | | | | | | | | | |
| | 10 | √ | | | | | | | | | | 60 | | | | | | | | | | | 110 | | | | | | | | | |
| | 11 | √ | | | | | | | | | | 61 | | | | | | | | | | | 111 | | | | | | | | | |
| | 12 | √ | | | | | | | | | | 62 | | | | | | | | | | | 112 | | | | | | | | | |
| | 13 | √ | | | | | | | | | | 63 | | | | | | | | | | | 113 | | | | | | | | | |
| | 14 | √ | | | | | | | | | | 64 | | | | | | | | | | | 114 | | | | | | | | | |
| | 15 | √ | | | | | | | | | | 65 | | | | | | | | | | | 115 | | | | | | | | | |
| | 16 | √ | | | | | | | | | | 66 | | | | | | | | | | | 116 | | | | | | | | | |
| | 17 | √ | | | | | | | | | | 67 | | | | | | | | | | | 117 | | | | | | | | | |
| | 18 | √ | | | | | | | | | | 68 | | | | | | | | | | | 118 | | | | | | | | | |
| | 19 | √ | | | | | | | | | | 69 | | | | | | | | | | | 119 | | | | | | | | | |
| | 20 | √ | | | | | | | | | | 70 | | | | | | | | | | | 120 | | | | | | | | | |
| | 21 | √ | | | | | | | | | | 71 | | | | | | | | | | | 121 | | | | | | | | | |
| | 22 | √ | | | | | | | | | | 72 | | | | | | | | | | | 122 | | | | | | | | | |
| | 23 | √ | | | | | | | | | | 73 | | | | | | | | | | | 123 | | | | | | | | | |
| | 24 | √ | | | | | | | | | | 74 | | | | | | | | | | | 124 | | | | | | | | | |
| | 25 | √ | | | | | | | | | | 75 | | | | | | | | | | | 125 | | | | | | | | | |
| | 26 | √ | | | | | | | | | | 76 | | | | | | | | | | | 126 | | | | | | | | | |
| | 27 | √ | | | | | | | | | | 77 | | | | | | | | | | | 127 | | | | | | | | | |
| | 28 | √ | | | | | | | | | | 78 | | | | | | | | | | | 128 | | | | | | | | | |
| | 29 | √ | | | | | | | | | | 79 | | | | | | | | | | | 129 | | | | | | | | | |
| | 30 | √ | | | | | | | | | | 80 | | | | | | | | | | | 130 | | | | | | | | | |
| | 31 | √ | | | | | | | | | | 81 | | | | | | | | | | | 131 | | | | | | | | | |
| | 32 | √ | | | | | | | | | | 82 | | | | | | | | | | | 132 | | | | | | | | | |
| | 33 | √ | | | | | | | | | | 83 | | | | | | | | | | | 133 | | | | | | | | | |
| | 34 | √ | | | | | | | | | | 84 | | | | | | | | | | | 134 | | | | | | | | | |
| | 35 | √ | | | | | | | | | | 85 | | | | | | | | | | | 135 | | | | | | | | | |
| | 36 | √ | | | | | | | | | | 86 | | | | | | | | | | | 136 | | | | | | | | | |
| | 37 | √ | | | | | | | | | | 87 | | | | | | | | | | | 137 | | | | | | | | | |
| | 38 | | | | | | | | | | | 88 | | | | | | | | | | | 138 | | | | | | | | | |
| | 39 | √ | | | | | | | | | | 89 | | | | | | | | | | | 139 | | | | | | | | | |
| | 40 | | | | | | | | | | | 90 | | | | | | | | | | | 140 | | | | | | | | | |
| | 41 | | | | | | | | | | | 91 | | | | | | | | | | | 141 | | | | | | | | | |
| | 42 | | | | | | | | | | | 92 | | | | | | | | | | | 142 | | | | | | | | | |
| | 43 | | | | | | | | | | | 93 | | | | | | | | | | | 143 | | | | | | | | | |
| | 44 | | | | | | | | | | | 94 | | | | | | | | | | | 144 | | | | | | | | | |
| | 45 | | | | | | | | | | | 95 | | | | | | | | | | | 145 | | | | | | | | | |
| | 46 | | | | | | | | | | | 96 | | | | | | | | | | | 146 | | | | | | | | | |
| | 47 | | | | | | | | | | | 97 | | | | | | | | | | | 147 | | | | | | | | | |
| | 48 | | | | | | | | | | | 98 | | | | | | | | | | | 148 | | | | | | | | | |
| | 49 | | | | | | | | | | | 99 | | | | | | | | | | | 149 | | | | | | | | | |
| | 50 | | | | | | | | | | | 100 | | | | | | | | | | | 150 | | | | | | | | | |




 UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov


Bib Data Sheet

CONFIRMATION NO. 8170

| SERIAL NUMBER 10/017,398 | FILING DATE 12/18/2001 RULE | CLASS 370 | GROUP ART UNIT 2661 | ATTORNEY DOCKET NO. 005288.00014 |
|---|---|---|---|---|

**APPLICANTS**
    Senthil Sengodan, Burlington, MA;

** **CONTINUING DATA** ***************************    none fr 7/10/06

** **FOREIGN APPLICATIONS** ********************    none

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
** 01/17/2002

| Foreign Priority claimed ☐ yes ☒ no | | STATE OR COUNTRY MA | SHEETS DRAWING 6 | TOTAL CLAIMS 38 | INDEPENDENT CLAIMS 7 |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | | | | | |
| Verified and Acknowledged      Examiner's Signature      Initials | | | | | |

**ADDRESS**
22907

**TITLE**
Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security

| FILING FEE RECEIVED 1400 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

| *Search Notes*  | Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL | |
| | Examiner | Art Unit | |
| | Jason E. Mattis | 2616 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Repeated text search of previous areas . | 7/10/2006 | JM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Part of Paper No.  20060710

Appln. No. 10/017,398
Amendment dated October 4, 2006
Reply to Office Action of July 25, 2006                                         PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

(Attorney Docket No. 005288.00014)

| | | |
|---|---|---|
| In re U.S. Patent Application of | ) | |
| Senthil SENGODAN | ) | Art Unit: 2616 |
| | ) | |
| Application No. 10/017,398 | ) | Examiner: Mattis, Jason E. |
| | ) | |
| Filed: December 18, 2001 | ) | Confirmation No. 8170 |
| | ) | |
| For: METHOD AND APPARATUS FOR | ) | |
| ADDRESS ALLOCATION IN GPRS | ) | |
| NETWORKS THAT FACILITATES END- | ) | |
| TO-END SECURITY | ) | |

## RESPONSE

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Sir:

    This paper is responsive to the non-final Office Action dated July 25, 2006. The Office Action set a three-month period for response, thus making this paper due on or before **October 25, 2006.** The Commissioner is hereby authorized to charge any fee or credit any overpayment of fee to Deposit Account No. 19-0733.

    **Remarks/Arguments** begin on page 2 of this paper.

Banner & Witcoff, Ltd.                          -1-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated October 4, 2006
Reply to Office Action of July 25, 2006                                   PATENT

## REMARKS/ARGUMENTS

The Office Action of July 25, 2006, has been carefully reviewed and these remarks are responsive thereto. Claims 1-37 and 39 remain pending and allowance of the instant application are respectfully requested.

### *Claim Rejections Under 35 U.S.C. §103(a)*

Claims 1-6, 8-19, 20-26, 28-29, 31-36, and 39 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand *et al.* (U.S. patent No. 6,687,252, hereinafter "Bertrand") in view of Takeda et al. (U.S. Publication No. US 2001/0048686 A1) and further in view of Applicant's admitted prior art (as found in Applicant's specification at paragraph 8). This rejection is respectfully traversed for the following reasons.

Independent claims 1, 8, 20, 28, 31 and 32 all relate to, *inter alia*, a GGSN assigning one of a private network address and a public network address to a mobile station based on information contained in an APN field of a Create PDP Context Request message. The information contained in the APN field is transmitted by the requesting mobile terminal and relates to a request for one of a private network address and a public network address. As recognized in the Office Action, neither Bertrand nor Takeda, either separately or in combination, teaches or suggests such a feature. While Bertrand and Takeda both disclose an APN field, neither one teaches or suggests that the assignment of a private or a public network address is based on information in the APN field related to the request by the mobile station. Neither Bertrand nor Takeda provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner suggested by the Applicant.

Additionally in Takeda, it is the DHCP server that assigns the IP address to the mobile terminal, not the gateway node. P. 6, ¶ 95. Even so, Takeda does not teach or suggest that the DHCP, in allocating IP addresses, evaluates or receives any information contained in the APN relating to the mobile terminal's request for one of a public network address or a private network address. Neither Bertrand nor Takeda provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner suggested by the Applicant.

Appln. No. 10/017,398
Amendment dated October 4, 2006
Reply to Office Action of July 25, 2006                                    PATENT

Paragraph 8 of Applicant's Background of the Invention does not remedy these deficiencies in Bertrand and Takeda.  Paragraph 8 describes the use of a Network Address Translator (NAT).  A NAT is used when a host that is assigned to a private address within an administrative domain intends to send an IP address (and possibly other selected fields within the datagram) into a public IP address prior to the IP datagram being sent outside the administrative domain associated with the NAT.  A NAT transforms a private IP address (and possibly other selected fields within the datagram) into a public IP address prior to the IP datagram being sent outside the administrative domain associated with the NAT. Similarly, when an IP datagram is sent from a host that is outside the administrative domain associated with the NAT to a host with a private address, then the NAT transforms a public IP address to a private address.

A NAT does not conserve public IP addresses and simultaneously maintain end-to-end security and application friendliness.  Indeed, as explained in paragraph 11 of the present application, there are two major drawbacks to associated with the use of a NAT.  The first major drawback is that the NAT-based approach breaks the end-to-end security model by changing the destination address of a datagram and thereby invalidating the authentication header of the datagram.  The second major drawback is that certain types of applications cannot work in the presence of a NAT, unless remedial measures are taken, such as the inclusion of an application gateway (proxy).  For example when an IP address is embedded into an application protocol unit (PDU), and ALG (Application Level Gateway) is required so that the embedded IP address is changed because a conventional NAT-based address assignment operation will not change the embedded IP address.

As explained in paragraph 12 of the present application, in order to overcome the disadvantages associated with NATs, i.e., the security break and the "unfriendliness" toward some applications, a mechanism commonly referred to as Realm Specific IP (RSIP) has gained significant support within the Internet Engineering Task Force (IETF).  As noted in paragraphs 13-17 of the present application, RSIP protocol makes use of a NAT unnecessary, and thereby avoids the drawbacks involving NATs.

In view of the drawbacks involving NATs, and the teaching away of using NATs by using RSIP protocol, one of ordinary skill in the art would not be motivated to incorporate a NAT into a combination of Bertrand and Takeda to provide the present invention.  Even if a NAT is

Appln. No. 10/017,398
Amendment dated October 4, 2006
Reply to Office Action of July 25, 2006                                                          PATENT

incorporated into a combination of Bertrand and Takeda, the combination of the three references would not result in the present invention. A NAT does not involve a Create PDP Context message having an APN field containing information relating to a request for one of a private network address and a public network address. Rather, a NAT simply transforms a private IP address into a public IP address when a host intends to send an IP datagram to a host that is outside the administrative domain of the sending host.

The Office Action may not use Applicant's invention as a blueprint for combining distinct components/features found in Bertrand, Takeda, and a NAT as described in paragraph 8 of the present application. As such, claims 1, 8, 20, 28 and 32 are allowable for at least this reason.

Claims 2-7, 9-19, 21-27, 29, 30 and 33-37 are allowable for at least the same reasons as their respective base claims and further in view of the novel and non-obvious features recited therein. For example, claims 3, 15, 23 and 33 relate to, *inter alia*, information contained in the APN field of the Activate PDP Context Request message explicitly indicating one of a private network address and a public network address. As discussed on p. 13 of Applicant's specification, the inserted information (in the APN field) relating to whether a public or a private address assignment is desired can be an explicit indication, such as a particular bit (or bits) of the APN field being set, such as is claimed in claims 3, 15, 23 and 33. Neither Bertrand nor Takeda nor a NAT, separately or in combination, teaches or suggests such a feature. The Office Action even admits this deficiency of Bertrand and Takeda. Instead, the Office Action alleges that ¶¶ 26-27, 71-72, and 89-90 of Takeda disclose an "an Activate PDP Context Request message and a Create PDP Context Request message that have an APN field containing information relating to a request for an address." Even assuming the validity of such an allegation, merely containing information relating to a request is distinguishable from containing information in the APN field *explicitly indicating* one of a private network address and a public network address. Significantly, the cited passages only disclose an APN for identifying a gateway node. There is no teaching or suggestion that the APN field includes any explicit indicators of whether a private network address or a public network address is being requested. Claims 3, 15, 23 and 33 are thus allowable for this additional reason.

Claim 39 recites, *inter alia*, "the Activate PDP Context Request message having an APN field containing one or more parameters indicating a type of requested network address, wherein

Appln. No. 10/017,398
Amendment dated October 4, 2006
Reply to Office Action of July 25, 2006                                    PATENT

the type is one of a private network address and a public network address." Neither Bertrand, Takeda, Applicant's admitted prior art regarding NATs, separately or in combination, teaches or suggests such a feature. Although both Bertrand and Takeda disclose APNs, neither teaches or suggests that the APN contains a parameter indicating a type of requested network address. In fact, nowhere does Bertrand or Takeda disclose that a mobile terminal can request a specific type (i.e., private or public) of network address. Applicant's admitted prior art regarding NATs do not remedy this deficiency in Bertrand and Takeda. Claim 39 is thus allowable for at least this reason.

***Claim Rejections Under Boudreaux***

Claims 7, 19, 27, 30 and 37 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand in view of Takeda and Applicant's admitted prior art on NAT as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36 and 39 above, and further in view of Boudreaux (U.S. Patent No. 6,466,556. This rejection is respectfully traversed for the following reasons.

Claims 7, 19, 27, 30 and 37 all relate to a GPRS-based communications network that is a Universal Mobile Telecommunications System. The Office Action, on page 16, concedes that Bertrand and Takeda and Applicant's admitted prior art does not disclose such a feature. While Boudreaux may teach a Universal Mobile Telecommunications System, it does not remedy the failure of Bertrand, Takeda, and Applicant's admitted prior art to teach the claimed invention of the independent claims upon which 7, 19, 27, 30 and 37 depend from. As such, claims 7, 19, 27, 30 and 37 are allowable for over the proposed combination of Bertrand, Takeda, Applicant's admitted prior art regarding NAP, and Boudreaux.

## CONCLUSION

All rejections having been addressed, Applicants respectfully submit that the instant application is in condition for allowance, and respectfully solicits prompt notification of the same. However, if for any reason the Examiner believes the application is not in condition for allowance or there are any questions, the Examiner is requested to contact the undersigned at (312) 463-5405.

Appln. No. 10/017,398
Amendment dated October 4, 2006
Reply to Office Action of July 25, 2006                              PATENT

Respectfully submitted,

Dated:  October 4, 2006                    By: _____

Robert H. Resis
Registration No. 32,168
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Direct Dial:  312-463-5405

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1234608 |
| **Application Number:** | 10017398 |
| **Confirmation Number:** | 8170 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| **First Named Inventor:** | Senthil  Sengodan |
| **Customer Number:** | 22908 |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Filer Authorized By:** | Robert H. Resis |
| **Attorney Docket Number:** | 005288.00014 |
| **Receipt Date:** | 04-OCT-2006 |
| **Filing Date:** | 18-DEC-2001 |
| **Time Stamp:** | 13:26:14 |
| **Application Type:** | Utility |
| **International Application Number:** | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|
| 1 | | Response14.pdf | 396979 | yes | 6 |

## Multipart  Description

| Doc Desc | Start | End |
|---|---|---|
| Amendment - After Non-Final Rejection | 1 | 1 |
| Applicant Arguments/Remarks Made in an Amendment | 2 | 6 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 396979 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2001

Application or Docket Number
10017398
005288.000

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 38 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 38 minus 20= | 18 |
| INDEPENDENT CLAIMS | 7 minus 3 = | 4 |
| MULTIPLE DEPENDENT CLAIM PRESENT ☐ | | |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 370.00 | | BASIC FEE | 740.00 |
| X$ 9= | | OR | X$18= | 324 |
| X42= | | OR | X84= | 336 |
| +140= | | OR | +280= | |
| TOTAL | | | TOTAL | 1,560 |

## CLAIMS AS AMENDED - PART II

9/20/16

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | 38 | Minus 35 | = |
| Independent | 7 | Minus 7 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | N/V |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

10/4/06

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | 38 | Minus 38 | — |
| Independent | 7 | Minus 7 | — |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | | Minus | = |
| Independent | | Minus | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/01)    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22908      7590      12/14/2006

BANNER & WITCOFF, LTD.
TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL  60606

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

DATE MAILED: 12/14/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

|  | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/017,398 | SENGODAN, SENTHIL |
|  | Examiner | Art Unit |  |
|  | Jason E. Mattis | 2616 |  |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>04 October 2006</u>.

2a)☒ This action is **FINAL**.       2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-37 and 39</u> is/are pending in the application.

　　4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-37 and 39</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

　　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

　　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

　　a)☐ All   b)☐ Some * c)☐ None of:

　　1.☐ Certified copies of the priority documents have been received.

　　2.☐ Certified copies of the priority documents have been received in Application No. _____.

　　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

　　* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
　　Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
　　Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 10/017,398                                           Page 2
Art Unit: 2616

## DETAILED ACTION

1.    This Office Action is in response to the amendment filed 10/4/06.  Claims 1-37

and 39 are currently pending in the application.

### *Claim Rejections - 35 USC § 103*

2.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

3.    Claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 are rejected under 35 U.S.C.

103(a) as being unpatentable over Bertrand et al. (U.S. Pat. 6687252 B1) in view of

Takeda et al. (U.S. Publication US 2001/0048686 A1) and in further view of Applicant's

admitted prior (as found in the Applicant's specification).

      **With respect to claim 1,** Bertrand et al. discloses a General Packet Radio

System (GPRS) based communications network **(See column 4 lines 31-37 and**

**Figure 1 of Bertrand et al. for reference to a GPRS network).**  Bertrand et al. also

discloses a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data

Protocol (PDP) Context Request message from a mobile station of the GPRS-based

communications network **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for**

Application/Control Number: 10/017,398                                        Page 3
Art Unit: 2616

reference to a mobile terminal (MT), which is a mobile station, sending an

Activated PDP Context Request message to a SGSN). Bertrand et al. further

discloses the SGSN sending a Create PDP Context Request message to a Gateway

GPRS Support Node (GGSN) in response to the Activate PDP Context Request (See

column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to the SGSN

sending a Create PDP Context Request message to a GGSN in response to the

SGSN receiving the Activate PDP Context Request). Bertrand et al. also discloses

the GGSN assigning one of a private network address and a public network address to

the mobile station in response to the Create PDP Context Request message and

sending a Create PDP Context Response message from the GGSN to the SGSN

containing the information assigning the address to the mobile station (See the

abstract and column 5 lines 16-67 of Bertrand et al. for reference to the GGSN

assigning one of a public IP address or a private IP address to the mobile

terminal in response to the Create PDP Context Request message and for

reference to sending a Create PDP Context Response message from the GGSN to

the SGSN containing information assigning the address). Bertrand et al. further

discloses the SGSN sending an Activate PDP Context Accept message containing

information assigning the address to the mobile station in response to the Create PDP

Context Response message (See column 5 lines 52-67 of Bertrand et al. for

reference to the SGSN providing the assigned IP address to the mobile terminal

using an Activate PDP Context Accept message in response to the SGSN

receiving the Create PDP Context Response message). Bertrand et al. does not

Application/Control Number: 10/017,398                                      Page 4
Art Unit: 2616

disclose that the Activate PDP Context Request message and the Create PDP Context

Request message have an APN field containing information relating to a request for one

of a private network address and a public network address.  Bertrand et al. also does

not disclose that the public network address or private network address is assigned

based on the information contained in the APN field of the Create PDP Context Request

message.

   **With respect to claims 8 and 32**, Bertrand et al. discloses a method for

assigning a network address in a GPRS-based communications network **(See column

4 lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for

dynamically allocating IP addresses to mobile terminals in a GPRS network)**.

Bertrand et al. also discloses receiving an Activate PDP Context Request message at a

SGSN from a mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al.

for reference to a mobile terminal (MT), which is a mobile station, sending an

Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further

discloses sending an Activate PDP Context Accept message to the mobile station

containing information assigning an address to the mobile station **(See column 5 lines

52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP

address to the mobile terminal using an Activate PDP Context Accept message)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message has

an APN field containing information relating to a request for one of a private network

address and a public network address.  Bertrand et al. also does not disclose that the

public network address or private network address is assigned based on the information

contained in the APN field of the Create PDP Context Request message.

**With respect to claim 20**, Bertrand et al. discloses a General Packet Radio

System (GPRS) based communications network **(See column 4 lines 31-37 and**

**Figure 1 of Bertrand et al. for reference to a GPRS network).**  Bertrand et al. also

discloses a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data

Protocol (PDP) Context Request message from a mobile station of the GPRS-based

communications network **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for**

**reference to a mobile terminal (MT), which is a mobile station, sending an**

**Activate PDP Context Request message to a SGSN).**  Bertrand et al. further

discloses the SGSN sending a Create PDP Context Request message to a Border

Gateway (BG) in response to the Activate PDP Context Request **(See column 5 lines**

**5-67 and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create**

**PDP Context Request messages to a GGSN that forwards the message to a**

**Radius server (RS), which is a BG, in response to the SGSN receiving the Activate**

**PDP Context Request).**  Bertrand et al. also discloses the BG assigning one of a

private network address and a public network address to the mobile station in response

to the Create PDP Context Request message and sending a Create PDP Context

Response message from the BG to the SGSN containing the information assigning the

address to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand**

**et al. for reference to the RS assigning one of a public IP address or a private IP**

**address to the mobile terminal in response to the Create PDP Context Request**

Application/Control Number: 10/017,398                                    Page 6
Art Unit: 2616

message and for reference to sending a Create PDP Context Response message
from the RS through the GGSN to the SGSN containing information assigning the
address). Bertrand et al. further discloses the SGSN sending an Activate PDP Context
Accept message containing information assigning the address to the mobile station in
response to the Create PDP Context Response message (See column 5 lines 52-67
of Bertrand et al. for reference to the SGSN providing the assigned IP address to
the mobile terminal using an Activate PDP Context Accept message in response
to the SGSN receiving the Create PDP Context Response message). Bertrand et
al. does not disclose that the Activate PDP Context Request message and the Create
PDP Context Request message have an APN field containing information relating to a
request for one of a private network address and a public network address. Bertrand et
al. also does not disclose that the public network address or private network address is
assigned based on the information contained in the APN field of the Create PDP
Context Request message.

    With respect to claim 28, Bertrand et al. discloses a method for assigning a
network address in a GPRS-based communications network (See column 4 lines 31-
37 and Figure 1 of Bertrand et al. for reference to a method for dynamically
allocating IP addresses to mobile terminals in a GPRS network). Bertrand et al.
also discloses receiving a Create PDP Context Request message from a SGSN at a
GGSN (See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to the
SGSN sending a Create PDP Context Request message to a GGSN). Bertrand et
al. further discloses assigning one of a private network address and a public network

Application/Control Number: 10/017,398                                    Page 7
Art Unit: 2616

address to the mobile station and sending a Create PDP Context Response message

form the GGSN to the SGSN containing the information assigning the address **(See the**

**abstract and column 5 lines 16-67 of Bertrand et al. for reference to the GGSN**

**assigning one of a public IP address or a private IP address to the mobile**

**terminal in response to the Create PDP Context Request message and for**

**reference to sending a Create PDP Context Response message from the GGSN to**

**the SGSN containing information assigning the address)**. Bertrand et al. does not

disclose that the Create PDP Context Request message has an APN field containing

information relating to a request for one of a private network address and a public

network address. Bertrand et al. also does not disclose that the public network address

or private network address is assigned based on the information contained in the APN

field of the Create PDP Context Request message.

　　　　**With respect to claim 31**, Bertrand et al. discloses a method for assigning a

network address in a GPRS-based communications network **(See column 4 lines 31-**

**37 and Figure 1 of Bertrand et al. for reference to a method for dynamically**

**allocating IP addresses to mobile terminals in a GPRS network)**. Bertrand et al.

also discloses receiving a Create PDP Context Request message from a SGSN at a BG

**(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the SGSN**

**sending a Create PDP Context Request message to a GGSN that forwards the**

**message to a Radius server (RS), which is a BG, in response to the SGSN**

**receiving the Activate PDP Context Request)**. Bertrand et al. further discloses

assigning one of a private network address and a public network address to the mobile

Application/Control Number: 10/017,398                                    Page 8

Art Unit: 2616

station and sending a Create PDP Context Response message form the BG to the

SGSN containing the information assigning the address **(See the abstract and column**

**5 lines 16-67 of Bertrand et al. for reference to the RS assigning one of a public IP**

**address or a private IP address to the mobile terminal in response to the Create**

**PDP Context Request message and for reference to sending a Create PDP**

**Context Response message from the RS through the GGSN to the SGSN**

**containing information assigning the address)**.  Bertrand et al. does not disclose

that the Create PDP Context Request message has an APN field containing information

relating to a request for one of a private network address and a public network address.

Bertrand et al. also does not disclose that the public network address or private network

address is assigned based on the information contained in the APN field of the Create

PDP Context Request message.

   **With respect to claim 39**, Bertrand et al. discloses a method for assigning a

network address in a GPRS-based communications network **(See column 4 lines 31-**

**37 and Figure 1 of Bertrand et al. for reference to a method for dynamically**

**allocating IP addresses to mobile terminals in a GPRS network)**.  Bertrand et al.

also discloses receiving an Activate PDP Context Request message at a SGSN from a

mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference**

**to a mobile terminal (MT), which is a mobile station, sending an Activate PDP**

**Context Request message to a SGSN)**.  Bertrand et al. further discloses sending an

Activate PDP Context Accept message to the mobile station containing information

assigning an address to the mobile station **(See column 5 lines 52-67 of Bertrand et**

Application/Control Number: 10/017,398                                    Page 9
Art Unit: 2616

**al. for reference to the SGSN providing the assigned IP address to the mobile terminal using an Activate PDP Context Accept message).** Bertrand et al. does not disclose that the Activate PDP Context Request message has an APN field containing information indicating a type of requested network address, with the type being one of a private network address and a public network address. Bertrand et al. also does not disclose that the public network address or private network address is assigned based on the information contained in the APN field of the Create PDP Context Request message.

 **With respect to claims 2, 14, and 22,** Bertrand et al. does not disclose that the Activate PDP Context Accept message contains address assignment information based on the information contained in the APN field of the Activate PDP Context Request message.

 **With respect to claims 4, 16, 24, and 34,** Bertrand et al. does not disclose that the APN field information implicitly indicates one of a private network address and a public network address.

 **With respect to claim 9,** Bertrand et al. discloses sending a Create PDP Context Request message form the SGSN to a GGSN **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP Context Request message to a GGSN in response to the SGSN receiving the Activate PDP Context Request).** Bertrand et al. also discloses receiving a Create PDP Context Response message from the GGSN containing information assigning an address **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference**

to sending a Create PDP Context Response message from the GGSN to the SGSN

containing information assigning the address). Bertrand et al. does not disclose that

the Activate PDP Context Request message and the Create PDP Context Request

message have an APN field containing information relating to a request for one of a

private network address and a public network address.  Bertrand et al. also does not

disclose that the public network address or private network address is assigned based

on the information contained in the APN field of the Create PDP Context Request

message.

      **With respect to claim 10,** Bertrand et al. further discloses the SGSN sending a

Create PDP Context Request message to a Gateway GPRS Support Node (GGSN) in

response to the Activate PDP Context Request **(See column 5 lines 4-15 and Figure 1**

**of Bertrand et al. for reference to the SGSN sending a Create PDP Context**

**Request message to a GGSN in response to the SGSN receiving the Activate PDP**

**Context Request).**  Bertrand et al. also discloses the GGSN assigning one of a private

network address and a public network address to the mobile station in response to the

Create PDP Context Request message and sending a Create PDP Context Response

message from the GGSN to the SGSN containing the information assigning the address

to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al.**

**for reference to the GGSN assigning one of a public IP address or a private IP**

**address to the mobile terminal in response to the Create PDP Context Request**

**message and for reference to sending a Create PDP Context Response message**

**from the GGSN to the SGSN containing information assigning the address).**

Application/Control Number: 10/017,398                                    Page 11
Art Unit: 2616

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

relating to a request for one of a private network address and a public network address.

Bertrand et al. also does not disclose that the public network address or private network

address is assigned based on the information contained in the APN field of the Create

PDP Context Request message.

