# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**CISCO SYSTEMS, INC.,**<br><br>　　　　　Defendant. | Case No. 6:21-CV-00128-ADA<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S IDENTIFICATION OF CLAIM TERMS FOR CONSTRUCTION

Pursuant to the Order Governing Proceedings (OGP Version 3.4) and as agreed by the parties in the Proposed Scheduling Order (Dkt. No. 31), WSOU Investments, LLC d/b/a/ Brazos Licensing and Development ("Brazos") hereby serves its Proposed Claim Terms for Construction.

Brazos' investigation of Defendant Cisco Systems, Inc.'s ("Cisco") instrumentalities and invalidity claims is ongoing. Brazos therefore reserves the right to amend, supplement and/or otherwise modify its identification of Proposed Claim Terms for Construction.

Brazos reserves the right to propose constructions for claim terms, phrases, or clauses proposed by Cisco. Subject to the foregoing, terms not specifically identified herein should be given their plain and ordinary meaning as understood by one of ordinary skill in the art at the time of the invention.

Brazos' identification of proposed terms and claim elements for construction is not intended, and should not be construed, to mean that these terms, phrases, or clauses have a special or uncommon meaning.

1

Brazos proposes that the following claim terms be construed:

- "private network address" ('859 Patent cls. 1-5, 7-12, 15-18, 21-26)

DATED: September 1, 2021                Respectfully submitted,

                                                  By:     */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 (*pro hac vice*)
Bryce Barcelo
Bar No. 24092081 (*pro hac vice*)
mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St., Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 (*pro hac vice*)
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 (*pro hac vice*)
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for Plaintiff WSOU Investments, LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on September 1, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via email.

/s/  *Danielle M. Nicholson*
Danielle M. Nicholson
