# EXHIBIT 14

| | |
|---|---|
| **From:** | Danielle Nicholson <DNicholson@susmangodfrey.com> |
| **Sent:** | Wednesday, September 29, 2021 6:05 PM |
| **To:** | Iwahashi, Ryan K.; Huang, Aileen C.; Shawn Blackburn; Bryce T. Barcelo; Sujeeth Rajavolu; Renee Rubert; Max Tribble; Kalpana Srinivasan |
| **Cc:** | *** WSOU-Cisco_GDC |
| **Subject:** | WSOU v. Cisco - Follow Up to M/C |

**[WARNING: External Email]**

Counsel,

We write regarding the three issues that Cisco asked us to provide further clarification on by today, namely—

1. **ICME ('106 Patent)**
    a. Cisco asked us to suggest revisions to its proposed construction for ICME or to propose an alternative construction. As noted during the meet and confer, we do not believe a construction is necessary but are willing to consider a mutually agreeable construction if it will sidestep further dispute. As an alternative to plain and ordinary meeting, we propose: "hardware and/or software which monitors one or more types of access being used."

2. **Said specific context & said context ('216 Patent)**
    a. Cisco asserted that these terms are indefinite because it is purportedly unclear whether "said specific context" and "said context" refer to "first context" or "second context." Cisco stated that if the parties can agree on whether these terms refer to the same context, we may be able to moot the issue. To that end, we believe that "said specific context" and "said context" refer to "first context."

3. **Service name of the connected services layer ('014 Patent)**
    a. Cisco asked whether we could agree to construe this term to refer specifically to the "requesting connected services layer." Upon further review, we believe that the meaning of this term is clear from the face of the patent and maintain our position that further construction is unnecessary.

Other than the alternative construction of ICME included in this email, the constructions we identified in our September 15 disclosure remain unchanged.

Thanks,
Danielle


**Danielle Nicholson | Susman Godfrey LLP**
1201 Third Ave. | Suite 3800 | Seattle, WA 98101
o: 206.505.3824 | c: 818.926.0804
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

**From:** Iwahashi, Ryan K. <RIwahashi@gibsondunn.com>
**Sent:** Monday, September 27, 2021 1:18 PM
**To:** Danielle Nicholson <DNicholson@susmangodfrey.com>; Huang, Aileen C. <AHuang@gibsondunn.com>; Shawn Blackburn <SBlackburn@susmangodfrey.com>; Bryce T. Barcelo <BBarcelo@susmangodfrey.com>; Sujeeth Rajavolu <SRajavolu@susmangodfrey.com>; Renee Rubert <RRubert@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>
**Cc:** *** WSOU-Cisco_GDC <WSOU-Cisco_GDC@gibsondunn.com>
**Subject:** RE: WSOU Cisco Disclosure of Extrinsic Evidence

EXTERNAL Email
Counsel,

As discussed on the meet and confer, here are some exemplary intrinsic cites that distinguish between explicit and implicit requests for the '859 patent:

- Col. 7:11-18
- January 23, 2007 Amendment and Applicant Remarks
- March 5, 2007 Amendment and Applicant Remarks
- August 23, 2007 Amendment and Applicant Remarks

Best,
Ryan


**Ryan Iwahashi**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5367 • Fax +1 650.849.5067
RIwahashi@gibsondunn.com • www.gibsondunn.com


**From:** Danielle Nicholson <DNicholson@susmangodfrey.com>
**Sent:** Wednesday, September 22, 2021 3:21 PM
**To:** Huang, Aileen C. <AHuang@gibsondunn.com>; Shawn Blackburn <SBlackburn@susmangodfrey.com>; Bryce T. Barcelo <BBarcelo@susmangodfrey.com>; Sujeeth Rajavolu <SRajavolu@susmangodfrey.com>; Renee Rubert <RRubert@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>
**Cc:** *** WSOU-Cisco_GDC <WSOU-Cisco_GDC@gibsondunn.com>
**Subject:** RE: WSOU Cisco Disclosure of Extrinsic Evidence

[WARNING: External Email]
Counsel,

Please see attached for service WSOU's Disclosure of Extrinsic Evidence. WSOU's accompanying production can be accessed at the following link.

https://www.dropbox.com/sh/d4twax6ju1565jc/AACQYlpxvY85F54aCFh5E2loa?dl=0

Thanks,

Danielle

**Danielle Nicholson | Susman Godfrey LLP**
1201 Third Ave. | Suite 3800 | Seattle, WA 98101
o: 206.505.3824 | c: 818.926.0804
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Huang, Aileen C. <AHuang@gibsondunn.com>
**Sent:** Wednesday, September 22, 2021 2:51 PM
**To:** Shawn Blackburn <SBlackburn@susmangodfrey.com>; Bryce T. Barcelo <BBarcelo@susmangodfrey.com>; Sujeeth Rajavolu <SRajavolu@susmangodfrey.com>; Renee Rubert <RRubert@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Danielle Nicholson <DNicholson@susmangodfrey.com>
**Cc:** *** WSOU-Cisco_GDC <WSOU-Cisco_GDC@gibsondunn.com>
**Subject:** [WARNING: MESSAGE ENCRYPTED]WSOU Cisco Disclosure of Extrinsic Evidence

EXTERNAL Email
Counsel,

Please see attached for Cisco's Disclosure of Extrinsic Evidence along with an accompanying production.

The password to access the zip file is: ffA@XW6sKcU5

Best,
Aileen


**Aileen Huang**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.5291 • Fax +1 212.817.9390
AHuang@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.