**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 6:21-CV-00128-ADA<br><br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

# I. AGREED CONSTRUCTIONS

## a. U.S. Patent No. 8,989,216

The parties agree to the following construction for U.S. Patent No. 8,989,216 and respectfully request that the Court enter the parties' agreed construction.

| Claim Language | Agreed Construction |
|---|---|
| "context" (Cls. 1, 2, 4, 5, 7, 9, 11, 12, 13, 14) | Plain and ordinary meaning (*i.e.*, the situation in which a default definition or standard does not apply) |

# II. DISPUTED CONSTRUCTIONS

## a. U.S. Patent No. 7,443,859

### *i. "APN (Access Point Name) field" / "APN field"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "APN (Access Point Name) field" / "APN field" (Cls. 1-5, 7, 9-11, 15-17, 22-24, 26)<br><br>[Cisco proposed] | Plain and ordinary meaning | Specific field identified as "Access Point Name" that contains the name of the access point |

### *ii. "explicitly indicates requesting either a private network address or a public network address"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "explicitly indicates requesting either a private network address or a public network address" (Cls. 1, 8-11, 15, 21-24, 26)<br><br>[Cisco proposed] | Plain and ordinary meaning | Plain and ordinary meaning (particular bit or bits indicate requesting either a private or public network address, rather than determining the desired public or private assignment based upon the indicated access point) |

*iii. "a private network address"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "a private network address" (Cls. 1-5, 7-11, 15-17, 21-24, 26)<br><br>[Both parties proposed] | Plain and ordinary meaning | An address that is only visible within the network that assigned it |

**b. U.S. Patent No. 8,191,106**

*i. "inter-technology change-off monitoring entity (ICME)" / "ICME"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "inter-technology change-off monitoring entity (ICME)" / "ICME" (Cls. 1, 5-7, 10)<br><br>[Cisco proposed] | Plain and ordinary meaning<br><br>Alternatively, "hardware and/or software which monitors one or more access types" | Entity that monitors the type of technology being used to access the converged network |

*ii. "converged network"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "converged network" (Cls. 1, 10)<br><br>[Cisco proposed] | Plain and ordinary meaning | Network with a common core that supports multiple access technologies including both fixed and mobile access technologies |

**c. U.S. Patent No. 8,989,216**

*i. "said specific context" / "said context"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "said specific context" / "said context" (Cls. 2, 5, 7, 9)<br><br>[Cisco proposed] | Plain and ordinary meaning | Indefinite |

#### *ii. "said command or AVP is defined by a second default definition"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "said command or AVP is defined by a second default definition" (Cl. 4)<br><br>[Cisco proposed] | Plain and ordinary meaning | Indefinite |

### d. U.S. Patent No. 9,357,014

#### *i. "connected services layer"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "connected services layer" (Cls. 1, 3-9, 12, 13, 15, 18, 19)<br><br>[Cisco proposed] | Plain and ordinary meaning<br><br>Alternatively, "a layer that supports establishment of a service connection" | a layer that supports a service connection between two endpoints |

#### *ii. "service name of the connected services layer"*

| Claim Language | Brazos's Construction | Cisco's Construction |
|---|---|---|
| "service name of the connected services layer" (Cls. 1, 18, 19)<br><br>[Cisco proposed] | Plain and ordinary meaning | service name of the requesting connected services layer |

Dated: December 2, 2021

Respectfully Submitted,

*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081*(pro hac vice)*
sblackburn@susmangodfrey.com
mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

*/s/ Brian Rosenthal with permission*
Michael E. Jones
SBN: 10929400
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

Kenneth G. Parker
kparker@gibsondunn.com
**GIBSON, DUNN AND CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612
Tel: (949)-451-4336

*Counsel for Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 2, 2021, a true and correct copy of the above and foregoing instrument was e-filed with the Court and e-served upon all counsel of record using the Court's Electronic Filing Service Provider in accordance with Rule 21(a)(1) of the Texas Rules of Civil Procedure and by electronic mail as indicated below.

Brian Rosenthal
Katherine Dominguez
Allen Kathir
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

Michael E. Jones
mikejones@potterminton.com
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702

Ryan Iwahashi
riwahashi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304

Kenneth G. Parker
kparker@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612

/s/ *Danielle Nicholson*
Danielle Nicholson
Counsel for Plaintiff