# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00128-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on December 17, 2021 at 10:30 AM .

IT IS SO ORDERED this 13th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE