IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>       Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 6:21-CV-00128-ADA<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF THE DENIAL OF
DEFENDANT'S PETITION FOR INTER PARTES REVIEW**

Pursuant to the Court's Order Governing Proceedings – Patent Case ("Order Governing Proceedings, Version 3.5.1"), namely General Issue No. 5, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Defendant Cisco Systems, Inc.'s petition for *inter partes* review of a patent-in-suit—U.S. Patent No. 9,357,014—has been denied on the merits. *See* IPR2021-00961, Decision Denying Institution of *Inter Partes* Review (Dec. 6, 2021), attached as Exhibit A.

Dated: December 15, 2021

Respectfully submitted,

SUSMAN GODFREY L.L.P.


*/s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081*(pro hac vice)*
sblackburn@susmangodfrey.com

1

mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos
Licensing and Development*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 15, 2021, a true and correct copy of the above

and foregoing instrument was e-filed with the Court and e-served upon all counsel of record using

the Court's Electronic Filing Service Provider in accordance with Rule 21(a)(1) of the Texas Rules

of Civil Procedure and by electronic mail as indicated below.

Brian Rosenthal
Katherine Dominguez
Allen Kathir
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

Michael E. Jones
mikejones@potterminton.com
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702

Ryan Iwahashi
riwahashi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304

Kenneth G. Parker
kparker@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612

/s/  *Danielle Nicholson*
Danielle Nicholson
Counsel for Plaintiff

10238802v1/017093