IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*<br><br>-v-<br><br>CISCO SYSTEMS, INC.,<br>   *Defendant* | § § § § § § § § § § § § | 6-21-CV-00128-ADA |

## CLAIM CONSTRUCTION ORDER

  The Court held a *Markman* hearing on December 17, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 17th day of December, 2021.

                     ALAN D ALBRIGHT
                     UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| 1: "APN (Access Point Name) field" / "APN field"<br><br>U.S. Patent No. 7,443,859, Cls. 1-5, 7, 9-11, 15-17, 22-24, 26<br><br>Proposed by Cisco | Plain and ordinary meaning | Specific field identified as "Access Point Name" that contains the name of the access point | The specific field identified as "Access Point Name" that contains at least the name of the access point |
| 2: "explicitly indicates requesting either a private network address or a public network address"<br><br>U.S. Patent No. 7,443,859, Cls. 1, 8-11, 15, 21-24, 26<br><br>Proposed by Cisco | Plain and ordinary meaning | Plain and ordinary meaning (particular bit or bits indicate requesting either a private or public network address, rather than determining the desired public or private assignment based upon the indicated access point) | Plain-and-ordinary meaning |
| 3: "a private network address"<br><br>U.S. Patent No. 7,443,859, Cls. 1-5, 7-11, 15-17, 21-24, 26)<br><br>Proposed by Both Parties | Plain and ordinary meaning | An address that is only visible within the network that assigned it | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| 4: "inter-technology change-off monitoring entity (ICME)" / "ICME"<br><br>U.S. Patent No. 8,191,106, Cls. 1, 5-7, 10<br><br>Proposed by Cisco | Plain and ordinary meaning<br><br>Alternatively, "hardware and/or software which monitors one or more access types" | Entity that monitors the type of technology being used to access the converged network | "an entity that monitors the type of access technology being used and provides notification of a change in the type of access technology being used" |
| 5: "converged network"<br><br>U.S. Patent No. 8,191,106, Cls. 1, 10<br><br>Proposed by Cisco | Plain and ordinary meaning | Network with a common core that supports multiple access technologies including both fixed and mobile access technologies | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is a "network with a common core connecting to different access technologies" |
| 6: "said specific context" / "said context"<br><br>U.S. Patent No. 8,989,216, Cls. 2, 5, 7, 9<br><br>Proposed by Cisco | Plain and ordinary meaning | Indefinite | Indefinite |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| 7: "said command or AVP is defined by a second default definition"<br><br>U.S. Patent No. 8,989,216, Cl. 4<br><br>Proposed by Cisco | Plain and ordinary meaning | Indefinite | Not indefinite.<br><br>Correction: "said ~~command or~~ AVP is defined by a second default definition" |
| 8: "connected services layer"<br><br>U.S. Patent No. 9,357,014, Cls. 1, 3-9, 12, 13, 15, 18, 19<br><br>Proposed by Cisco | Plain and ordinary meaning<br><br>Alternatively, "a layer that supports establishment of a service connection" | a layer that supports a service connection between two endpoints | "a layer that supports establishment and use of a service connection" |
| 9: "service name of the connected services layer"<br><br>U.S. Patent No. 9,357,014, Cls. 1, 18, 19<br><br>Proposed by Cisco | Plain and ordinary meaning | service name of the requesting connected services layer | Plain-and-ordinary meaning |