IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　*Plaintiff*<br><br>-v-<br><br>CISCO SYSTEMS, INC.,<br>　　　　　*Defendant* | § § § § § § § § § § § § | 6-21-CV-00128-ADA |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

　　Plaintiff:　　　　$10,254.35
　　Defendant:　　　$10,254.35

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 17th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE