# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>  Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF J. HOKE PEACOCK III

Notice is hereby given that the undersigned attorney, J. Hoke Peacock III enters his appearance in this matter as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. He may receive communications from the Court and all parties at:

> J. Hoke Peacock III
> SUSMAN GODFREY LLP
> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002-5096
> Telephone: (713) 651-9366
> Facsimile: (713) 654-6666
> Email: tpeacock@susmangodfrey.com

Dated: January 14, 2022

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ J. Hoke Peacock III*
    J. Hoke Peacock III
    Texas Bar. No. 15673980
    Max L. Tribble, Jr.
    Texas Bar No. 2021395
    Shawn Blackburn *(pro hac vice)*
    Texas Bar No. 24089989
    Bryce T. Barcelo *(pro hac vice)*
    Texas Bar No. 24092081
    1000 Louisiana Street, Suite 5100

Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
tpeacock@susmangopdfrey.com
mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan *(pro hac vice)*
California Bar No. 237460
Sujeeth Rajavolu *(pro hac vice)*
California Bar No. 324669
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
srajavolu@susmangodfrey.com

Danielle Nicholson
California Bar No. 325392 *(pro hac vice)*
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Fax: (206) 516-3883
dnicholson@susmangodfrey.com

*Counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 14, 2022, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

Michael E. Jones
Potter Minton, PC
110 North College, Suite 500
Tyler, Texas 75702
mikejones@potterminton.com

Brian Rosenthal
Allen Kathir
Katherine Q. Dominguez
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
brosenthal@gibsondunn.com
akathir@gibsondunn.com
kdominguez@gibsondunn.com

Kenneth G. Parker
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
KParker@gibsondunn.com

Ryan Iwahashi
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 849-5300
Fax: (650) 849-5333
riwahashi@gibsondunn.com

*/s/ J. Hoke Peacock III*
J. Hoke Peacock III
*Counsel for Plaintiff*