**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | |
| Plaintiff, | CIVIL ACTION NO. 6:21-CV-00128-ADA |
| v. | |
| CISCO SYSTEMS, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF BRAZOS'S MOTION TO COMPEL PRODUCTION OF SOURCE CODE FROM DEFENDANT CISCO**

Before the Court is Plaintiff's Motion to Compel Production of Source Code from Defendant Cisco Systems, Inc. (the "Motion"). After reviewing the briefing and the applicable law, the Court is of the opinion the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Cisco Systems, Inc. shall produce source code for the accused Cisco products needed to show the function and operation of those products.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
U.S. DISTRICT JUDGE