# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 6:21-CV-00128-ADA<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY KENNETH PARKER**

Defendant Cisco Systems, Inc. ("Defendant") hereby moves for Kenneth Parker, formerly of Gibson, Dunn & Crutcher LLP, to be permitted to withdraw as counsel for Defendant in this case. The withdrawal of Kenneth Parker will not delay this proceeding and will not prejudice any party. Defendant is represented by Gibson, Dunn & Crutcher LLP. None of the parties in this proceeding oppose the motion.

Defendant respectfully requests that the Court grant this Motion and enter an order permitting Kenneth Parker to withdraw from this action as counsel for Defendant. Defendant further requests that the Court and all parties remove Kenneth Parker from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Date:   February 23, 2022

        Respectfully Submitted,

        */s/ Michael E. Jones with permission, by Brian Rosenthal*
Michael E. Jones
SBN: 10929400
**POTTER MINTON**
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

*Attorneys for Defendant Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 23, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

*/s/ Michael E. Jones*