# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 6:21-CV-00128-ADA<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY KENNETH PARKER**

On this day, came on to be considered the Unopposed Motion to Withdraw Kenneth Parker formerly of Gibson, Dunn & Crutcher LLP as counsel of record for Defendant Cisco Systems, Inc. in the above-captioned. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Kenneth Parker formerly of Gibson, Dunn & Crutcher LLP counsel of record for Defendant Cisco Systems, Inc. be allowed to withdraw and is hereby withdrawn as counsel for said Defendant in the above matter. The Clerk shall withdraw Kenneth Parker as counsel of record for Defendant Cisco Systems, Inc. in civil action number 6:21cv128[ADA] and terminate notification of electronic filings.

SIGNED this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

{ACT/07637/0039/W1768943.1 }