# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 6:21-CV-00128-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION TO RESET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL SOURCE CODE

Plaintiff WSOU Investments, LLC ("Plaintiff") and Defendant Cisco Systems, Inc. ("Defendant") file this Joint Stipulation to Reset Briefing Schedule for WSOU's Motion to Compel Source Code (Dkt. 56). The Parties have agreed to a briefing schedule for Plaintiff's motion in which Defendant's response brief is due by March 10, 2022, and in which Plaintiff's reply brief is due by March 28, 2022.

IT IS HEREBY STIPULATED by the undersigned counsel for the parties that the deadlines for briefing Plaintiff's motion to compel source code are extended as follows: the deadline for Defendant to file its response brief is March 10, 2022, and the deadline for Plaintiff to file its reply brief is March 28, 2022.

| | |
|---|---|
| Date: February 25, 2022 | Respectfully Submitted, |
| */s/ Shawn Blackburn with permission, by Michael E. Jones* | */s/Brian Rosenthal with permission, by Michael E. Jones* |

Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081*(pro hac vice)*
sblackburn@susmangodfrey.com
mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

Mark D. Siegmund
State Bar No. 24117055
Email: mark@swclaw.com
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Michael E. Jones
SBN: 10929400
**POTTER MINTON**
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

*Attorneys for Defendant Cisco Systems, Inc*