IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT § § § § § § § § | CIVIL ACTION NO. 6:21-cv-128[ADA] |
| v. | |
| CISCO SYSTEMS, INC. | |

**INDEX OF NON-CONFIDENTIAL EXHIBITS TO SEALED DKT. NO. 75**

**DEFENDANT'S OPPOSED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FEDEAL RULE OF CIVIL PROCEDURE 12(b)(1)**

The following exhibits are hereby being publicly filed as exhibits to the above-referenced sealed motion:

1. Ex. F assignment-pat-19446-995
2. Ex. G assignment-pat-32779-559
3. Ex. H assignment-pat-28090-775
4. Ex. I assignment-pat-30252-251
5. Ex. J assignment-pat-12400-759
6. Ex. K assignment-pat-35602-257
7. Ex. L assignment-pat-52372-675
8. Ex. M assignment-pat-52372-540
9. Ex. N assignment-pat-44000-53
10. Ex. O USPTO assignment history - 106
11. Ex. P USPTO assignment history - 014
12. Ex. Q USPTO assignment history - 216

13. Ex. R USPTO assignment history - 859

14. Ex. T Black's Law Dictionary

15. Ex. U 2020 Patent Dispute Report_ Year in Review — Unified Patents

16. Ex. V ANALYTICS_ The Most Litigious District Court Patent Plaintiffs - Tech

17. Ex. W FTC Study

Dated: June 3, 2022

By:   <u>/s/Brian Rosenthal with permission, by Michael E. Jones</u>
Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

**POTTER MINTON PC**
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Shaun W. Hassett (Tx Bar No. 24074372)
shaunhassett@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Attorneys for Defendant Cisco Systems, LLC*