# Exhibit F

06-18-2007

11/808236
06/07/2007

103417150

**To the Director of the U.S. Patent and** ~~Trademark Office: Please record the attached docs~~uments or the new address(es) below.

**1. Name of conveying party(ies)**
Vinod Kumar CHOYI
Dmitri VINOKUROV

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2.** Name and address of receiving party(ies)
Name: Alcatel Lucent
Internal Address: 54, rue La Boétie

**3. Nature of conveyance/Execution Date(s):**
Execution Date(s) June 4, 2007; June 1, 2007
☒ Assignment          ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

Street Address: _____
City: Paris
State: _____
Country: FRANCE    Zip: 75008

Additional name(s) & address(es) attached? ☐ Yes ☑ No

**4. Application or patent number(s):** ☒ This document is being filed together with a new application.
A. Patent Application No.(s)
B. Patent No.(s)
11/808236

Additional numbers attached? ☐ Yes ☐ No

**5. Name and address to whom correspondence concerning document should be mailed:**
Name: Marks & Clerk
Internal Address: P.O. Box 957, Station B
Street Address: 1800-280 Slater Street
City: Ottawa
State: ON    Canada    Zip: K1P 5S7
Phone Number: (613) 236-9561
Fax Number: (613) 230-8821
Email Address:

**6. Total number of applications and patents involved:** 1

**7. Total fee (37 CFR 1.21(h) & 3.41)** $ 40.00
☐ Authorized to be charged by credit card
☒ Authorized to be charged to deposit account
☐ Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**
a. Credit Card  Last 4 Numbers _____
   Expiration Date _____
b. Deposit Account Number 13-1717
Authorized User Name Marks & Clerk

**9. Signature:** _S. Mark Budd_ (signature)    June 6, 2007
S. Mark Budd    53,880
Name of Person Signing
Total number of pages including cover sheet, attachments, and documents:

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

06/15/2007 MJAMA1 00000050 131717 11808236
01 FC:8021   40.00 DA

PATENT
REEL: 019446 FRAME: 0995

Attorney Ref. 20062-US

# ASSIGNMENT

In consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the undersigned, whose names and full post office addresses are set out below:

| Name | Address |
|---|---|
| Vinod Kumar Choyi | 345 Berrigan Drive<br>Ottawa, ON<br>K2J 4Z9<br>Canada |
| Dmitri Vinokurov | 421 Avondale Avenue<br>Ottawa, ON<br>K2A 0S1<br>Canada |

do hereby sell, assign and transfer to **ALCATEL LUCENT,** hereinafter called the assignee, whose full post office address is 54, rue La Boétie, 75008 Paris, France, and to the assignee's successors, assigns or other legal representatives, our entire right, title, interest, property and benefit for Canada, the United States of America and all other countries, in and to our invention relating to

**SYSTEM AND METHOD OF NETWORK ACCESS SECURITY POLICY MANAGEMENT FOR MULTIMODAL DEVICE**

including subject matter which is fully set forth and described in my application for Letters Patent of the United States of America, for which a declaration has been signed on even date herewith;

together with our entire right, title, interest, property and benefit for Canada, the United States of America and all other countries, in and to the aforementioned applications, and any foreign applications corresponding thereto and any Letters Patent which may issue for the invention from such applications, including all divisions, continuations, continuations-in-part, re-examinations, reissues and extensions, and any rights of priority resulting from the filing of the above-identified applications under international conventions, treaties or otherwise, the same to be held and enjoyed as fully and exclusively as they would have been by us had this sale, assignment and transfer not been made;

We hereby covenant and agree to do all such things and to execute without further consideration such further assurances, applications and other instruments as may reasonably be required by the assignee to obtain Letters Patent in Canada, the United States of America and all other countries, for the invention, and vest the same in the Assignee;

In witness whereof, we have hereunto signed my name on the day and year set forth below.

**Signature and Statement of Witness for Vinod Kumar Choyi:**

**Signature of Vinod Kumar Choyi**
Signed at __OTTAWA_____, this __4th__ day of __JUNE_____, 2007.

(Signature of Vinod Kumar Choyi)

**Statement of Witness**
I, __Hayley Brown_____ , whose full post office
       (Name of Witness)
address is __171 Third Avenue, Almonte, Ontario, K7S 1Z1, Canada__
       (Address of Witness)
state that I was personally present and did see **Vinod Kumar Choyi** who is personally known to me to be the person named in the above assignment, duly execute the same on the date set forth above.

(Signature of Witness)

**Signature and Statement of Witness for Dmitri Vinokurov:**

**Signature of Dmitri Vinokurov**
Signed at _____Ottawa_____ this ___1___ day of ___June_____, 2007.

(Signature of Dmitri Vinokurov)

**Statement of Witness**

I, ~~Hayley Brown~~ (Name of Witness), whose full post office address is ~~171 Third Avenue, Komoka, Ontario, K0S 1Z1, Canada~~ (Address of Witness) state that I was personally present and did see **Dmitri Vinokurov** who is personally known to me to be the person named in the above assignment, duly execute the same on the date set forth above.

~~Hayley Brown~~
(Signature of Witness)