# Exhibit G

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1     EPAS ID: PAT2834099
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| JOHN SHAMILIAN | 04/23/2014 |
| SAPE JURRIEN MULLENDER | 04/24/2014 |

### RECEIVING PARTY DATA

| Name: | ALCATEL LUCENT |
|---|---|
| Street Address: | 3, AVENUE OCTAVE GREARD |
| City: | PARIS |
| State/Country: | FRANCE |
| Postal Code: | 75007 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 14264538 |

### CORRESPONDENCE DATA

Fax Number:
**Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.**

| | |
|---|---|
| Phone: | 732-542-2280 |
| Email: | dlane@walltong.com |
| Correspondent Name: | WALL & TONG LLP |
| Address Line 1: | 25 JAMES WAY |
| Address Line 4: | EATONTWON, NEW JERSEY 07724 |

| ATTORNEY DOCKET NUMBER: | ALU/815263 |
|---|---|
| NAME OF SUBMITTER: | DIANE V. LANE |
| SIGNATURE: | /Diane V. Lane/ |
| DATE SIGNED: | 04/29/2014 |

Total Attachments: 6
source=815263-executed-assignments#page1.tif
source=815263-executed-assignments#page2.tif
source=815263-executed-assignments#page3.tif
source=815263-executed-assignments#page4.tif
source=815263-executed-assignments#page5.tif
source=815263-executed-assignments#page6.tif

ALU Case Ref. 815263-US-NP

## ASSIGNMENT AND AGREEMENT

For value received, we, **John Shamilian of Tinton Falls, New Jersey**, and **Sape Jurrien Mullender of Amsterdam, Netherlands**, hereby sell, assign and transfer to **Alcatel Lucent**, a corporation organized under the laws of France and having its principal place of business at 3, avenue Octave Gréard, Paris, France, 75007, and its successors, assigns and legal representatives, the entire right, title and interest, for the United States of America, in and to certain inventions related to **SERVICE-BASED NETWORKING** described in an application for Letters Patent of the United States, executed by us of even date herewith, and all the rights and privileges in said application and under any and all Letters Patent that may be granted in the United States for said inventions; and we also concurrently hereby sell, assign and transfer to Alcatel Lucent the entire right, title and interest in and to said inventions for all countries foreign to the United States, including all rights of priority arising from the application aforesaid, and all the rights and privileges under any and all forms of protection, including Letters Patent, that may be granted in said countries foreign to the United States for said inventions.

We authorize Alcatel Lucent to make application for such protection in its own name and maintain such protection in any and all countries foreign to the United States, and to invoke and claim for any application for patent or other form of protection for said inventions, without further authorization from us, any and all benefits, including the right of priority provided by any and all treaties, conventions, or agreements.

We hereby consent that a copy of this assignment shall be deemed a full legal and formal equivalent of any document which may be required in any country in proof of the right of Alcatel Lucent to apply for patent or other form of protection for said inventions and to claim the aforesaid benefit of the right of priority.

We request that any and all patents for said inventions be issued to Alcatel Lucent in the United States and in all countries foreign to the United States, or to such nominees as Alcatel Lucent may designate.

ALU_815263_Assignment (Paris)

ALU Case Ref. 815263-US-NP            2

We agree that, when requested, we shall, without charge to Alcatel Lucent but at its expense, sign all papers, and do all acts which may be necessary, desirable or convenient in connection with said applications, patents, or other forms of protection.

_____
**John Shamilian**

Date:_____

| | |
|---|---|
| United States of America | ) |
| State of | ) ss.: |
| County of | ) |

On this _____ day of _____, 2014, before me personally came **John Shamilian**, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

ALU_815263_Assignment (Paris)

ALU Case Ref. 815263-US-NP         3

**Sape Jurrien Mullender**

Date: 4/24/2014

Alcatel Lucent
3, avenue Octave Gréard
75007 Paris, France

ALU_815263_Assignment (Paris)

ALU Case Ref. 815263-US-NP                 1

## ASSIGNMENT AND AGREEMENT

For value received, we, **John Shamilian of Tinton Falls, New Jersey**, and **Sape Jurrien Mullender of Amsterdam, Netherlands**, hereby sell, assign and transfer to **Alcatel Lucent**, a corporation organized under the laws of France and having its principal place of business at 3, avenue Octave Gréard, Paris, France, 75007, and its successors, assigns and legal representatives, the entire right, title and interest, for the United States of America, in and to certain inventions related to **SERVICE-BASED NETWORKING** described in an application for Letters Patent of the United States, executed by us of even date herewith, and all the rights and privileges in said application and under any and all Letters Patent that may be granted in the United States for said inventions; and we also concurrently hereby sell, assign and transfer to Alcatel Lucent the entire right, title and interest in and to said inventions for all countries foreign to the United States, including all rights of priority arising from the application aforesaid, and all the rights and privileges under any and all forms of protection, including Letters Patent, that may be granted in said countries foreign to the United States for said inventions.

We authorize Alcatel Lucent to make application for such protection in its own name and maintain such protection in any and all countries foreign to the United States, and to invoke and claim for any application for patent or other form of protection for said inventions, without further authorization from us, any and all benefits, including the right of priority provided by any and all treaties, conventions, or agreements.

We hereby consent that a copy of this assignment shall be deemed a full legal and formal equivalent of any document which may be required in any country in proof of the right of Alcatel Lucent to apply for patent or other form of protection for said inventions and to claim the aforesaid benefit of the right of priority.

We request that any and all patents for said inventions be issued to Alcatel Lucent in the United States and in all countries foreign to the United States, or to such nominees as Alcatel Lucent may designate.

ALU_815263_Assignment (Paris)-2.DOC

ALU Case Ref. 815263-US-NP            2

We agree that, when requested, we shall, without charge to Alcatel Lucent but at its expense, sign all papers, and do all acts which may be necessary, desirable or convenient in connection with said applications, patents, or other forms of protection.

_____
John Shamilian

Date: 4-23-14

United States of America   )
State of New Jersey        ) ss.:
County of Monmouth         )

On this 23rd day of April, 2014, before me personally came **John Shamilian**, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

ALU_815263_Assignment (Paris)-2.DOC

**PATENT
REEL: 032779 FRAME: 0564**

ALU Case Ref. 815263-US-NP        3

                                                  **Sape Jurrien Mullender**

Date: _____

Alcatel Lucent
3, avenue Octave Gréard
75007 Paris, France

ALU_815263_Assignment (Paris)-2.DOC