# Exhibit H

501897168     04/23/2012

---

## PATENT ASSIGNMENT

---

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Robert Mann | 04/17/2011 |
| Mike Vihtari | 04/17/2011 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Alcatel-Lucent Canada Inc. |
| Street Address: | 600 March Road |
| City: | Ottawa, Ontario |
| State/Country: | CANADA |
| Postal Code: | K2K 2E6 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 13436321 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (703)519-9802 |
| Phone: | 703-519-9801 |
| Email: | mail@krameramado.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Correspondent Name: | Kramer & Amado, P.C. |
| Address Line 1: | 1725 Duke Street, Suite 240 |
| Address Line 4: | Alexandria, VIRGINIA 22314 |

| ATTORNEY DOCKET NUMBER: | ALC 3800 |
|---|---|
| NAME OF SUBMITTER: | Wendy Pickrell |

Total Attachments: 2
source=Executed_Assignment#page1.tif
source=Executed_Assignment#page2.tif

OP  $40.00  13436321

**PATENT**
**REEL: 028090 FRAME: 0775**

Attorney Ref. ALC 3800

# A S S I G N M E N T

In consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the undersigned, whose names and full post office addresses are set out below:

| Name | Address |
|------|---------|
| Robert Mann | 170 Rivington Street<br>Carp, Ontario K0A 1L0<br>Canada |
| Mike Vihtari | 47 Banting Way<br>Kanata, Ontario K2K 1P7<br>Canada |

do hereby sell, assign and transfer to **ALCATEL-LUCENT CANADA INC.**, hereinafter called the assignee, whose full post office address is 600 March Road, Ottawa, Ontario   K2K 2E6 Canada, and to the assignee's successors, assigns or other legal representatives, our entire right, title, interest, property and benefit for Canada, the United States of America and all other countries, in and to our invention relating to

## DIAMETER VERSIONING DICTIONARY

including subject matter which is fully set forth and described in my application for Letters Patent of the United States of America, filed as United States Patent Application 13/436,321 on March 30, 2012, for which a declaration has been signed on even date herewith;

together with our entire right, title, interest, property and benefit for Canada, the United States of America and all other countries, in and to the aforementioned applications, and any foreign applications corresponding thereto and any Letters Patent which may issue for the invention from such applications, including all divisions, continuations, continuations-in-part, re-examinations, reissues and extensions, and any rights of priority resulting from the filing of the above-identified applications under international conventions, treaties or otherwise, the same to be held and enjoyed as fully and exclusively as they would have been by us had this sale, assignment and transfer not been made;

We hereby covenant and agree to do all such things and to execute without further consideration such further assurances, applications and other instruments as may reasonably be required by the assignee to obtain

- 2 -

Letters Patent in Canada, the United States of America and all other countries, for the invention, and vest the same in the Assignee;

In witness whereof, we have hereunto signed my name on the day and year set forth below.

**Signature and Statement of Witness for** <u>Robert Mann</u>:

> **Signature of Robert Mann**
> Signed at _____ Ottawa _____, this
> ___17th___ day of ___April_____, 2012.
>
> _____ Robert Mann _____
> [Signature of **Robert Mann**]

> **Statement of Witness**
> I, <u>Maxine Raycroft</u>, whose full post office address is <u>7 Scheel Drive,</u>
> <u>Arnprior, Ontario, K7S 3G8,</u> Canada, state that I was personally present
> and did see **Robert Mann** who is personally known to me to be the person
> named in the above assignment, duly execute the same on the date set
> forth above.
>
> _____ Maxine Raycroft _____
> [Signature of Witness]

**Signature and Statement of Witness for** <u>Mike Vihtari</u>:

> **Signature of Mike Vihtari**
> Signed at _____ Ottawa _____, this
> ___17___ day of ___April_____, 2012.
>
> _____ M Vihtari _____
> [Signature of **Mike Vihtari**]

> **Statement of Witness**
> I, <u>Maxine Raycroft</u>, whose full post office address is <u>7 Scheel Drive,</u>
> <u>Arnprior, Ontario, K7S 3G8, Canada,</u> state that I was personally present
> and did see **Mike Vihtari** who is personally known to me to be the person
> named in the above assignment, duly execute the same on the date set
> forth above.
>
> _____ Maxine Raycroft _____
> [Signature of Witness]