# Exhibit I

502317592     04/19/2013

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Alcatel-Lucent Canada Inc. | 04/15/2013 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Alcatel Lucent |
| Street Address: | 3, avenue Octave Greard |
| City: | Paris |
| State/Country: | FRANCE |
| Postal Code: | 75007 |

### PROPERTY NUMBERS Total: 6

| Property Type | Number |
|---|---|
| Application Number: | 13411143 |
| Application Number: | 13436243 |
| Application Number: | 13436228 |
| Application Number: | 13434046 |
| Application Number: | 13436321 |
| Application Number: | 13413205 |

### CORRESPONDENCE DATA

Fax Number:         9085823850
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:              908-582-4662
Email:              narpatent@alcatel-lucent.com
Correspondent Name: Gregory J. Murgia
Address Line 1:     600-700 Mountain Avenue
Address Line 2:     Docket Administrator - Room 3B-212F
Address Line 4:     Murray Hill, NEW JERSEY 07974

| ATTORNEY DOCKET NUMBER: | MARCH 2012 AL-CA TO ALU |
|---|---|

PATENT
502317592
REEL: 030252 FRAME: 0251

| NAME OF SUBMITTER: | Gregory J. Murgia |
|---|---|
| Signature: | /Gregory J. Murgia, Reg. No. 41209/ |
| Date: | 04/19/2013 |

Total Attachments: 3
source=March 2012 - Reassignment Agreement - AL-CA to ALU - 18-APR-2013#page1.tif
source=March 2012 - Reassignment Agreement - AL-CA to ALU - 18-APR-2013#page2.tif
source=March 2012 - Reassignment Agreement - AL-CA to ALU - 18-APR-2013#page3.tif

## ASSIGNMENT

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Alcatel-Lucent Canada Inc.**, a corporation established and existing under the laws of Canada and having its principal place of business at 600 March Road, Kanata, Ontario, Canada K2K 2E6, ("Assignor") does hereby sell, assign, transfer and convey, subject to any existing rights, licenses and/or obligations of or to third parties, unto **Alcatel Lucent**, a corporation established and existing under the laws of France and having its principal place of business at 3, avenue Octave Gréard, 75007 PARIS, France ("Assignee"), all of Assignor's right, title and interest, for all countries, jurisdictions and political entities of the world, in and to any and all of the following (collectively, "Rights"):

(a) The invention or inventions (collectively, "Inventions") identified in **APPENDIX A** and all the Intellectual Property rights and privileges under any and all forms of protection, including those enumerated below;

(b) The patent application(s) filed with respect to said Inventions, as identified in **APPENDIX A**, and Patent applications or other applications that may be filed for protection including, without limitation, applications for certificates of invention, utility models, industrial design protection, design patent protection, and provisional patent applications wherever filed, with respect to the Inventions, (collectively, "Applications") including all rights to file and prosecute such Applications directly in the name of Assignee;

(c) All patents including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, that may be granted, registered, or issued with respect to the Inventions or the Applications (collectively, "Patents") including, but not limited to, any already granted patents identified in **APPENDIX A**;

(d) All patents and patent applications for which any of these Applications or Patents directly or indirectly form a basis for priority;

(e) All reissues, requests for continuing examinations, re-examinations, extensions, continuations, continuations in part, continuing prosecution applications, divisions, or registrations of, any item in any of the any of the foregoing categories (b), (c) or (d);

(f) The right to claim priority rights deriving or arising from any of the foregoing categories (b), (c), (d) or (e) and for Assignee to otherwise avail itself of the provisions of the international conventions governing the protection of inventions;

(g)  All causes of action and enforcement rights related to any of the foregoing categories (a), (b), (c), (d) or (e) (including, without limitation, the right to sue and to pursue damages, injunctive relief, or other remedies for past, present, or future infringement, misappropriation, or violation of rights related thereto);

(h)  All rights to license and to collect royalties and other payments under or on account of any of the foregoing categories (a), (b), (c), (d) or (e); and

(i)  Any and all other rights and interests arising out of, in connection with, or in relation to any of the foregoing categories (a), (b), (c), (d) or (e),

with respect to which, and to the extent to which, Assignor had or has acquired the right to so sell, assign, convey, transfer and deliver.

Assignor requests the respective patent office or governmental agency in each jurisdiction to grant or issue any and all letters patents, certificates of invention, utility models or other governmental or inter-governmental grants or issuances that may be granted upon any of the Rights in the name of the Assignee, as the Assignee to the Assignor's entire interest therein.

The terms and conditions of this Assignment will inure to the benefit of Assignee, its successors or assigns, and anyone properly designated by them and will be binding upon Assignor, its successors or assigns, and anyone properly designated by them.

**IN WITNESS WHEREOF**, each of the Parties has caused this Assignment to be executed by its duly authorized representatives on the respective dates entered below.

ASSIGNOR:

Alcatel-Lucent Canada Inc.

By: _____

Name: Gregory Benoit

Title: Senior IP Counsel & Cluster Lead

Date: April 15, 2013

ASSIGNEE:

Alcatel Lucent

By: _____

Name: Gregory J. Murgia

Title: Senior Director,
       Americas Patent Creation &
       Senior IP Corporate Counsel

Date: 14 April 2013

PATENT
REEL: 030252 FRAME: 0254

## APPENDIX A

| Our Case Ref | US Serial No. | WO Serial No. |
|---|---|---|
| 809405-US-NP | 13/411143 | N/A |
| 809900-US-NP | 13/436243 | N/A |
| 811130-US-NP | 13/436228 | PCT/CA2013/050246 |
| 811149-US-NP | 13/434046 | N/A |
| 811150-US-NP | 13/436321 | N/A |
| 811419-US-NP | 13/413205 | N/A |

RECORDED: 04/19/2013

PATENT
REEL: 030252 FRAME: 0255