# Exhibit J

FORM PTO-1619A
Expires 06/30/99
OMB 0651-0027

01-02-2002

101930755

U.S. Department of Commerce
Patent and Trademark Office
PATENT

EET

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

**Submission Type**
- ☒ New
- ☐ Resubmission (Non-Recordation) Document ID #
- ☐ Correction of PTO Error Reel # ___ Frame # ___
- ☐ Corrective Document Reel # ___ Frame # ___

**Conveyance Type**
- ☒ Assignment
- ☐ License
- ☐ Merger
- ☐ Security Agreement
- ☐ Change of Name
- ☐ Other ___

**U.S. Government** (For Use ONLY by U.S. Government Agencies)
- ☐ Departmental File
- ☐ Secret File

AWD 12-18-01

**Conveying Party(ies)** ☐ Mark if additional names of conveying parties attached

| | | Execution Date |
|---|---|---|
| Name (line 1) | Senthil Sengodan | Month 12 Day 18 Year 2001 |
| Name (line 2) | | |

**Second Party**

| | | Execution Date |
|---|---|---|
| Name (line 1) | | Month Day Year |
| Name (line 2) | | |

10017398

**Receiving Party** ☐ Mark if additional names of receiving parties attached

| | |
|---|---|
| Name (line 1) | Nokia Corporaton |
| Name (line 2) | |
| Address (line 1) | Keilalahdentie 4 |
| Address (line 2) | |
| Address (line 3) | FIN-01250 ESPOO   FINLAND |
| | City   State/Country   Zip Code |

☐ If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.)

**Domestic Representative Name and Address**   Enter for the first Receiving Party only.

Name
Address (line 1)
Address (line 2)
Address (line 3)
Address (line 4)

FOR OFFICE USE ONLY

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

12/31/2001 DBYRNE   00000014 190733   10017398
01 FC:581           40.00 CH

**PATENT
REEL: 012400 FRAME: 0759**

| FORM PTO-1619B | Page 2 | U.S. Department of Commerce |
|---|---|---|
| Expires 06/30/99 | | Patent and Trademark Office |
| OMB 0651-0027 | | PATENT |

**Correspondent Name and Address**   Area Code and Telephone Number: (202) 508-9100

- Name: Bradley C. Wright
- Address (line 1): BANNER & WITCOFF, LTD.
- Address (line 2): 1001 G Street NW
- Address (line 3): Eleventh Floor
- Address (line 4): Washington, D. C. 20001-4597

**Pages**   Enter the total number of pages of the attached conveyance document including any attachments   # 4

**Application Number(s) or Patent Number(s)**   ☐ Mark if additional numbers attached.

*Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).*

Patent Application Number(s) | Patent Number(s)

If this document is being filed together with a new Patent Application, enter the date the patent application was signed by the first named executing inventor.

Month 12   Day 18   Year 2001

**Patent Cooperation Treaty (PCT)**
Enter PCT application number only if a U.S. Application Number as not been assigned.

PCT __   PCT __   PCT __
PCT __   PCT __   PCT __

**Number of Properties**   Enter the total number of properties involved.   # 1

**Fee Amount**   Fee Amount for Properties Listed (37 CFR 3.41):   $ 40

Method of Payment:   Enclosed ☐   Deposit Account ☒
**Deposit Account**
Enter for payment by deposit account or if additional fees can be charged to the account.
Deposit Account Number:   # 19-0733

Authorization to charge additional fees:   Yes ☒   No ☐

**Statement and Signature**

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.*

Joseph P. Curtin, Reg. No. 34,571
Name of Person Signing | Signature | Date 12/18/01

**PATENT**
**REEL: 012400 FRAME: 0760**

BW 005288.00014
NC 17391

## ASSIGNMENT

WHEREAS, I, Senthil Sengodan, residing at 6 Westgate Drive #205, Woburn, MA 01803 (ASSIGNOR), am the inventor of certain inventions and improvements described in a U.S. patent application identified by Attorney Docket No. <u>005288.00014</u> and having the title

**METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY**

which application was executed on _____ ;

and WHEREAS

>    Nokia Corporation
>    Keilalahdentie 4
>    FIN-02150 ESPOO
>    FINLAND

ASSIGNEE, desires to acquire the entire right, title and interest in and to the said application, inventions and improvements and any patents that may be granted on or as a result thereof in the United States of America (U.S.) and in any and all foreign countries;

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged,

I hereby assign, to the above named ASSIGNEE, its successors, assigns and legal representatives (NOMINEES) the entire right, title and interest in and to said application, inventions and improvements throughout the world and to any and all patents, petty patents and utility model patents which may be granted therefor, and all continuations, continuations-in-part, divisions, reissues, extensions, renewals, and any non-provisional based on a provisional thereof (LETTERS PATENT).

And I covenant that I have full right to convey the entire interest herein assigned, and that I have not executed and will not execute any agreement or do anything in conflict herewith;

And I further covenant and agree that I will without undue delay execute without further consideration all such papers as may be necessary to perfect the title to said application, inventions and improvements, and LETTERS PATENT in the ASSIGNEE or its NOMINEES, and I agree to communicate to said ASSIGNEE or its NOMINEES all known facts respecting said application, inventions, improvements, and LETTERS PATENT, to testify in any legal proceedings, to sign all lawful papers, and generally to do all things necessary to aid ASSIGNEE or its NOMINEES to obtain and enforce for their own benefit patent protection for said application, inventions and improvements in any and all countries, all at the expense, however, of the ASSIGNEE or its NOMINEES;

Sole Assignment
BW 005288.00014
NC 17391

And I authorize the ASSIGNEE or its NOMINEES to file in my name or their own, as appropriate, application for LETTERS PATENT in any and all countries of the world, and I authorize and request the Commissioner of Patents and Trademarks of the United States, and any proper official of any country, to issue to said ASSIGNEE or its NOMINEES any and all LETTERS PATENT for said application, inventions and improvements, for their sole use, to the full end of the term for which such LETTERS PATENT may be granted;

And I hereby grant my attorneys at the law firm of Banner & Witcoff the power to insert into this document information sufficient to identify the patent application to which this assignment pertains.

Date: 12/18/2001   Inventor: _____ *[signature]* _____

Senthil Sengodan

Note: No legalization or other witness required.

LAW OFFICES
BANNER & WITCOFF, LTD.
1001 G STREET, N.W.
WASHINGTON, D.C. 20001-4597
(202) 508-9100

Page 2 of 2

**PATENT**
RECORDED: 12/18/2001                                              REEL: 012400 FRAME: 0762