# Exhibit K

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT3346486

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| NOKIA CORPORATION | 01/16/2015 |

## RECEIVING PARTY DATA

| Name: | NOKIA TECHNOLOGIES OY |
|---|---|
| Street Address: | KARAPORTTI 3 |
| City: | ESPOO |
| State/Country: | FINLAND |
| Postal Code: | 02610 |

## PROPERTY NUMBERS Total: 25

| Property Type | Number |
|---|---|
| Patent Number: | 7224677 |
| Patent Number: | 7167861 |
| Patent Number: | 6744774 |
| Patent Number: | 7054643 |
| Patent Number: | 6738631 |
| Patent Number: | 7908378 |
| Patent Number: | 7356627 |
| Patent Number: | 7443835 |
| Patent Number: | 7441035 |
| Patent Number: | 7684798 |
| Patent Number: | 6798773 |
| Patent Number: | 8804712 |
| Patent Number: | 7480307 |
| Patent Number: | 7313628 |
| Patent Number: | 6665723 |
| Patent Number: | 8521238 |
| Patent Number: | 8036718 |
| Patent Number: | 8095633 |
| Patent Number: | 7257625 |
| Patent Number: | 7443859 |

| Property Type | Number |
|---|---|
| Patent Number: | 8320254 |
| Patent Number: | 6785259 |
| Patent Number: | 7349377 |
| Patent Number: | 6879690 |
| Patent Number: | 6823461 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Email:** Sandy.fong-Hou@nokia.com
**Correspondent Name:** NOKIA USA INC.
**Address Line 1:** 200 SOUTH MATHILDA AVE
**Address Line 2:** ATTN: INTELLECTUAL PROPERTY
**Address Line 4:** SUNNYVALE, CALIFORNIA 94086

| ATTORNEY DOCKET NUMBER: | SFH NCORP TO NTECH P75 |
|---|---|
| NAME OF SUBMITTER: | SANDY FONG-HOU |
| SIGNATURE: | /Sandy Fong-Hou/ |
| DATE SIGNED: | 05/10/2015 |

Total Attachments: 2
source=SFH P75#page1.tif
source=SFH P75#page2.tif

**PATENT
REEL: 035602 FRAME: 0258**

PATENT ASSIGNMENT

THIS Assignment is effective as of 31 December 2014 between

Assignor **NOKIA CORPORATION** of Karaportti 3, FI – 02610 Espoo, Finland, a corporation organized under the laws of Finland (hereinafter "Nokia Corporation") and
Assignee **NOKIA TECHNOLOGIES OY** of Karaportti 3, FI – 02610 Espoo, Finland, a corporation organized under the laws of Finland (hereinafter "Nokia Technologies")

**WHEREAS**, Nokia Corporation is the owner of certain patents and patent applications, as more particularly described in Attachment 1 hereto (hereinafter "the Patents"), incorporated herein by reference;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and in accordance with that certain Business Purchase Agreement between Nokia Corporation and Nokia Technologies having an effective date of 31 December 2014 (hereinafter "Agreement"):

Nokia Corporation sells, assigns, transfers and conveys to Nokia Technologies, and its successors and assigns, all right, title, and interest in and to each of the Patents and patent applications listed in Attachment 1 hereto and all continuations, divisions, and reissues arising from or related to the Patents.

This sale, assignment, transfer, and conveyance to Nokia Technologies, and its successors and assigns, is made subject to certain retained rights in favor of Nokia Corporation for the Patents and patent applications listed in Attachment 1, as are set forth in the Agreement.

**IN WITNESS WHEREOF**, the parties have caused their respective corporate names to be affixed hereto and this instrument to be signed by their duly authorized officers as of the day and year written below.

**NOKIA CORPORATION**
By: _____
Name: Esa Niinimäki
Title: Authorized signatory
Date: 16 January 2015

Name: Anne Oksala
Title: Legal Counsel
Date: 16 January 2015

**NOKIA TECHNOLOGIES OY**
By: _____
Name: Jyri Lassi
Title: Vice President, Legal & IP
Date: 16 January 2015

Name: Sami Oskala
Title: Head of Finance and operations
Date: 16 January 2015

ATTACHMENT 1

| | | | | | |
|---|---|---|---|---|---|
| 17467-US-NP | United States Of America | 15 Nov 2002 | 10/295626 | 29 May 2007 | 7224677 |
| 17464-US-NP | United States Of America | 28 Jun 2002 | 10/184001 | 23 Jan 2007 | 7167861 |
| 17450-US-NP | United States Of America | 27 Jun 2002 | 10/180081 | 01 Jun 2004 | 6744774 |
| 17449-US-NP | United States Of America | 27 Jun 2002 | 10/186249 | 23 Nov 2004 | 6823461 |
| 17431-US-NP | United States Of America | 20 Feb 2002 | 10/079338 | 30 May 2006 | 7054643 |
| 17430-US-NP | United States Of America | 06 May 2002 | 10/138489 | 18 May 2004 | 6738631 |
| 17428-US-NP | United States Of America | 03 May 2002 | 10/137340 | 15 Mar 2011 | 7908378 |
| 17420-US-NP | United States Of America | 10 Jul 2003 | 10/617454 | 08 Apr 2008 | 7356627 |
| 17419-US-NP | United States Of America | 02 Dec 2002 | 10/309366 | 28 Oct 2008 | 7443835 |
| 17415-US-NP | United States Of America | 04 Feb 2003 | 10/357508 | 21 Oct 2008 | 7441035 |
| 17414-US-NP | United States Of America | 09 Nov 2001 | 09/986778 | 23 Mar 2010 | 7684798 |
| 17413-US-NP | United States Of America | 13 Nov 2001 | 09/987198 | 28 Sep 2004 | 6798773 |
| 17407-US-DIV | United States Of America | 22 Dec 2004 | 11/018650 | 12 Aug 2014 | 8804712 |
| 17407-US-DIV[2] | United States Of America | 22 Dec 2004 | 11/018676 | 20 Jan 2009 | 7480307 |
| 17407-US-NP | United States Of America | 28 Jun 2001 | 09/892611 | 25 Dec 2007 | 7313628 |
| 17405-US-NP | United States Of America | 29 Nov 2001 | 09/995568 | 16 Dec 2003 | 6665723 |
| 17402-US-CNT | United States Of America | 06 Sep 2011 | 13/225592 | 27 Aug 2013 | 8521238 |
| 17402-US-NP | United States Of America | 17 Jun 2002 | 10/172508 | 11 Oct 2011 | 8036718 |
| 17399-US-CNT | United States Of America | 02 Jul 2007 | 11/772688 | 10 Jan 2012 | 8095633 |
| 17399-US-NP | United States Of America | 21 Dec 2001 | 10/037297 | 14 Aug 2007 | 7257625 |
| 17391-US-NP | United States Of America | 18 Dec 2001 | 10/017398 | 28 Oct 2008 | 7443859 |
| 17383-US-CNT | United States Of America | 21 Jul 2005 | 11/185890 | 27 Nov 2012 | 8320254 |
| 17250-US-NP | United States Of America | 16 Nov 2001 | 09/991543 | 31 Aug 2004 | 6785259 |
| 17239-US-NP | United States Of America | 09 Nov 2001 | 09/986602 | 25 Mar 2008 | 7349377 |
| 17223-US-NP | United States Of America | 23 Nov 2001 | 09/990329 | 12 Apr 2005 | 6879690 |