   **With respect to claim 11**, Bertrand et al. discloses the SGSN sending a Create

PDP Context Request message to a Border Gateway (BG) in response to the Activate

PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request messages to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et

al. also discloses sending a Create PDP Context Response message from the BG to

the SGSN containing the information assigning the address to the mobile station **(See**

**the abstract and column 5 lines 16-67 of Bertrand et al. for reference to sending a**

**Create PDP Context Response message from the RS through the GGSN to the**

**SGSN containing information assigning the address)**. Bertrand et al. does not

disclose that the Activate PDP Context Request message and the Create PDP Context

Request message have an APN field containing information relating to a request for one

of a private network address and a public network address.  Bertrand et al. also does

not disclose that the public network address or private network address is assigned

Application/Control Number: 10/017,398                                    Page 12
Art Unit: 2616

based on the information contained in the APN field of the Create PDP Context Request

message.

**With respect to claim 12**, Bertrand et al. discloses the SGSN sending a Create

PDP Context Request message to a Border Gateway (BG) in response to the Activate

PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request messages to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et

al. also discloses the BG assigning one of a private network address and a public

network address to the mobile station in response to the Create PDP Context Request

message and sending a Create PDP Context Response message from the BG to the

SGSN containing the information assigning the address to the mobile station **(See the**

**abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS**

**assigning one of a public IP address or a private IP address to the mobile**

**terminal in response to the Create PDP Context Request message and for**

**reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

relating to a request for one of a private network address and a public network address.

Bertrand et al. also does not disclose that the public network address or private network

address is assigned based on the information contained in the APN field of the Create

PDP Context Request message.

**With respect to claims 1-2, 4, 8-12, 14, 16, 20, 22, 24, 28, 31-32, 34, and 39,**

Takeda et al., in the field of communications, discloses an Activate PDP Context

Request message and a Create PDP Context Request message that have an APN field

containing information relating to a request for an address **(See pages 2-3 paragraphs**

**26-27 and page 5 paragraphs 71-72 and 89-90 of Takeda et al. for reference to an**

**Activate PDP Context Request message and a Create PDP Context Request**

**message that have an APN field containing information identifying a destination**

**network gateway node, which is information relating to a request for an address)**.

Using an Activate PDP Context Request message and a Create PDP Context Request

message that have an APN field containing information relating to a request for an

address has the advantage of allowing address assignment to be based on the

destination network that a mobile station is requesting to communicate with.

It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Takeda et al., to combine using an Activate

PDP Context Request message and a Create PDP Context Request message that have

an APN field containing information relating to a request for an address, as suggested

by Takeda et al., with the system and method of Bertrand et al., with the motivation

being to allow address assignment to be based on the destination network that a mobile

station is requesting to communicate with.

**With respect to claims 1-2, 4, 8-12, 14, 16, 20, 22, 24, 28, 31-32, 34, and 39,**
Although Takeda et al. discloses using an APN field identifying the destination network
that a mobile station wishes to communicate, the combination of Bertrand et al., and
Takeda et al. does not disclose using destination network information to assigned one
of a private network address and a public network address to the mobile station.
Applicant's admitted prior art discloses using destination network information to assign
one of a private network address and a public network address to a mobile station as
implicitly indicated by the destination network information **(See page 4 paragraph 8 of
the Applicant's specification for reference to using information about which
domain, or network, a host, or mobile station, is to be in communication with in
order to determine whether to assign a private IP address or a public IP address)**.
Using destination network information to assign one of a private network address and a
public network address to a mobile station has the advantage of allowing a limited pool
of public IP addresses to be assigned to mobile stations only when absolutely needed.

It would have been obvious for one of ordinary skill in the art at the time of the
invention, when presented with the Applicant's admitted prior art, to combine using
destination network information to assign one of a private network address and a public
network address to a mobile station, as suggested by the Applicant's admitted prior art,
with the system and method of Bertrand et al. and Takeda et al., with the motivation
being to allow a limited pool of public IP addresses to be assigned to mobile stations
only when absolutely needed.

**With respect to claims 3, 15, 23, and 33,** although the combination of Bertrand et al., Takeda et al., and the Applicant's admitted prior art does not specifically disclose explicitly indicating one of a private network address and a public network address, explicitly indicating information in a request is old and well known in the field of communications. It would have been obvious for one of ordinary skill in the art at the time of the invention to combine explicitly indicating one of a public network address or a private network address with the system and method of Bertrand et al., Takeda et al., and the Applicant's admitted prior art, with the motivation being to allow less processing to be performed at the receiving end of the request since the type of address is explicitly stated in the request.

**With respect to claims 5, 17, 25, and 35,** Bertrand et al. discloses that address is one of an IPv4 or IPv6 network address **(See column 3 lines 2-11 of Bertrand et al. for reference to assigned addresses being IP addresses, which at the time of the invention, are in the form of IPv4 or IPv6 network addresses).**

**With respect to claims 6, 18, 26, 29, and 36,** Bertrand et al. discloses that the network is a GPRS communications network **(See column 1 liens 7-11 for reference to the system being a GPRS communications system).**

**With respect to claims 13 and 21,** Bertrand et al. discloses sending the Create PDP Context Request message form the SGSN to a GGSN and from the GGSN to the BG **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP Context Request messages to a GGSN that forwards the message to a Radius server (RS), which is a BG, in response to the SGSN**

Application/Control Number: 10/017,398                                    Page 16
Art Unit: 2616

**receiving the Activate PDP Context Request)**. Bertrand et al. also discloses

receiving the Create PDP Context Response message at the GGSN from the BG and at

the SGSN from the GGSN **(See the abstract and column 5 lines 16-67 of Bertrand et**

**al. for reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address)**.


4.      Claims 7, 19, 27, 30, and 37 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Bertrand et al., in view of Takeda et al., and Applicant's admitted

prior art as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 above, and further

in view of Boudreaux (U.S. Pat. 6466556 B1).

        **With respect to claims 7, 19, 27, 30, and 37**, the combination of Bertrand et al.,

Takeda et al., and Applicant's admitted prior art does not disclose using a Universal

Mobile Telecommunications System.

        **With respect to claims 7, 19, 27, 30, and 37**, Boudreaux, in the field of

communications discloses using a Universal Mobile Telecommunications System **(See**

**column 1 lines 48-61 of Boudreaux for reference to using a Universal Mobile**

**Telecommunications System)**. Using a Universal Mobile Telecommunications

System has the advantage of using a widely accepted and used communication system

architecture.

        It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Boudreaux, to combine using a Universal

Mobile Telecommunications System, as suggested by Boudreaux, with the system and

Application/Control Number: 10/017,398                          Page 17
Art Unit: 2616

method of Bertrand et al., Takeda et al., and Applicant's admitted prior art, with the

motivation being to use a widely accepted and used communication system

architecture.

### *Response to Arguments*

5.      Applicant's arguments filed 10/4/06 have been fully considered but they are not

persuasive.

        In response to Applicant's argument that:

            "Paragraph 8 of Applicant's Background of the Invention does not remedy

            these deficiencies in Bertrand and Takeda." (See page 3 of Applicant's

            Remarks/Arguments section)

the Examiner respectfully disagrees. The rejection above of the claim limitation

regarding "assigning one of a private network address and a public network address to

a mobile station based on information contained in an APN filed of a Create PDP

Context Request message" (see page 2 of Applicant's Remarks/Arguments section) is

based on a combination of the teachings of Bertrand et al., Takeda et al. and the

Applicant's admitted prior art. As shown in the rejections above, Bertrand et al.

discloses a GPRS-based communications network. Bertrand et al. does not disclose

assigning one of a private network address and a public network address to a mobile

station based on information contained in an APN filed of a Create PDP Context

Request message. Takeda et al. discloses an APN Create PDP Context Request

message having an APN field that identifies the location of a destination of a requested

connection (See pages 2-3 paragraphs 26-27 of Takeda).  Takeda et al. does not

disclose using information about the location of destination of a requested connection to

determine whether to assign a public or private IP address.  Applicant's admitted prior

art discloses determining whether to assign a public or private IP address based on the

location of destination of a requested connection (See page 4 paragraph 08 of

Applicant's specification).  Therefore, the rejection above is based on a combination of

the system as disclosed by Bertrand et al., with the inclusion of an APN field that

identifies the location of a destination of a requested connection, as disclosed by

Takeda et al., and with Applicant's admitted prior art teaching of determining whether to

assign a public or private IP address based on the location of destination of a requested

connection.  Therefore, since the combined teachings disclose all the claimed

limitations, and since there is a motivation to combine the teachings, as shown in the

rejections above, the rejection is proper.

        In response to Applicant's argument the teachings of Bertrand et al. and Takeda

et al. do no disclose explicitly indicating one of a request for a private network address

and a public network address, the Examiner agrees.  However, it is noted that in the

rejections above Official Notice has been taken that explicitly indicating one of a private

network address and a public network address in a request is old and well known in the

field of communications.  Newly cited Publication Iyer et al. (U.S. Publication US

2002/0116502 A1) is offered as proof that explicitly indicating one of a private network

address and a public network address in a request is old and well known in the field of

Application/Control Number: 10/017,398                                    Page 19
Art Unit: 2616

communications.  Iyer et al. discloses explicitly indicating a request for a public IP

address (See page 1 paragraph 22 of Iyer et al.).

### *Conclusion*

6.     **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time

policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the mailing date of this final action.


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Jason E. Mattis whose telephone number is (571) 272-

3154.  The examiner can normally be reached on M-F 8AM-5:30PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Huy Vu can be reached on (571) 272-3155.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 10/017,398                                   Page 20
Art Unit: 2616

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

jem

HUY D. VU
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

| *Notice of References Cited* | Application/Control No. | Applicant(s)/Patent Under Reexamination |  |
|---|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL | |
| | Examiner | Art Unit | Page 1 of 1 |
| | Jason E. Mattis | 2616 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2002/0116502 A1 | 08-2002 | Iyer et al. | 709/227 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | Examiner | Art Unit |
| | Jason E. Mattis | 2616 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim Final | Claim Original | Date 11/27/06 | Claim Final | Claim Original | Date | Claim Final | Claim Original | Date |
|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | 51 | | | 101 | |
| | 2 | √ | | 52 | | | 102 | |
| | 3 | √ | | 53 | | | 103 | |
| | 4 | √ | | 54 | | | 104 | |
| | 5 | √ | | 55 | | | 105 | |
| | 6 | √ | | 56 | | | 106 | |
| | 7 | √ | | 57 | | | 107 | |
| | 8 | √ | | 58 | | | 108 | |
| | 9 | √ | | 59 | | | 109 | |
| | 10 | √ | | 60 | | | 110 | |
| | 11 | √ | | 61 | | | 111 | |
| | 12 | √ | | 62 | | | 112 | |
| | 13 | √ | | 63 | | | 113 | |
| | 14 | √ | | 64 | | | 114 | |
| | 15 | √ | | 65 | | | 115 | |
| | 16 | √ | | 66 | | | 116 | |
| | 17 | √ | | 67 | | | 117 | |
| | 18 | √ | | 68 | | | 118 | |
| | 19 | √ | | 69 | | | 119 | |
| | 20 | √ | | 70 | | | 120 | |
| | 21 | √ | | 71 | | | 121 | |
| | 22 | √ | | 72 | | | 122 | |
| | 23 | √ | | 73 | | | 123 | |
| | 24 | √ | | 74 | | | 124 | |
| | 25 | √ | | 75 | | | 125 | |
| | 26 | √ | | 76 | | | 126 | |
| | 27 | √ | | 77 | | | 127 | |
| | 28 | √ | | 78 | | | 128 | |
| | 29 | √ | | 79 | | | 129 | |
| | 30 | √ | | 80 | | | 130 | |
| | 31 | √ | | 81 | | | 131 | |
| | 32 | √ | | 82 | | | 132 | |
| | 33 | √ | | 83 | | | 133 | |
| | 34 | √ | | 84 | | | 134 | |
| | 35 | √ | | 85 | | | 135 | |
| | 36 | √ | | 86 | | | 136 | |
| | 37 | √ | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | √ | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |



### *Search Notes*

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 10/017,398 | SENGODAN, SENTHIL |
| Examiner | Art Unit | |
| Jason E. Mattis | 2616 | |

#### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### SEARCH NOTES
#### (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Repeated text search of previous areas | 11/27/2006 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

#### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Part of Paper No.  20061127

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

(Attorney Docket No. 005288.00014)

| | |
|---|---|
| In re U.S. Patent Application of | ) |
| Senthil SENGODAN | )   Art Unit: 2616 |
| | ) |
| Application No. 10/017,398 | )   Examiner: Mattis, Jason E. |
| | ) |
| Filed:  December 18, 2001 | )   Confirmation No. 8170 |
| | ) |
| For:   Method and Apparatus for Address | ) |
| Allocation   in   GPRS   Networks   that | ) |
| Facilitates End-To-End Security | ) |

## <u>AMENDMENT AND RESPONSE</u>

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Sir:

    This paper is responsive to the final Office Action dated December 14, 2006.  The Office Action set a three-month period for response, thus making this paper due on or before **March 14, 2007.**  The Commissioner is hereby authorized to charge any fee or credit any overpayment of fee to Deposit Account No. 19-0733.

    **Amendments to the Claims** are reflected in the Listing of Claims, which begins on page 2 of this paper.

    **Remarks/Arguments** begin on page 14 of this paper.

Banner & Witcoff, Ltd.                    -1-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1.        (Currently amended)     A General Packet Radio System (GPRS) -based communications network comprising:

a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address; and

a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network,

the SGSN sending a Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address,

the GGSN assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sending a Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message,

the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept message containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

2.      (Original)   The GPRS-based communications network according to claim 1, wherein the mobile station receives the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

3.      (Cancelled)

4.      (Cancelled)

5.      (Original)   The GPRS-based communications network according to claim 1, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

6.      (Original)   The GPRS-based communications network according to claim 1, wherein the GPRS-based communications network is a GPRS communications network.

7.      (Original)   The GPRS-based communications network according to claim 1, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

8.      (Currently amended)   A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

            receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address; and

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

9.       (Original)  The method according to claim 8, further comprising steps of:

sending a Create PDP Context Request message from the SGSN to a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

receiving a Create PDP Context Response message from the GGSN containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

10.      (Original)  The method according to claim 9, further comprising steps of:

receiving the Create PDP Context Request message from the SGSN at the GGSN;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                   PATENT

11.    (Original)  The method according to claim 8, further comprising steps of:

sending a Create PDP Context Request message from the SGSN to a Border Gateway (BG) of the GPRS-based communications network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

receiving a Create PDP Context Response message at the SGSN from the BG containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

12.    (Original)  The method according to claim 11, further comprising steps of:

receiving the Create PDP Context Request message at the BG;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

sending the Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

13.    (Original)  The method according to claim 12, further comprising steps of:

sending the Create PDP Context Request message from the SGSN to a Gateway GPRS Support Node (GGSN) of the GPRS-based communications network;

sending the Create PDP Context Request message from the GGSN to the BG;

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                    PATENT

receiving the Create PDP Context Response message at the GGSN from the BG; and

receiving the Create PDP Context Response message at the SGSN from the GGSN.

14.    (Original)  The method according to claim 8, further comprising a step receiving at the mobile station the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

15.    (Cancelled)

16.    (Cancelled)

17.    (Original)  The method according to claim 8, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

18.    (Original)    The method according to claim 8, wherein the GPRS-based communications network is a GPRS communications network.

19.    (Original)    The method according to claim 8, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

20.    (Currently amended)    A General Packet Radio System (GPRS) -based communications network comprising:

a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                PATENT

network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address; and

a Border Gateway (BG) of the GPRS-based communications network,

the SGSN sending a Create PDP Context Request message from the SGSN to the BG in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address,

the BG assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sending a Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message,

the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept message containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

21.    (Previously amended)  The GPRS-based communications network according to claim 20, further comprising a Gateway GPRS Support Node (GGSN), and

wherein the SGSN sending the Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request,

wherein the GGSN sending the Create PDP Context Request message from the GGSN to the BG, and

Banner & Witcoff, Ltd.                          -7-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                    PATENT

wherein the BG sends the Create PDP Context Response message from the BG to the GGSN and the GGSN sends the Create PDP Context Response message from the GGSN to the SGSN.

22.    (Original)   The GPRS-based communications network according to claim 20, wherein the mobile station receives the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

23.    (Cancelled)

24.    (Cancelled)

25.    (Original)   The GPRS-based communications network according to claim 20, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

26.    (Original)   The GPRS-based communications network according to claim 20, wherein the GPRS-based communications network is a GPRS communications network.

27.    (Original)   The GPRS-based communications network according to claim 20, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

28.    (Currently amended)   A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving GPRS Support Node (SGSN) at Gateway GPRS Support Node (GGSN), the Create PDP Context Request Message having an APN field containing information that explicitly indicates

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

requesting ~~relating to a request for~~ one of a private network address and a public network address for a mobile station of the GPRS-based communications network;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

        sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

    29.    (Original)    The method according to claim 28, wherein the GPRS-based communications network is a GPRS communications network.

    30.    (Original)    The method according to claim 28, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

    31.    (Currently amended)    A method for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

        receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving GPRS Support Node (SGSN) at Border Gateway (BG), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address for a mobile station of the GPRS-based communications network;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

sending the Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

32.    (Currently amended)  A method for requesting an assignment of a network address in a General Packet Radio System (GPRS) -based communications network, the method comprising:

sending an Activate Packet Data Protocol (PDP) Context Request message to a Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address; and

receiving at the mobile station an Activate PDP Context Accept message containing information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

33.    (Cancelled)

34.    (Cancelled)

35.    (Original)  The method according to claim 32, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

36.    (Original)    The method according to claim 32, wherein the GPRS-based communications network is a GPRS communications network.

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

37.     (Original)     The method according to claim 32, wherein the GPRS-based communications network is a Universal Mobile Telecommunications System.

38.     (Cancelled)

39.     (Currently Amended)   A method for assigning a network address in a General Packet Radio System (GPRS)-based communications network, the method comprising:

receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving GPRS Support Node (SGSN) of the GPRS-based communications network from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing one or more parameters <u>that explicitly indicates requesting</u> ~~indicating a type of requested network address, wherein the type is~~ one of a private network address and a public network address; and

sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the one or more parameters indicating the type of requested network address contained in the APN field of the Activate PDP Context Request message.

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

## REMARKS/ARGUMENTS

The Office Action of December 14, 2006, has been carefully reviewed and these remarks are responsive thereto. Independent claims 1, 8, 20, 28, 31, 32, and 39 have been amended. Claims 3-4, 15-16, 33-34 and 38 have been cancelled. Claims 1-2, 5-14, 17-22, 25-32, 35-37 and 39 remain pending and allowance of the instant application are respectfully requested.

### *Claim Rejections Under 35 U.S.C. §103(a)*

Claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand *et al.* (U.S. patent No. 6,687,252, hereinafter "Bertrand") in view of Takeda et al. (U.S. Publication No. US 2001/0048686 A1) and further in view of Applicant's alleged admitted prior art (as found in Applicant's specification at paragraph 8). This rejection is respectfully traversed for the following reasons.

Applicant respectfully incorporates by reference in its entirety the Response filed October 4, 2006 to the non-final Office Action mailed July 25, 2006.

Independent claims 1, 8, 20, 28, 31, 32, and 39 all relate to, *inter alia*, a GGSN assigning one of a private network address and a public network address to a mobile station based on information contained in an APN field of an Activate PDP context request or a Create PDP Context Request message. The information contained in the APN field is transmitted by the requesting mobile terminal and explicitly indicates requesting one of a private network address and a public network address. As recognized in the Office Action, neither Bertrand nor Takeda, either separately or in combination, teaches or suggests such a feature. Neither Bertrand and Takeda teaches or suggests assignment of a private or a public network address be based on information in the APN field that explicitly indicates requesting one of a private network address and a public network address as requested by the mobile station. Neither Bertrand nor Takeda provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner suggested by the Applicant.

By way of example, claim 1 of the present application, as amended claims in part: "a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information that explicitly

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                   PATENT

indicates requesting one of a private network address and a public network address." Support for this amendment can be found in at least pages 13-14 of the present application (*see also* paragraph 40 of the present application, as published, U.S. Patent Application Publication No. US 2003 as 2003/0112793).

Claim 1 also claims "the SGSN sending a Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address."

As recognized in the final Office Action (at pp. 3-4), Bertrand does **not** disclose that an Activate PDP Context Request message and a Create PDP Context Request have an APN field containing information relating to a request for one of a private network and a public network address.

As recognized in the final Office Action (at p. 4), Bertrand also does **not** disclose that the public network address or private network address is assigned based on information contained in the APN field of the Create PDP Context Request message.

The Office Action states that Takeda discloses an Activate PDP Context Request message and a Create PDP Context Request message that have an APN field containing information relating to a request for an address – specifically an APN field containing information identifying a destination network gateway node.   There is, however, **no** teaching Takeda that the identification of this destination network gateway node includes an identification of whether the node is one of a private network address and a public network address.

Additionally in Takeda, it is the DHCP server that assigns the IP address to the mobile terminal, not the gateway node.  P. 6, ¶ 95.  Even so, Takeda does not teach or suggest that the DHCP, in allocating IP addresses, evaluates or receives any information contained in the APN relating to the mobile terminal's request for one of a public network address or a private network address.   Neither Bertrand nor Takeda provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner suggested by the Applicant.   There is certainly no suggestion in either Bertrand or Takeda for an "Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address."

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

The Office Action states that it would have been obvious for one of ordinary skill in the art at the time of the invention, when presented with the work of Takeda et al., to combine using an Activate PDP Context Request message and a Create PDP Context Request message that have an APN field containing information relating to a request for an address, as suggested by Takeda et al., with the system and method of Bertrand et al., with the motivation being to allow address assignment to be based on the destination network that a mobile station is requesting to communicate with. It is not seen, however, where Bertrand or Takeda teaches any benefit in having an address assignment be based on a particular **type** of destination network address. Neither Bertrand nor Takeda teach any benefit in having an address assignment be one of a private network address and a public network address.

In short, Takeda does not provide a motivation to modify Bertrand to allow address assignment to be based on the type of destination network address. Takeda does not provide a motivation in having an address assignment be one of a private network address and a public network address. Bertrand or Takeda do not alone or in combination teach an "Activate PDP Context Request message having an APN field containing information <u>that explicitly indicates requesting</u> one of a private network address and a public network address" as claimed in independent claims 1, 8, 20, 32 and 39, as amended. Similarly, Bertrand or Takeda do not alone or in combination teach a "Create PDP Context Request message having an APN field containing information <u>that explicitly indicates requesting</u> one of a private network address and a public network address" as claimed in independent claims 28 and 31, as amended (*see* paragraphs 40-41 of the present application, as published, U.S. Patent Application Publication No. US 2003.as 2003/0112793).

Absent motivation to modify Bertrand to allow address assignment to be based on the type of destination network address, there is certainly no motivation to further modify Bertrand to provide for an Activate or a Create PDP Context Request message having an APN field containing information <u>that explicitly indicates requesting</u> one of a private network address and a public network address as claimed in independent claims 1, 8, 20, 28, 31, 32 and 39, as amended.

As recognized in the final Office Action, the teachings of Bertrand et al. and Takeda et al. do **not** disclose explicitly indicating one of a request for a private network address and a public network address (*see* page 18 of the final Office Action). The Office Action states that in the

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                      PATENT

rejections Official Notice has been taken that explicitly indicating that one of a private network address and a public network address in a request is old and well known in the field of communications. The Office Action cites Applicant's alleged admitted prior art (paragraph 8), and "[n]ewly cited Publication Iyer (U.S. Publication US 2002/0116502)" as "proof that explicitly indicating one of a private network address and a public network address in a request is old and well known in the field of communications."

Paragraph 8 of applicant's application as published, as well as newly cited Iyer, describes the use of a Network Address Translator (NAT). As noted in the Response filed October 4, 2006, Applicant's Background of the Invention does not remedy the deficiencies in Bertrand and Takeda. Paragraph 8 (of the present application, published as U.S. Patent Application Publication 203/0112793) describes the use of a Network Address Translator (NAT). A NAT is used when a host that is assigned to a private address within an administrative domain intends to send an IP address (and possibly other selected fields within the datagram) into a public IP address prior to the IP datagram being sent outside the administrative domain associated with the NAT. A NAT transforms a private IP address (and possibly other selected fields within the datagram) into a public IP address prior to the IP datagram being sent outside the administrative domain associated with the NAT. Similarly, when an IP datagram is sent from a host that is outside the administrative domain associated with the NAT to a host with a private address, then the NAT transforms a public IP address to a private address.

A NAT does not conserve public IP addresses and simultaneously maintain end-to-end security and application friendliness. Indeed, as explained in paragraph 11 of the present application as published, there are two major drawbacks associated with the use of a NAT. The first major drawback is that the NAT-based approach breaks the end-to-end security model by changing the destination address of a datagram and thereby invalidating the authentication header of the datagram. The second major drawback is that certain types of applications cannot work in the presence of a NAT, unless remedial measures are taken, such as the inclusion of an application gateway (proxy). For example when an IP address is embedded into an application protocol unit (PDU), an ALG (Application Level Gateway) is required so that the embedded IP address is changed because a conventional NAT-based address assignment operation will not change the embedded IP address.

Banner & Witcoff, Ltd.                          -15-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

As explained in paragraph 12 of the present application as published, in order to overcome the disadvantages associated with NATs, i.e., the security break and the "unfriendliness" toward some applications, a mechanism commonly referred to as Realm Specific IP (RSIP) has gained significant support within the Internet Engineering Task Force (IETF). As noted in paragraphs 13-17 of the present application, RSIP protocol makes use of a NAT unnecessary, and thereby avoids the drawbacks involving NATs.

As explained in paragraph 18 of the present application as published, in the case of a General Packet Radio System (GPRS) network or a GPRS-based network (such as a Universal Mobile Telecommunications System (UMTS)), a Mobile Station (MS) is assigned an IP address by a Gateway GPRS Support Node (GGSN). Currently, such an IP address is an IPv4 address. The protocol that is used for address assignment is specific to GPRS networks and is referred to as PDP Context Activation. PDP (Packet Data Protocol) is an acronym that is used within GPRS networks to refer to IP addresses, X.25 addresses, etc. An administrative domain within GPRS networks (and within cellular networks, in general) is referred to as a PLMN (Public Land Mobile Network).

As explained in paragraph 19 of the present application as published, FIG. 3 shows generic GPRS protocol stacks for a mobile station (MS), base station subsystem (BSS), Serving GPRS Support Node (SGSN) and the Gateway GPRS Support Node (GGSN). The IP address for the MS may be seen on the protocol stack for the MS.

As explained in paragraph 20 of the present application as published, FIGS. 4a-4d illustrate a conventional PDP (Packet Data Protocol) context activation sequence within a GPRS network. During the first step of a conventional PDP context activation shown in FIG. 4a, an MS sends an Activate PDP Context Request message to an SGSN through a BSS. The Activate PDP Context Request message contains appropriate information in the NSAPI, PDP type, PDP Addr, APN, QoS Req, and PDP Config Options in a well-known manner. In FIG. 4b, the SGSN sends a Create PDP Context Request message to a GGSN containing appropriate information in the PDP Type, PDP Addr, APN, QoS Negotiated, TID, Selection Mode, PDP Config Options fields. In FIG. 4c, the GGSN sends a Create PDP Context Response message to the SGSN containing appropriate information in the TID, PDP Addr, BB Protocol, Reordering Reqd, QoS Negot., PDP Config Options and Cause fields. In FIG. 4d, the SGSN then sends an Activate PDP Context

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

Accept message to the MS containing appropriate information in the NSAPI, PDP Type, PDP Addr, QoS Req, Radio Priority Level and PDP Config Options field.

As explained in paragraph 21 of the present application as published, nevertheless, the GPRS standard does not specify whether private or public IP addresses are assigned to a requesting MS. Address assignment is not a standardization issue because a NAT is currently used at a PLMN boundary when private IP addresses are used. That is, current GPRS deployments rely on NATs at the GGSN when private addresses are assigned to a requesting MS. While this handles the problem of conserving IPv4 addresses, end-to-end security or application friendliness is not provided.

As noted in paragraph 22 of the present application as published, even though a conventional PDP context activation procedure within a GPRS network assigns an IPv4 address to a mobile station, what is needed is a technique for assigning an IPv4 address to a mobile station in a GPRS network or a GPRS-based network that conserves IPv4 addresses and simultaneously maintains end-to-end security and application friendliness.

The present application provides just such a technique, not heretofore available or provided or suggested by the prior art.

In view of the drawbacks involving NATs, and the teaching away of using NATs by using RSIP protocol, one of ordinary skill in the art would not be motivated to incorporate a NAT into a combination of Bertrand and Takeda to provide the present invention. Even if a NAT is incorporated into a combination of Bertrand and Takeda, the combination of the three references would not result in the present invention. A NAT does not involve an Activate or a Create PDP Context message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address. Rather, a NAT simply transforms a private IP address into a public IP address when a host intends to send an IP datagram to a host that is outside the administrative domain of the sending host.

Independent claims 1, 8, 20, 32, and 39 relate to, *inter alia*, information contained in the APN field of the Activate PDP Context Request message explicitly indicating one of a private network address and a public network address. Independent claims 28 and 31 relate to, *inter alia*, information contained in the APN field of the Create PDP Context Request message explicitly indicating one of a private network address and a public network address.

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

As discussed on pages 13-14 of Applicant's specification (paragraph [40] as published), the inserted information (in the APN field) relating to whether a public or a private address assignment is desired can be an explicit indication, such as a particular bit (or bits) of the APN field being set. Neither Bertrand nor Takeda nor a NAT, separately or in combination, teaches or suggests such a feature. The Office Action even admits this deficiency of Bertrand and Takeda. Instead, the Office Action alleges that ¶¶ 26-27, 71-72, and 89-90 of Takeda disclose an "an Activate PDP Context Request message and a Create PDP Context Request message that have an APN field containing information relating to a request for an address." Even assuming the validity of such an allegation, merely containing information relating to a request is distinguishable from containing information in the APN field *explicitly indicating* one of a private network address and a public network address. Significantly, the cited passages only disclose an APN for identifying a gateway node. There is no teaching or suggestion that the APN field includes any explicit indicators of whether a private network address or a public network address is being requested.

The Office may not use Applicant's invention as a blueprint for combining distinct components/features found in Bertrand, Takeda, and a NAT as described in paragraph 8 of the present application (or newly cited Iyer). As such, claims 1, 8, 20, 28, 31, 32 and 39 are allowable for at least this reason.

Claims 2, 5-7, 9-14, 17-19, 21-27, 29, 30 and 35-37 are allowable for at least the same reasons as their respective base claims and further in view of the novel and non-obvious features recited therein.

### *Additional Claim Rejections in view of fourth cited reference, Boudreaux*

Claims 7, 19, 27, 30 and 37 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand in view of Takeda and Applicant's alleged admitted prior art on NAT as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36 and 39 above, and further in view of Boudreaux (U.S. Patent No. 6,466,556). This rejection is respectfully traversed for the following reasons.

Claims 7, 19, 27, 30 and 37 all relate to a GPRS-based communications network that is a Universal Mobile Telecommunications System. The Office Action concedes that Bertrand and Takeda and Applicant's alleged admitted prior art does not disclose such a feature. While

Appln. No. 10/017,398
Amendment dated January 23, 2007
Reply to Office Action of December 14, 2006                                    PATENT

Boudreaux may teach a Universal Mobile Telecommunications System, it does not remedy the failure of Bertrand, Takeda, and paragraph 8 of Applicant's specification regarding alleged prior art (or newly cited Iyer) to teach the claimed invention of the independent claims upon which 7, 19, 27, 30 and 37 depend from.  As such, claims 7, 19, 27, 30 and 37 are allowable for over the proposed combination of Bertrand, Takeda, Applicant's alleged admitted prior art regarding NAP (or newly cited Iyer), and Boudreaux.

## **CONCLUSION**

All rejections having been addressed, Applicants respectfully submit that the instant application is in condition for allowance, and respectfully solicits prompt notification of the same. However, if for any reason the Examiner believes the application is not in condition for allowance or there are any questions, the Examiner is requested to contact the undersigned at (312) 463-5405.

Respectfully submitted,

Dated:  January 23, 2007

By:   /Robert H. Resis/
Robert H. Resis
Registration No. 32,168
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Direct Dial:  312-463-5405

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1458468 |
| **Application Number:** | 10017398 |
| **International Application Number:** | |
| **Confirmation Number:** | 8170 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| **First Named Inventor/Applicant Name:** | Senthil  Sengodan |
| **Customer Number:** | 22908 |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Filer Authorized By:** | Robert H. Resis |
| **Attorney Docket Number:** | 005288.00014 |
| **Receipt Date:** | 23-JAN-2007 |
| **Filing Date:** | 18-DEC-2001 |
| **Time Stamp:** | 14:38:34 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | Amendment14.pdf | 1231542 | yes | 19 |

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment After Final | 1 | 1 |
| Claims | 2 | 11 |
| Applicant Arguments/Remarks Made in an Amendment | 12 | 19 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |
| **Total Files Size (in bytes):** | 1231542 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2001

Application or Docket Number
10017398
005288.0001

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 38 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 38 minus 20= | 18 |
| INDEPENDENT CLAIMS | 7 minus 3 = | 4 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

SMALL ENTITY TYPE ☐   OR   OTHER THAN SMALL ENTITY

| RATE | FEE | | RATE | FEE |
|---|---|---|---|---|
| BASIC FEE | 370.00 | | BASIC FEE | 740.00 |
| X9 9= | | OR | X$18= | 324 |
| X42= | | OR | X84= | 336 |
| +140= | | OR | +260= | |
| TOTAL | | OR | TOTAL | 1400 |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**  1/20/06

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 58 | Minus | 38 | |
| Independent | 7 | Minus | 7 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

SMALL ENTITY   OR   OTHER THAN SMALL ENTITY

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X9 9= | | | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**  10/4/06

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 38 | Minus | 38 | — |
| Independent | 7 | Minus | 7 | — |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X9 9= | | | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**  1/23/07

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 30 | Minus | 38 | |
| Independent | 7 | Minus | 7 | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X9 9= | | | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev 8/01)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22908        7590        02/16/2007
BANNER & WITCOFF, LTD.
TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/16/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

PTOL-90A (Rev. 10/06)

| ***Advisory Action***<br>***Before the Filing of an Appeal Brief*** | **Application No.**<br>*10/017,398* | **Applicant(s)**<br>SENGODAN, SENTHIL | |
|---|---|---|---|
| | **Examiner**<br>Jason E. Mattis | **Art Unit**<br>2616 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED <u>23 January 2007</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

1. ☒ The reply was filed after a final rejection, but prior to or on the same day as filing a Notice of Appeal. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114. The reply must be filed within one of the following time periods:

   a) ☐ The period for reply expires _____ months from the mailing date of the final rejection.

   b) ☒ The period for reply expires on: (1) the mailing date of this Advisory Action, or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

       Examiner Note: If box 1 is checked, check either box (a) or (b). ONLY CHECK BOX (b) WHEN THE FIRST REPLY WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☒ The proposed amendment(s) filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

   (a)☒ They raise new issues that would require further consideration and/or search (see NOTE below);

   (b)☐ They raise the issue of new matter (see NOTE below);

   (c)☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

   (d)☐ They present additional claims without canceling a corresponding number of finally rejected claims.

      NOTE: *See Continuation Sheet.* (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☒ For purposes of appeal, the proposed amendment(s): a) ☒ will not be entered, or b) ☐ will be entered and an explanation of how the new or amended claims would be rejected is provided below or appended.

   The status of the claim(s) is (or will be) as follows:

   Claim(s) allowed: _____.

   Claim(s) objected to: _____.

   Claim(s) rejected: *1-37 and 39*.

   Claim(s) withdrawn from consideration: _____.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

9. ☐ The affidavit or other evidence filed after the date of filing a Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing of good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

10. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

11. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because: <u>See Continuation Sheet.</u>

12. ☐ Note the attached Information Disclosure Statement(s). (PTO/SB/08) Paper No(s). _____.

13. ☐ Other: _____.

HUY D. VU<br>
SUPERVISORY PATENT EXAMINER<br>
TECHNOLOGY CENTER 2600

**Continuation Sheet (PTO-303)**                                   **Application No. 10/017,398**

 Continuation of 3. NOTE:  The new limitation that the APN field contains information "that explicitly indicates requesting one of a private network address and a pulic network address" requires an additional search.


 Continuation of 11. does NOT place the application in condition for allowance because:  The arguemnts are persuasive; however, they are based on a new claim limitation that requires a further search of the prior art.

PTO/SB/30 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | | |
|---|---|---|
| **Request for Continued Examination (RCE) Transmittal** | Application Number | 10/017,398 |
| | Filing Date | 12/18/2001 |
| Address to:<br>Mail Stop RCE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | First Named Inventor | Senthil Sengodan |
| | Art Unit | 2616 |
| | Examiner Name | Mattis, Jason E. |
| | Attorney Docket Number | 005288.00014 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. ☐ Other _____

   b. ☑ Enclosed

      i. ☑ Amendment/Reply        iii. ☐ Information Disclosure Statement (IDS)

      ii. ☐ Affidavit(s)/ Declaration(s)        iv. ☐ Other _____

2. **Miscellaneous**

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. ☐ Other _____

3. **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. _19-0733___. I have enclosed a duplicate copy of this sheet.

      i. ☑ RCE fee required under 37 CFR 1.17(e)

      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

      iii. ☐ Other _____

   b. ☐ Check in the amount of $ _____enclosed

   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
|---|---|---|
| Signature | *[signature]* | Date | 03/05/2007 |
| Name (Print/Type) | Robert H. Resis | Registration No. | 32,168 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | | |
|---|---|---|
| Name (Print/Type) | | Date | |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of February 16, 2007                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

(Attorney Docket No. 005288.00014)

| | |
|---|---|
| In re U.S. Patent Application of ) | |
| Senthil SENGODAN ) | |
| ) | Art Unit: 2616 |
| Application No. 10/017,398 ) | |
| ) | Examiner: Mattis, Jason E. |
| Filed: December 18, 2001 ) | |
| ) | Confirmation No. 8170 |
| For: Method and Apparatus for Address ) | |
| Allocation in GPRS Networks that ) | |
| Facilitates End-To-End Security ) | |

## AMENDMENT AND RESPONSE

Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Sir:

This paper is responsive to the Advisory Action dated February 16, 2007. The Office Action set a three-month period for response, thus making this paper due on or before **March 14, 2007.** The Commissioner is hereby authorized to charge any fee or credit any overpayment of fee to Deposit Account No. 19-0733.


**Amendments to the Claims** are reflected in the Listing of Claims, which begins on page 2 of this paper.


**Remarks/Arguments** begin on page 12 of this paper.


Banner & Witcoff, Ltd.                          -1-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

## REMARKS/ARGUMENTS

The Office Action of December 14, 2006, has been carefully reviewed and these remarks are responsive thereto. Independent claims 1, 8, 20, 28, 31, 32, and 39 have been amended. Claims 3-4, 15-16, 33-34 and 38 have been cancelled. Claims 1-2, 5-14, 17-22, 25-32, 35-37 and 39 remain pending and allowance of the instant application are respectfully requested.

### Claim Rejections Under 35 U.S.C. §103(a)

Claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand *et al.* (U.S. patent No. 6,687,252, hereinafter "Bertrand") in view of Takeda et al. (U.S. Publication No. US 2001/0048686 A1) and further in view of Applicant's alleged admitted prior art (as found in Applicant's specification at paragraph 8). This rejection is respectfully traversed for the following reasons.

Applicant respectfully incorporates by reference in its entirety the Response filed October 4, 2006 to the non-final Office Action mailed July 25, 2006.

Independent claims 1, 8, 20, 28, 31, 32, and 39 all relate to, *inter alia*, a GGSN assigning one of a private network address and a public network address to a mobile station based on information contained in an APN field of an Activate PDP context request or a Create PDP Context Request message. The information contained in the APN field is transmitted by the requesting mobile terminal and explicitly indicates requesting one of a private network address and a public network address. As recognized in the Office Action, neither Bertrand nor Takeda, either separately or in combination, teaches or suggests such a feature. Neither Bertrand and Takeda teaches or suggests assignment of a private or a public network address be based on information in the APN field that explicitly indicates requesting one of a private network address and a public network address as requested by the mobile station. Neither Bertrand nor Takeda provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner suggested by the Applicant.

By way of example, claim 1 of the present application, as amended claims in part: "a Serving GPRS Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

private network address and a public network address." Support for this amendment can be found in at least pages 13-14 of the present application (*see also* paragraph 40 of the present application, as published, U.S. Patent Application Publication No. US 2003 as 2003/0112793).

Claim 1 also claims "the SGSN sending a Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address."

As recognized in the final Office Action (at pp. 3-4), Bertrand does **not** disclose that an Activate PDP Context Request message and a Create PDP Context Request have an APN field containing information relating to a request for one of a private network and a public network address.

As recognized in the final Office Action (at p. 4), Bertrand also does **not** disclose that the public network address or private network address is assigned based on information contained in the APN field of the Create PDP Context Request message.

The Office Action states that Takeda discloses an Activate PDP Context Request message and a Create PDP Context Request message that have an APN field containing information relating to a request for an address – specifically an APN field containing information identifying a destination network gateway node. There is, however, **no** teaching Takeda that the identification of this destination network gateway node includes an identification of whether the node is one of a private network address and a public network address.

Additionally in Takeda, it is the DHCP server that assigns the IP address to the mobile terminal, not the gateway node. P. 6, ¶ 95. Even so, Takeda does not teach or suggest that the DHCP, in allocating IP addresses, evaluates or receives any information contained in the APN relating to the mobile terminal's request for one of a public network address or a private network address. Neither Bertrand nor Takeda provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner suggested by the Applicant. There is certainly no suggestion in either Bertrand or Takeda for an "Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address."

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

The Office Action states that it would have been obvious for one of ordinary skill in the art at the time of the invention, when presented with the work of Takeda et al., to combine using an Activate PDP Context Request message and a Create PDP Context Request message that have an APN field containing information relating to a request for an address, as suggested by Takeda et al., with the system and method of Bertrand et al., with the motivation being to allow address assignment to be based on the destination network that a mobile station is requesting to communicate with.  It is not seen, however, where Bertrand or Takeda teaches any benefit in having an address assignment be based on a particular **type** of destination network address. Neither Bertrand nor Takeda teach any benefit in having an address assignment be one of a private network address and a public network address.

In short, Takeda does not provide a motivation to modify Bertrand to allow address assignment to be based on the type of destination network address.  Takeda does not provide a motivation in having an address assignment be one of a private network address and a public network address.  Bertrand or Takeda do not alone or in combination teach an "Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address" as claimed in independent claims 1, 8, 20, 32 and 39, as amended.  Similarly, Bertrand or Takeda do not alone or in combination teach a "Create PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address" as claimed in independent claims 28 and 31, as amended (*see* paragraphs 40-41 of the present application, as published, U.S. Patent Application Publication No. US 2003.as 2003/0112793).

Absent motivation to modify Bertrand to allow address assignment to be based on the type of destination network address, there is certainly no motivation to further modify Bertrand to provide for an Activate or a Create PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address as claimed in independent claims 1, 8, 20, 28, 31, 32 and 39, as amended.

As recognized in the final Office Action, the teachings of Bertrand et al. and Takeda et al. do **not** disclose explicitly indicating one of a request for a private network address and a public network address (*see* page 18 of the final Office Action).  The Office Action states that in the

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                    PATENT

rejections Official Notice has been taken that explicitly indicating that one of a private network address and a public network address in a request is old and well known in the field of communications. The Office Action cites Applicant's alleged admitted prior art (paragraph 8), and "[n]ewly cited Publication Iyer (U.S. Publication US 2002/0116502)" as "proof that explicitly indicating one of a private network address and a public network address in a request is old and well known in the field of communications."

Paragraph 8 of applicant's application as published, as well as newly cited Iyer, describes the use of a Network Address Translator (NAT). As noted in the Response filed October 4, 2006, Applicant's Background of the Invention does not remedy the deficiencies in Bertrand and Takeda. Paragraph 8 (of the present application, published as U.S. Patent Application Publication 203/0112793) describes the use of a Network Address Translator (NAT). A NAT is used when a host that is assigned to a private address within an administrative domain intends to send an IP address (and possibly other selected fields within the datagram) into a public IP address prior to the IP datagram being sent outside the administrative domain associated with the NAT. A NAT transforms a private IP address (and possibly other selected fields within the datagram) into a public IP address prior to the IP datagram being sent outside the administrative domain associated with the NAT. Similarly, when an IP datagram is sent from a host that is outside the administrative domain associated with the NAT to a host with a private address, then the NAT transforms a public IP address to a private address.

A NAT does not conserve public IP addresses and simultaneously maintain end-to-end security and application friendliness. Indeed, as explained in paragraph 11 of the present application as published, there are two major drawbacks associated with the use of a NAT. The first major drawback is that the NAT-based approach breaks the end-to-end security model by changing the destination address of a datagram and thereby invalidating the authentication header of the datagram. The second major drawback is that certain types of applications cannot work in the presence of a NAT, unless remedial measures are taken, such as the inclusion of an application gateway (proxy). For example when an IP address is embedded into an application protocol unit (PDU), an ALG (Application Level Gateway) is required so that the embedded IP address is changed because a conventional NAT-based address assignment operation will not change the embedded IP address.

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                PATENT

As explained in paragraph 12 of the present application as published, in order to overcome the disadvantages associated with NATs, i.e., the security break and the "unfriendliness" toward some applications, a mechanism commonly referred to as Realm Specific IP (RSIP) has gained significant support within the Internet Engineering Task Force (IETF). As noted in paragraphs 13-17 of the present application, RSIP protocol makes use of a NAT unnecessary, and thereby avoids the drawbacks involving NATs.

As explained in paragraph 18 of the present application as published, in the case of a General Packet Radio System (GPRS) network or a GPRS-based network (such as a Universal Mobile Telecommunications System (UMTS)), a Mobile Station (MS) is assigned an IP address by a Gateway GPRS Support Node (GGSN). Currently, such an IP address is an IPv4 address. The protocol that is used for address assignment is specific to GPRS networks and is referred to as PDP Context Activation. PDP (Packet Data Protocol) is an acronym that is used within GPRS networks to refer to IP addresses, X.25 addresses, etc. An administrative domain within GPRS networks (and within cellular networks, in general) is referred to as a PLMN (Public Land Mobile Network).

As explained in paragraph 19 of the present application as published, FIG. 3 shows generic GPRS protocol stacks for a mobile station (MS), base station subsystem (BSS), Serving GPRS Support Node (SGSN) and the Gateway GPRS Support Node (GGSN). The IP address for the MS may be seen on the protocol stack for the MS.

As explained in paragraph 20 of the present application as published, FIGS. 4a-4d illustrate a conventional PDP (Packet Data Protocol) context activation sequence within a GPRS network. During the first step of a conventional PDP context activation shown in FIG. 4a, an MS sends an Activate PDP Context Request message to an SGSN through a BSS. The Activate PDP Context Request message contains appropriate information in the NSAPI, PDP type, PDP Addr, APN, QoS Req, and PDP Config Options in a well-known manner. In FIG. 4b, the SGSN sends a Create PDP Context Request message to a GGSN containing appropriate information in the PDP Type, PDP Addr, APN, QoS Negotiated, TID, Selection Mode, PDP Config Options fields. In FIG. 4c, the GGSN sends a Create PDP Context Response message to the SGSN containing appropriate information in the TID, PDP Addr, BB Protocol, Reordering Reqd, QoS Negot., PDP Config Options and Cause fields. In FIG. 4d, the SGSN then sends an Activate PDP Context

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                          PATENT

Accept message to the MS containing appropriate information in the NSAPI, PDP Type, PDP Addr, QoS Req, Radio Priority Level and PDP Config Options field.

As explained in paragraph 21 of the present application as published, nevertheless, the GPRS standard does not specify whether private or public IP addresses are assigned to a requesting MS.  Address assignment is not a standardization issue because a NAT is currently used at a PLMN boundary when private IP addresses are used.  That is, current GPRS deployments rely on NATs at the GGSN when private addresses are assigned to a requesting MS.  While this handles the problem of conserving IPv4 addresses, end-to-end security or application friendliness is not provided.

As noted in paragraph 22 of the present application as published, even though a conventional PDP context activation procedure within a GPRS network assigns an IPv4 address to a mobile station, what is needed is a technique for assigning an IPv4 address to a mobile station in a GPRS network or a GPRS-based network that conserves IPv4 addresses and simultaneously maintains end-to-end security and application friendliness.

The present application provides just such a technique, not heretofore available or provided or suggested by the prior art.

In view of the drawbacks involving NATs, and the teaching away of using NATs by using RSIP protocol, one of ordinary skill in the art would not be motivated to incorporate a NAT into a combination of Bertrand and Takeda to provide the present invention.  Even if a NAT is incorporated into a combination of Bertrand and Takeda, the combination of the three references would not result in the present invention.  A NAT does not involve an Activate or a Create PDP Context message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address.  Rather, a NAT simply transforms a private IP address into a public IP address when a host intends to send an IP datagram to a host that is outside the administrative domain of the sending host.

Independent claims 1, 8, 20, 32, and 39 relate to, *inter alia*, information contained in the APN field of the Activate PDP Context Request message explicitly indicating one of a private network address and a public network address.  Independent claims 28 and 31 relate to, *inter alia*, information contained in the APN field of the Create PDP Context Request message explicitly indicating one of a private network address and a public network address.

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

As discussed on pages 13-14 of Applicant's specification (paragraph [40] as published), the inserted information (in the APN field) relating to whether a public or a private address assignment is desired can be an explicit indication, such as a particular bit (or bits) of the APN field being set. Neither Bertrand nor Takeda nor a NAT, separately or in combination, teaches or suggests such a feature. The Office Action even admits this deficiency of Bertrand and Takeda. Instead, the Office Action alleges that ¶¶ 26-27, 71-72, and 89-90 of Takeda disclose an "an Activate PDP Context Request message and a Create PDP Context Request message that have an APN field containing information relating to a request for an address." Even assuming the validity of such an allegation, merely containing information relating to a request is distinguishable from containing information in the APN field *explicitly indicating* one of a private network address and a public network address. Significantly, the cited passages only disclose an APN for identifying a gateway node. There is no teaching or suggestion that the APN field includes any explicit indicators of whether a private network address or a public network address is being requested.

The Office may not use Applicant's invention as a blueprint for combining distinct components/features found in Bertrand, Takeda, and a NAT as described in paragraph 8 of the present application (or newly cited Iyer). As such, claims 1, 8, 20, 28, 31, 32 and 39 are allowable for at least this reason.

Claims 2, 5-7, 9-14, 17-19, 21-27, 29, 30 and 35-37 are allowable for at least the same reasons as their respective base claims and further in view of the novel and non-obvious features recited therein.

### Additional Claim Rejections in view of fourth cited reference, Boudreaux

Claims 7, 19, 27, 30 and 37 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand in view of Takeda and Applicant's alleged admitted prior art on NAT as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36 and 39 above, and further in view of Boudreaux (U.S. Patent No. 6,466,556). This rejection is respectfully traversed for the following reasons.

Claims 7, 19, 27, 30 and 37 all relate to a GPRS-based communications network that is a Universal Mobile Telecommunications System. The Office Action concedes that Bertrand and Takeda and Applicant's alleged admitted prior art does not disclose such a feature. While

Banner & Witcoff, Ltd.                          -18-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Boudreaux may teach a Universal Mobile Telecommunications System, it does not remedy the failure of Bertrand, Takeda, and paragraph 8 of Applicant's specification regarding alleged prior art (or newly cited Iyer) to teach the claimed invention of the independent claims upon which 7, 19, 27, 30 and 37 depend from.  As such, claims 7, 19, 27, 30 and 37 are allowable for over the proposed combination of Bertrand, Takeda, Applicant's alleged admitted prior art regarding NAP (or newly cited Iyer), and Boudreaux.

## **CONCLUSION**

All rejections having been addressed, Applicants respectfully submit that the instant application is in condition for allowance, and respectfully solicits prompt notification of the same. However, if for any reason the Examiner believes the application is not in condition for allowance or there are any questions, the Examiner is requested to contact the undersigned at (312) 463-5405.

Respectfully submitted,

Dated:  March 5, 2007

By:_____

Robert H. Resis
Registration No. 32,168
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Direct Dial:  312-463-5405

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10017398 |
| **Filing Date:** | 18-Dec-2001 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| First Named Inventor/Applicant Name: | Senthil Sengodan |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Attorney Docket Number:** | 005288.00014 |

Filed as Large Entity

## Utility    Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Request for continued examination | 1801 | 1 | 790 | 790 |
| **Total in USD ($)** | | | | **790** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1563358 |
| **Application Number:** | 10017398 |
| **International Application Number:** | |
| **Confirmation Number:** | 8170 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| **First Named Inventor/Applicant Name:** | Senthil  Sengodan |
| **Customer Number:** | 22908 |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Filer Authorized By:** | Robert H. Resis |
| **Attorney Docket Number:** | 005288.00014 |
| **Receipt Date:** | 05-MAR-2007 |
| **Filing Date:** | 18-DEC-2001 |
| **Time Stamp:** | 12:58:59 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $790 |
| RAM confirmation Number | 1688 |
| Deposit Account | 190733 |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: Charge any Additional Fees required under 37 C.F.R. Section 1.16 and 1.17 | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | RCE14.pdf | 1431469 | yes | 20 |

| Multipart  Description/PDF files in .zip description | | | |
|---|---|---|---|
| Document Description | Start | | End |
| Request for Continued Examination (RCE) | 1 | | 1 |
| Amendment - After Non-Final Rejection | 2 | | 2 |
| Claims | 3 | | 12 |
| Applicant Arguments/Remarks Made in an Amendment | 13 | | 20 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8214 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| Total Files Size (in bytes): | 1439683 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                    PATENT

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1.      (Currently   amended)      A   ~~General   Packet   Radio   System   (GPRS)   based communications~~ network comprising:

a Serving General Packet Radio System (GPRS) Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the ~~GPRS-based communications~~ network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address; and

a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the ~~GPRS-based communications~~ network,

the SGSN sending a Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address,

the GGSN assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sending a Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message,

the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept message containing information assigning one of a private network address and a public network address to the

Banner & Witcoff, Ltd.                           -2-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                              PATENT

mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

2.    (Currently Amended)   The ~~GPRS-based communications~~ network according to claim 1, wherein the mobile station receives the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

3.    (Cancelled)

4.    (Cancelled)

5.    (Currently Amended)   The ~~GPRS-based communications~~ network according to claim 1, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

6.    (Currently Amended)   The ~~GPRS-based communications~~ network according to claim 1, wherein the ~~GPRS-based communications~~ network is a General Packet Radio System (GPRS) communications network.

7.    (Currently Amended)   The ~~GPRS-based communications~~ network according to claim 1, wherein the ~~GPRS-based communications~~ network is a Universal Mobile Telecommunications System.

8.    (Currently Amended)   A method ~~for assigning a network address in a General Packet Radio System (GPRS) -based communications network, the method~~ comprising:

receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving General Packet Radio System (GPRS) Support Node (SGSN) of the ~~GPRS-based communications~~ network from a mobile station of the ~~GPRS-based communications~~ network, the

Banner & Witcoff, Ltd.                              -3-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address; and

    sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

    9.    (Currently Amended)  The method according to claim 8, further comprising steps of:

    sending a Create PDP Context Request message from the SGSN to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the ~~GPRS-based communications~~ network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

    receiving a Create PDP Context Response message from the GGSN containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

    10.    (Original)  The method according to claim 9, further comprising steps of:

    receiving the Create PDP Context Request message from the SGSN at the GGSN;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                              PATENT

  sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

  11. (Currently Amended)  The method according to claim 8, further comprising steps of:

  sending a Create PDP Context Request message from the SGSN to a Border Gateway (BG) of the ~~GPRS-based communications~~ network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address; and

  receiving a Create PDP Context Response message at the SGSN from the BG containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

  12. (Original)  The method according to claim 11, further comprising steps of:

  receiving the Create PDP Context Request message at the BG;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

  sending the Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                        PATENT

13.     (Currently Amended)  The method according to claim 12, further comprising steps of:

sending the Create PDP Context Request message from the SGSN to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the ~~GPRS-based communications~~ network;

sending the Create PDP Context Request message from the GGSN to the BG;

receiving the Create PDP Context Response message at the GGSN from the BG; and

receiving the Create PDP Context Response message at the SGSN from the GGSN.

14.     (Original)  The method according to claim 8, further comprising a step receiving at the mobile station the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

15.     (Cancelled)

16.     (Cancelled)

17.     (Original)  The method according to claim 8, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

18.     (Currently Amended)  The method according to claim 8, wherein the ~~GPRS-based communications~~ network is a GPRS communications network.

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                        PATENT

19.    (Currently Amended)  The method according to claim 8, wherein the ~~GPRS-based communications~~ network is a Universal Mobile Telecommunications System.

20.    (Currently Amended)    A  ~~General  Packet  Radio  System  (GPRS)  based communications~~ network comprising:

a Serving <u>General Packet Radio System (GPRS)</u> Support Node (SGSN) receiving an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of the ~~GPRS-based communications~~ network, the Activate PDP Context Request message having an APN field containing information <u>that explicitly indicates requesting</u> ~~relating to a request for~~ one of a private network address and a public network address; and

a Border Gateway (BG) of the ~~GPRS-based communications~~ network,

the SGSN sending a Create PDP Context Request message from the SGSN to the BG in response to the Activate PDP Protocol Context Request, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address,

the BG assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message, and sending a Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message,

the SGSN sending an Activate PDP Context Accept message to the mobile station in response to the Create PDP Context Response message, the Activate PDP Context Accept message containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

21.     (Currently Amended)  The ~~GPRS based communications~~ network according to claim 20, further comprising a Gateway <u>General Packet Radio System</u> (GPRS) Support Node (GGSN), and

wherein the SGSN sending the Create PDP Context Request message from the SGSN to the GGSN in response to the Activate PDP Protocol Context Request,

wherein the GGSN sending the Create PDP Context Request message from the GGSN to the BG, and

wherein the BG sends the Create PDP Context Response message from the BG to the GGSN and the GGSN sends the Create PDP Context Response message from the GGSN to the SGSN.

22.     (Currently Amended)  The ~~GPRS based communications~~ network according to claim 20, wherein the mobile station receives the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

23.     (Cancelled)

24.     (Cancelled)

25.     (Currently Amended)  The ~~GPRS based communications~~ network according to claim 20, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

26.     (Currently Amended)  The ~~GPRS based communications~~ network according to claim 20, wherein the ~~GPRS based communications~~ network is a GPRS communications network.

Banner & Witcoff, Ltd.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000                              -8-

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

27.     (Currently Amended)   The ~~GPRS based communications~~ network according to claim 20, wherein the ~~GPRS based communications~~ network is a Universal Mobile Telecommunications System.

28.     (Currently Amended)   A method ~~for assigning a network address in a General Packet Radio System (GPRS) based communications network, the method~~ comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) at a Gateway General Packet Radio System (GPRS) Support Node (GGSN), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting ~~relating to a request for~~ one of a private network address and a public network address for a mobile station of the ~~GPRS based communications~~ network;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

29.     (Currently Amended)   The method according to claim 28, wherein the ~~GPRS based communications~~ network is a GPRS communications network.

30.     (Currently Amended)   The method according to claim 28, wherein the ~~GPRS based communications~~ network is a Universal Mobile Telecommunications System.

31.     (Currently Amended)   A method ~~for assigning a network address in a General Packet Radio System (GPRS) based communications network, the method~~ comprising:

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                                    PATENT

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) at Border Gateway (BG), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting relating to a request for one of a private network address and a public network address for a mobile station of the GPRS-based communications network;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

32.    (Currently Amended)   A method for requesting an assignment of a network address in a General Packet Radio System (GPRS) based communications network, the method comprising:

sending an Activate Packet Data Protocol (PDP) Context Request message to a Serving General Packet Radio System (GPRS) Support Node (SGSN) of the GPRS-based communications network from a mobile station of the GPRS-based communications network, the Activate PDP Context Request message having an APN field containing information containing information that explicitly indicates requesting relating to a request for one of a private network address and a public network address; and

receiving at the mobile station an Activate PDP Context Accept message containing information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Appln. No. 10/017,398
Amendment dated March 5, 2007
Reply to Office Action of December 14, 2006                    PATENT

33.    (Cancelled)

34.    (Cancelled)

35.    (Original)  The method according to claim 32, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

36.    (Currently Amended)  The method according to claim 32, wherein the ~~GPRS-based communications~~ network is a GPRS communications network.

37.    (Currently Amended)  The method according to claim 32, wherein the ~~GPRS-based communications~~ network is a Universal Mobile Telecommunications System.

38.    (Cancelled)

39.    (Currently Amended)  A method ~~for assigning a network address in a General Packet Radio System (GPRS)-based communications network, the method~~ comprising:

receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving <u>General Packet Radio System (GPRS)</u> Support Node (SGSN) of the ~~GPRS-based communications~~ network from a mobile station of the ~~GPRS-based communications~~ network, the Activate PDP Context Request message having an APN field containing one or more parameters <u>that explicitly indicates requesting</u> ~~indicating a type of requested network address, wherein the type is~~ one of a private network address and a public network address; and

sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the one or more parameters indicating the type of requested network address contained in the APN field of the Activate PDP Context Request message.

PTO/SB/06 (08-03)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number: 10/017398

### CLAIMS AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a)) | | | | $ | OR | | $ |
| TOTAL CLAIMS (37 CFR 1.16(c)) | minus 20 = | | X $___ = | | OR | X $___ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(b)) | minus 3 = | | X $___ = | | OR | X $___ = | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(d)) | | | + $___ = | | OR | + $___ = | |
| | | | TOTAL | | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### CLAIMS AS AMENDED – PART II

3/5/07

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(c)) | 30 | Minus | ** 38 | — | X $___ = | | OR | X $___ = | |
| | Independent (37 CFR 1.16(b)) | 7 | Minus | *** 7 | — | X $___ = | | OR | X $___ = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $___ = | | OR | + $___ = | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(c)) | * | Minus | ** | | X $___ = | | OR | X $___ = | |
| | Independent (37 CFR 1.16(b)) | * | Minus | *** | | X $___ = | | OR | X $___ = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $___ = | | OR | + $___ = | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(c)) | * | Minus | ** | | X $___ = | | OR | X $___ = | |
| | Independent (37 CFR 1.16(b)) | * | Minus | *** | | X $___ = | | OR | X $___ = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $___ = | | OR | + $___ = | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22908        7590        05/25/2007
BANNER & WITCOFF, LTD.
TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/25/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/017,398 | SENGODAN, SENTHIL |
| | Examiner | Art Unit | |
| | Jason E. Mattis | 2616 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>05 March 2007</u>.

2a)☐ This action is **FINAL**.          2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1,2,5-14,17-22,25-32,35-37 and 39* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1, 2, 5-14, 17-22, 25-32, 35-37, and 39* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 10/017,398                                            Page 2
Art Unit: 2616

## DETAILED ACTION

1.      This Office Action is in response to the Request for Continued Examination field

3/5/07.  Claims 3, 4, 15, 16, 23, 24, 33, 34, and 38 have been cancelled.  Claims 1, 2, 5-

14, 17-22, 25-32, 35-37, and 39 are currently pending in the application.

### *Claim Rejections - 35 USC § 112*

2.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

3.      Claims 8, 32, and 39 each recite the limitation "the network" (See lines 4-5 of

claim 8, lines 5-6 of claim 32, and lines 4-5 of claim 39).  There is insufficient

antecedent basis for this limitation in the claim.  It is recommended that the first instance

of the phrase "the network" be changed to "a network" in each of these claims.

### *Claim Rejections - 35 USC § 103*

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the

Application/Control Number: 10/017,398                                      Page 3
Art Unit: 2616

> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

5.      Claims 1, 2, 5, 6, 8-14, 17, 18, 20-22, 25, 26, 28-29, 31, 32, 35, 36, and 39 are

rejected under 35 U.S.C. 103(a) as being unpatentable over Bertrand et al. (U.S. Pat.

6687252 B1) in view of Takeda et al. (U.S. Publication US 2001/0048686 A1) and in

further view of Applicant's admitted prior (as found in the Applicant's specification).

       **With respect to claim 1,** Bertrand et al. discloses a network **(See column 4**

**lines 31-37 and Figure 1 of Bertrand et al. for reference to a GPRS network).**

Bertrand et al. also discloses a Serving GPRS Support Node (SGSN) receiving an

Activate Packet Data Protocol (PDP) Context Request message from a mobile station of

the network **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference**

**to a mobile terminal (MT), which is a mobile station, sending an Activated PDP**

**Context Request message to a SGSN).**  Bertrand et al. further discloses the SGSN

sending a Create PDP Context Request message to a Gateway GPRS Support Node

(GGSN) in response to the Activate PDP Context Request **(See column 5 lines 4-15**

**and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP**

**Context Request message to a GGSN in response to the SGSN receiving the**

**Activate PDP Context Request).**  Bertrand et al. also discloses the GGSN assigning

one of a private network address and a public network address to the mobile station in

response to the Create PDP Context Request message and sending a Create PDP

Context Response message from the GGSN to the SGSN containing the information

assigning the address to the mobile station **(See the abstract and column 5 lines 16-**

**67 of Bertrand et al. for reference to the GGSN assigning one of a public IP**

Application/Control Number: 10/017,398                                Page 4
Art Unit: 2616

address or a private IP address to the mobile terminal in response to the Create

PDP Context Request message and for reference to sending a Create PDP

Context Response message from the GGSN to the SGSN containing information

assigning the address). Bertrand et al. further discloses the SGSN sending an

Activate PDP Context Accept message containing information assigning the address to

the mobile station in response to the Create PDP Context Response message (See

column 5 lines 52-67 of Bertrand et al. for reference to the SGSN providing the

assigned IP address to the mobile terminal using an Activate PDP Context Accept

message in response to the SGSN receiving the Create PDP Context Response

message). Bertrand et al. does not disclose that the Activate PDP Context Request

message and the Create PDP Context Request message have an APN field containing

information that explicitly indicates requesting one of a private network address and a

public network address. Bertrand et al. also does not disclose that the public network

address or private network address is assigned based on the information contained in

the APN field of the Create PDP Context Request message.

     With respect to claims 8 and 32, Bertrand et al. discloses a method (See

column 4 lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for

dynamically allocating IP addresses to mobile terminals in a GPRS network).

Bertrand et al. also discloses receiving an Activate PDP Context Request message at a

SGSN from a mobile station (See column 5 lines 4-15 and Figure 1 of Bertrand et al.

for reference to a mobile terminal (MT), which is a mobile station, sending an

Activate PDP Context Request message to a SGSN). Bertrand et al. further

discloses sending an Activate PDP Context Accept message to the mobile station

containing information assigning an address to the mobile station **(See column 5 lines**

**52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP**

**address to the mobile terminal using an Activate PDP Context Accept message)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting one of a private network address and a public

network address.  Bertrand et al. also does not disclose that the public network address

or private network address is assigned based on the information contained in the APN

field of the Create PDP Context Request message.

   **With respect to claim 20**, Bertrand et al. discloses a network **(See column 4**

**lines 31-37 and Figure 1 of Bertrand et al. for reference to a GPRS network)**.

Bertrand et al. also discloses a Serving GPRS Support Node (SGSN) receiving an

Activate Packet Data Protocol (PDP) Context Request message from a mobile station of

the network **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference**

**to a mobile terminal (MT), which is a mobile station, sending an Activate PDP**

**Context Request message to a SGSN)**.  Bertrand et al. further discloses the SGSN

sending a Create PDP Context Request message to a Border Gateway (BG) in

response to the Activate PDP Context Request **(See column 5 lines 5-67 and Figure 1**

**of Bertrand et al. for reference to the SGSN sending a Create PDP Context**

**Request messages to a GGSN that forwards the message to a Radius server (RS),**

**which is a BG, in response to the SGSN receiving the Activate PDP Context**

**Request)**. Bertrand et al. also discloses the BG assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message and sending a Create PDP Context Response message from the BG to the SGSN containing the information assigning the address to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS assigning one of a public IP address or a private IP address to the mobile terminal in response to the Create PDP Context Request message and for reference to sending a Create PDP Context Response message from the RS through the GGSN to the SGSN containing information assigning the address)**. Bertrand et al. further discloses the SGSN sending an Activate PDP Context Accept message containing information assigning the address to the mobile station in response to the Create PDP Context Response message **(See column 5 lines 52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP address to the mobile terminal using an Activate PDP Context Accept message in response to the SGSN receiving the Create PDP Context Response message)**. Bertrand et al. does not disclose that the Activate PDP Context Request message and the Create PDP Context Request message have an APN field containing information that explicitly indicates requesting one of a private network address and a public network address. Bertrand et al. also does not disclose that the public network address or private network address is assigned based on the information contained in the APN field of the Create PDP Context Request message.

**With respect to claim 28**, Bertrand et al. discloses a method **(See column 4 lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for dynamically allocating IP addresses to mobile terminals in a GPRS network)**. Bertrand et al. also discloses receiving a Create PDP Context Request message from a SGSN at a GGSN **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP Context Request message to a GGSN)**. Bertrand et al. further discloses assigning one of a private network address and a public network address to the mobile station and sending a Create PDP Context Response message form the GGSN to the SGSN containing the information assigning the address **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference to the GGSN assigning one of a public IP address or a private IP address to the mobile terminal in response to the Create PDP Context Request message and for reference to sending a Create PDP Context Response message from the GGSN to the SGSN containing information assigning the address)**. Bertrand et al. does not disclose that the Activate PDP Context Request message and the Create PDP Context Request message have an APN field containing information that explicitly indicates requesting one of a private network address and a public network address. Bertrand et al. also does not disclose that the public network address or private network address is assigned based on the information contained in the APN field of the Create PDP Context Request message.

**With respect to claim 31**, Bertrand et al. discloses a method **(See column 4 lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for**

Application/Control Number: 10/017,398                                    Page 8
Art Unit: 2616

**dynamically allocating IP addresses to mobile terminals in a GPRS network).**
Bertrand et al. also discloses receiving a Create PDP Context Request message from a
SGSN at a BG **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for
reference to the SGSN sending a Create PDP Context Request message to a
GGSN that forwards the message to a Radius server (RS), which is a BG, in
response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et
al. further discloses assigning one of a private network address and a public network
address to the mobile station and sending a Create PDP Context Response message
form the BG to the SGSN containing the information assigning the address **(See the
abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS
assigning one of a public IP address or a private IP address to the mobile
terminal in response to the Create PDP Context Request message and for
reference to sending a Create PDP Context Response message from the RS
through the GGSN to the SGSN containing information assigning the address)**.
Bertrand et al. does not disclose that the Activate PDP Context Request message and
the Create PDP Context Request message have an APN field containing information
that explicitly indicates requesting one of a private network address and a public
network address.  Bertrand et al. also does not disclose that the public network address
or private network address is assigned based on the information contained in the APN
field of the Create PDP Context Request message.

      **With respect to claim 39**, Bertrand et al. discloses a method **(See column 4
lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for**

Application/Control Number: 10/017,398                              Page 9
Art Unit: 2616

**dynamically allocating IP addresses to mobile terminals in a GPRS network)**.
Bertrand et al. also discloses receiving an Activate PDP Context Request message at a
SGSN from a mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al.
for reference to a mobile terminal (MT), which is a mobile station, sending an
Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further
discloses sending an Activate PDP Context Accept message to the mobile station
containing information assigning an address to the mobile station **(See column 5 lines
52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP
address to the mobile terminal using an Activate PDP Context Accept message)**.
Bertrand et al. does not disclose that the Activate PDP Context Request message and
the Create PDP Context Request message have an APN field containing information
that explicitly indicates requesting one of a private network address and a public
network address.  Bertrand et al. also does not disclose that the public network address
or private network address is assigned based on the information contained in the APN
field of the Create PDP Context Request message.

      **With respect to claims 2, 14, and 22**, Bertrand et al. does not disclose that the
Activate PDP Context Accept message contains address assignment information based
on the information contained in the APN field of the Activate PDP Context Request
message.

      **With respect to claim 9**, Bertrand et al. discloses sending a Create PDP
Context Request message form the SGSN to a GGSN **(See column 5 lines 4-15 and
Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP**

**Context Request message to a GGSN in response to the SGSN receiving the**

**Activate PDP Context Request)**.  Bertrand et al. also discloses receiving a Create

PDP Context Response message from the GGSN containing information assigning an

address **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference**

**to sending a Create PDP Context Response message from the GGSN to the SGSN**

**containing information assigning the address)**. Bertrand et al. does not disclose that

the Activate PDP Context Request message and the Create PDP Context Request

message have an APN field containing information that explicitly indicates requesting

one of a private network address and a public network address.  Bertrand et al. also

does not disclose that the public network address or private network address is

assigned based on the information contained in the APN field of the Create PDP

Context Request message.

      **With respect to claim 10**, Bertrand et al. further discloses the SGSN sending a

Create PDP Context Request message to a Gateway GPRS Support Node (GGSN) in

response to the Activate PDP Context Request **(See column 5 lines 4-15 and Figure 1**

**of Bertrand et al. for reference to the SGSN sending a Create PDP Context**

**Request message to a GGSN in response to the SGSN receiving the Activate PDP**

**Context Request)**.  Bertrand et al. also discloses the GGSN assigning one of a private

network address and a public network address to the mobile station in response to the

Create PDP Context Request message and sending a Create PDP Context Response

message from the GGSN to the SGSN containing the information assigning the address

to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al.**

**for reference to the GGSN assigning one of a public IP address or a private IP**

**address to the mobile terminal in response to the Create PDP Context Request**

**message and for reference to sending a Create PDP Context Response message**

**from the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting one of a private network address and a public

network address.  Bertrand et al. also does not disclose that the public network address

or private network address is assigned based on the information contained in the APN

field of the Create PDP Context Request message.

       **With respect to claim 11**, Bertrand et al. discloses the SGSN sending a Create

PDP Context Request message to a Border Gateway (BG) in response to the Activate

PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request messages to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et

al. also discloses sending a Create PDP Context Response message from the BG to

the SGSN containing the information assigning the address to the mobile station **(See**

**the abstract and column 5 lines 16-67 of Bertrand et al. for reference to sending a**

**Create PDP Context Response message from the RS through the GGSN to the**

**SGSN containing information assigning the address)**. Bertrand et al. does not

disclose that the Activate PDP Context Request message and the Create PDP Context

Application/Control Number: 10/017,398                                    Page 12
Art Unit: 2616

Request message have an APN field containing information that explicitly indicates

requesting one of a private network address and a public network address.  Bertrand et

al. also does not disclose that the public network address or private network address is

assigned based on the information contained in the APN field of the Create PDP

Context Request message.

    **With respect to claim 12**, Bertrand et al. discloses the SGSN sending a Create

PDP Context Request message to a Border Gateway (BG) in response to the Activate

PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request messages to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et

al. also discloses the BG assigning one of a private network address and a public

network address to the mobile station in response to the Create PDP Context Request

message and sending a Create PDP Context Response message from the BG to the

SGSN containing the information assigning the address to the mobile station **(See the**

**abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS**

**assigning one of a public IP address or a private IP address to the mobile**

**terminal in response to the Create PDP Context Request message and for**

**reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

Application/Control Number: 10/017,398                                    Page 13
Art Unit: 2616

that explicitly indicates requesting one of a private network address and a public

network address.  Bertrand et al. also does not disclose that the public network address

or private network address is assigned based on the information contained in the APN

field of the Create PDP Context Request message.

      **With respect to claims 1-2, 4, 8-12, 14, 16, 20, 22, 24, 28, 31-32, 34, and 39,**

Takeda et al., in the field of communications, discloses an Activate PDP Context

Request message and a Create PDP Context Request message that have an APN field

containing information that explicitly indicates requesting one of a private network

address and a public network address **(See pages 2-3 paragraphs 26-27 and page 5**

**paragraphs 71-72 and 89-90 of Takeda et al. for reference to an Activate PDP**

**Context Request message and a Create PDP Context Request message that have**

**an APN field containing information identifying a destination network gateway**

**node, which is information explicitly indicating requesting one of a private**

**network address and a public network address since the destination network**

**gateway is inherently either located within the private network of the mobile or a**

**public network meaning the request is explicitly for the type of address needed to**

**reach the destination node).**  Using an Activate PDP Context Request message and a

Create PDP Context Request message that have an APN field containing information

relating to a request for an address has the advantage of allowing address assignment

to be based on the destination network that a mobile station is requesting to

communicate with.

Application/Control Number: 10/017,398                                    Page 14
Art Unit: 2616

It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Takeda et al., to combine using an Activate

PDP Context Request message and a Create PDP Context Request message that have

an APN field containing information relating to a request for an address, as suggested

by Takeda et al., with the system and method of Bertrand et al., with the motivation

being to allow address assignment to be based on the destination network that a mobile

station is requesting to communicate with.

**With respect to claims 1-2, 4, 8-12, 14, 16, 20, 22, 24, 28, 31-32, 34, and 39,**

Although Takeda et al. discloses using an APN field identifying the destination network

that a mobile station wishes to communicate, the combination of Bertrand et al., and

Takeda et al. does not disclose using destination network information to assigned one

of a private network address and a public network address to the mobile station.

Applicant's admitted prior art discloses using destination network information to assign

one of a private network address and a public network address to a mobile station as

implicitly indicated by the destination network information **(See page 4 paragraph 8 of

the Applicant's specification for reference to using information about which

domain, or network, a host, or mobile station, is to be in communication with in

order to determine whether to assign a private IP address or a public IP address)**.

Using destination network information to assign one of a private network address and a

public network address to a mobile station has the advantage of allowing a limited pool

of public IP addresses to be assigned to mobile stations only when absolutely needed.

It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the Applicant's admitted prior art, to combine using

destination network information to assign one of a private network address and a public

network address to a mobile station, as suggested by the Applicant's admitted prior art,

with the system and method of Bertrand et al. and Takeda et al., with the motivation

being to allow a limited pool of public IP addresses to be assigned to mobile stations

only when absolutely needed.

**With respect to claims 5, 17, 25, and 35**, Bertrand et al. discloses that address

is one of an IPv4 or IPv6 network address **(See column 3 lines 2-11 of Bertrand et al.**

**for reference to assigned addresses being IP addresses, which at the time of the**

**invention, are in the form of IPv4 or IPv6 network addresses)**.

**With respect to claims 6, 18, 26, 29, and 36**, Bertrand et al. discloses that the

network is a GPRS communications network **(See column 1 liens 7-11 for reference**

**to the system being a GPRS communications system)**.

**With respect to claims 13 and 21**, Bertrand et al. discloses sending the Create

PDP Context Request message form the SGSN to a GGSN and from the GGSN to the

BG **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the**

**SGSN sending a Create PDP Context Request messages to a GGSN that forwards**

**the message to a Radius server (RS), which is a BG, in response to the SGSN**

**receiving the Activate PDP Context Request)**. Bertrand et al. also discloses

receiving the Create PDP Context Response message at the GGSN from the BG and at

the SGSN from the GGSN **(See the abstract and column 5 lines 16-67 of Bertrand et**

**al. for reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address).**

6.      Claims 7, 19, 27, 30, and 37 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Bertrand et al., in view of Takeda et al., and Applicant's admitted

prior art as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 above, and further

in view of Boudreaux (U.S. Pat. 6466556 B1).

        **With respect to claims 7, 19, 27, 30, and 37**, the combination of Bertrand et al.,

Takeda et al., and Applicant's admitted prior art does not disclose using a Universal

Mobile Telecommunications System.

        **With respect to claims 7, 19, 27, 30, and 37**, Boudreaux, in the field of

communications discloses using a Universal Mobile Telecommunications System **(See**

**column 1 lines 48-61 of Boudreaux for reference to using a Universal Mobile**

**Telecommunications System)**. Using a Universal Mobile Telecommunications

System has the advantage of using a widely accepted and used communication system

architecture.

        It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Boudreaux, to combine using a Universal

Mobile Telecommunications System, as suggested by Boudreaux, with the system and

method of Bertrand et al., Takeda et al., and Applicant's admitted prior art, with the

motivation being to use a widely accepted and used communication system

architecture.

Application/Control Number: 10/017,398                                    Page 17
Art Unit: 2616

### *Response to Arguments*

7.      Applicant's arguments filed 3/5/07 have been fully considered but they are not

persuasive.

In response to the argument that to combination of Bertrand, Takeda and

Applicant's admitted prior art fails to disclose the current claim limitation of "an APN filed

containing information that explicitly indicates requesting one of a public network

address and a private network address", the Examiner respectfully disagrees. First, it is

pointed out that the current phrasing of this claim limitation has a broader meaning than

is identified by the Applicant's argument. Since the limitation is written in the alternative,

it is only required that the APN field information indicates either a public address or a

private network address. Also, since addresses may only be either a public address or

a private address, any teaching of explicitly requesting an address is sufficient to cover

the current claim limitation. It is recommended that the claims be amended such the

above quoted limitation is more in line with the Applicant's arguments. However, even if

the claims were amended so that the above quoted limitation had the same meaning as

argued by the Applicant, it is still believed that the combination of Bertrand, Takeda and

Applicant's admitted prior teaches this limitation. Takeda teaches using an APN

parameter in a Create PDP Context Request and assigning and IP address based on

the APN parameter (See pages 2-3 paragraphs 26-28 of Takeda). The Applicant's

admitted prior art discloses using information about which domain, or network, a host, or

mobile station, is to be in communication with in order to determine whether to assign a

private IP address or a public IP address (See page 4 paragraph 8 of the Applicant's

specification). The combination of Takeda's teaching with the teaching of the

Applicant's admitted prior art yields a method of using an APN parameter in a Create

PDP Context Request and assigning a private address or a public address based on the

APN destination information in the request. The description of how the Applicant's

invention uses an APN field to explicitly indicate whether a public address or private

address assignment is desired can be found in paragraph 35 of the Applicant's

specification. The Applicant's specification states that explicitly indicating whether a

public address or private address assignment is desired is accomplished by setting

particular bits of the APN field. The combination of Bertrand, Takeda and Applicant's

admitted prior art discloses that the APN parameter contains bits indicating the identity

of a destination APN (See Takeda) and since the location of the destination is used to

determining whether to assign a public address or a private address (See Applicant's

admitted prior art) the combination of teachings does meet the Applicant's definition of

an "explicit indication" from paragraph 35 of the Applicant's specification. More

specifically, the identity of the destination APN in the Create PDP Context Request

message of Takeda corresponds to setting particular bits of the APN field to explicitly

indicate whether a public or a private network address assignment is desired.

Applicant's argument that paragraph 8 of the Applicant's specification describes

the use of a Network Address Translator, NAT, that operates differently from the

claimed invention is moot since it is clear that paragraph 8 of the Applicant's

Application/Control Number: 10/017,398                           Page 19
Art Unit: 2616

specification is concerned with using Realm Specific IP, RSIP, which eliminates the

need for a NAT as disclosed in paragraph 12 of the Applicant's specification.


### *Conclusion*


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Jason E. Mattis whose telephone number is (571) 272-

3154. The examiner can normally be reached on M-F 8AM-5:30PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Huy Vu can be reached on (571) 272-3155. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

jem

HUY D. VU
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | Examiner | Art Unit |
| | Jason E. Mattis | 2616 |

| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Final | Original | 5/17/07 | | | | | | | Final | Original | | | | | | | | Final | Original | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | 51 | | | | | | | | | 101 | | | | | | | |
| | 2 | √ | | | | | | | | 52 | | | | | | | | | 102 | | | | | | | |
| | 3 | | | | | | | | | 53 | | | | | | | | | 103 | | | | | | | |
| | 4 | | | | | | | | | 54 | | | | | | | | | 104 | | | | | | | |
| | 5 | √ | | | | | | | | 55 | | | | | | | | | 105 | | | | | | | |
| | 6 | √ | | | | | | | | 56 | | | | | | | | | 106 | | | | | | | |
| | 7 | √ | | | | | | | | 57 | | | | | | | | | 107 | | | | | | | |
| | 8 | √ | | | | | | | | 58 | | | | | | | | | 108 | | | | | | | |
| | 9 | √ | | | | | | | | 59 | | | | | | | | | 109 | | | | | | | |
| | 10 | √ | | | | | | | | 60 | | | | | | | | | 110 | | | | | | | |
| | 11 | √ | | | | | | | | 61 | | | | | | | | | 111 | | | | | | | |
| | 12 | √ | | | | | | | | 62 | | | | | | | | | 112 | | | | | | | |
| | 13 | √ | | | | | | | | 63 | | | | | | | | | 113 | | | | | | | |
| | 14 | √ | | | | | | | | 64 | | | | | | | | | 114 | | | | | | | |
| | 15 | | | | | | | | | 65 | | | | | | | | | 115 | | | | | | | |
| | 16 | | | | | | | | | 66 | | | | | | | | | 116 | | | | | | | |
| | 17 | √ | | | | | | | | 67 | | | | | | | | | 117 | | | | | | | |
| | 18 | √ | | | | | | | | 68 | | | | | | | | | 118 | | | | | | | |
| | 19 | √ | | | | | | | | 69 | | | | | | | | | 119 | | | | | | | |
| | 20 | √ | | | | | | | | 70 | | | | | | | | | 120 | | | | | | | |
| | 21 | √ | | | | | | | | 71 | | | | | | | | | 121 | | | | | | | |
| | 22 | √ | | | | | | | | 72 | | | | | | | | | 122 | | | | | | | |
| | 23 | | | | | | | | | 73 | | | | | | | | | 123 | | | | | | | |
| | 24 | | | | | | | | | 74 | | | | | | | | | 124 | | | | | | | |
| | 25 | √ | | | | | | | | 75 | | | | | | | | | 125 | | | | | | | |
| | 26 | √ | | | | | | | | 76 | | | | | | | | | 126 | | | | | | | |
| | 27 | √ | | | | | | | | 77 | | | | | | | | | 127 | | | | | | | |
| | 28 | √ | | | | | | | | 78 | | | | | | | | | 128 | | | | | | | |
| | 29 | √ | | | | | | | | 79 | | | | | | | | | 129 | | | | | | | |
| | 30 | √ | | | | | | | | 80 | | | | | | | | | 130 | | | | | | | |
| | 31 | √ | | | | | | | | 81 | | | | | | | | | 131 | | | | | | | |
| | 32 | √ | | | | | | | | 82 | | | | | | | | | 132 | | | | | | | |
| | 33 | | | | | | | | | 83 | | | | | | | | | 133 | | | | | | | |
| | 34 | | | | | | | | | 84 | | | | | | | | | 134 | | | | | | | |
| | 35 | √ | | | | | | | | 85 | | | | | | | | | 135 | | | | | | | |
| | 36 | √ | | | | | | | | 86 | | | | | | | | | 136 | | | | | | | |
| | 37 | √ | | | | | | | | 87 | | | | | | | | | 137 | | | | | | | |
| | 38 | | | | | | | | | 88 | | | | | | | | | 138 | | | | | | | |
| | 39 | √ | | | | | | | | 89 | | | | | | | | | 139 | | | | | | | |
| | 40 | | | | | | | | | 90 | | | | | | | | | 140 | | | | | | | |
| | 41 | | | | | | | | | 91 | | | | | | | | | 141 | | | | | | | |
| | 42 | | | | | | | | | 92 | | | | | | | | | 142 | | | | | | | |
| | 43 | | | | | | | | | 93 | | | | | | | | | 143 | | | | | | | |
| | 44 | | | | | | | | | 94 | | | | | | | | | 144 | | | | | | | |
| | 45 | | | | | | | | | 95 | | | | | | | | | 145 | | | | | | | |
| | 46 | | | | | | | | | 96 | | | | | | | | | 146 | | | | | | | |
| | 47 | | | | | | | | | 97 | | | | | | | | | 147 | | | | | | | |
| | 48 | | | | | | | | | 98 | | | | | | | | | 148 | | | | | | | |
| | 49 | | | | | | | | | 99 | | | | | | | | | 149 | | | | | | | |
| | 50 | | | | | | | | | 100 | | | | | | | | | 150 | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. 20070517

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

(Attorney Docket No. 005288.00014)

|  |  |  |
|---|---|---|
| In re U.S. Patent Application of | ) | |
| Senthil SENGODAN | ) | |
| | ) | Art Unit: 2616 |
| Application No. 10/017,398 | ) | |
| | ) | Examiner: Mattis, Jason E. |
| Filed: December 18, 2001 | ) | |
| | ) | Confirmation No. 8170 |
| For: Method and Apparatus for Address | ) | |
| Allocation in GPRS Networks that | ) | |
| Facilitates End-To-End Security | ) | |

## AMENDMENT AND RESPONSE

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Sir:

This paper is responsive to the non-final Office Action dated May 25, 2007. The Office Action set a three-month period for response, thus making this paper due on or before **August 25, 2007.** The Commissioner is hereby authorized to charge any fee or credit any overpayment of fee to Deposit Account No. 19-0733.

**Amendments to the Claims** are reflected in the Listing of Claims, which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 12 of this paper.

Banner & Witcoff, Ltd.                    -1-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1-7.      (Cancelled)

8.        (Currently Amended)  A method comprising:

receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving General Packet Radio System (GPRS) Support Node (SGSN) of ~~the~~ a network from a mobile station of the network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address to be assigned to the mobile station; and

sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

9.        (Currently Amended)  The method according to claim 8, further comprising ~~steps of:~~

sending a Create PDP Context Request message from the SGSN to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address for the mobile station; and

receiving a Create PDP Context Response message from the GGSN containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

10.      (Currently Amended)  The method according to claim 9, further comprising ~~steps of~~:

receiving the Create PDP Context Request message from the SGSN at the GGSN;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

11.      (Currently Amended)  The method according to claim 8, further comprising ~~steps of~~:

sending a Create PDP Context Request message from the SGSN to a Border Gateway (BG) of the network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address <u>for the mobile station</u>; and

receiving a Create PDP Context Response message at the SGSN from the BG containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

12.      (Currently Amended)  The method according to claim 11, further comprising ~~steps of~~:

receiving the Create PDP Context Request message at the BG;

Banner & Witcoff, Ltd.                               -3-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

sending the Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

13.     (Currently Amended)  The method according to claim 12, further comprising steps of:

sending the Create PDP Context Request message from the SGSN to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the network;

sending the Create PDP Context Request message from the GGSN to the BG;

receiving the Create PDP Context Response message at the GGSN from the BG; and

receiving the Create PDP Context Response message at the SGSN from the GGSN.

14.     (Currently Amended)  The method according to claim 8, further comprising a step receiving at the mobile station the Activate PDP Context Accept message containing the information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

15.     (Cancelled)

16.     (Cancelled)

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

17.     (Cancelled)

18.     (Cancelled)

19.     (Cancelled)

20-27.  (Cancelled)

28.     (Currently Amended)  A method comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) at a Gateway General Packet Radio System (GPRS) Support Node (GGSN), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address ~~for~~ to be assigned to a mobile station of the network;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

29.     (Cancelled)

30.     (Cancelled)

31.     (Currently Amended)  A method comprising:

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                                PATENT

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) at a Border Gateway (BG), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address ~~for~~ to be assigned to a mobile station of ~~the~~ a network;

assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the BG to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

32.     (Currently Amended)  A method comprising:

sending an Activate Packet Data Protocol (PDP) Context Request message to a Serving General Packet Radio System (GPRS) Support Node (SGSN) of ~~the~~ a network from a mobile station of the network, the Activate PDP Context Request message having an APN field containing information containing information that explicitly indicates requesting one of a private network address and a public network address to be assigned to the mobile station; and

receiving at the mobile station an Activate PDP Context Accept message containing information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

33.     (Cancelled)

34.     (Cancelled)

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                                    PATENT

35.     (Original)  The method according to claim 32, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

36.     (Previously Presented)  The method according to claim 32, wherein the network is a GPRS communications network.

37.     (Previously Presented)  The method according to claim 32, wherein the network is a Universal Mobile Telecommunications System.

38.     (Cancelled)

39.     (Currently Amended)   A The method according to claim 8, wherein in the receiving and sending, the information~~comprising~~:

~~receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network from a mobile station of the network, the Activate PDP Context Request message having an APN field~~ comprises ~~containing~~ one or more parameters that explicitly indicates requesting one of a private network address and a public network address to be assigned to the mobile station~~; and~~

~~sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the one or more parameters indicating the type of requested network address contained in the APN field of the Activate PDP Context Request message~~.

40.     (New)  A computer server configured to:

receive an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of a network, the Activate PDP Context Request message having an APN field containing

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                           PATENT

information that explicitly indicates requesting one of a private network address and a public network address to be assigned to the mobile station; and

send an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

41.    (New)  The computer server according to claim 40, further configured to:

send a Create PDP Context Request to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address for the mobile station; and

receive a Create PDP Context Response message from the GGSN containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

42.    (New)  The computer server according to claim 40, further configured to:

send a Create Packet Data Protocol (PDP) Context Request message to a Border Gateway (BG) of a network, the Create PDP Context Request message having an APN field containing information relating to a request for one of a private network address and a public network address for the mobile station; and

receive a Create PDP Context Response message from the BG containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

43.     (New)  The computer server according to claim 40, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

44.     (New)  The computer server according to claim 40, wherein the network is a GPRS communications network.

45.     (New)  The computer server according to claim 40, wherein the network is a Universal Mobile Telecommunications System.

46.     (New)  The computer server according to claim 40, wherein the information comprises one or more parameters that explicitly indicates requesting one of a private network address and a public network address to be assigned to the mobile station.

47.     (New)  A computer server configured to:

receive a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address to be assigned to a mobile station of a network;

assign one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

send the Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

48.     (New)  A computer server configured to:

receive a Create PDP Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network, the Create PDP Context Request message having an APN field containing one or more parameters that explicitly indicates requesting one of a private network address and a public network address to be assigned to a mobile station of the network;

assign one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

send the Create PDP Context Response message to the SGSN containing the information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

49.     (New)  A mobile station configured to:

send an Activate Packet Data Protocol (PDP) Context Request message to a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network, the Activate PDP Context Request message having an APN field containing information containing information that explicitly indicates requesting one of a private network address and a public network address to be assigned to the mobile station; and

receive an Activate PDP Context Accept message containing information relating to an assignment of one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Banner & Witcoff, Ltd.                        -10-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

50.     (New)   The mobile station according to claim 49, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

51.     (New)  A system comprising:

a Serving General Packet Radio System (GPRS) Support Node (SGSN) configured to send a Create Packet Data Protocol (PDP) Context Request to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of a network, the Create PDP Context Request message having an APN field containing one or more parameters that explicitly indicates requesting one of a private network address and a public network address to be assigned to a mobile station of the network;

a GGSN configured to send the Create PDP Context Request message to a Border Gateway (BG); and

a BG configured to send a Create PDP Context Response message to the GGSN,

the SGSN configured to receive the Create PDP Context Response from the GGSN.

Banner & Witcoff, Ltd.                          -11-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                                    PATENT

**REMARKS/ARGUMENTS**

The Office Action of May 25, 2007, has been carefully reviewed and these remarks are responsive thereto. Claims 1-7, 15-27, 29-30, 33-34, and 38 have been canceled, claims 8-14, 28, 31, 32, and 39 have been amended, and new claims 40-51 have been added. Claims 8-14, 28, 31-32, 35-37, and 39-51 remain pending and allowance of these claims is respectfully requested.

**_Claim Rejections Under 35 U.S.C. §112, second paragraph_**

Claims 8, 32, and 39 were rejected under 35 U.S.C. §112, second paragraph as lacking an antecedent basis for "network." In accordance with the Examiner's recommendation, the first instance of the phrase "the network" has been changed to "a network" in each of these claims. A similar amendment has been made in claim 31.

**_Claim Rejections Under 35 U.S.C. §103(a)_**

Claims 1, 2, 5, 6, 8-14, 17, 18, 20-22, 25, 26, 28-29, 31, 32, 35, 36, and 39 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand _et al._ (U.S. patent No. 6,687,252, hereinafter "Bertrand et al.") in view of Takeda et al. (U.S. Publication No. US 2001/0048686 A1) and further in view of Applicant's alleged admitted prior art (as found in Applicant's specification).

Claims 7, 19, 27, 30 and 37 were rejected under 35 U.S.C. 103(a) as being unpatentable over Bertrand et al. in view of Takeda et al. and Applicant's admitted prior art as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 above and further in view of Boudreaux (US Patent No. 6,466,556).

These rejections of the pending claims are respectfully traversed. As recognized in the Office Action, Bertrand et al. does not disclose an Activate PDP Context Request message and a Create PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address. As also recognized in the Office Action, Bertrand et al. does not disclose that a public network address or private network address is assigned based on the information contained in an APN field of a Create PDP Context Request message. As recognized in the Office Action, the proposed combination of Bertrand et al. and Takeda et al. does not disclose using destination network

Banner & Witcoff, Ltd.                                -12-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                          PATENT

information to assign one of a private network address and a public network address to a mobile station.

In addition, Takeda et al. does not teach features alleged in the Office Action. More specifically, none of the cited passages in Takeda teach that the node identified in the APN (the address thereof) would explicitly (or implicitly) be equivalent to requesting a private or public network address to be assigned to a mobile station. For example, the Office Action cites to paragraphs 26-27 of Takeda et al., however reading onward, paragraphs 28-29 reveal that the process in Takeda returns to the mobile node **the IP address of the gateway node**, and not an address assigned to the mobile station itself (as recited in the present claims). Similarly are cited paragraphs 71-72 of Takeda et al., and further therein in paragraph 74 Takeda et al. teaches that the GGSN sends its own IP address to the mobile station, not an address assigned to the mobile station by which the mobile station could be reached. Similarly paragraphs 89-90 of Takeda et al. fail to teach that an IP address would be assigned to the mobile station, and in particular these paragraphs in Takeda et al. fail to teach that a private or public IP address would be so assigned, depending on the contents of the APN field.

It is respectfully submitted Applicant's specification does not contain any "AAPA" that precludes allowance of the pending claims. The description in the specification on the operation of a NAT, wherein a node having a private address can communicate with nodes outside the private network is different from the Office Action's assertion that a public address would somehow be implicitly requested if a node would be intending to communicate with a node outside the current private network.

The pending independent claims in the application claim an  "APN field containing information that explicitly indicates requesting one of a private network address and a public network address to be assigned to [the/a] mobile station." Neither Bertrand et al. or Takeda et al. or alleged AAPA in Applicant's specification, either separately or in combination, teaches or suggests such a feature. Neither Bertrand et al., nor Takeda et al., nor alleged AAPA in Applicant's specification provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner claimed by the Applicant.

Banner & Witcoff, Ltd.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated August 23, 2007
Reply to Office Action of May 25, 2007                                    PATENT

## **CONCLUSION**

All rejections having been addressed, Applicants respectfully submit that the instant application is in condition for allowance, and respectfully solicits prompt notification of the same. However, if for any reason the Examiner believes the application is not in condition for allowance or there are any questions, the Examiner is requested to contact the undersigned at (312) 463-5405.

Respectfully submitted,

Dated:  August 23, 2007                      By:_____

Robert H. Resis
Registration No. 32,168
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Direct Dial: 312 -463-5405

PTO/SB/122 (09-04)
Approved for use through 07/31/2006. OMB 0651-0035
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **CHANGE OF CORRESPONDENCE ADDRESS** *Application*<br><br>Address to:<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450. | | Application Number | 10/017,398 |
|---|---|---|---|
| | | Filing Date | 12/18/2001 |
| | | First Named Inventor | Senthil Sengodan |
| | | Art Unit | 2616 |
| | | Examiner Name | Jason E. Mattis |
| | | Attorney Docket Number | 005288.00014 |

Please change the Correspondence Address for the above-identified patent application to:

☒   The address associated with

Customer Number:   `2 2 9 0 7`

*OR*

| ☐ Firm *or* Individual Name | |
|---|---|
| Address | |
| Address | |
| City | State      ZIP |
| Country | |
| Telephone | Fax |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

I am the :

☐   Applicant/Inventor.

☐   Assignee of record of the entire interest.
Certificate under 37 CFR 3.73(b) is enclosed (Form PTO/SB/96).

☒   Attorney or agent of record.  Reg. No.  32,168

☐   Registered practitioner named in the application transmittal letter in an application without an executed oath or declaration. See 37 CFR 1.33(a)(1). Reg. No. _____

| Typed or Printed Name | Robert H. Resis |
|---|---|
| Signature | *[signature]* |
| Date | 08/23/2007 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☒   *Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10017398 |
| **Filing Date:** | 18-Dec-2001 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| First Named Inventor/Applicant Name: | Senthil Sengodan |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Attorney Docket Number:** | 005288.00014 |
| Filed as Large Entity | |

### Utility        Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Independent claims in excess of 3 | 1201 | 1 | 200 | 200 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **200** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2115598 |
| **Application Number:** | 10017398 |
| **International Application Number:** | |
| **Confirmation Number:** | 8170 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| **First Named Inventor/Applicant Name:** | Senthil  Sengodan |
| **Customer Number:** | 22908 |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Filer Authorized By:** | Robert H. Resis |
| **Attorney Docket Number:** | 005288.00014 |
| **Receipt Date:** | 23-AUG-2007 |
| **Filing Date:** | 18-DEC-2001 |
| **Time Stamp:** | 12:53:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $200 |
| RAM confirmation Number | 8557 |
| Deposit Account | 190733 |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:<br>    Charge any Additional Fees required under 37 C.F.R. Section 1.16 and 1.17 | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | Amendment14.pdf | 836704 | yes | 15 |
| | | | d3dbaeeedb044b9c5c0f2d2daae8c762d8e92929 | | |

| | Multipart  Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Amendment - After Non-Final Rejection | 1 | 1 |
| | Claims | 2 | 11 |
| | Applicant Arguments/Remarks Made in an Amendment | 12 | 14 |
| | Change of Address | 15 | 15 |

| Warnings: |
|---|

| Information: |
|---|

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8200 | no | 2 |
|---|---|---|---|---|---|
| | | | ee9021e43df028b28a89203d4cc93e0fd14cf096 | | |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 844904 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Document code:  WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date:  08/27/2007

MGORDON        SALE  #00000004     Mailroom Dt:  08/23/2007      190733   10017398
                01     FC : 1201                  200.00  DA

PTO/SB/06 (09-03)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number: 10/017398

### CLAIMS AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a)) | | | | $ | | | $ |
| TOTAL CLAIMS (37 CFR 1.16(c)) | minus 20 = | | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(b)) | minus 3 = | | X $ = | | OR | X $ = | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(d)) | | | + $ = | | OR | + $ = | |
| | | | TOTAL | | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### CLAIMS AS AMENDED – PART II

**AMENDMENT A** — 3/5/07

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(c)) | 30 | Minus | 38 | | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(b)) | 7 | Minus | 7 | | X $ = | | OR | X $ = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $ = | | OR | + $ = | |
| | | | | | TOTAL ADDL FEE | | OR | TOTAL ADDL FEE | |

**AMENDMENT B** — 8/23/07

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(c)) | 26 | Minus | 38 | | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(b)) | 9 | Minus | 7 | 2 | X $ = | | OR | 200 | 400 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $ = | | OR | + $ = | |
| | | | | | TOTAL ADDL FEE | | OR | TOTAL ADDL FEE | 400 |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(c)) | | Minus | | | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(b)) | | Minus | | | X $ = | | OR | X $ = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(d)) | | | | | + $ = | | OR | + $ = | |
| | | | | | TOTAL ADDL FEE | | OR | TOTAL ADDL FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

| 22907 | 7590 | 10/26/2007 |
|---|---|---|

BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/26/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/017,398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** | |
| | Jason E. Mattis | 2616 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>23 August 2007</u>.

2a)☒ This action is **FINAL**.　　2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>8-14,28,31,32,35-37 and 39-51</u> is/are pending in the application.

　　4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>8-14, 28, 31, 32, 35-37, and 39-51</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

　　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

　　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

　　a)☐ All　b)☐ Some * c)☐ None of:

　　　1. ☐ Certified copies of the priority documents have been received.

　　　2. ☐ Certified copies of the priority documents have been received in Application No. _____.

　　　3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

　　* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO/SB/08)
　　Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413)
　　Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application
6) ☐ Other: _____.

Application/Control Number: 10/017,398                                    Page 2
Art Unit: 2616

## DETAILED ACTION

1.      This Office Action is in response to the Amendment filed 8/23/07. Due to the

amendment, the previous rejections under 35 U.S.C. 112 have been withdrawn. Claims

1-7, 15-27, 29, 30, 33, 34, and 38 have been cancelled. New claims 40-51 have been

added. Claims 8-14, 28, 31, 32, 35-37, and 39-51 are currently pending in the

application.


### *Claim Rejections - 35 USC § 103*


2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

3.      Claims 8-14, 28, 31, 32, 35, 36, and 39-51 are rejected under 35 U.S.C. 103(a)

as being unpatentable over Bertrand et al. (U.S. Pat. 6687252 B1) in view of Takeda et

al. (U.S. Publication US 2001/0048686 A1) and in further view of Applicant's admitted

prior (as found in the Applicant's specification).

       **With respect to claims 8, 32, 40, and 49**, Bertrand et al. discloses a method in

a computer server **(See column 4 line 31 to column 5 line 3 and Figure 1 of**

**Bertrand et al. for reference to a method for dynamically allocating IP addresses**

**to mobile terminals in a GPRS network including an SGSN, which is a server)**.

Application/Control Number: 10/017,398                                    Page 3
Art Unit: 2616

Bertrand et al. also discloses receiving an Activate PDP Context Request message at a
SGSN from a mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al.
for reference to a mobile terminal (MT), which is a mobile station, sending an
Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further
discloses sending an Activate PDP Context Accept message to the mobile station
containing information assigning an address to the mobile station **(See column 5 lines
52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP
address to the mobile terminal using an Activate PDP Context Accept message)**.
Bertrand et al. does not disclose that the Activate PDP Context Request message and
the Create PDP Context Request message have an APN field containing information
that explicitly indicates requesting one of a private network address and a public
network address.  Bertrand et al. also does not disclose that the public network address
or private network address is assigned based on the information contained in the APN
field of the Create PDP Context Request message.

　　　　With respect to claims 28, 47, and 48, Bertrand et al. discloses a method in a
computer server **(See column 4 line 31 to column 5 line 3 and Figure 1 of Bertrand
et al. for reference to a method for dynamically allocating IP addresses to mobile
terminals in a GPRS network including an SGSN, which is a server)**.  Bertrand et
al. also discloses receiving a Create PDP Context Request message from a SGSN at a
GGSN **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to the
SGSN sending a Create PDP Context Request message to a GGSN)**.  Bertrand et
al. further discloses assigning one of a private network address and a public network

Application/Control Number: 10/017,398                                        Page 4
Art Unit: 2616

address to the mobile station and sending a Create PDP Context Response message

form the GGSN to the SGSN containing the information assigning the address **(See the**

**abstract and column 5 lines 16-67 of Bertrand et al. for reference to the GGSN**

**assigning one of a public IP address or a private IP address to the mobile**

**terminal in response to the Create PDP Context Request message and for**

**reference to sending a Create PDP Context Response message from the GGSN to**

**the SGSN containing information assigning the address)**.  Bertrand et al. does not

disclose that the Activate PDP Context Request message and the Create PDP Context

Request message have an APN field containing information that explicitly indicates

requesting one of a private network address and a public network address.  Bertrand et

al. also does not disclose that the public network address or private network address is

assigned based on the information contained in the APN field of the Create PDP

Context Request message.

     **With respect to claim 31**, Bertrand et al. discloses a method **(See column 4**

**lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for**

**dynamically allocating IP addresses to mobile terminals in a GPRS network)**.

Bertrand et al. also discloses receiving a Create PDP Context Request message from a

SGSN at a BG **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request message to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et

al. further discloses assigning one of a private network address and a public network

address to the mobile station and sending a Create PDP Context Response message

form the BG to the SGSN containing the information assigning the address **(See the**

**abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS**

**assigning one of a public IP address or a private IP address to the mobile**

**terminal in response to the Create PDP Context Request message and for**

**reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting one of a private network address and a public

network address.  Bertrand et al. also does not disclose that the public network address

or private network address is assigned based on the information contained in the APN

field of the Create PDP Context Request message.

      **With respect to claim 39**, Bertrand et al. discloses a method **(See column 4**

**lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for**

**dynamically allocating IP addresses to mobile terminals in a GPRS network)**.

Bertrand et al. also discloses receiving an Activate PDP Context Request message at a

SGSN from a mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al.**

**for reference to a mobile terminal (MT), which is a mobile station, sending an**

**Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further

discloses sending an Activate PDP Context Accept message to the mobile station

containing information assigning an address to the mobile station **(See column 5 lines**

Application/Control Number: 10/017,398                                    Page 6
Art Unit: 2616

**52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP**

**address to the mobile terminal using an Activate PDP Context Accept message)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting one of a private network address and a public

network address.  Bertrand et al. also does not disclose that the public network address

or private network address is assigned based on the information contained in the APN

field of the Create PDP Context Request message.

      **With respect to claims 9 and 41**, Bertrand et al. discloses sending a Create

PDP Context Request message form the SGSN to a GGSN **(See column 5 lines 4-15**

**and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP**

**Context Request message to a GGSN in response to the SGSN receiving the**

**Activate PDP Context Request)**.  Bertrand et al. also discloses receiving a Create

PDP Context Response message from the GGSN containing information assigning an

address **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference**

**to sending a Create PDP Context Response message from the GGSN to the SGSN**

**containing information assigning the address)**. Bertrand et al. does not disclose that

the Activate PDP Context Request message and the Create PDP Context Request

message have an APN field containing information that explicitly indicates requesting

one of a private network address and a public network address.  Bertrand et al. also

does not disclose that the public network address or private network address is

Application/Control Number: 10/017,398                                        Page 7
Art Unit: 2616

assigned based on the information contained in the APN field of the Create PDP

Context Request message.

**With respect to claim 10**, Bertrand et al. further discloses the SGSN sending a

Create PDP Context Request message to a Gateway GPRS Support Node (GGSN) in

response to the Activate PDP Context Request **(See column 5 lines 4-15 and Figure 1**

**of Bertrand et al. for reference to the SGSN sending a Create PDP Context**

**Request message to a GGSN in response to the SGSN receiving the Activate PDP**

**Context Request)**.  Bertrand et al. also discloses the GGSN assigning one of a private

network address and a public network address to the mobile station in response to the

Create PDP Context Request message and sending a Create PDP Context Response

message from the GGSN to the SGSN containing the information assigning the address

to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al.**

**for reference to the GGSN assigning one of a public IP address or a private IP**

**address to the mobile terminal in response to the Create PDP Context Request**

**message and for reference to sending a Create PDP Context Response message**

**from the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting one of a private network address and a public

network address.  Bertrand et al. also does not disclose that the public network address

or private network address is assigned based on the information contained in the APN

field of the Create PDP Context Request message.

Application/Control Number: 10/017,398                                    Page 8
Art Unit: 2616

    **With respect to claims 11 and 42,** Bertrand et al. discloses the SGSN sending

a Create PDP Context Request message to a Border Gateway (BG) in response to the

Activate PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et**

**al. for reference to the SGSN sending a Create PDP Context Request messages to**

**a GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request)**. Bertrand et

al. also discloses sending a Create PDP Context Response message from the BG to

the SGSN containing the information assigning the address to the mobile station **(See**

**the abstract and column 5 lines 16-67 of Bertrand et al. for reference to sending a**

**Create PDP Context Response message from the RS through the GGSN to the**

**SGSN containing information assigning the address)**. Bertrand et al. does not

disclose that the Activate PDP Context Request message and the Create PDP Context

Request message have an APN field containing information that explicitly indicates

requesting one of a private network address and a public network address. Bertrand et

al. also does not disclose that the public network address or private network address is

assigned based on the information contained in the APN field of the Create PDP

Context Request message.

    **With respect to claim 12,** Bertrand et al. discloses the SGSN sending a Create

PDP Context Request message to a Border Gateway (BG) in response to the Activate

PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request messages to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

Application/Control Number: 10/017,398                                    Page 9
Art Unit: 2616

**response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et al. also discloses the BG assigning one of a private network address and a public network address to the mobile station in response to the Create PDP Context Request message and sending a Create PDP Context Response message from the BG to the SGSN containing the information assigning the address to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS assigning one of a public IP address or a private IP address to the mobile terminal in response to the Create PDP Context Request message and for reference to sending a Create PDP Context Response message from the RS through the GGSN to the SGSN containing information assigning the address)**. Bertrand et al. does not disclose that the Activate PDP Context Request message and the Create PDP Context Request message have an APN field containing information that explicitly indicates requesting one of a private network address and a public network address.  Bertrand et al. also does not disclose that the public network address or private network address is assigned based on the information contained in the APN field of the Create PDP Context Request message.

     **With respect to claim 14**, Bertrand et al. does not disclose that the Activate PDP Context Accept message contains address assignment information based on the information contained in the APN field of the Activate PDP Context Request message.

     **With respect to claim 46**, Bertrand et al. does not disclose that the information comprises one or more parameters that explicitly indicates requesting one of a private network address and a public network address to be assigned to the mobile station.

Application/Control Number: 10/017,398                                    Page 10
Art Unit: 2616

With respect to claim 51, Bertrand et al. discloses a system comprising an SGSN configured to send a Create PDP Context Request to a GGSN of a network **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to an SGSN sending a Create PDP Context Request message to a GGSN in response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et al. also discloses a GGSN configured to send the Create PDP Context Request message to a BG **See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the GGSN forwarding the Create PDP Context Request message to a Radius server (RS), which is a BG)**.  Bertrand et al. further discloses sending a Create PDP Context Response message containing the information assigning the address to the mobile station from the BG to the GGSN and from the GGSN to the SGSN **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference to sending a Create PDP Context Response message from the RS through the GGSN to the SGSN containing information assigning the address)**.  Bertrand et al. does not disclose that the Activate PDP Context Request message and the Create PDP Context Request message have an APN field containing information that explicitly indicates requesting one of a private network address and a public network address.  Bertrand et al. also does not disclose that the public network address or private network address is assigned based on the information contained in the APN field of the Create PDP Context Request message.

**With respect to claims 8-12, 14, 28, 31, 32, 39-42, 46-49, and 51**, Takeda et al., in the field of communications, discloses an Activate PDP Context Request

Application/Control Number: 10/017,398                                    Page 11
Art Unit: 2616

message and a Create PDP Context Request message that have an APN field

containing information that explicitly indicates requesting one of a private network

address and a public network address to be assigned to a mobile station **(See pages 2-**

**3 paragraphs 26-27, page 5 paragraphs 71-72, pages 5-6 and 89-97, and Figure 5**

**of Takeda et al. for reference to an Activate PDP Context Request message and a**

**Create PDP Context Request message that have an APN field containing**

**information identifying a destination network gateway node, which is information**

**explicitly indicating requesting one of a private network address and a public**

**network address since the destination network gateway is inherently either**

**located within the private network of the mobile or a public network meaning the**

**request is explicitly for the type of address needed to reach the destination node).**

Using an Activate PDP Context Request message and a Create PDP Context Request

message that have an APN field containing information relating to a request for an

address has the advantage of allowing address assignment to be based on the

destination network that a mobile station is requesting to communicate with.

　　　It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Takeda et al., to combine using an Activate

PDP Context Request message and a Create PDP Context Request message that have

an APN field containing information relating to a request for an address, as suggested

by Takeda et al., with the system and method of Bertrand et al., with the motivation

being to allow address assignment to be based on the destination network that a mobile

station is requesting to communicate with.

Application/Control Number: 10/017,398                                     Page 12
Art Unit: 2616

**With respect to claims 8-12, 14, 28, 31, 32, 39-42, 46-49, and 51**, Although

Takeda et al. discloses using an APN field identifying the destination network that a

mobile station wishes to communicate, the combination of Bertrand et al., and Takeda

et al. does not disclose using destination network information to assigned one of a

private network address and a public network address to the mobile station.  Applicant's

admitted prior art discloses using destination network information to assign one of a

private network address and a public network address to a mobile station as implicitly

indicated by the destination network information **(See page 4 paragraph 8 of the**

**Applicant's specification for reference to using information about which domain,**

**or network, a host, or mobile station, is to be in communication with in order to**

**determine whether to assign a private IP address or a public IP address)**.  Using

destination network information to assign one of a private network address and a public

network address to a mobile station has the advantage of allowing a limited pool of

public IP addresses to be assigned to mobile stations only when absolutely needed.

It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the Applicant's admitted prior art, to combine using

destination network information to assign one of a private network address and a public

network address to a mobile station, as suggested by the Applicant's admitted prior art,

with the system and method of Bertrand et al. and Takeda et al., with the motivation

being to allow a limited pool of public IP addresses to be assigned to mobile stations

only when absolutely needed.

Application/Control Number: 10/017,398                                    Page 13
Art Unit: 2616

  **With respect to claim 13**, Bertrand et al. discloses sending the Create PDP
Context Request message form the SGSN to a GGSN and from the GGSN to the BG
**(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the SGSN
sending a Create PDP Context Request messages to a GGSN that forwards the
message to a Radius server (RS), which is a BG, in response to the SGSN
receiving the Activate PDP Context Request)**. Bertrand et al. also discloses
receiving the Create PDP Context Response message at the GGSN from the BG and at
the SGSN from the GGSN **(See the abstract and column 5 lines 16-67 of Bertrand et
al. for reference to sending a Create PDP Context Response message from the RS
through the GGSN to the SGSN containing information assigning the address)**.

  **With respect to claims 35, 43, and 50**, Bertrand et al. discloses that address is
one of an IPv4 or IPv6 network address **(See column 3 lines 2-11 of Bertrand et al.
for reference to assigned addresses being IP addresses, which at the time of the
invention, are in the form of IPv4 or IPv6 network addresses)**.

  **With respect to claims 36 and 44**, Bertrand et al. discloses that the network is a
GPRS communications network **(See column 1 liens 7-11 for reference to the
system being a GPRS communications system)**.


4.  Claims 37 and 45 are rejected under 35 U.S.C. 103(a) as being unpatentable
over Bertrand et al., in view of Takeda et al., and Applicant's admitted prior art as
applied to claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 above, and further in view of
Boudreaux (U.S. Pat. 6466556 B1).

Application/Control Number: 10/017,398                                     Page 14
Art Unit: 2616

**With respect to claims 37 and 45**, the combination of Bertrand et al., Takeda et al., and Applicant's admitted prior art does not disclose using a Universal Mobile Telecommunications System.

**With respect to claims 37 and 45**, Boudreaux, in the field of communications discloses using a Universal Mobile Telecommunications System **(See column 1 lines 48-61 of Boudreaux for reference to using a Universal Mobile Telecommunications System)**. Using a Universal Mobile Telecommunications System has the advantage of using a widely accepted and used communication system architecture.

It would have been obvious for one of ordinary skill in the art at the time of the invention, when presented with the work of Boudreaux, to combine using a Universal Mobile Telecommunications System, as suggested by Boudreaux, with the system and method of Bertrand et al., Takeda et al., and Applicant's admitted prior art, with the motivation being to use a widely accepted and used communication system architecture.

### *Response to Arguments*

5.     Applicant's arguments filed 8/23/07 have been fully considered but they are not persuasive.

In response to Applicant's argument that Takeda et al. does not disclose returning an IP address to the mobile node that is an IP address assigned to the mobile

node, the Examiner respectfully disagrees.  Takeda et al. discloses a method (See pages 5-6 paragraphs 90-97 and Figure 5 of Takeda et al.) including a mobile terminal sending an Activate PDP Context Request including an APN (step 109) to a subscriber node that sends a Create PDP Context Request the APN (step 110) to a gateway that makes a decision about whether an IP address needs to be allocated (See paragraph 94) and requests an IP address be allocated to the mobile node when needed (step 116) and sends an IP address allocated to the mobile terminal (steps 120 and 121). Thus Takeda et al. does disclose requesting and allocating an IP address using information in an APN field of an Activate PDP Context Request message.

In response to Applicant's argument that to combination of Bertrand, Takeda and Applicant's admitted prior art fails to disclose the current claim limitation of "an APN filed containing information that explicitly indicates requesting one of a public network address and a private network address", the Examiner respectfully disagrees. First, as discussed in the Response to Arguments section of the previous Office Action, it is pointed out that the current phrasing of this claim limitation has a broader meaning than is identified by the Applicant's argument. Since the limitation is written in the alternative, it is only required that the APN field information indicates either a public address or a private network address. Also, since addresses may only be either a public address or a private address, any teaching of explicitly requesting an address is sufficient to cover the current claim limitation. It is recommended that the claims be amended such the above quoted limitation is more in line with the Applicant's arguments. However, even if the claims were amended so that the above quoted limitation had the same meaning as

Application/Control Number: 10/017,398                                    Page 16
Art Unit: 2616

argued by the Applicant, it is still believed that the combination of Bertrand, Takeda and

Applicant's admitted prior teaches this limitation.  Takeda teaches using an APN

parameter in a Create PDP Context Request and assigning and IP address based on

the APN parameter (See pages 2-3 paragraphs 26-28 of Takeda).  The Applicant's

admitted prior art discloses using information about which domain, or network, a host, or

mobile station, is to be in communication with in order to determine whether to assign a

private IP address or a public IP address (See page 4 paragraph 8 of the Applicant's

specification).  The combination of Takeda's teaching with the teaching of the

Applicant's admitted prior art yields a method of using an APN parameter in a Create

PDP Context Request and assigning a private address or a public address based on the

APN destination information in the request.  The description of how the Applicant's

invention uses an APN field to explicitly indicate whether a public address or private

address assignment is desired can be found in paragraph 35 of the Applicant's

specification.  The Applicant's specification states that explicitly indicating whether a

public address or private address assignment is desired is accomplished by setting

particular bits of the APN field.  The combination of Bertrand, Takeda and Applicant's

admitted prior art discloses that the APN parameter contains bits indicating the identity

of a destination APN (See Takeda) and since the location of the destination is used to

determining whether to assign a public address or a private address (See Applicant's

admitted prior art) the combination of teachings does meet the Applicant's definition of

an "explicit indication" from paragraph 35 of the Applicant's specification.  More

specifically, the identity of the destination APN in the Create PDP Context Request

Application/Control Number: 10/017,398                                    Page 17
Art Unit: 2616

message of Takeda corresponds to setting particular bits of the APN field to explicitly

indicate whether a public or a private network address assignment is desired.

Applicant's argument that paragraph 8 of the Applicant's specification describes the use

of a Network Address Translator, NAT, that operates differently from the claimed

invention is moot since it is clear that paragraph 8 of the Applicant's specification is

concerned with using Realm Specific IP, RSIP, which eliminates the need for a NAT as

disclosed in paragraph 12 of the Applicant's specification.


### *Conclusion*


6.      Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

        A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Application/Control Number: 10/017,398                                    Page 18
Art Unit: 2616

    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Jason E. Mattis whose telephone number is (571) 272-3154.  The examiner can normally be reached on M-F 8AM-5:30PM.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Huy Vu can be reached on (571) 272-3155.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

    Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

jem

HUY D. VU
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | Examiner | Art Unit |
| | Jason E. Mattis | 2616 |

| | | | | | | |
|---|---|---|---|---|---|---|
| √ | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | 10/15/07 | Final | Original | 10/15/07 | Final | Original | |
| | 1 | | | 51 | √ | | 101 | |
| | 2 | | | 52 | | | 102 | |
| | 3 | | | 53 | | | 103 | |
| | 4 | | | 54 | | | 104 | |
| | 5 | | | 55 | | | 105 | |
| | 6 | | | 56 | | | 106 | |
| | 7 | | | 57 | | | 107 | |
| | 8 | √ | | 58 | | | 108 | |
| | 9 | √ | | 59 | | | 109 | |
| | 10 | √ | | 60 | | | 110 | |
| | 11 | √ | | 61 | | | 111 | |
| | 12 | √ | | 62 | | | 112 | |
| | 13 | √ | | 63 | | | 113 | |
| | 14 | √ | | 64 | | | 114 | |
| | 15 | | | 65 | | | 115 | |
| | 16 | | | 66 | | | 116 | |
| | 17 | | | 67 | | | 117 | |
| | 18 | | | 68 | | | 118 | |
| | 19 | | | 69 | | | 119 | |
| | 20 | | | 70 | | | 120 | |
| | 21 | | | 71 | | | 121 | |
| | 22 | | | 72 | | | 122 | |
| | 23 | | | 73 | | | 123 | |
| | 24 | | | 74 | | | 124 | |
| | 25 | | | 75 | | | 125 | |
| | 26 | | | 76 | | | 126 | |
| | 27 | | | 77 | | | 127 | |
| | 28 | √ | | 78 | | | 128 | |
| | 29 | | | 79 | | | 129 | |
| | 30 | | | 80 | | | 130 | |
| | 31 | √ | | 81 | | | 131 | |
| | 32 | √ | | 82 | | | 132 | |
| | 33 | | | 83 | | | 133 | |
| | 34 | | | 84 | | | 134 | |
| | 35 | √ | | 85 | | | 135 | |
| | 36 | √ | | 86 | | | 136 | |
| | 37 | √ | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | √ | | 89 | | | 139 | |
| | 40 | √ | | 90 | | | 140 | |
| | 41 | √ | | 91 | | | 141 | |
| | 42 | √ | | 92 | | | 142 | |
| | 43 | √ | | 93 | | | 143 | |
| | 44 | √ | | 94 | | | 144 | |
| | 45 | √ | | 95 | | | 145 | |
| | 46 | √ | | 96 | | | 146 | |
| | 47 | √ | | 97 | | | 147 | |
| | 48 | √ | | 98 | | | 148 | |
| | 49 | √ | | 99 | | | 149 | |
| | 50 | √ | | 100 | | | 150 | |

U.S. Patent and Trademark Office

PTO/SB/30EFS (05/07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
### (Submitted Only via EFS-Web)

| Application Number | 10/017,398 | Filing Date | 2001-12-18 | Docket Number (if applicable) | 005288.00014 | Art Unit | 2616 |
|---|---|---|---|---|---|---|---|
| First Named Inventor | Senthil Sengodan | | | Examiner Name | Jason E. Mattis | | |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. The Instruction Sheet for this form is located at WWW.USPTO.GOV

### SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

    ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

    ☐ Other _____

☒ Enclosed

    ☒ Amendment/Reply

    ☐ Information Disclosure Statement (IDS)

    ☐ Affidavit(s)/ Declaration(s)

    ☐ Other _____

### MISCELLANEOUS

☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a  period of months _____
(Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

☐ Other _____

### FEES

**The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**
☒ The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to
Deposit Account No   190733 _____

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

☒ Patent Practitioner Signature
☐ Applicant Signature

PTO/SB/30EFS (05/07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | |
|---|---|---|
| Signature | *[signature]* | Date (YYYY-MM-DD) | 2007-12-12 |
| Name | Robert H. Resis | Registration Number | 32168 |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/30EFS  (05/07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
### (Submitted Only via EFS-Web)

| Application Number | 10/017,398 | Filing Date | 2001-12-18 | Docket Number (if applicable) | 005288.00014 | Art Unit | 2616 |
|---|---|---|---|---|---|---|---|
| First Named Inventor | Senthil Sengodan | | | Examiner Name | Jason E. Mattis | | |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application.  The Instruction Sheet for this form is located at WWW.USPTO.GOV

### SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

    ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

    ☐ Other _____

☒ Enclosed

    ☒ Amendment/Reply

    ☐ Information Disclosure Statement (IDS)

    ☐ Affidavit(s)/ Declaration(s)

    ☐ Other _____

### MISCELLANEOUS

☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a  period of months _____
   (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

☐ Other _____

### FEES

   **The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**
☒  The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to
   Deposit Account No   190733 _____

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

☒ Patent Practitioner Signature
☐ Applicant Signature

PTO/SB/30EFS (05/07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | |
|---|---|---|
| Signature | *[signature]* | Date (YYYY-MM-DD) 2007-12-12 |
| Name | Robert H. Resis | Registration Number 32168 |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10017398 |
| **Filing Date:** | 18-Dec-2001 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| First Named Inventor/Applicant Name: | Senthil Sengodan |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Attorney Docket Number:** | 005288.00014 |
| Filed as Large Entity | |

## Utility     Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Request for continued examination | 1801 | 1 | 810 | 810 |
| **Total in USD ($)** | | | | **810** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2580939 |
| **Application Number:** | 10017398 |
| **International Application Number:** | |
| **Confirmation Number:** | 8170 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| **First Named Inventor/Applicant Name:** | Senthil  Sengodan |
| **Customer Number:** | 22907 |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Filer Authorized By:** | Robert H. Resis |
| **Attorney Docket Number:** | 005288.00014 |
| **Receipt Date:** | 12-DEC-2007 |
| **Filing Date:** | 18-DEC-2001 |
| **Time Stamp:** | 16:18:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $810 |
| RAM confirmation Number | 1558 |
| Deposit Account | 190733 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | Amendment14.pdf | 1132045<br>c1fc2cc66391827755a66769da9e557e28dddbf3 | yes | 17 |

| | Multipart  Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Amendment Submitted/Entered with Filing of CPA/RCE | 1 | 1 |
| | Claims | 2 | 11 |
| | Applicant Arguments/Remarks Made in an Amendment | 12 | 15 |
| | Request for Continued Examination (RCE) | 16 | 17 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8214<br>7ce14c060e36c327beb3eae0fda0bb2d7a26d443 | no | 2 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 1140259 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
(Attorney Docket No. 005288.00014)

| | |
|---|---|
| In re U.S. Patent Application of ) | |
|    Senthil SENGODAN ) | |
| ) | Art Unit: 2616 |
| Application No. 10/017,398 ) | |
| ) | Examiner: Mattis, Jason E. |
| Filed: December 18, 2001 ) | |
| ) | Confirmation No. 8170 |
| For: Method and Apparatus for Address ) | |
| Allocation in GPRS Networks that ) | |
| Facilitates End-To-End Security ) | |

## AMENDMENT AND RESPONSE

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

Sir:

     This paper is responsive to the final Office Action dated October 26, 2007. The Office Action set a three-month period for response, thus making this paper due on or before **January 26, 2008.** The Commissioner is hereby authorized to charge any fee or credit any overpayment of fee to Deposit Account No. 19-0733.

     **Amendments to the Claims** are reflected in the Listing of Claims, which begins on page 2 of this paper.

     **Remarks/Arguments** begin on page 12 of this paper.

Banner & Witcoff, Ltd.                    -1-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                           PATENT

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1-7.     (Cancelled)

8.       (Currently Amended)  A method comprising:

receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network from a mobile station of the network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting either ~~one of~~ a private network address ~~and~~ or a public network address to be assigned to the mobile station; and

sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

9.       (Currently Amended)  The method according to claim 8, further comprising:

sending a Create PDP Context Request message from the SGSN to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the network, the Create PDP Context Request message having an APN field containing information relating to a request for either ~~one of~~ a private network address ~~and~~ or a public network address for the mobile station; and

receiving a Create PDP Context Response message from the GGSN containing information assigning either ~~one of~~ a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Banner & Witcoff, Ltd.                          -2-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

10.     (Currently Amended)  The method according to claim 9, further comprising:

receiving the Create PDP Context Request message from the SGSN at the GGSN;

assigning either ~~one of~~ a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

11.     (Currently Amended)  The method according to claim 8, further comprising:

sending a Create PDP Context Request message from the SGSN to a Border Gateway (BG) of the network, the Create PDP Context Request message having an APN field containing information relating to a request for ~~one of~~ either a private network address ~~and~~ or a public network address for the mobile station; and

receiving a Create PDP Context Response message at the SGSN from the BG containing information assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

12.     (Currently Amended)  The method according to claim 11, further comprising:

receiving the Create PDP Context Request message at the BG;

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

assigning ~~one of~~ <u>either</u> a private network address ~~and~~ <u>or</u> a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

sending the Create PDP Context Response message to the SGSN containing the information assigning ~~one of~~ <u>either</u> a private network address ~~and~~ <u>or</u> a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

13.    (Previously Presented)  The method according to claim 12, further comprising:

sending the Create PDP Context Request message from the SGSN to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the network;

sending the Create PDP Context Request message from the GGSN to the BG;

receiving the Create PDP Context Response message at the GGSN from the BG; and

receiving the Create PDP Context Response message at the SGSN from the GGSN.

14.    (Currently Amended)   The method according to claim 8, further comprising receiving at the mobile station the Activate PDP Context Accept message containing the information relating to an assignment of ~~one of~~ <u>either</u> a private network address ~~and~~ <u>or</u> a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

15.    (Cancelled)

16.    (Cancelled)

17.    (Cancelled)

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

18.      (Cancelled)

19.      (Cancelled)

20-27.  (Cancelled)

28.      (Currently Amended)  A method comprising:

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) at a Gateway General Packet Radio System (GPRS) Support Node (GGSN), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting ~~one of~~ either a private network address ~~and~~ or a public network address to be assigned to a mobile station of the network;

assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

sending the Create PDP Context Response message from the GGSN to the SGSN containing the information assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

29.      (Cancelled)

30.      (Cancelled)

31.      (Currently Amended)  A method comprising:

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                    PATENT

receiving a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) at a Border Gateway (BG), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting ~~one of~~ either a private network address ~~and~~ or a public network address to be assigned to a mobile station of a network;

assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message and

sending the Create PDP Context Response message from the BG to the SGSN containing the information assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

32.      (Currently Amended)  A method comprising:

sending an Activate Packet Data Protocol (PDP) Context Request message to a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network from a mobile station of the network, the Activate PDP Context Request message having an APN field containing information containing information that explicitly indicates requesting ~~one of~~ either a private network address ~~and~~ or a public network address to be assigned to the mobile station; and

receiving at the mobile station an Activate PDP Context Accept message containing information relating to an assignment of ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

33.      (Cancelled)

34.      (Cancelled)

Banner & Witcoff, Ltd.                    -6-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

35.      (Original)  The method according to claim 32, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

36.      (Previously Presented)  The method according to claim 32, wherein the network is a GPRS communications network.

37.      (Previously Presented)  The method according to claim 32, wherein the network is a Universal Mobile Telecommunications System.

38.      (Cancelled)

39.      (Currently Amended)  The method according to claim 8, wherein in the receiving and sending, the information comprises one or more parameters that explicitly indicates requesting ~~one of~~ either a private network address ~~and~~ or a public network address to be assigned to the mobile station.

40.      (Currently Amended)  An apparatus ~~computer server~~ comprising a processor and a memory storing instructions that, when executed, the apparatus is configured to:

receive an Activate Packet Data Protocol (PDP) Context Request message from a mobile station of a network, the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting ~~one of~~ either a private network address ~~and~~ or a public network address to be assigned to the mobile station; and

send an Activate PDP Context Accept message to the mobile station containing information assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

41.    (Currently Amended)   The apparatus computer server according to claim 40, wherein the instructions, when executed, the apparatus is further configured to:

send a Create PDP Context Request to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of the network, the Create PDP Context Request message having an APN field containing information relating to a request for one of either a private network address and or a public network address for the mobile station; and

receive a Create PDP Context Response message from the GGSN containing information assigning one of either a private network address and or a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

42.    (Currently Amended)   The apparatus computer server according to claim 40, wherein the instructions, when executed, the apparatus is further configured to:

send a Create Packet Data Protocol (PDP) Context Request message to a Border Gateway (BG) of a network, the Create PDP Context Request message having an APN field containing information relating to a request for one of either a private network address and or a public network address for the mobile station; and

receive a Create PDP Context Response message from the BG containing information assigning one of either a private network address and or a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

43.    (Currently Amended)   The computer server apparatus according to claim 40, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

44.     (Currently Amended)   The apparatus computer server according to claim 40, wherein the network is a GPRS communications network.

45.     (Currently Amended)   The apparatus computer server according to claim 40, wherein the network is a Universal Mobile Telecommunications System.

46.     (Currently Amended)   The apparatus computer server according to claim 40, wherein the information comprises one or more parameters that explicitly indicates requesting one of either a private network address and or a public network address to be assigned to the mobile station.

47.     (Currently Amended)   An apparatus computer server comprising a processor and a memory storing instructions that, when executed, the apparatus is configured to:

receive a Create Packet Data Protocol (PDP) Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN), the Create PDP Context Request Message having an APN field containing information that explicitly indicates requesting one of either a private network address and or a public network address to be assigned to a mobile station of a network;

assign one of either a private network address and or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

send the Create PDP Context Response message to the SGSN containing the information assigning one of either a private network address and or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

48.     (Currently Amended)   An apparatus computer server comprising a processor and a memory storing instructions that, when executed, the apparatus is configured to:

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                                    PATENT

receive a Create PDP Context Request message from a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network, the Create PDP Context Request message having an APN field containing one or more parameters that explicitly indicates requesting ~~one of~~ either a private network address ~~and~~ or a public network address to be assigned to a mobile station of the network;

assign ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message; and

send the Create PDP Context Response message to the SGSN containing the information assigning ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Create PDP Context Request message.

49.    (Currently Amended)  An apparatus ~~mobile station~~ comprising a processor and a memory storing instructions that, when executed, the apparatus is configured to:

send an Activate Packet Data Protocol (PDP) Context Request message to a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network, the Activate PDP Context Request message having an APN field containing information containing information that explicitly indicates requesting ~~one of~~ either a private network address ~~and~~ or a public network address to be assigned to the mobile station; and

receive an Activate PDP Context Accept message containing information relating to an assignment of ~~one of~~ either a private network address ~~and~~ or a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message.

Banner & Witcoff, Ltd.                                    -10-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

50.      (Currently Amended)    The <u>apparatus</u> ~~mobile station~~ according to claim 49, wherein the private network address and the public network address are each one of an IPv4 network address and an IPv6 network address.

51.      (Currently Amended)  A system comprising:

a Serving General Packet Radio System (GPRS) Support Node (SGSN) configured to send a Create Packet Data Protocol (PDP) Context Request to a Gateway General Packet Radio System (GPRS) Support Node (GGSN) of a network, the Create PDP Context Request message having an APN field containing one or more parameters that explicitly indicates requesting ~~one of either~~ a private network address ~~and~~ or a public network address to be assigned to a mobile station of the network;

a GGSN configured to send the Create PDP Context Request message to a Border Gateway (BG); and

a BG configured to send a Create PDP Context Response message to the GGSN,

the SGSN configured to receive the Create PDP Context Response from the GGSN.

Banner & Witcoff, Ltd.                          -11-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

## REMARKS/ARGUMENTS

The Office Action of October 26, 2007, has been carefully reviewed and these remarks are responsive thereto.  The pending independent claims 8, 28, 31, 32, 40, 47, 48, 49, and 51 have been amended to clarify the claimed invention.  Claims 8-14, 28, 31-32, 35-37, and 39-51 remain pending and allowance of these claims is respectfully requested.

### *Claim Rejections Under 35 U.S.C. §103(a)*

Claims 8-14, 28, 31-32, 35, 36 and 39-51 were rejected under 35 U.S.C. §103(a) as being unpatentable over Bertrand *et al.* (U.S. patent No. 6,687,252, hereinafter "Bertrand et al.") in view of Takeda et al. (U.S. Publication No. US 2001/0048686 A1) and further in view of Applicant's alleged admitted prior art (as purportedly found in Applicant's specification).

Claims 37 and 45 were rejected under 35 U.S.C. 103(a) as being unpatentable over Bertrand et al. in view of Takeda et al. and Applicant's admitted prior art as applied to claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 above and further in view of Boudreaux (US Patent No. 6,466,556).

These rejections of the pending claims are respectfully traversed.  As recognized in the Office Action, Bertrand et al. does not disclose an Activate PDP Context Request message and a Create PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address.  As also recognized in the Office Action, Bertrand et al. does not disclose that a public network address or private network address is assigned based on the information contained in an APN field of a Create PDP Context Request message.  As recognized in the Office Action, the proposed combination of Bertrand et al. and Takeda et al. does not disclose using destination network information to assign one of a private network address and a public network address to a mobile station.

Bertrand et al. requires a Network Address Translator (NAT) when a Radius server fails to provide an IP address to a mobile terminal using a procedure that calls for a new parameter called a Conditional PDP Address (CPA) parameter being stored in the MT's Home Location Register (HLR) as part of the user subscriber data.  According the Bertrand et al., the CPA parameter indicates whether the subscriber is entitled to a backup IP address in case of failure to obtain one

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                          PATENT

over the Gi interface, and if so, it is also used to determine whether the backup IP address is a private IP address or a public IP address. According to Bertrand et al., if the backup IP address is a private IP address, **a NAT is required** as part of the GGSN's Gi interface router. See Bertrand et al. at Col. 6, lines 1-20, emphasis added. The pending claims provide methods and apparatus that avoid the requirement of a NAT, and thus avoid the shortcomings associated with a NAT-based approach.

In addition, Takeda et al. does not teach features alleged in the Office Action. More specifically, none of the cited passages in Takeda teach that the node identified in the APN (the address thereof) would explicitly (or implicitly) be equivalent to requesting a private or public network address to be assigned to a mobile station. For example, the Office Action cites to paragraphs 26-27 of Takeda et al., however reading onward, paragraphs 28-29 reveal that the process in Takeda returns to the mobile node **the IP address of the gateway node**, and not an address assigned to the mobile station itself (as recited in the present claims). Similarly are cited paragraphs 71-72 of Takeda et al., and further therein in paragraph 74 Takeda et al. teaches that the GGSN sends its own IP address to the mobile station, not an address assigned to the mobile station by which the mobile station could be reached. Similarly, the cited paragraphs 89-97 and Figure 5 of Takeda et al. fail to teach that either a private network address or a public network address would be assigned to the mobile station based on information contained in the APN field.

While Takeda et al. discloses at paragraph 94 that if no IP address is allocated to the mobile terminal, an IP address allocation procedure is indicated to the mobile terminal, and that for IP address allocation, the IPv6-compatible DHCP is used for example, **there is no indication** in Takeda that such IP address allocation involves an APN field containing information that explicitly indicates requesting either a private network address or a public network address to be assigned to the mobile station. As recognized in the Office Action (at page 12), Takeda does not disclose using destination network information to assigned (sic, assign) one of a private network address and a public network address to the mobile station. The proposed combination of Bertrand et al. and Takeda et a., even if proper, does not result in the claimed invention.

It is respectfully submitted that Applicant's specification does not contain any "AAPA" that precludes allowance of the pending claims. That the operation of Realm Specific IP (RSIP) is described in the background of the invention (see paragraphs [0007]-[0012], and Fig. 2 of the

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                                    PATENT

present application) does not change the fact that at the time of the present invention, the General Packet Radio System (GPRS) standard <u>did not</u> specify whether private or public IP addresses are assigned to a requesting MS, <u>and</u> that standardization is not an issue because at that time a NAT was used a PLMN boundary when private IP addresses were used.  *See* paragraph [0013]-[0017] of the present application.

The pending independent claims in the application claim an  "APN field containing information that explicitly indicates requesting either a private network address or a public network address to be assigned to [the/a] mobile station."  Neither Bertrand et al. or Takeda et al. or alleged AAPA in Applicant's specification, either separately or in combination, teaches or suggests such a feature.   Neither Bertrand et al., nor Takeda et al., nor alleged AAPA in Applicant's specification provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner claimed by the Applicant.

There is no suggestion to combine Bertrand et al., Takeda et al., and alleged AAPA as advanced in the Office Action, except using Applicant's invention as a template through a hindsight reconstruction of Applicant's claims.  "[R]ejections on obviousness grounds cannot be sustained by mere conclusory statements; instead, there must be some articulated reasoning with some rationale underpinning to support the legal conclusion of obviousness."  *In re Kahn*, 431 F.3d 977, 988 (Fed. Cir. 2006), cited with approval in *KSR v. Teleflex*, 550 U.S._____, 82 U.S.P.Q.2d 1385, 1396 (2007).  The Office Action does not provide articulated reasoning with some rationale underpinning to support the legal conclusion of obviousness.

In sum, the pending independent claims are each patentable over the cited art.  The pending dependent claims are patentable over the cited art for at least the same reasons as independent claims from which they depend and for the additional features recited therein.  The Applicant respectfully requests reconsideration and withdrawal of the 35 U.S.C. §103(a) rejection.

Appln. No. 10/017,398
Amendment dated December 12, 2007
Reply to Office Action of October 26, 2007                    PATENT

## **CONCLUSION**

All rejections having been addressed, Applicant respectfully submits that the instant application is in condition for allowance, and respectfully solicits prompt notification of the same. However, if for any reason the Examiner believes the application is not in condition for allowance or there are any questions, the Examiner is requested to contact the undersigned at (312) 463-5405.

Respectfully submitted,

Dated: December 12, 2007                    By: _____

Robert H. Resis
Registration No. 32,168
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Direct Dial: 312 -463-5405

Banner & Witcoff, Ltd.                    -15-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>10/017,398 | Filing Date<br>12/18/2001 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN<br>SMALL ENTITY |
|---|---|---|---|---|---|

| | (Column 1) | (Column 2) | | | |
|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | | | | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|

| | | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** | **12/12/2007** | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDITIONAL<br>FEE ($) | RATE ($) | ADDITIONAL<br>FEE ($) |
| | Total (37 CFR 1.16(i)) | • 25 Minus | ** 38 | = 0 | X $ = | | OR X $50= | 0 |
| | Independent (37 CFR 1.16(h)) | • 9 Minus | ***9 | = 0 | X $ = | | OR X $210= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL<br>ADD'L<br>FEE | | OR TOTAL<br>ADD'L<br>FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDITIONAL<br>FEE ($) | RATE ($) | ADDITIONAL<br>FEE ($) |
| | Total (37 CFR 1.16(i)) | * Minus | ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * Minus | *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL<br>ADD'L<br>FEE | | OR TOTAL<br>ADD'L<br>FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
Joy Dobbs

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22907        7590        02/27/2008
BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/27/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/017,398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** | |
| | Jason E. Mattis | 2616 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>12/12/07</u>.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) <u>8-14,28,31,32,35-37 and 39-51</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>8-14, 28, 31, 32, 35-37 and 39-51</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.
5)☐ Notice of Informal Patent Application
6)☐ Other: _____.

Application/Control Number:                                    Page 2
10/017,398
Art Unit: 2616

## DETAILED ACTION

1.     This Office Action is in response to the Request for Continued Examination filed

2/12/07.  Claims 8-14, 28, 31, 32, 35-37, and 39-51

### *Claim Rejections - 35 USC § 103*

2.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

3.     Claims 8-14, 28, 31, 32, 35, 36, and 39-51 are rejected under 35 U.S.C. 103(a)

as being unpatentable over Bertrand et al. (U.S. Pat. 6687252 B1) in view of Takeda et

al. (U.S. Publication US 2001/0048686 A1) and in further view of Applicant's admitted

prior (as found in the Applicant's specification).

With respect to claims 8, 32, 40, and 49, Bertrand et al. discloses a method in

a computer server apparatus executing stored instructions (See column 4 line 31 to

column 5 line 3 and Figure 1 of Bertrand et al. for reference to a method for

dynamically allocating IP addresses to mobile terminals in a GPRS network

including an SGSN, which is a server apparatus executing stored instructions).

Bertrand et al. also discloses receiving an Activate PDP Context Request message at a

Application/Control Number:                                    Page 3
10/017,398
Art Unit: 2616

SGSN from a mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al.
for reference to a mobile terminal (MT), which is a mobile station, sending an
Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further

discloses sending an Activate PDP Context Accept message to the mobile station

containing information assigning an address to the mobile station **(See column 5 lines
52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP
address to the mobile terminal using an Activate PDP Context Accept message)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting either a private network address or a public network

address.  Bertrand et al. also does not disclose that the public network address or

private network address is assigned based on the information contained in the APN field

of the Create PDP Context Request message.

  **With respect to claims 28, 47, and 48**, Bertrand et al. discloses a method in a

computer server apparatus executing stored instructions **(See column 4 line 31 to
column 5 line 3 and Figure 1 of Bertrand et al. for reference to a method for
dynamically allocating IP addresses to mobile terminals in a GPRS network
including an SGSN, which is a server apparatus executing stored instructions)**.

Bertrand et al. also discloses receiving a Create PDP Context Request message from a

SGSN at a GGSN **(See column 5 lines 4-15 and Figure 1 of Bertrand et al. for
reference to the SGSN sending a Create PDP Context Request message to a
GGSN)**.  Bertrand et al. further discloses assigning one of a private network address

Application/Control Number:                                        Page 4
10/017,398
Art Unit: 2616

and a public network address to the mobile station and sending a Create PDP Context

Response message form the GGSN to the SGSN containing the information assigning

the address **(See the abstract and column 5 lines 16-67 of Bertrand et al. for**

**reference to the GGSN assigning one of a public IP address or a private IP**

**address to the mobile terminal in response to the Create PDP Context Request**

**message and for reference to sending a Create PDP Context Response message**

**from the GGSN to the SGSN containing information assigning the address).**

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting either a private network address or a public network

address. Bertrand et al. also does not disclose that the public network address or

private network address is assigned based on the information contained in the APN field

of the Create PDP Context Request message.

   **With respect to claim 31,** Bertrand et al. discloses a method **(See column 4**

**lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for**

**dynamically allocating IP addresses to mobile terminals in a GPRS network).**

Bertrand et al. also discloses receiving a Create PDP Context Request message from a

SGSN at a BG **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request message to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request).** Bertrand et

al. further discloses assigning one of a private network address and a public network

Application/Control Number:                                    Page 5
10/017,398
Art Unit: 2616

address to the mobile station and sending a Create PDP Context Response message

form the BG to the SGSN containing the information assigning the address **(See the**

**abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS**

**assigning one of a public IP address or a private IP address to the mobile**

**terminal in response to the Create PDP Context Request message and for**

**reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting either a private network address or a public network

address.  Bertrand et al. also does not disclose that the public network address or

private network address is assigned based on the information contained in the APN field

of the Create PDP Context Request message.

     **With respect to claim 39**, Bertrand et al. discloses a method **(See column 4**

**lines 31-37 and Figure 1 of Bertrand et al. for reference to a method for**

**dynamically allocating IP addresses to mobile terminals in a GPRS network)**.

Bertrand et al. also discloses receiving an Activate PDP Context Request message at a

SGSN from a mobile station **(See column 5 lines 4-15 and Figure 1 of Bertrand et al.**

**for reference to a mobile terminal (MT), which is a mobile station, sending an**

**Activate PDP Context Request message to a SGSN)**.  Bertrand et al. further

discloses sending an Activate PDP Context Accept message to the mobile station

containing information assigning an address to the mobile station **(See column 5 lines**

Application/Control Number:                                    Page 6
10/017,398
Art Unit: 2616

**52-67 of Bertrand et al. for reference to the SGSN providing the assigned IP**

**address to the mobile terminal using an Activate PDP Context Accept message).**

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting either a private network address or a public network

address. Bertrand et al. also does not disclose that the public network address or

private network address is assigned based on the information contained in the APN field

of the Create PDP Context Request message.

      **With respect to claims 9 and 41**, Bertrand et al. discloses sending a Create

PDP Context Request message form the SGSN to a GGSN **(See column 5 lines 4-15**

**and Figure 1 of Bertrand et al. for reference to the SGSN sending a Create PDP**

**Context Request message to a GGSN in response to the SGSN receiving the**

**Activate PDP Context Request).** Bertrand et al. also discloses receiving a Create

PDP Context Response message from the GGSN containing information assigning an

address **(See the abstract and column 5 lines 16-67 of Bertrand et al. for reference**

**to sending a Create PDP Context Response message from the GGSN to the SGSN**

**containing information assigning the address)**. Bertrand et al. does not disclose that

the Activate PDP Context Request message and the Create PDP Context Request

message have an APN field containing information that explicitly indicates requesting

either a private network address or a public network address. Bertrand et al. also does

not disclose that the public network address or private network address is assigned

Application/Control Number:                                    Page 7
10/017,398
Art Unit: 2616

based on the information contained in the APN field of the Create PDP Context Request

message.

**With respect to claim 10**, Bertrand et al. further discloses the SGSN sending a

Create PDP Context Request message to a Gateway GPRS Support Node (GGSN) in

response to the Activate PDP Context Request **(See column 5 lines 4-15 and Figure 1**

**of Bertrand et al. for reference to the SGSN sending a Create PDP Context**

**Request message to a GGSN in response to the SGSN receiving the Activate PDP**

**Context Request)**.  Bertrand et al. also discloses the GGSN assigning one of a private

network address and a public network address to the mobile station in response to the

Create PDP Context Request message and sending a Create PDP Context Response

message from the GGSN to the SGSN containing the information assigning the address

to the mobile station **(See the abstract and column 5 lines 16-67 of Bertrand et al.**

**for reference to the GGSN assigning one of a public IP address or a private IP**

**address to the mobile terminal in response to the Create PDP Context Request**

**message and for reference to sending a Create PDP Context Response message**

**from the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting either a private network address or a public network

address.  Bertrand et al. also does not disclose that the public network address or

private network address is assigned based on the information contained in the APN field

of the Create PDP Context Request message.

Application/Control Number:                                    Page 8
10/017,398
Art Unit: 2616

**With respect to claims 11 and 42,** Bertrand et al. discloses the SGSN sending

a Create PDP Context Request message to a Border Gateway (BG) in response to the

Activate PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et**

**al. for reference to the SGSN sending a Create PDP Context Request messages to**

**a GGSN that forwards the message to a Radius server (RS), which is a BG, in**

**response to the SGSN receiving the Activate PDP Context Request).**  Bertrand et

al. also discloses sending a Create PDP Context Response message from the BG to

the SGSN containing the information assigning the address to the mobile station **(See**

**the abstract and column 5 lines 16-67 of Bertrand et al. for reference to sending a**

**Create PDP Context Response message from the RS through the GGSN to the**

**SGSN containing information assigning the address).** Bertrand et al. does not

disclose that the Activate PDP Context Request message and the Create PDP Context

Request message have an APN field containing information that explicitly indicates

requesting either a private network address or a public network address.  Bertrand et al.

also does not disclose that the public network address or private network address is

assigned based on the information contained in the APN field of the Create PDP

Context Request message.

**With respect to claim 12,** Bertrand et al. discloses the SGSN sending a Create

PDP Context Request message to a Border Gateway (BG) in response to the Activate

PDP Context Request **(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for**

**reference to the SGSN sending a Create PDP Context Request messages to a**

**GGSN that forwards the message to a Radius server (RS), which is a BG, in**

Application/Control Number:                                    Page 9
10/017,398
Art Unit: 2616

**response to the SGSN receiving the Activate PDP Context Request)**.  Bertrand et

al. also discloses the BG assigning one of a private network address and a public

network address to the mobile station in response to the Create PDP Context Request

message and sending a Create PDP Context Response message from the BG to the

SGSN containing the information assigning the address to the mobile station **(See the

abstract and column 5 lines 16-67 of Bertrand et al. for reference to the RS

assigning one of a public IP address or a private IP address to the mobile

terminal in response to the Create PDP Context Request message and for

reference to sending a Create PDP Context Response message from the RS

through the GGSN to the SGSN containing information assigning the address)**.

Bertrand et al. does not disclose that the Activate PDP Context Request message and

the Create PDP Context Request message have an APN field containing information

that explicitly indicates requesting either a private network address or a public network

address.  Bertrand et al. also does not disclose that the public network address or

private network address is assigned based on the information contained in the APN field

of the Create PDP Context Request message.

      **With respect to claim 14,** Bertrand et al. does not disclose that the Activate

PDP Context Accept message contains address assignment information based on the

information contained in the APN field of the Activate PDP Context Request message.

      **With respect to claim 46**, Bertrand et al. does not disclose that the information

comprises one or more parameters that explicitly indicate requesting either a private

network address or address to be assigned to the mobile station.

Application/Control Number:                                              Page 10
10/017,398
Art Unit: 2616

**With respect to claim 51**, Bertrand et al. discloses a system comprising an

SGSN configured to send a Create PDP Context Request to a GGSN of a network **(See**

**column 5 lines 4-15 and Figure 1 of Bertrand et al. for reference to an SGSN**

**sending a Create PDP Context Request message to a GGSN in response to the**

**SGSN receiving the Activate PDP Context Request)**.  Bertrand et al. also discloses a

GGSN configured to send the Create PDP Context Request message to a BG **See**

**column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the GGSN**

**forwarding the Create PDP Context Request message to a Radius server (RS),**

**which is a BG)**.  Bertrand et al. further discloses sending a Create PDP Context

Response message containing the information assigning the address to the mobile

station from the BG to the GGSN and from the GGSN to the SGSN **(See the abstract**

**and column 5 lines 16-67 of Bertrand et al. for reference to sending a Create PDP**

**Context Response message from the RS through the GGSN to the SGSN**

**containing information assigning the address)**.  Bertrand et al. does not disclose

that the Activate PDP Context Request message and the Create PDP Context Request

message have an APN field containing information that explicitly indicates requesting

either a private network address or a public network address.  Bertrand et al. also does

not disclose that the public network address or private network address is assigned

based on the information contained in the APN field of the Create PDP Context Request

message.

**With respect to claims 8-12, 14, 28, 31, 32, 39-42, 46-49, and 51**, Takeda et

al., in the field of communications, discloses an Activate PDP Context Request

Application/Control Number:                                    Page 11
10/017,398
Art Unit: 2616

message and a Create PDP Context Request message that have an APN field

containing information that explicitly indicates requesting either a private network

address or a public network address to be assigned to a mobile station (**See pages 2-3**

**paragraphs 26-27, page 5 paragraphs 71-72, pages 5-6 and 89-97, and Figure 5 of**

**Takeda et al. for reference to an Activate PDP Context Request message and a**

**Create PDP Context Request message that have an APN field containing**

**information identifying a destination network gateway node, which is information**

**explicitly indicating requesting either a private network address or a public**

**network address since the destination network gateway is inherently either**

**located within the private network of the mobile or a public network meaning the**

**request is explicitly for the type of address needed to reach the destination node).**

Using an Activate PDP Context Request message and a Create PDP Context Request

message that have an APN field containing information relating to a request for an

address has the advantage of allowing address assignment to be based on the

destination network that a mobile station is requesting to communicate with.

It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Takeda et al., to combine using an Activate

PDP Context Request message and a Create PDP Context Request message that have

an APN field containing information relating to a request for an address, as suggested

by Takeda et al., with the system and method of Bertrand et al., with the motivation

being to allow address assignment to be based on the destination network that a mobile

station is requesting to communicate with.

Application/Control Number:                                              Page 12
10/017,398
Art Unit: 2616

**With respect to claims 8-12, 14, 28, 31, 32, 39-42, 46-49, and 51**, Although

Takeda et al. discloses using an APN field identifying the destination network that a

mobile station wishes to communicate, the combination of Bertrand et al., and Takeda

et al. does not disclose using destination network information to assigned one of a

private network address and a public network address to the mobile station.  Applicant's

admitted prior art discloses using destination network information to assign one of a

private network address and a public network address to a mobile station as implicitly

indicated by the destination network information **(See page 4 paragraph 8 of the**

**Applicant's specification for reference to using information about which domain,**

**or network, a host, or mobile station, is to be in communication with in order to**

**determine whether to assign a private IP address or a public IP address)**.  Using

destination network information to assign one of a private network address and a public

network address to a mobile station has the advantage of allowing a limited pool of

public IP addresses to be assigned to mobile stations only when absolutely needed.

It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the Applicant's admitted prior art, to combine using

destination network information to assign one of a private network address and a public

network address to a mobile station, as suggested by the Applicant's admitted prior art,

with the system and method of Bertrand et al. and Takeda et al., with the motivation

being to allow a limited pool of public IP addresses to be assigned to mobile stations

only when absolutely needed.

Application/Control Number:                                    Page 13
10/017,398
Art Unit: 2616

    **With respect to claim 13**, Bertrand et al. discloses sending the Create PDP

Context Request message form the SGSN to a GGSN and from the GGSN to the BG

**(See column 5 lines 5-67 and Figure 1 of Bertrand et al. for reference to the SGSN**

**sending a Create PDP Context Request messages to a GGSN that forwards the**

**message to a Radius server (RS), which is a BG, in response to the SGSN**

**receiving the Activate PDP Context Request)**.  Bertrand et al. also discloses

receiving the Create PDP Context Response message at the GGSN from the BG and at

the SGSN from the GGSN **(See the abstract and column 5 lines 16-67 of Bertrand et**

**al. for reference to sending a Create PDP Context Response message from the RS**

**through the GGSN to the SGSN containing information assigning the address)**.

    **With respect to claims 35, 43, and 50**, Bertrand et al. discloses that address is

one of an IPv4 or IPv6 network address **(See column 3 lines 2-11 of Bertrand et al.**

**for reference to assigned addresses being IP addresses, which at the time of the**

**invention, are in the form of IPv4 or IPv6 network addresses)**.

    **With respect to claims 36 and 44**, Bertrand et al. discloses that the network is a

GPRS communications network **(See column 1 liens 7-11 for reference to the**

**system being a GPRS communications system)**.


4.      Claims 37 and 45 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Bertrand et al., in view of Takeda et al., and Applicant's admitted prior art as

applied to claims 1-6, 8-18, 20-26, 28-29, 31-36, and 39 above, and further in view of

Boudreaux (U.S. Pat. 6466556 B1).

Application/Control Number:                                    Page 14
10/017,398
Art Unit: 2616

**With respect to claims 37 and 45**, the combination of Bertrand et al., Takeda et

al., and Applicant's admitted prior art does not disclose using a Universal Mobile

Telecommunications System.

**With respect to claims 37 and 45**, Boudreaux, in the field of communications

discloses using a Universal Mobile Telecommunications System **(See column 1 lines**

**48-61 of Boudreaux for reference to using a Universal Mobile**

**Telecommunications System)**. Using a Universal Mobile Telecommunications

System has the advantage of using a widely accepted and used communication system

architecture.

It would have been obvious for one of ordinary skill in the art at the time of the

invention, when presented with the work of Boudreaux, to combine using a Universal

Mobile Telecommunications System, as suggested by Boudreaux, with the system and

method of Bertrand et al., Takeda et al., and Applicant's admitted prior art, with the

motivation being to use a widely accepted and used communication system

architecture.

## *Response to Arguments*

5.      Applicant's arguments filed 12/12/07 have been fully considered but they are not

persuasive.

In response to Applicant's argument that the combination of Bertrand et al.,

Takeda et al., and the Applicant's admitted prior art, does not render obvious the claim

Application/Control Number:                                    Page 15
10/017,398
Art Unit: 2616

limitation stating, "the Activate PDP Context Request message having an APN field

containing information that explicitly indicates requesting either a private network

address or a public network address be assigned to the mobile station", the Examiner

respectfully disagrees.  First, it is noted that the above quoted limitation is broader than

the Applicant argues.  It appears the Applicant believes the above quoted limitation to

be equivalent to a limitation requiring the APN field to have information that explicitly

states that a private network address is requested instead of a public network address

or to have information that explicitly states that a public network address is requested

instead of a private network address; however, the Examiner disagrees with this narrow

interpretation of the claim limitation.  Since an address must be either a public address

or a private address, any APN field information that requests an address does explicitly

indicate requesting either a private network address or a public network address, as

claimed.  As shown in the rejections above, Takeda et al. discloses an Activate PDP

Context Request message that has an APN field containing information that indicates

requesting an address to be assigned to a mobile station (See pages 2-3 paragraphs

26-27, page 5 paragraphs 71-72, pages 5-6 and 89-97, and Figure 5 of Takeda et al. for

reference to an Activate PDP Context Request message that has an APN field

containing information requesting an address for a mobile terminal if no address is

allocated to the mobile terminal).  The address being requested in Takeda et al. must be

either a public network address or a private network address, thus, the APN field

information of Takeda et al. does explicitly indicate requesting either a private network

address or a public network address be assigned to the mobile station, as claimed.  It is

Application/Control Number:                                Page 16
10/017,398
Art Unit: 2616

recommended that the above quoted limitation be amended in the claims such that it is

more in line with the interpretation argued by the Applicant.  If there is any confusion as

to how the current limitation is being interpreted by the Examiner, please call the

Examiner at the telephone number listed below, in order to clear up this confusion.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Jason E. Mattis whose telephone number is (571) 272-

3154.  The examiner can normally be reached on M-F 8AM-5:30PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Huy Vu can be reached on (571) 272-3155.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 10/017,398                                           Page 17
Art Unit: 2616

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Jason E Mattis
Examiner
Art Unit 2616

jem

## Index of Claims

| | |
|---|---|
| **Application/Control No.** | **Applicant(s)/Patent under Reexamination** |
| 10/017,398 | SENGODAN, SENTHIL |
| **Examiner** | **Art Unit** |
| Jason E. Mattis | 2616 |

| | | | |
|---|---|---|---|
| √ Rejected | – (Through numeral) Cancelled | N Non-Elected | A Appeal |
| = Allowed | ÷ Restricted | I Interference | O Objected |

| Final | Original | 2/19/08 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | √ | | | | | | | |
| | 9 | √ | | | | | | | |
| | 10 | √ | | | | | | | |
| | 11 | √ | | | | | | | |
| | 12 | √ | | | | | | | |
| | 13 | √ | | | | | | | |
| | 14 | √ | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | √ | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | √ | | | | | | | |
| | 32 | √ | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | √ | | | | | | | |
| | 36 | √ | | | | | | | |
| | 37 | √ | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | √ | | | | | | | |
| | 40 | √ | | | | | | | |
| | 41 | √ | | | | | | | |
| | 42 | √ | | | | | | | |
| | 43 | √ | | | | | | | |
| | 44 | √ | | | | | | | |
| | 45 | √ | | | | | | | |
| | 46 | √ | | | | | | | |
| | 47 | √ | | | | | | | |
| | 48 | √ | | | | | | | |
| | 49 | √ | | | | | | | |
| | 50 | √ | | | | | | | |

| Final | Original | 2/19/08 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | √ | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

| Final | Original | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 101 | | | | | | | | |
| | 102 | | | | | | | | |
| | 103 | | | | | | | | |
| | 104 | | | | | | | | |
| | 105 | | | | | | | | |
| | 106 | | | | | | | | |
| | 107 | | | | | | | | |
| | 108 | | | | | | | | |
| | 109 | | | | | | | | |
| | 110 | | | | | | | | |
| | 111 | | | | | | | | |
| | 112 | | | | | | | | |
| | 113 | | | | | | | | |
| | 114 | | | | | | | | |
| | 115 | | | | | | | | |
| | 116 | | | | | | | | |
| | 117 | | | | | | | | |
| | 118 | | | | | | | | |
| | 119 | | | | | | | | |
| | 120 | | | | | | | | |
| | 121 | | | | | | | | |
| | 122 | | | | | | | | |
| | 123 | | | | | | | | |
| | 124 | | | | | | | | |
| | 125 | | | | | | | | |
| | 126 | | | | | | | | |
| | 127 | | | | | | | | |
| | 128 | | | | | | | | |
| | 129 | | | | | | | | |
| | 130 | | | | | | | | |
| | 131 | | | | | | | | |
| | 132 | | | | | | | | |
| | 133 | | | | | | | | |
| | 134 | | | | | | | | |
| | 135 | | | | | | | | |
| | 136 | | | | | | | | |
| | 137 | | | | | | | | |
| | 138 | | | | | | | | |
| | 139 | | | | | | | | |
| | 140 | | | | | | | | |
| | 141 | | | | | | | | |
| | 142 | | | | | | | | |
| | 143 | | | | | | | | |
| | 144 | | | | | | | | |
| | 145 | | | | | | | | |
| | 146 | | | | | | | | |
| | 147 | | | | | | | | |
| | 148 | | | | | | | | |
| | 149 | | | | | | | | |
| | 150 | | | | | | | | |

Part of Paper No.  20080219

| Search Notes | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | Examiner | Art Unit |
| | Jason E. Mattis | 2616 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| Updated text search of previous areas | 2/19/2008 | JM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

(Attorney Docket No. 005288.00014)

| | |
|---|---|
| In re U.S. Patent Application of )<br>    Senthil SENGODAN )<br>)<br>Application No. 10/017,398 )<br>)<br>Filed:  December 18, 2001 )<br>)<br>For:   Method  and  Apparatus  for  Address )<br>Allocation   in   GPRS   Networks   That )<br>Facilitates End-To-End Security )  | Art Unit: 2616<br><br>Examiner:  Mattis, Jason E.<br><br>Confirmation No. 8170 |

## PRE-APPEAL BRIEF REQUEST FOR REVIEW

**Box Appeal Briefs - Patents**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-14501

Applicant respectfully requests review of the non-final rejections in the above-identified application.  No amendments are being filed with this request.  The review is requested for the reasons stated in the below remarks.  If any fees are required or if an overpayment is made, the Commissioner is authorized to debit or credit our Deposit Account No. 19-0733, accordingly.

*Remarks*

Having received and reviewed the Office Action (02-27-08), and since the claims have been twice rejected, Applicant files this pre-appeal brief in accordance with 37 CFR 41.31(a), and respectfully submits that the standing rejections are based on one or more clear errors, and that the appeal process can be avoided through a pre-appeal brief review as set forth in the Official Gazette notice of July 12, 2005.

The specific errors relied upon in this Request for Review include the following:

- The pending 35 U.S.C. §103(a) rejections fail to address all the claim limitations; and

- The Bertrand reference (U.S. Publ. No. 6,687,252), the Takeda reference (U.S. Publication US 2001/0048686 A1), and the alleged Applicant's admitted prior art

(AAPA) fails to disclose the subject matter of the rejected claims 8-14, 28, 31, 32, 35, 36 and 39-51 (sic, 39-44 and 46-51).

- The Bertrand reference (U.S. Publ. No. 6,687,252), the Takeda reference (U.S. Publication US 2001/0048686 A1), and the alleged Applicant's admitted prior art (AAPA) as applied to 1-6, 8-18, 20-26, 28-29, 31-36, and 39, and further in view of Boudreaux (US Patent No. 6,466,556) fail to disclose the subject matter of the rejected claims 37 and 45.

**The Office Action Has Not Addressed All Features of Applicant's Claims in the Rejections Under 35 USC §103(a)**

Claims 8-14, 28, 31, 32, 35, 36 and 39-51 (sic, 39-44, and 46-51) were rejected under 35 USC §103(a) as being unpatentable over Bertrand reference (U.S. Publ. No. 6,687,252), the Takeda reference (U.S. Publication US 2001/0048686 A1), and the alleged Applicant's admitted prior art (AAPA).

Independent claim 8 substantively recites: "A method comprising: receiving an Activate Packet Data Protocol (PDP) Context Request message at a Serving General Packet Radio System (GPRS) Support Node (SGSN) of a network from a mobile station of the network, <u>the Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting either a private network address or a public network address to be assigned to the mobile station</u>; and sending an Activate PDP Context Accept message to the mobile station containing information assigning one of a private network address and a public network address to the mobile station based on the information contained in the APN field of the Activate PDP Context Request message."

Independent claims 28, 31, 32, 40, 47, 48, and 51 substantively recite features including either an "<u>Activate</u>" or a "<u>Create PDP Context Request message having an APN field containing information that explicitly indicates requesting either a private network address or a public network address to be assigned to a [or "the"] mobile station</u>" of a network.

Regarding independent claims 8, 28, 31, 32, 40, 47, 48, and 51, the Office Action has ignored the words "explicitly indicates requesting either a private network address or a public

Banner & Witcoff, Ltd.                                -2-
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

network address <u>to be assigned to the mobile station</u>." As recognized in the Office Action, Bertrand et al. does not disclose an Activate PDP Context Request message and a Create PDP Context Request message having an APN field containing information that explicitly indicates requesting one of a private network address and a public network address. As also recognized in the Office Action, Bertrand et al. does not disclose that a public network address or private network address is assigned based on the information contained in an APN field of a Create PDP Context Request message. As recognized in the Office Action, the proposed combination of Bertrand et al. and Takeda et al. does not disclose using destination network information to assign one of a private network address and a public network address to a mobile station.

Bertrand et al. requires a Network Address Translator (NAT) when a Radius server fails to provide an IP address to a mobile terminal using a procedure that calls for a new parameter called a Conditional PDP Address (CPA) parameter being stored in the MT's Home Location Register (HLR) as part of the user subscriber data. According the Bertrand et al., the CPA parameter indicates whether the subscriber is entitled to a backup IP address in case of failure to obtain one over the Gi interface, and if so, it is also used to determine whether the backup IP address is a private IP address or a public IP address. According to Bertrand et al., if the backup IP address is a private IP address, **a NAT is required** as part of the GGSN's Gi interface router. See Bertrand et al. at Col. 6, lines 1-20, emphasis added. The pending claims provide methods and apparatus that avoid the requirement of a NAT, and thus avoid the shortcomings associated with a NAT-based approach.

In addition, Takeda et al. does not teach features alleged in the Office Action. More specifically, none of the cited passages in Takeda teach that the node identified in the APN (the address thereof) would explicitly (or implicitly) be equivalent to requesting a private or public network address to be assigned to a mobile station. For example, the Office Action cites to paragraphs 26-27 of Takeda et al., however reading onward, paragraphs 28-29 reveal that the process in Takeda returns to the mobile node **the IP address of the gateway node**, and not an address assigned to the mobile station itself (as recited in the present claims). Similarly are cited paragraphs 71-72 of Takeda et al., and further therein in paragraph 74 Takeda et al. teaches that the GGSN sends its own IP address to the mobile station, not an address assigned to the mobile station by which the mobile station could be reached. Similarly, the cited paragraphs 89-97 and Figure 5 of Takeda et al. fail to teach that either a private network address or a public network

address would be assigned to the mobile station based on information contained in the APN field.

While Takeda et al. discloses at paragraph 94 that if no IP address is allocated to the mobile terminal, an IP address allocation procedure is indicated to the mobile terminal, and that for IP address allocation, the IPv6-compatible DHCP is used for example, **there is no indication** in Takeda that such IP address allocation involves an APN field containing information that explicitly indicates requesting either a private network address or a public network address to be assigned to the mobile station. As recognized in the Office Action (at page 12), Takeda does not disclose using destination network information to assigned (sic, assign) one of a private network address and a public network address to the mobile station. The proposed combination of Bertrand et al. and Takeda et a., even if proper, does not result in the claimed invention.

It is respectfully submitted that Applicant's specification does not contain any "AAPA" that precludes allowance of the pending claims. That the operation of Realm Specific IP (RSIP) is described in the background of the invention (*see* paragraphs [0007]-[0012], and Fig. 2 of the present application) does not change the fact that at the time of the present invention, the General Packet Radio System (GPRS) standard <u>did not</u> specify whether private or public IP addresses are assigned to a requesting MS, <u>and</u> that standardization is not an issue because at that time a NAT was used a PLMN boundary when private IP addresses were used. *See* paragraph [0013]-[0017] of the present application. The "AAPA" in para. [0008] just discusses the concepts of public and private addresses, and a NAT. It is silent on allocating a private or public address based on an identity of a destination host. If the Office Action was correct, the NAT would not need to be used in para. [0008].

The pending independent claims in the application claim an "APN field containing information that explicitly indicates requesting either a private network address or a public network address to be assigned to [the/a] mobile station." Neither Bertrand et al. or Takeda et al. or alleged AAPA in Applicant's specification, either separately or in combination, teaches or suggests such a feature. Nor does Boudreaux. Neither Bertrand et al., nor Takeda et al., nor alleged AAPA in Applicant's specification provides any independent motivation or suggestion to combine the use of APNs with the assignment of network addresses in the manner claimed by the Applicant. Nor does Boudreaux.

There is no suggestion to combine Bertrand et al., Takeda et al., and alleged AAPA, or that proposed combination with Boudreaux, as advanced in the Office Action, except using

Applicant's invention as a template through a hindsight reconstruction of Applicant's claims. "[R]ejections on obviousness grounds cannot be sustained by mere conclusory statements; instead, there must be some articulated reasoning with some rationale underpinning to support the legal conclusion of obviousness." *In re Kahn*, 431 F.3d 977, 988 (Fed. Cir. 2006), cited with approval in *KSR v. Teleflex*, 550 U.S.___, 82 U.S.P.Q.2d 1385, 1396 (2007). The Office Action does not provide articulated reasoning with some rationale underpinning to support the legal conclusion of obviousness.

In sum, the pending independent claims are each patentable over the cited art. The pending dependent claims are patentable over the cited art for at least the same reasons as independent claims from which they depend and for the additional features recited therein. The Applicant respectfully requests reconsideration and withdrawal of the 35 U.S.C. §103(a) rejection.

## CONCLUSION

While Applicant believes the above points represent the clearest errors made by the Office, Applicant reserves the right to appeal on other bases and errors should the appeal of this case proceed after the Office's consideration of this paper. All issues having been addressed, Applicant respectfully submits that the instant application is in condition for allowance, and respectfully solicits prompt notification of the same. However, if for any reason the review panel believes the application is not in condition for allowance or there are any questions, the review panel is invited to contact the undersigned at (312) 463-5405.

Respectfully submitted,

Dated: April 9, 2008

By:_____
Robert H. Resis
Registration No. 32,168
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606

Doc Code: AP.PRE.REQ

PTO/SB/33 (07-05)
Approved for use through xx/xx/200x. OMB 0651-00xx
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PRE-APPEAL BRIEF REQUEST FOR REVIEW | Docket Number (Optional) 005288.00014 | |
|---|---|---|

| I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to "Mail Stop AF, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] | Application Number 10/017,398 | Filed 12/18/2001 |
|---|---|---|
| On _____ <br><br> Signature _____ | First Named Inventor <br> Senthil Sengodan | |
| Typed or printed name _____ | Art Unit <br> 2616 | Examiner <br> Mattis, Jason E. |

Applicant requests review of the final rejection in the above-identified application. No amendments are being filed with this request.

This request is being filed with a notice of appeal.

The review is requested for the reason(s) stated on the attached sheet(s).
        Note: No more than five (5) pages may be provided.

I am the

☐ applicant/inventor.

☐ assignee of record of the entire interest.
See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed.
(Form PTO/SB/96)

☒ attorney or agent of record.
Registration number 32,168 _____.

☐ attorney or agent acting under 37 CFR 1.34.

Registration number if acting under 37 CFR 1.34 _____.

_____
Signature

Robert H. Resis
Typed or printed name

(312) 463-5000
Telephone number

04/09/2008
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required.
Submit multiple forms if more than one signature is required, see below*.

☒ *Total of 1 _____ forms are submitted.

This collection of information is required by 35 U.S.C. 132. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11, 1.14 and 41.6. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop AF, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/31 (04-07)
Approved for use through 03/31/07. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **NOTICE OF APPEAL** FROM THE EXAMINER TO THE BOARD OF PATENT APPEALS AND INTERFERENCES | Docket Number (Optional) 005288.00014 |
|---|---|

| I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] on _____<br><br>Signature _____<br><br>Typed or printed name _____ | In re Application of<br>**Senthil Sengodan** |
|  | Application Number: 10/017,398 \| Filed: 12/18/2001 |
|  | For Method and Apparatus for Address Allocation in GPRS Networks That Facilitates End-to-End Security |
|  | Art Unit: 2616 \| Examiner: Mattis, Jason E. |

Applicant hereby **appeals** to the Board of Patent Appeals and Interferences from the last decision of the examiner.

The fee for this Notice of Appeal is (37 CFR 41.20(b)(1))  $ <u>510.00</u>

☐ Applicant claims small entity status. See 37 CFR 1.27. Therefore, the fee shown above is reduced by half, and the resulting fee is:  $ _____

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account. I have enclosed a duplicate copy of this sheet.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No. **19-0733**. I have enclosed a duplicate copy of this sheet.

☐ A petition for an extension of time under 37 CFR 1.136(a) (PTO/SB/22) is enclosed.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☐ applicant/inventor.

☐ assignee of record of the entire interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

☒ attorney or agent of record. Registration number 32,168

☐ attorney or agent acting under 37 CFR 1.34. Registration number if acting under 37 CFR 1.34. _____

Signature

Robert H. Resis
Typed or printed name

(312) 463-5000
Telephone number

04/09/2008
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☒ *Total of <u>1</u> forms are submitted.

This collection of information is required by 37 CFR 41.31. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11, 1.14 and 41.6. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10017398 |
| **Filing Date:** | 18-Dec-2001 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| First Named Inventor/Applicant Name: | Senthil Sengodan |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Attorney Docket Number:** | 005288.00014 |

Filed as Large Entity

## Utility     Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Notice of appeal | 1401 | 1 | 510 | 510 |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **510** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3127773 |
| **Application Number:** | 10017398 |
| **International Application Number:** | |
| **Confirmation Number:** | 8170 |
| **Title of Invention:** | Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security |
| **First Named Inventor/Applicant Name:** | Senthil  Sengodan |
| **Customer Number:** | 22907 |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Filer Authorized By:** | Robert H. Resis |
| **Attorney Docket Number:** | 005288.00014 |
| **Receipt Date:** | 09-APR-2008 |
| **Filing Date:** | 18-DEC-2001 |
| **Time Stamp:** | 17:16:00 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $510 |
| RAM confirmation Number | 2457 |
| Deposit Account | 190733 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

      Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

      Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Pre-Brief Conference request | PreAppeal14.pdf | 448757 8276d9de90bd6f736dcd659a3a2462a7 200e468a | no | 6 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Notice of Appeal Filed | NoticeAppeal14.pdf | 93027 31ce1fc4c07e8ef8b6584f49e02bee998 4797102 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Fee Worksheet (PTO-06) | fee-info.pdf | 8186 1f0ac593cc8bef6f692ce083e1b500b4f37 cc4d8e | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 549970 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22907        7590        06/10/2008
BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/10/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| ***Application Number*** | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | FIRMIN BACKER | Art Unit |
| | | 2616 |

**Document Code - AP.PRE.DEC**

# Notice of Panel Decision from Pre-Appeal Brief Review

This is in response to the Pre-Appeal Brief Request for Review filed <u>April 9th, 2008</u>.

1. ☐ **Improper Request** – The Request is improper and a conference will not be held for the following reason(s):

    ☐ The Notice of Appeal has not been filed concurrent with the Pre-Appeal Brief Request.
    ☐ The request does not include reasons why a review is appropriate.
    ☐ A proposed amendment is included with the Pre-Appeal Brief request.
    ☐ Other:

The time period for filing a response continues to run from the receipt date of the Notice of Appeal or from the mail date of the last Office communication, if no Notice of Appeal has been received.

2. ☐ **Proceed to Board of Patent Appeals and Interferences** – A Pre-Appeal Brief conference has been held. The application remains under appeal because there is at least one actual issue for appeal. Applicant is required to submit an appeal brief in accordance with 37 CFR 41.37. The time period for filing an appeal brief will be reset to be one month from mailing this decision, or the balance of the two-month time period running from the receipt of the notice of appeal, whichever is greater. Further, the time period for filing of the appeal brief is extendible under 37 CFR 1.136 based upon the mail date of this decision or the receipt date of the notice of appeal, as applicable.

    ☐ The panel has determined the status of the claim(s) is as follows:
Claim(s) allowed: _____.
Claim(s) objected to: _____.
Claim(s) rejected: _____.
Claim(s) withdrawn from consideration: _____.

3. ☐ **Allowable application** – A conference has been held. The rejection is withdrawn and a Notice of Allowance will be mailed. Prosecution on the merits remains closed. No further action is required by applicant at this time.

4. ☒ **Reopen Prosecution** – A conference has been held. The rejection is withdrawn and a new Office action will be mailed. No further action is required by applicant at this time.

All participants:

(1) *FIRMIN BACKER*. *F.B.*     (3)_____.

(2) *Jason Matis*.     (4)_____.

U.S. Patent and Trademark Office

Part of Paper No.  20080528



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

22907          7590          08/21/2008

BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

| EXAMINER |
| --- |
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2616 | |

DATE MAILED: 08/21/2008

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 11/21/2008 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** _Mail_  **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or _Fax_  (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

22907        7590        08/21/2008

BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 11/21/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MATTIS, JASON E | 2616 | 370-395300 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.         ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____         Date _____

Typed or printed name _____         Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.         OMB 0651-0033         U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

22907      7590      08/21/2008

BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

| EXAMINER |
|---|
| MATTIS, JASON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

DATE MAILED: 08/21/2008

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 994 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 994 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702.  Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/017,398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** | |
| | JASON E. MATTIS | 2616 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the Pre-Brief Request filed 4/9/08*.

2. ☒ The allowed claim(s) is/are *8-14, 28, 31, 32, 35-37, and 39-51 renumbered as claims 1-7, 9-14, 8, and 15-26 respectively*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☒ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/FIRMIN BACKER/
Supervisory Patent Examiner, Art Unit 2616

Application/Control Number: 10/017,398                                            Page 2
Art Unit: 2616

## DETAILED ACTION

1.      This Office Action is in response to the Pre-Brief Conference Request filed

4/9/08.  Claims 8-14, 28, 31, 32, 35-37, and 39-51 are currently pending in the

application.

## EXAMINER'S AMENDMENT

2.      An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

The application has been amended as follows:

**IN THE CLAIMS**:

In line 4 of claim 8, the phrase "(Access Point Name)" has been inserted between

the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"

In line 5 of claim 28, the phrase "(Access Point Name)" has been inserted

between the words "APN" and "filed" such that this section now reads as follows:

Application/Control Number: 10/017,398                                      Page 3
Art Unit: 2616

"…APN (Access Point Name) field …"


In line 4 of claim 31, the phrase "(Access Point Name)" has been inserted between the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"


In line 4 of claim 32, the phrase "(Access Point Name)" has been inserted between the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"


In line 4 of claim 40, the phrase "(Access Point Name)" has been inserted between the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"


In line 5 of claim 47, the phrase "(Access Point Name)" has been inserted between the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"


In line 5 of claim 48, the phrase "(Access Point Name)" has been inserted between the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"

Application/Control Number: 10/017,398                                    Page 4
Art Unit: 2616

In line 5 of claim 49, the phrase "(Access Point Name)" has been inserted between the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"


In line 5 of claim 51, the phrase "(Access Point Name)" has been inserted between the words "APN" and "filed" such that this section now reads as follows:

"…APN (Access Point Name) field …"


### *Allowable Subject Matter*


3.      Claims 8-14, 28, 31, 32, 35-37, and 39-51 are allowed.


4.      The following is a statement of reasons for the indication of allowable subject matter:  Independent claims 8, 28, 31, 32, 40, 47, 48, 49, and 51 are allowable since none of the prior art of record discloses or renders obvious the limitations regarding sending or receiving an Activate PDP Context Request message having an APN field containing information that explicitly indicates requesting either a private or a public network address and assigning an address based on the information contained in the APN field.  The closest prior art of record, Bertrand et al. (U.S. Pat. 6687252 B1), discloses assigning an address in response to an Activate PDP Context Request message having an APN field, but the APN field does not have any information explicitly indicating a public or private address, as claimed.

Application/Control Number: 10/017,398                                    Page 5
Art Unit: 2616

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JASON E. MATTIS whose telephone number is (571)272-3154.  The examiner can normally be reached on M-F 8AM-5:30PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Firmin Backer can be reached on (571)272-6703.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

JEM

/FIRMIN  BACKER/
Supervisory Patent Examiner, Art Unit 2616



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 8170**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | 370 | 2616 | 005288.00014 |
| | **RULE** | | | |

**APPLICANTS**
  Senthil Sengodan, Burlington, MA;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***     none  /JM/  7/10/06

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***
  01/17/2002

| Foreign Priority claimed ☐ Yes ☑ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☐ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged  /JASON E MATTIS/   Examiner's Signature | Initials | MA | 6 | 38 | 7 |

**ADDRESS**

  BANNER & WITCOFF, LTD.
  1100 13th STREET, N.W.
  SUITE 1200
  WASHINGTON, DC 20005-4051
  UNITED STATES

**TITLE**

  Method and apparatus for address allocation in GPRS networks that facilitates end-to-end security

| FILING FEE RECEIVED<br>1800 | FEES: Authority has been given in Paper<br>No._____ to charge/credit DEPOSIT ACCOUNT<br>No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10017398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** |
| | JASON E MATTIS | 2616 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | |
|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | **NON-CLAIMED** | |
| 370 | 395.3 | H 0 4 L | 12 / 28 (2006.01.01) | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|
| 370 | 349 | 474 | | | |

| /Jason Mattis/ | 8/12/08 | | **Total Claims Allowed:** | |
|---|---|---|---|---|
| (Assistant Examiner) | (Date) | | 26 | |
| /Firmin Backer/ SPE 2616 | | 8/18/08 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| (Primary Examiner) | | (Date) | 8 | 5 |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10017398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** |
| | JASON E MATTIS | 2616 |

| SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 370 | 395.3 | 8/11/08 | JM |
| 370 | 349 | 8/11/08 | JM |
| 370 | 474 | 8/11/08 | JM |

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Text search including 370/229-230, 276-278, 310-350, 389, 395.3-395.54, 400, 474-475 | 7/10/06 | JM |
| Inventor serach | 7/10/06 | JM |
| Updated text search of previous areas | 11/27/06 | JM |
| Updated text search of previous areas | 2/19/08 | JM |
| Updated Inventor search | 8/7/08 | JM |
| Updated text search of previous areas | 8/7/08 | JM |
| Consulted with SPE Firmin Backer about allowable subject matter | 8/7/08 | JM |
| Consulted with SPE Chau Nguyen about allowable subject matter | 8/11/08 | JM |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 370 | 249, 395.3, 474 | 8/11/08 | JM |

| | |
|---|---|
| | |

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 10017398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** |
| | JASON E MATTIS | 2616 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

☐ Claims renumbered in the same order as presented by applicant     ☐ CPA     ☐ T.D.     ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2008 | | | | | | | | |
| | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| 1 | 8 | = | | | | | | | | |
| 2 | 9 | = | | | | | | | | |
| 3 | 10 | = | | | | | | | | |
| 4 | 11 | = | | | | | | | | |
| 5 | 12 | = | | | | | | | | |
| 6 | 13 | = | | | | | | | | |
| 7 | 14 | = | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |
| | 21 | | | | | | | | | |
| | 22 | | | | | | | | | |
| | 23 | | | | | | | | | |
| | 24 | | | | | | | | | |
| | 25 | | | | | | | | | |
| | 26 | | | | | | | | | |
| | 27 | | | | | | | | | |
| 9 | 28 | = | | | | | | | | |
| | 29 | | | | | | | | | |
| | 30 | | | | | | | | | |
| 10 | 31 | = | | | | | | | | |
| 11 | 32 | = | | | | | | | | |
| | 33 | | | | | | | | | |
| | 34 | | | | | | | | | |
| 12 | 35 | = | | | | | | | | |
| 13 | 36 | = | | | | | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10017398 | SENGODAN, SENTHIL |
| | **Examiner** | **Art Unit** |
| | JASON E MATTIS | 2616 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2008 | | | | | | | | |
| 14 | 37 | = | | | | | | | | |
| | 38 | | | | | | | | | |
| 8 | 39 | = | | | | | | | | |
| 15 | 40 | = | | | | | | | | |
| 16 | 41 | = | | | | | | | | |
| 17 | 42 | = | | | | | | | | |
| 18 | 43 | = | | | | | | | | |
| 19 | 44 | = | | | | | | | | |
| 20 | 45 | = | | | | | | | | |
| 21 | 46 | = | | | | | | | | |
| 22 | 47 | = | | | | | | | | |
| 23 | 48 | = | | | | | | | | |
| 24 | 49 | = | | | | | | | | |
| 25 | 50 | = | | | | | | | | |
| 26 | 51 | = | | | | | | | | |

Part of Paper No. : 20080812

EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 1 | "20010048686" | US-PGPUB; USPAT | OR | ON | 2006/07/10 09:23 |
| S2 | 1 | "6687252".pn. | US-PGPUB; USPAT | OR | ON | 2006/07/06 08:40 |
| S3 | 13 | (@ad<"20011018" or @rlad<"20011018") and (GPRS) and (public adj address) | US-PGPUB; USPAT | OR | ON | 2006/07/10 09:24 |
| S4 | 12 | (@ad<"20011018" or @rlad<"20011018") and (GPRS) and (public adj address) and (private adj address) | US-PGPUB; USPAT | OR | ON | 2006/07/10 09:24 |
| S5 | 3 | (@ad<"20011018" or @rlad<"20011018") and (GPRS) and (public adj address) with (private adj address) | US-PGPUB; USPAT | OR | ON | 2006/07/10 10:20 |
| S6 | 156 | (@ad<"20011018" or @rlad<"20011018") and (GPRS) with UMTS and (PDP) | US-PGPUB; USPAT | OR | ON | 2006/07/10 10:20 |
| S7 | 108 | (@ad<"20011018" or @rlad<"20011018") and (GPRS) with UMTS and (PDP with request) | US-PGPUB; USPAT | OR | ON | 2006/07/10 10:21 |
| S8 | 106 | (@ad<"20011018" or @rlad<"20011018") and (GPRS) with UMTS and (PDP with request with context) | US-PGPUB; USPAT | OR | ON | 2006/11/27 13:49 |
| S9 | 83 | (@ad<"20011018" or @rlad<"20011018") and (request$3 with private near2 address and public near2 address) | US-PGPUB; USPAT | OR | ON | 2007/05/14 13:22 |
| S10 | 27 | (@ad<"20011018" or @rlad<"20011018") and (request$3 with private near2 address with public near2 address) | US-PGPUB; USPAT | OR | ON | 2006/11/27 13:50 |

| S11 | 1 | (@ad<"20011018" or @rlad<"20011018") and (explict$2 with request) | US-PGPUB; USPAT | OR | ON | 2007/05/14 13:22 |
| S12 | 0 | (@ad<"20011018" or @rlad<"20011018") and (explict$2 with (public or private) with (address or ID)) | US-PGPUB; USPAT | OR | ON | 2007/05/14 13:23 |
| S13 | 1166 | (@ad<"20011018" or @rlad<"20011018") and (request$3 with (public or private) with (address or ID)) | US-PGPUB; USPAT | OR | ON | 2007/05/14 13:23 |
| S14 | 129 | (@ad<"20011018" or @rlad<"20011018") and (request$3 with (public or private) with (address or ID) with identif$3) | US-PGPUB; USPAT | OR | ON | 2007/05/14 13:24 |
| S15 | 161 | (@ad<"20011018" or @rlad<"20011018") and (request$3 with (public or private) with (address or ID) with identif$4) | US-PGPUB; USPAT | OR | ON | 2007/05/14 13:24 |
| S16 | 25 | (@ad<"20011018" or @rlad<"20011018") and (request$3 with (public or private) adj2 (address or ID) with identif$4) | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:27 |
| S17 | 1 | "20030035397".pn. | US-PGPUB; USPAT | OR | ON | 2007/05/14 13:39 |
| S18 | 12 | (@ad<"20011018" or @rlad<"20011018") and (APN adj field) | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:27 |
| S19 | 22 | (@ad<"20011018" or @rlad<"20011018") and (APN with field) | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:27 |
| S20 | 22 | (@ad<"20011018" or @rlad<"20011018") and (APN with field) | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:29 |
| S21 | 129 | (@ad<"20011018" or @rlad<"20011018") and (Activate with PDP with context with request) | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:29 |
| S22 | 43 | (@ad<"20011018" or @rlad<"20011018") and (Activate with PDP with context with request) same APN | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:29 |

| S23 | 3 | (@ad<"20011018" or @rlad<"20011018") and (Activate with PDP with context with request) same APN and ((private or public) with (address or ID or identification)) | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:32 |
|-----|---|---|---|---|---|---|
| S24 | 10 | (@ad<"20011018" or @rlad<"20011018") and (Activate with PDP with context with request) and ((private or public) with (address or ID or identification)) | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:32 |
| S25 | 2 | (@ad<"20011018" or @rlad<"20011018") and (Activate with PDP with context with request) and ((private or public) with (address or ID or identification)) same APN | US-PGPUB; USPAT | OR | ON | 2007/05/16 11:32 |
| S26 | 599 | (@ad<"20011018" or @rlad<"20011018") and (APN or (access adj point adj name)) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:50 |
| S27 | 89 | (@ad<"20011018" or @rlad<"20011018") and (APN or (access adj point adj name)) with request | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:50 |
| S28 | 71 | (@ad<"20011018" or @rlad<"20011018") and (APN or (access adj point adj name)) with request and (public or private) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:50 |
| S29 | 2 | (@ad<"20011018" or @rlad<"20011018") and (APN or (access adj point adj name)) with request same (public or private) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:51 |
| S30 | 109 | (@ad<"20011018" or @rlad<"20011018") and (explicit$3) with request same (public or private) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:51 |
| S31 | 23 | (@ad<"20011018" or @rlad<"20011018") and (explicit$3) with request with (public or private) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:51 |

| S32 | 0 | (@ad<"20011018" or @rlad<"20011018") and (explicit$3) with request with (public or private) with (activate adj packet adj dta adj protocol) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:52 |
| S33 | 0 | (@ad<"20011018" or @rlad<"20011018") and (explicit$3) with request with (public or private) and (activate adj packet adj dta adj protocol) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:52 |
| S34 | 0 | (@ad<"20011018" or @rlad<"20011018") and (explicit$3) with request with (public or private) and (PDP) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:52 |
| S35 | 23 | (@ad<"20011018" or @rlad<"20011018") and (explicit$3) with request with (public or private) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:53 |
| S36 | 40 | (@ad<"20011018" or @rlad<"20011018") and request with (public or private) and (PDP) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:53 |
| S37 | 5 | (@ad<"20011018" or @rlad<"20011018") and request with (public or private) same (PDP) | US-PGPUB; USPAT | OR | ON | 2008/08/07 12:53 |
| S38 | 195 | (@ad<"20011018" or @rlad<"20011018") and (public or private) same (PDP) | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:00 |
| S39 | 65 | (@ad<"20011018" or @rlad<"20011018") and (public or private) with (PDP) | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:00 |
| S40 | 12 | (@ad<"20011018" or @rlad<"20011018") and (public or private) with (APN) | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:00 |
| S41 | 92 | (@ad<"20011018" or @rlad<"20011018") and (PDP) with (APN) | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:03 |
| S42 | 66 | (@ad<"20011018" or @rlad<"20011018") and (PDP) with (APN) with address | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:03 |

| S43 | 70 | (@ad<"20011018" or @rlad<"20011018") and (PDP) with (APN) with (address or ID or identification) | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:03 |
| S44 | 12 | (@ad<"20011018" or @rlad<"20011018") and (PDP) with (APN) with (address or ID or identification) and (public with private) | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:04 |
| S45 | 5 | ("7342888" "7290141" "6823461" "6366961" "6490275").pn. | US-PGPUB; USPAT | OR | ON | 2008/08/07 13:15 |

8/12/08 3:19:04 PM
C:\ Documents and Settings\ jmattis\ My Documents\ EAST\ Workspaces\ 10017398.wsp

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: <u>Mail</u>**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u> (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

|  |  |  |
|---|---|---|
| 22907 | 7590 | 08/21/2008 |

BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 12/18/2001 | Senthil Sengodan | 005288.00014 | 8170 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 11/21/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MATTIS, JASON E | 2616 | 370-395300 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

**2.** For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Banner & Witcoff, Ltd.

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Nokia Corporation

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Espoo, Finland

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a.** The following fee(s) are submitted:

☒ Issue Fee

☒ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b.** Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 19-0733 (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

| Authorized Signature | _signature_ | Date | 9-18-08 |
|---|---|---|---|
| Typed or printed name | Robert H. Resis | Registration No. | 32,168 |

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Patent Application Fee Transmittal

| Application Number: | 10017398 |
|---|---|
| Filing Date: | 18-Dec-2001 |
| Title of Invention: | METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY |
| First Named Inventor/Applicant Name: | Senthil Sengodan |
| Filer: | Robert H. Resis/Alma Bahena |
| Attorney Docket Number: | 005288.00014 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1440 | 1440 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1740** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3966293 |
| **Application Number:** | 10017398 |
| **International Application Number:** | |
| **Confirmation Number:** | 8170 |
| **Title of Invention:** | METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY |
| **First Named Inventor/Applicant Name:** | Senthil Sengodan |
| **Customer Number:** | 22907 |
| **Filer:** | Robert H. Resis/Alma Bahena |
| **Filer Authorized By:** | Robert H. Resis |
| **Attorney Docket Number:** | 005288.00014 |
| **Receipt Date:** | 18-SEP-2008 |
| **Filing Date:** | 18-DEC-2001 |
| **Time Stamp:** | 16:38:11 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1740 |
| RAM confirmation Number | 2067 |
| Deposit Account | 190733 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | IssueFee14.PDF | 111525 <br><br> e9fac177ee44dfd3bbb81270be3be0cce7abbc4e | no | 1 |

| Warnings: |
|---|

| Information: |
|---|

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 32148 <br><br> 5a02ace5624e3fc664738c65c334aa47333d5f25 | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| | | | | **Total Files Size (in bytes):** | 143673 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/017,398 | 10/28/2008 | 7443859 | 005288.00014 | 8170 |

22907        7590        10/08/2008
BANNER & WITCOFF, LTD.
1100 13th STREET, N.W.
SUITE 1200
WASHINGTON, DC 20005-4051

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 994 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Senthil Sengodan, Burlington, MA;

IR103 (Rev. 11/05)

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 10/017,398 | 7443859 | 2616 | 9200 |


OC0000000048472725

# Correspondence Address/Fee Address Change

**The following fields have been set to Customer Number 72165 on 11/17/2010**
- **Correspondence Address**
- **Power of Attorney Address**

**The address of record for Customer Number 72165 is:**

**72165**
**BANNER & WITCOFF, LTD**
**ATTORNEYS FOR CLIENT 004770**
**1100 13TH STREET**
**SUITE 1200**
**WASHINGTON, DC 20005-4051**