Exhibit M

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6056993

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| NOKIA TECHNOLOGIES OY | 11/26/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | WSOU INVESTMENTS, LLC |
| **Street Address:** | 11150 SANTA MONICA BLVD. |
| **Internal Address:** | SUITE 1400 |
| **City:** | LOS ANGELES |
| **State/Country:** | CALIFORNIA |
| **Postal Code:** | 90025 |

**PROPERTY NUMBERS Total: 74**

| Property Type | Number |
|---|---|
| **Patent Number:** | 7457623 |
| **Patent Number:** | 7752323 |
| **Patent Number:** | 7443859 |
| **Patent Number:** | 7441035 |
| **Patent Number:** | 7908378 |
| **Patent Number:** | 7646337 |
| **Patent Number:** | 7528772 |
| **Patent Number:** | 7822001 |
| **Patent Number:** | 7522513 |
| **Patent Number:** | 7315966 |
| **Patent Number:** | 7339950 |
| **Patent Number:** | 6898283 |
| **Patent Number:** | 6771690 |
| **Patent Number:** | 7277054 |
| **Patent Number:** | 6615044 |
| **Patent Number:** | 7110474 |
| **Patent Number:** | RE42676 |
| **Patent Number:** | 6834528 |
| **Patent Number:** | 7522885 |

| Property Type | Number |
|---|---|
| Patent Number: | 6993291 |
| Patent Number: | 7035367 |
| Patent Number: | 7693482 |
| Patent Number: | 6947403 |
| Patent Number: | 7583723 |
| Patent Number: | 7356073 |
| Patent Number: | 7412012 |
| Patent Number: | 8873539 |
| Patent Number: | 8774860 |
| Patent Number: | 7623828 |
| Patent Number: | 8739291 |
| Patent Number: | 8619993 |
| Patent Number: | 8566420 |
| Patent Number: | 8854993 |
| Patent Number: | 8559383 |
| Patent Number: | 8873811 |
| Patent Number: | 8494284 |
| Patent Number: | 9275134 |
| Patent Number: | 8954854 |
| Patent Number: | 9877135 |
| Patent Number: | 9992568 |
| Application Number: | 10024441 |
| Application Number: | 60361596 |
| Application Number: | 10531104 |
| Application Number: | 09875786 |
| Application Number: | 11099981 |
| Application Number: | 60817549 |
| Application Number: | 61147012 |
| Application Number: | 14010988 |
| PCT Number: | FI2002000449 |
| PCT Number: | IB2002002586 |
| PCT Number: | IB2002005385 |
| PCT Number: | IB2002005404 |
| PCT Number: | IB2003000804 |
| PCT Number: | IB2003001629 |
| PCT Number: | IB2002000916 |
| PCT Number: | EP2001014119 |
| PCT Number: | FI2003000140 |

| Property Type | Number |
|---|---|
| PCT Number: | FI2000000792 |
| PCT Number: | EP2001007473 |
| PCT Number: | EP2001004906 |
| PCT Number: | EP2003050672 |
| PCT Number: | IB2001001866 |
| PCT Number: | IB2002001659 |
| PCT Number: | FI2004000116 |
| PCT Number: | IB2004001892 |
| PCT Number: | IB2004002221 |
| PCT Number: | IB2006052694 |
| PCT Number: | IB2005002347 |
| PCT Number: | IB2006000145 |
| PCT Number: | FI2007000274 |
| PCT Number: | FI2012050517 |
| PCT Number: | FI2012050961 |
| PCT Number: | FI2012051026 |
| PCT Number: | FI2012050861 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 208-327-8900 |
| **Email:** | docketing@burdickpatents.com |
| **Correspondent Name:** | SEAN D. BURDICK |
| **Address Line 1:** | 2537 W. STATE STREET |
| **Address Line 2:** | SUITE 220 |
| **Address Line 4:** | BOISE, IDAHO 83702 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | SEAN D. BURDICK |
| **SIGNATURE:** | /Sean D. Burdick/ |
| **DATE SIGNED:** | 04/10/2020 |

**Total Attachments: 18**
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page1.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page2.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page3.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page4.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page5.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page6.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page7.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page8.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page9.tif

source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page10.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page11.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page12.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page13.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page14.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page15.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page16.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page17.tif
source=Assignment Nokia Technologies Oy to WSOU with Attachment E#page18.tif



## ATTACHMENT E: ASSIGNMENT OF PATENT RIGHTS
## BY NOKIA TECHNOLOGIES OY TO WSOU

### PATENT ASSIGNMENT

This **PATENT ASSIGNMENT**, including without limitation Exhibit A of this Attachment E, ("**Assignment**") is made by:

**Nokia Technologies Oy,** a company validly organized and existing under the laws of Finland and having its principal address at Karakaari 7, 02610 Espoo, Finland, ("**Assignor**"); to

**WSOU Investments LLC** a company validly organized under the laws of Delaware, having its principal address at 11150 Santa Monica Boulevard, Suite 1400 Los Angeles, CA 90025, (the "**Assignee**"),

All references to the plural herein also mean the singular, and vice versa, unless the context otherwise requires.

**WHEREAS,** Assignor is the owner of certain patents and patent applications, as specified in Exhibit A hereto.


### DEFINITIONS

"**Assigned Patents**" means the patents and patent applications listed in Exhibit A of this Attachment E that are owned or controlled by the Assignor or its Affiliates (other than Nokia Shanghai Bell) on the Assignment Date.

"**Assignment Date**" means November 26, 2019.


### PATENT ASSIGNMENT

Assignor hereby assigns, transfers, and conveys unto Assignee, all of Assignor's right, title, and interest in and to each of the Assigned Patents.

The assignment, transfer, and conveyance to Assignee set forth above will become effective on the Assignment Date and is made subject to certain encumbrances and retained rights for the Assigned Patents in favor of Assignor and/or its affiliates, assignees, and licensees.

This Patent Assignment may be executed by the Parties in one or more counterparts, each of which when so executed shall be an original, but all such counterparts shall constitute one and the same instrument. Each Party intends that a facsimile of its signature printed from an unaltered scanned version of its original signature such as by a printer printing an unaltered Portable Document Format (PDF) file supplied by the Party be regarded as an original signature.

**PATENT**
**REEL: 052372 FRAME: 0544**



IN WITNESS WHEREOF, the Assignor has caused this Assignment to be signed by its duly authorized officers.

ASSIGNOR:                                          ASSIGNOR:

NOKIA TECHNOLOGIES OY                               NOKIA TECHNOLOGIES OY

By: _____                        By: _____

Name: __Merja Leväjärvi__                           Name: ___Hanna Nuortila___
       Authorized Signatory                                Authorized Signatory
Title: _____                      Title: _____

Date: December 12, 2019                             Date: December 12, 2019


ACKNOWLEDGED BY ASSIGNEE

ASSIGNEE:

WSOU INVESTMENTS LLC

By: _____
    Stuart Shanus

Name: __Stuart Shanus__

Title: __President__

Date: __12/16/2019__

© Nokia 2019

PATENT
REEL: 052372 FRAME: 0545

EXHIBIT A OF ATTACHMENT E – ASSIGNED PATENTS

| FAMILY | CASE REFERENCE | COUNTRY | APP DATE | APPLICATION NUMBER | PUBLICATION NUMBER | ISSUE DATE | PATENT NUMBER | TITLE |
|---|---|---|---|---|---|---|---|---|
| 15653 | 15653-AU-PCT | AU | 5/24/02 | 2002308090 | | 7/5/07 | 2002308090 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-BR-PCT | BR | 5/24/02 | PI0209547.5 | | | | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-CA-PCT | CA | 5/24/02 | 2447038 | | 10/28/08 | 2447038 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-CN-PCT | CN | 5/24/02 | 02810562.1 | 1511428 | 3/21/07 | 02810562.1 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-DE-EPT | DE | 5/24/02 | 02771666.1 | 1397934 | 7/30/08 | 60227949.6 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-EP-EPT | EP | 5/24/02 | 02771666.1 | 1397934 | 7/30/08 | 1397934 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-FI-NP | FI | 5/25/01 | 20011098 | | 2/27/04 | 113140 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-FR-EPT | FR | 5/24/02 | 02771666.1 | 1397934 | 7/30/08 | 1397934 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-GB-EPT | GB | 5/24/02 | 02771666.1 | 1397934 | 7/30/08 | 1397934 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-ID-PCT | ID | 5/24/02 | W-00200302590 | 038.819 | 5/23/07 | ID0017506 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-IN-PCT | IN | | 01843/CHENP/2003 | | 9/21/06 | 201500 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-JP-PCT | JP | 5/24/02 | 2002-592671 | 2004-533772 | 5/11/07 | 3952187 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-KR-PCT | KR | 5/24/02 | 7015133/2003 | | 7/5/06 | 10-0600076 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-MX-PCT | MX | 5/24/02 | PA/A/2003/010746 | | 10/15/07 | 250360 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-PH-PCT | PH | 5/24/02 | 1-2003-501033 | WO2002/096146 | | | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-RU-PCT | RU | 5/24/02 | 2003137227 | 2003137227 | 9/27/06 | 2284675 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-SG-PCT | SG | 5/24/02 | 2003306206.4 | | 1/27/06 | 99744 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-UA-PCT | UA | 5/24/02 | 2003110669/M | | 5/16/05 | 73039 | BITRATE SENSITIVE HANDOVER |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15653 | 15653-US-PCT | US | 5/24/02 | 10/717634 | 20040102194 | 11/25/08 | 745/623 | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-WO-PCT | WO | 5/24/02 | PCT/FI02/00449 | WO2002/096146 | | | BITRATE SENSITIVE HANDOVER |
| 15653 | 15653-ZA-PCT | ZA | 5/24/02 | 2003/8215 | 2003/8215 | 4/28/04 | 2003/8215 | BITRATE SENSITIVE HANDOVER |
| 16747 | 16747-DE-EPT | DE | 5/21/02 | 02741043.0 | 1506681 | 3/7/07 | 60218752.4 | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 16747 | 16747-EP-EPT | EP | 5/21/02 | 02741043.0 | 1506681 | 3/7/07 | 1506681 | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 16747 | 16747-ES-EPT | ES | 5/21/02 | 02741043.0 | 1506681 | 3/7/07 | 1506681 | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 16747 | 16747-FR-EPT | FR | 5/21/02 | 02741043.0 | 1506681 | 3/7/07 | 1506681 | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 16747 | 16747-GB-EPT | GB | 5/21/02 | 02741043.0 | 1506681 | 3/7/07 | 1506681 | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 16747 | 16747-IT-EPT | IT | 5/21/02 | 1506681 | 1506681 | 3/7/07 | 1506681 | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 16747 | 16747-US-PCT | US | 5/21/02 | 10/514550 | 2005022606 | 7/6/10 | 7752323 | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 16747 | 16747-WO-PCT | WO | 5/21/02 | PCT/IB02/02586 | WO2003/098948 | | | REPACKING PROCEDURE FOR STREAMING PACKET SWITCHED SERVICES OVER A TWO-POOL SYSTEM FOR RESOURCE ALLOCATION IN EGPRS NETWORKS |
| 17391 | 17391-US-NP | US | 12/18/01 | 10/017398 | 20030112793 | 10/28/08 | 7443859 | ADDRESS ALLOCATION IN GPRS NETWORKS |
| 17391 | 17391-WO-PCT | WO | 12/13/02 | PCT/IB02/05385 | WO2003/052961 | | | ADDRESS ALLOCATION IN EGPRS NETWORKS |
| 17394 | 17394-CA-PCT | CA | 12/13/02 | 2459899 | | | | ARCHITECTURE TO SUPPORT LEGACY APPLICATION INTO RSPERVERPOOL. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17394 | 17394-CN-PCT | CN | 12/13/02 | 02824772.8 | 1602481 | 9/19/07 | ZL02824772.8 | ARCHITECTURE TO SUPPORT LEGACY APPLICATION INTO RSPERVERPOOL. |
| 17394 | 17394-EP-EPT | EP | 12/13/02 | 02788359.4 | 1456767 | | | ARCHITECTURE TO SUPPORT LEGACY APPLICATION INTO RSPERVERPOOL. |
| 17394 | 17394-JP-PCT | JP | 12/13/02 | 2003-553437 | 2005-513618 | | | ARCHITECTURE TO SUPPORT LEGACY APPLICATION INTO RSPERVERPOOL. |
| 17394 | 17394-KR-PCT | KR | 12/13/02 | 2004700888212 | 2004-71178 | | | ARCHITECTURE TO SUPPORT LEGACY APPLICATION INTO RSPERVERPOOL. |
| 17394 | 17394-US-NP | US | 12/18/01 | 10/024441 | 20030115259 | | | ARCHITECTURE TO SUPPORT LEGACY APPLICATION INTO RSPERVERPOOL. |
| 17394 | 17394-WO-PCT | WO | 12/13/02 | PCT/IB02/05404 | WO2003/052618 | | | ARCHITECTURE TO SUPPORT LEGACY APPLICATION INTO RSPERVERPOOL. |
| 17415 | 17415-US-NP | US | 2/4/03 | 10/357508 | 2003220990 | 10/21/08 | 7441035 | NAME SERVER OPERATIONAL PROCEDURES FOR A RELIABLE SERVER POOL SYSTEM |
| 17415 | 17415-US-PSP | US | 3/4/02 | 60/361596 | | | | NAME SERVER OPERATIONAL PROCEDURES FOR A RELIABLE SERVER POOL SYSTEM |
| 17415 | 17415-WO-PCT | WO | 3/4/03 | PCT/IB03/00804 | WO2003/075536 | | | NAME SERVER OPERATIONAL PROCEDURES FOR A RELIABLE SERVER POOL SYSTEM |
| 17428 | 17428-DE-EPT | DE | 4/28/03 | 03747186.9 | 1499992 | 2/25/09 | 60326337.2 | PROVISIONING SEAMLESS APPLICATIONS IN MOBILE TERMINALS THROUGH REGISTERING AND TRANSFERRING OF APPLICATION CONTEXT |
| 17428 | 17428-EP-EPT | EP | 4/28/03 | 03747186.9 | 1499992 | 2/25/09 | 1499992 | PROVISIONING SEAMLESS APPLICATIONS IN MOBILE TERMINALS THROUGH REGISTERING AND TRANSFERRING OF APPLICATION CONTEXT |
| 17428 | 17428-FR-EPT | FR | 4/28/03 | 03747186.9 | 1499992 | 2/25/09 | 1499992 | PROVISIONING SEAMLESS APPLICATIONS IN MOBILE TERMINALS THROUGH REGISTERING AND TRANSFERRING OF APPLICATION CONTEXT |
| 17428 | 17428-US-NP | US | 5/3/02 | 10/137340 | 20030204599 | 3/15/11 | 7908378 | PROVISIONING SEAMLESS APPLICATIONS IN MOBILE TERMINALS THROUGH REGISTERING AND TRANSFERRING OF APPLICATION CONTEXT |
| 17428 | 17428-WO-PCT | WO | 4/28/03 | PCT/IB03/01629 | WO2003/091900 | | | PROVISIONING SEAMLESS APPLICATIONS IN MOBILE TERMINALS THROUGH REGISTERING AND TRANSFERRING OF APPLICATION CONTEXT |
| 19244 | 19244-CN-PCT | CN | 1/21/02 | 02827334.6 | 1630823 | 7/2/08 | ZL02827334.6 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19244 | 19244-DE-ETD | DE | 9/27/10 | 101802122 | 2282222 | 8/20/14 | 6024657.1.0 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-EP-EPT | EP | 1/21/02 | 02705026.9 | 1468305 | | | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-EP-ETD | EP | 9/27/10 | 101802122 | 2282222 | 8/20/14 | 2282222 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-GB-ETD | GB | 9/27/10 | 101802122 | 2282222 | 8/20/14 | 2282222 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-KR-PCT | KR | 1/21/02 | 7011235/2004 | | 2/16/07 | 686741 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-NL-ETD | NL | 9/27/10 | 101802122 | 2282222 | 8/20/14 | 2282222 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-US-PCD | US | 3/24/09 | 12/382788 | 20090184872 | 1/12/10 | 7645337 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-US-PCT | US | 1/21/02 | 10/501954 | 20050046613 | 5/5/09 | 7528772 | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19244 | 19244-WO-PCT | WO | 1/21/02 | PCT/IB02/00916 | WO2003/060547 | | | IMPROVED GPS TIME TRANSFER TO A MOBILE STATION USING CELLULAR TIME |
| 19308 | 19308-AU-PCT | AU | 12/3/01 | 2002238410 | | 3/9/06 | 2002238410 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-BE-EPT | BE | 12/3/01 | 01968847.0 | 1454474 | 12/28/05 | 1454474 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-BR-PCT | BR | 12/3/01 | PI0117176.3 | | | | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-CA-PCT | CA | 12/3/01 | 2465111 | | | | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-CN-PCT | CN | 12/3/01 | 01823851.3 | 1561624 | 10/7/09 | 01823851.3 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-DE-EPT | DE | 12/3/01 | 01968847.0 | 1454474 | 12/28/05 | 601163999.0 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-EP-EPT | EP | 12/3/01 | 01968847.0 | 1454474 | 12/28/05 | 1454474 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-ES-EPT | ES | 12/3/01 | 01968847.0 | 2252319 | 12/28/05 | 1454474 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19571 | 19571-GB-EPT | GB | 2/27/03 | 03704730.5 | 1479186 | 7/4/07 | 1479186 | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 19571 | 19571-FR-EPT | FR | 2/27/03 | 03704730.5 | 1479186 | 7/4/07 | 1479186 | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 19571 | 19571-FI-NP | FI | 2/28/02 | 20020387 | | | | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 19571 | 19571-EP-EPT | EP | 2/27/03 | 03704730.5 | 1479186 | 7/4/07 | 1479186 | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 19571 | 19571-DE-EPT | DE | 2/27/03 | 03704730.5 | 1479186 | 7/4/07 | 60314725.9 | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 19308 | 19308-ZA-PCT | ZA | 12/3/01 | 2004/3183 | | 7/28/04 | 2004/3183 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-WO-PCT | WO | 12/3/01 | PCT/EP01/14119 | WO2003/049405 | | | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-US-PCT | US | 12/3/01 | 10/495476 | 20040264451 | 10/26/10 | 7822001 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-RU-PCT | RU | 12/3/01 | 2004117074 | 2004117074 | 8/10/06 | 2281617 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-NL-EPT | NL | 12/3/01 | 01968647.0 | 1454474 | 12/28/05 | 1454474 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-MX-PCT | MX | 12/3/01 | PA/A/2004/005070 | | 7/9/07 | 247095 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-KR-PCT | KR | 12/3/01 | 7008380/2004 | | 1/12/07 | 671526 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-JP-PCT | JP | 12/3/01 | 2003-550471 | 2005-512406 | 4/18/08 | 4113499 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-IT-EPT | IT | 12/3/01 | 01968647.0 | 1454474 | 12/28/05 | 1454474 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-IN-PCT | IN | 12/3/01 | 1464/CHENP/2004 | | 10/6/06 | 202156 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-GB-EPT | GB | 12/3/01 | 01968647.0 | 1454474 | 12/28/05 | 1454474 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |
| 19308 | 19308-FR-EPT | FR | 12/3/01 | 01968647.0 | 1454474 | 12/28/05 | 1454474 | GPA BASED SWITCHING IN MOBILE WIRELESS MESH NETWORKS |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19571 | 19571-IT-EPT | IT | 2/27/03 | 03704730.5 | 1479186 | 7/4/07 | 1479186 | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 19571 | 19571-US-PCT | US | 2/27/03 | 10/505663 | 2005022000001 | 4/21/09 | 7522513 | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 19571 | 19571-WO-PCT | WO | 2/27/03 | PCT/FI03/00140 | WO2003/073683 | | | A METHOD AND A RECEIVER ARRANGEMENT TO COMBAT IMPULSE INTERFERENCE IN OFDM SYSTEMS |
| 23320 | 23320-BR-PCT | BR | 9/19/00 | PI0014105.4 | 0014105 | 9/2/14 | PI0014105.4 | Reliable quality reporting |
| 23320 | 23320-CA-PCT | CA | 9/19/00 | 2383787 | | 3/22/05 | 2383787 | Reliable quality reporting |
| 23320 | 23320-CN-PCT | CN | 9/19/00 | 00813059.0 | 137S174 | 2/11/04 | ZL00813059.0 | Reliable quality reporting |
| 23320 | 23320-DE-EPT | DE | 9/19/00 | 00960721.9 | 1214856 | 8/13/08 | 60039897.8 | Reliable quality reporting |
| 23320 | 23320-EP-EPD | EP | 2/14/08 | 08151417.6 | 1924111 | | | Reliable quality reporting |
| 23320 | 23320-EP-EPT | EP | 9/19/00 | 00960721.9 | 1214856 | 8/13/08 | 1214856 | Reliable quality reporting |
| 23320 | 23320-FI-NP | FI | 9/20/99 | 19992002 | 992002 | | | Reliable quality reporting |
| 23320 | 23320-FR-EPT | FR | 9/19/00 | 00960721.9 | 1214856 | 8/13/08 | 1214856 | Reliable quality reporting |
| 23320 | 23320-GB-EPT | GB | 9/19/00 | 00960721.9 | 1214856 | 8/13/08 | 1214856 | Reliable quality reporting |
| 23320 | 23320-IT-EPT | IT | 9/19/00 | 00960721.9 | 1214856 | 8/13/08 | 31541 BE/2008 | Reliable quality reporting |
| 23320 | 23320-JP-PCT | JP | 9/19/00 | 2001-525993 | 2003-510918 | 5/11/07 | 3952775 | Reliable quality reporting |
| 23320 | 23320-KR-PCT | KR | 9/19/00 | 7003705/2002 | | 4/24/07 | 0713239 | Reliable quality reporting |
| 23320 | 23320-US-PCT | US | 9/19/00 | 10/091602 | 2002011977 3 | 1/1/08 | 7315966 | Reliable quality reporting |
| 23320 | 23320-WO-PCT | WO | 9/19/00 | PCT/FI00/00792 | WO2001/022762 | | | Reliable quality reporting |
| 23654 | 23654-CN-PCT | CN | 6/29/01 | 01815008.X | 1451253 | 4/16/08 | 01815008.X | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 23654 | 23654-DE-EPT | DE | 6/29/01 | 01967110.6 | 1400145 | 9/5/07 | 60130376.8 | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23654 | 23654-EP-EPT | EP | 6/29/01 | 0196/7110.6 | 1400145 | 9/5/07 | 1400145 | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 23654 | 23654-ES-EPT | ES | 6/29/01 | 0196/7110.6 | 1400145 | 9/5/07 | 2291347 | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 23654 | 23654-FR-EPT | FR | 6/29/01 | 0196/7110.6 | 1400145 | 9/5/07 | 1400145 | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 23654 | 23654-GB-EPT | GB | 6/29/01 | 0196/7110.6 | 1400145 | 9/5/07 | 1400145 | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 23654 | 23654-IT-EPT | IT | 6/29/01 | 0196/7110.6 | 1400145 | 9/5/07 | 33873 BE/2007 | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 23654 | 23654-US-PCT | US | 6/29/01 | 10/362632 | 2004004/2394 | 3/4/08 | 7339950 | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 23654 | 23654-WO-PCT | WO | 6/29/01 | PCT/EP01/07473 | WO2003/005751 | | | PROBABILISTIC OVERBOOKING OF NRT TRAFFIC |
| 25211 | 25211-GB-NP | GB | 5/5/00 | 0010937.1 | | | | CHANGEABLE COVERS WITH CHANGEABLE SOFTWARE |
| 32046 | 32046-AU-PCT | AU | 5/2/01 | 2001265918 | | | | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-BR-PCT | BR | 5/2/01 | PI0110368-7 | PI0110368-7 | | | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-CA-PCT | CA | 5/2/01 | 2407917 | | | | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-CN-PCT | CN | 5/2/01 | 01809019.2 | 1428037 | 4/15/09 | 01809019.2 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-DE-EPT | DE | 5/2/01 | 01943306.9 | 1282973 | 9/6/06 | 60122875.8 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-EP-EPT | EP | 5/2/01 | 01943306.9 | 1282973 | 9/6/06 | 1282973 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-FR-EPT | FR | 5/2/01 | 01943306.9 | 1282973 | 9/6/06 | 1282973 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-GB-EPT | GB | 5/2/01 | 01943306.9 | 1282973 | 9/6/06 | 1282973 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-GB-NP | GB | 12/8/00 | 0030048.3 | 2362071 | 7/14/04 | 2362071 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-IN-PCT | IN | 5/2/01 | IN/PCT/2002/01782/CH | | | | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-JP-PCT | JP | 5/2/01 | 2001-583017 | 2003533134 | 4/15/11 | 4724349 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-KR-PCT | KR | 5/2/01 | 2002-7014485 | 2003-1458 | 3/28/07 | 0703118 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-NL-EPT | NL | 5/2/01 | 01943306.9 | 1282973 | 9/6/06 | 1282973 | PHONE COVER BASED PROFILE SELECTION |
| 32046 | 32046-US-NP | US | 4/10/01 | 09/829764 | 2002030103 | 5/24/05 | 6898283 | PHONE COVER BASED PROFILE SELECTION |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32046 | 32046-WO-PCT | WO | 5/2/01 | PCT/EP01/04906 | WO2001/086922 | | | PHONE COVER BASED PROFILE SELECTION |
| 28669 | 28669-CN-PCT | CN | 9/30/03 | 03823999.X | 1692344 | 2/11/09 | 03823999.X | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 28669 | 28669-DE-EPT | DE | 9/30/03 | 03773723.6 | 1550045 | 9/30/09 | 60329512.6 | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 28669 | 28669-EP-EPT | EP | 9/30/03 | 03773723.6 | 1550045 | 9/30/09 | 1550045 | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 28669 | 28669-GB-EPT | GB | 9/30/03 | 03773723.6 | 1550045 | 9/30/09 | 1550045 | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 28669 | 28669-GB-NP | GB | 10/10/02 | 0223886.7 | 2394080 | | | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 28669 | 28669-KR-PCT | KR | 9/30/03 | 2005-7006118 | 2005-63782 | 11/6/07 | 775992 | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 28669 | 28669-US-PCT | US | 9/30/03 | 10/531104 | 2006004512.2 | | | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 28669 | 28669-WO-PCT | WO | 9/30/03 | PCT/EP03/050672 | WO2004/034266 | | | USB HOST SWAPPING BY MONITORING VBUS IN A "CLOSED ENVIRONMENT" |
| 32500 | 32500-CN-PCT | CN | 10/8/01 | 01822849.6 | | 9/6/06 | ZL01822849.6 | BLIND ADAPTIVE LMMSE ESTIMATOR AND RECEIVER |
| 32500 | 32500-EP-EPT | EP | 10/8/01 | 01970098.8 | 1346488 | | | BLIND ADAPTIVE LMMSE ESTIMATOR AND RECEIVER |
| 32500 | 32500-KR-PCT | KR | 10/8/01 | 2003-7008596 | 2003-62449 | 11/17/08 | 2003-7008596 | BLIND ADAPTIVE LMMSE ESTIMATOR AND RECEIVER |
| 32500 | 32500-US-NP | US | 12/29/00 | 09/751973 | 20020122470 | 8/3/04 | 6771690 | BLIND ADAPTIVE LMMSE ESTIMATOR AND RECEIVER |
| 32500 | 32500-WO-PCT | WO | 10/8/01 | PCT/IB01/01866 | WO2002/054613 | | | BLIND ADAPTIVE LMMSE ESTIMATOR AND RECEIVER |
| 32500 | 32500-DE-EPA | DE | 2/19/02 | 023960198 | 1237009 | 7/23/14 | 602464625 | USING SERVING BS ID IN FETCHING GPS BROADCAST ASSISTANCE |
| 32591 | 32591-DE-EPA | DE | 2/19/02 | 023960198 | 1237009 | 7/23/14 | 602464625 | USING SERVING BS ID IN FETCHING GPS BROADCAST ASSISTANCE |
| 32591 | 32591-EP-EPA | EP | 2/19/02 | 023960198 | 1237009 | 7/23/14 | 1237009 | USING SERVING BS ID IN FETCHING GPS BROADCAST ASSISTANCE |
| 32591 | 32591-FI-NP | FI | 2/23/01 | 20010365 | | 12/31/02 | 110289 | USING SERVING BS ID IN FETCHING GPS BROADCAST ASSISTANCE |
| 32591 | 32591-GB-EPA | GB | 2/19/02 | 023960198 | 1237009 | 7/23/14 | 1237009 | USING SERVING BS ID IN FETCHING GPS BROADCAST ASSISTANCE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32591 | 32591-NL-EPA | NL | 2/19/02 | 02396019.8 | 1237009 | 7/23/14 | 1237009 | USING SERVING BS ID IN FETCHING GPS BROADCAST ASSISTANCE |
| 32591 | 32591-US-NP | US | 2/21/02 | 10/081294 | 2002014951S | 10/2/07 | 7277054 | USING SERVING BS ID IN FETCHING GPS BROADCAST ASSISTANCE |
| 32618 | 32618-BR-PCT | BR | 5/15/02 | PI0209754.0 | 0209754 | | | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-CA-PCT | CA | 5/15/02 | 2443997 | | 12/21/10 | 2443997 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-CN-PCD | CN | 3/19/08 | 200810087362.3 | 101267675 | 9/26/12 | 200810087362.3 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-CN-PCT | CN | 5/15/02 | 02811050.1 | 1586089 | 4/3/13 | 02811050.1 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-DE-EPT | DE | 5/15/02 | 02730565.5 | 1393590 | 3/28/07 | 602191559.9 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-EP-EPT | EP | 5/15/02 | 02730565.5 | 1393590 | 3/28/07 | 1393590 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-ES-EPT | ES | 5/15/02 | 02730565.5 | 1393590 | 3/28/07 | 1393590 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-FR-EPT | FR | 5/15/02 | 02730565.5 | 1393590 | 3/28/07 | 1393590 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-GB-EPT | GB | 5/15/02 | 02730565.5 | 1393590 | 3/28/07 | 1393590 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-IT-EPT | IT | 5/15/02 | 02730565.5 | 1393590 | 3/28/07 | 1393590 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-JP-PCD | JP | 7/16/08 | 2008-185336 | 2009-10962 | | | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-JP-PCT | JP | 5/15/02 | 2003-501965 | 2005-509327 | | | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-KR-PCT | KR | 5/15/02 | 10-2003-7013542 | 10-2003-009539 | 10/23/06 | 636848 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-US-CPA | US | 3/5/03 | 09/875786 | 2002187784 | 9/2/03 | 6615044 | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-US-NP | US | 6/6/01 | 09/875786 | 2002187784 | | | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32618 | 32618-WO-PCT | WO | 5/15/02 | PCT/IB02/01659 | WO2002/100125 | | | WCDMA COVERAGE BASED HANDOVER TRIGGERING |
| 32711 | 32711-CN-NP | CN | 3/15/02 | 02107200.0 | 1375707 | | | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
| 32711 | 32711-DE-EPA | DE | 3/14/02 | 02396031.3 | 1244225 | 7/2/08 | 60227308.0 | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
| 32711 | 32711-EP-EPA | EP | 3/14/02 | 02396031.3 | 1244225 | 7/2/08 | 1244225 | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
| 32711 | 32711-FI-NP | FI | 3/16/01 | 20010543 | | 6/28/02 | 109311 | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |

| 32711 | 32711-FR-EPA | FR | 3/14/02 | 02396031.3 | 1244225 | 7/2/08 | 1244225 | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
|---|---|---|---|---|---|---|---|---|
| 32711 | 32711-GB-EPA | GB | 3/14/02 | 02396031.3 | 1244225 | 7/2/08 | 1244225 | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
| 32711 | 32711-JP-NP | JP | 3/18/02 | 2002-73820 | | | | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
| 32711 | 32711-US-NP | US | 3/15/02 | 10/101385 | 200201595 42 | 9/19/06 | 7110474 | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
| 32711 | 32711-US-REI | US | 12/21/07 | 11/962999 | 7110474 | 9/6/11 | RE42676 | BIT BOUNDARY DETECTION METHOD FOR A GPS RECEIVER |
| 32861 | 32861-CN-NP | CN | 11/13/02 | 02149532.7 | 1419128 | | | CALIBRATION METHOD FOR LOW-COST IMU |
| 32861 | 32861-DE-EPA | DE | 11/13/01 | 01126973.5 | 1310770 | 9/9/09 | 60139881.5 | CALIBRATION METHOD FOR LOW-COST IMU |
| 32861 | 32861-EP-EPA | EP | 11/13/01 | 01126973.5 | 1310770 | 9/9/09 | 1310770 | CALIBRATION METHOD FOR LOW-COST IMU |
| 32861 | 32861-GB-EPA | GB | 11/13/01 | 01126973.5 | 1310770 | 9/9/09 | 1310770 | CALIBRATION METHOD FOR LOW-COST IMU |
| 32861 | 32861-IT-EPA | IT | 11/13/01 | 01126973.5 | 1310770 | 9/9/09 | 1310770 | CALIBRATION METHOD FOR LOW-COST IMU |
| 32861 | 32861-US-NP | US | 11/12/02 | 10/292409 | 20030115930 | 12/28/04 | 6834528 | CALIBRATION METHOD FOR LOW-COST IMU |
| 33144 | 33144-DE-EPA | DE | 9/20/02 | 02255647.7 | 1303053 | 2/8/06 | 60209088.1 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-DE-EPD | DE | 9/20/02 | 05112836.1 | 1655848 | 11/26/08 | 60230076.2 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-EP-EPA | EP | 9/20/02 | 02255647.7 | 1303053 | 2/8/06 | 1303053 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-EP-EPD | EP | 9/20/02 | 05112836.1 | 1655848 | 11/26/08 | 1655848 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-FR-EPA | FR | 9/20/02 | 02255647.7 | 1303053 | 2/8/06 | 1303053 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33146 | 33146-GB-EPA | GB | 6/27/02 | 0225454.5.3 | 1298804 | 11/28/07 | 1298804 | FRACTIONAL MULTI MODULUS PRESCALER WITHOUT MODULUS CAUSED SPURIOUS FREQUENCIES |
| 33146 | 33146-FR-EPA | FR | 6/27/02 | 0225454.5.3 | 1298804 | 11/28/07 | 1298804 | FRACTIONAL MULTI MODULUS PRESCALER WITHOUT MODULUS CAUSED SPURIOUS FREQUENCIES |
| 33146 | 33146-EP-EPA | EP | 6/27/02 | 0225454.5.3 | 1298804 | 11/28/07 | 1298804 | FRACTIONAL MULTI MODULUS PRESCALER WITHOUT MODULUS CAUSED SPURIOUS FREQUENCIES |
| 33146 | 33146-DE-EPA | DE | 6/27/02 | 0225454.5.3 | 1298804 | 11/28/07 | 602237659.6 | FRACTIONAL MULTI MODULUS PRESCALER WITHOUT MODULUS CAUSED SPURIOUS FREQUENCIES |
| 33146 | 33146-CN-NP | CN | 9/26/02 | 02143953.2 | 1409491 | 6/6/07 | 2102143953.2 | FRACTIONAL MULTI MODULUS PRESCALER WITHOUT MODULUS CAUSED SPURIOUS FREQUENCIES |
| 33144 | 33144-US-NP | US | 10/11/01 | 09/977271 | 2003/0078007 | 1/31/06 | 6993291 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-US-CNT | US | 11/21/05 | 11/285541 | 2005/0079191 | 4/21/09 | 7522885 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-NL-EPD | NL | 9/20/02 | 05112836.1 | 1655848 | 11/26/08 | 1655848 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-NL-EPA | NL | 9/20/02 | 0255647.7 | 1303053 | 2/8/06 | 1303053 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-GB-EPD | GB | 9/20/02 | 05112836.1 | 1655848 | 11/26/08 | 1655848 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-GB-EPA | GB | 9/20/02 | 0255647.7 | 1303053 | 2/8/06 | | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |
| 33144 | 33144-FR-EPD | FR | 9/20/02 | 05112836.1 | 1655848 | 11/26/08 | 1655848 | A METHOD TO CONTINUOSLY CONTROL THE DYNAMIC RANGE OF AN ANALOG TO DIGITAL CONVERTER |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33146 | 33146-US-NP | US | 9/26/01 | 09/965657 | 20030058979 | 4/25/06 | 7035367 | FRACTIONAL MULTI MODULUS PRESCALER WITHOUT MODULUS CAUSED SPURIOUS FREQUENCIES |
| 33803 | 33803-CN-PCT | CN | 3/3/04 | 2004800083380.8 | 1768277 | 7/27/11 | 2004800083380.8 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-DE-EPT | DE | 3/3/04 | 04716618.6 | 1613977 | 4/27/16 | 602004049165.9 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-EP-EPT | EP | 3/3/04 | 04716618.6 | 1613977 | 4/27/16 | 1613977 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-GB-EPT | GB | 3/3/04 | 04716618.6 | 1613977 | 4/27/16 | 1613977 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-GB-NP | GB | 3/27/03 | 0307030.7 | 2399966 | 4/27/16 | 1613977 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-KR-PCT | KR | 3/3/04 | 2005-7018051 | 2005-121219 | 7/25/07 | 743558 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-NL-EPT | NL | 3/3/04 | 04716618.6 | 1613977 | 4/27/16 | 1613977 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-US-NP | US | 3/5/04 | 10/794519 | 20040192199 | 4/6/10 | 7693482 | GPS SIMPLE CRYSTAL TRACKING |
| 33803 | 33803-WO-PCT | WO | 3/3/04 | PCT/FR2004/000116 | WO2004/086081 | | | GPS SIMPLE CRYSTAL TRACKING |
| 36143 | 36143-CN-PCT | CN | 6/9/04 | 200480018104.X | 1813426 | 9/23/09 | 200480018104.X | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |
| 36143 | 36143-DE-EPT | DE | 6/9/04 | 04743754.6 | 1639725 | 7/29/09 | 602004022298.4 | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |
| 36143 | 36143-EP-EPT | EP | 6/9/04 | 04743754.6 | 1639725 | 7/29/09 | 1639725 | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |
| 36143 | 36143-GB-EPT | GB | 6/9/04 | 04743754.6 | 1639725 | 7/29/09 | 1639725 | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |
| 36143 | 36143-HK-FPR | HK | 12/4/06 | 06113301.1 | 1092963 | | | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |
| 36143 | 36143-KR-PCT | KR | 6/9/04 | 2005-7024960 | 2006-23577 | 8/14/07 | 10-0750966 | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |
| 36143 | 36143-US-NP | US | 6/27/03 | 10/607670 | 20040264417 | 9/20/05 | 6947403 | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36143 | 36143-WO-PCT | WO | 6/9/04 | PCT/IB2004/001892 | WO2005/002062 | | | ADVANCED WHITENER-RAKE RECEIVER STRUCTURE FOR WCDMA TERMINALS |
| 36793 | 36793-US-CNT | US | 4/7/08 | 12/080983 | 2008212722 | 9/1/09 | 7583723 | ADVANCED MIMO RECEIVER |
| 36793 | 36793-US-NP | US | 9/10/03 | 10/659412 | 2005053172 | 4/8/08 | 7356073 | ADVANCED MIMO RECEIVER |
| 37161 | 37161-CH-EPT | CH | 7/7/04 | 04743884.1 | 1642410 | 10/31/12 | 1642410 | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-CN-PCT | CN | 7/7/04 | 200480018353.9 | 1813438 | 11/30/11 | 200480018353.9 | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-CZ-EPT | CZ | 7/7/04 | 04743884.1 | 1642410 | 10/31/12 | 1642410 | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-DE-EPT | DE | 7/7/04 | 04743884.1 | 1642410 | 10/31/12 | 602004039866.7 | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-EP-EPA | EP | 7/8/03 | 03015374.6 | | | | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-EP-EPT | EP | 7/7/04 | 04743884.1 | 1642410 | 10/31/12 | 1642410 | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-KR-PCT | KR | 7/7/04 | 7025351/2005 | | 11/16/07 | 778919 | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-US-NP | US | 9/9/03 | 10/657078 | 2005008089 | 8/12/08 | 7412012 | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 37161 | 37161-WO-PCT | WO | 7/7/04 | PCT/IB2004/002221 | WO2005/004379 | | | DQPSK BASED PILOT DETECTION FOR SINGLE CARRIER SYSTEMS |
| 40953 | 40953-CN-PCT | CN | 8/4/06 | 200680038489.5 | 101292490 | 7/29/15 | 200680038489.5 | VERY FAST VIDEO CALL SETUP |
| 40953 | 40953-EP-EPA | EP | 9/6/05 | 05019342.4 | | | | VERY FAST VIDEO CALL SETUP |
| 40953 | 40953-EP-EPT | EP | 8/4/06 | 06780317.1 | 1932314 | | | VERY FAST VIDEO CALL SETUP |
| 40953 | 40953-US-NP | US | 12/7/05 | 11/295526 | 2007005344 | 10/28/14 | 8873539 | VERY FAST VIDEO CALL SETUP |
| 40953 | 40953-WO-PCT | WO | 8/4/06 | PCT/IB2006/052694 | WO2007/029126 | | | VERY FAST VIDEO CALL SETUP |
| 47246 | 47246-CN-PCT | CN | 8/5/05 | 200580049083.2 | 101142772 | 10/26/16 | 200580049083.2 | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |
| 47246 | 47246-DE-EPT | DE | 8/5/05 | 05780475.9 | 1857077 | 12/25/13 | 602005042270.6 | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47246 | 47246-EP-EPT | EP | 8/5/05 | 05780475.9 | 1867077 | 12/25/13 | 1867077 | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |
| 47246 | 47246-GB-EPT | GB | 8/5/05 | 05780475.9 | 1867077 | 12/25/13 | 1867077 | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |
| 47246 | 47246-NL-EPT | NL | 8/5/05 | 05780475.9 | 1867077 | 12/25/13 | 1867077 | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |
| 47246 | 47246-US-NP | US | 4/5/05 | 11/099981 | 2006223467 | | | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |
| 47246 | 47246-US-PCT | US | 8/5/05 | 11/887973 | 2009060540.20 | 7/8/14 | 8774860 | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |
| 47246 | 47246-WO-PCT | WO | 8/5/05 | PCT/IB2005/002347 | WO2006/106379 | | | AUTOMATIC RE-TUNING OF FM RADIO USING RDS FOR USE IN LOW POWER FM RE-BROADCAST APPLICATION |
| 47705 | 47705-US-NP | US | 11/19/06 | 11/275614 | 2007017327.0 | 11/24/09 | 7623828 | PREVENTING LINK LOSS DURING DEVICE DISCOVERY AND SCATTERNETIN A BLUETOOTH NETWORK |
| 48290 | 48290-CA-PCT | CA | 1/27/06 | 2596022 | | | | ACCESS TO OMA DRM PROTECTED FILES FROM JAVA APPLICATIONS |
| 48290 | 48290-CN-PCT | CN | 1/27/06 | 200680007978.4 | 101137992 | 3/10/10 | 200680007978.4 | ACCESS TO OMA DRM PROTECTED FILES FROM JAVA APPLICATIONS |
| 48290 | 48290-EP-EPT | EP | 1/27/06 | 06755815.5 | 1846865 | | | ACCESS TO OMA DRM PROTECTED FILES FROM JAVA APPLICATIONS |
| 48290 | 48290-HK-FPR | HK | 9/5/08 | 08109920.8 | 1114504 | 11/19/10 | 1114504 | ACCESS TO OMA DRM PROTECTED FILES FROM JAVA APPLICATIONS |
| 48290 | 48290-KR-PCT | KR | 1/27/06 | 2007-7019296 | 2007-104430 | 9/14/09 | 0918253 | ACCESS TO OMA DRM PROTECTED FILES FROM JAVA APPLICATIONS |
| 48290 | 48290-US-NP | US | 1/27/05 | 11/045200 | 2006014347 | 5/27/14 | 8739291 | ACCESS TO OMA DRM PROTECTED FILES FROM JAVA APPLICATIONS |
| 48290 | 48290-WO-PCT | WO | 1/27/06 | PCT/IB2006/000145 | WO2006/097797 | | | ACCESS TO OMA DRM PROTECTED FILES FROM JAVA APPLICATIONS |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53564 | 53564-US-NP | US | 6/27/07 | 11/769649 | 2008005498 | 12/31/13 | 8619993 | CONTENT PROTECTION USING REENCRYPTION FOR OMA BCAST SMARTCARD PROFILE |
| 53564 | 53564-US-PSP | US | 6/29/06 | 60/817549 | | | | CONTENT PROTECTION USING REENCRYPTION FOR OMA BCAST SMARTCARD PROFILE |
| 61485 | 61485-KR-PCT | KR | 11/13/07 | 2010-7004758 | 10-39441 | 5/18/12 | 1149946 | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-KR-PCD | KR | 5/30/11 | 2011-7012350 | 2011-0065570 | 5/23/12 | 1151470 | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-JP-PCT | JP | 11/13/07 | 2010-523545 | 2011-501830 | | | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-IN-PCT | IN | 11/13/07 | 3444/CHENP/2010 | 3444/CHENP/2010 | | | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-HK-IPR | HK | 7/29/10 | 10107281.1 | 1140841 | | | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-HK-PCT | HK | 11/13/07 | 07848143.9 | 2210173 | | | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-EP-EPT | EP | 11/13/07 | 200780101512.5 | 101855616 | 3/30/16 | 8565664 | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-CN-PCT | CN | 11/13/07 | 2695677 | 2695677 | 8/20/13 | 2007801015125 | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-CA-PCT | CA | 11/13/07 | 12/648489 | 2010188998 | 10/7/14 | 2695677 | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-US-NP | US | 12/29/09 | PCT/FI2007/000274 | WO2009/063121 | | 8854993 | NFC Extension to EcmaScript engine in phone |
| 61485 | 61485-WO-PCT | WO | 11/13/07 | PCT/FI2007/000274 | WO2009/063121 | | | NFC Extension to EcmaScript engine in phone |
| 70618 | 70618-US-NP | US | 11/20/09 | 12/622593 | 20110122829 | 10/15/13 | 8559383 | Hierarchical and co-operative multiradio scheduling |
| 67140 | 67140-US-NP | US | 1/23/09 | 12/147012 | 20100188998 | | | General Interface for Modem Interoperability Control |
| 67140 | 67140-US-PSP | US | 1/23/09 | 61/147012 | | | | General Interface for Modem Interoperability Control |
| 61485 | 61485-TW-NP | TW | 10/1/08 | 097137773 | 200935306 | 6/1/14 | I439933 | NFC Extension to EcmaScript engine in phone |
| 75940 | 75940-IN-NP | IN | 6/30/11 | 2228/CHE/2011 | 2228/CHE/2011 | | | Face tracking using integral projections |
| 75940 | 75940-EP-EPT | EP | 5/29/12 | 128038304 | 2727047 | 10/7/14 | 2727047 | Face tracking using integral projections |
| 75940 | 75940-US-NP | US | 6/12/12 | 13/494316 | 2013003358 | 9/1/16 | 1547887 | Face tracking using integral projections |
| 75940 | 75940-TW-NP | TW | 6/29/12 | 101123528 | 201310358 | 10/28/14 | 8873811 | Face tracking using integral projections |
| 75940 | 75940-WO-PCT | WO | 5/29/12 | PCT/FI2012/050517 | WO2013/001144 | | | Face tracking using integral projections |
| 75940 | 75940-CN-PCT | CN | 5/29/12 | 201280031991.9 | | 10/24/17 | 201280031991.9 | Face tracking using integral projections |
| 76619 | 76619-CN-PCT | CN | 10/8/12 | 201280057054.0 | 103946865 | 3/29/17 | 201280057054.0 | Robust and Fast Features for Text Detection and Verification |
| 76619 | 76619-EP-EPT | EP | 10/8/12 | 12851750.5 | 2783326 | | | Robust and Fast Features for Text Detection and Verification |
| 76619 | 76619-IN-PCT | IN | 10/8/12 | 4612/CHENP/2014 | | 11/6/15 | | Robust and Fast Features for Text Detection and Verification |
| 76619 | 76619-IP-PCT | JP | 10/8/12 | 2014-536303 | | 11/6/15 | 5832656 | Robust and Fast Features for Text Detection and Verification |
| 76619 | 76619-KR-PCT | KR | 10/8/12 | 2014-7018841 | | 3/4/16 | 1602591 | Robust and Fast Features for Text Detection and Verification |
| 76619 | 76619-US-NP | US | 11/21/11 | 13/300972 | 2013129222 | 7/23/13 | 8494284 | Robust and Fast Features for Text Detection and Verification |

| Matter | Reference | Country | Date | Application No. | Publication No. | Grant Date | Patent No. | Title |
|---|---|---|---|---|---|---|---|---|
| 76619 | 76619-WO-PCT | WO | 10/8/12 | PCT/FI2012/050961 | WO2013/076356 | | | Robust and Fast Features for Text Detection and Verification |
| 76650 | 76650-CN-PCT | CN | 10/25/12 | 201280056020.X | 103930900 | 6/23/17 | 201280056020.X | Improved open set classification |
| 76650 | 76650-EP-EPT | EP | 10/25/12 | 12854032.5 | 2783311 | | | Improved open set classification |
| 76650 | 76650-IN-NP | IN | 11/29/11 | 4120/CHE/2011 | 4120/CHE/2011 A | | | Improved open set classification |
| 76650 | 76650-KR-PCT | KR | 10/25/12 | 2014-7017795 | | 8/9/16 | 1648651 | Improved open set classification |
| 76650 | 76650-US-NP | US | 11/29/12 | 13/689084 | 2013038657 | 3/1/16 | 9275134 | Improved open set classification |
| 76650 | 76650-WO-PCT | WO | 10/25/12 | PCT/FI2012/051026 | WO2013/079772 | | | Improved open set classification |
| 77739 | 77739-US-NP | US | 6/6/12 | 13/489829 | 2013033837 | 2/10/15 | 8954854 | Interaction with spatialized sounds on a map UI |
| 78544 | 78544-CN-PCT | CN | 9/6/12 | 201280075646.5 | 104662896 | 11/28/17 | 201280075646.5 | Disparity range estimation for stereoscopic images and video |
| 78544 | 78544-EP-EPA | EP | 9/3/13 | 13182719.8 | 2705504 | | | Disparity range estimation for stereoscopic images and video |
| 78544 | 78544-JP-PCT | JP | 9/6/12 | 2015-530465 | 2014063188 | 6/16/17 | 6158929 | Disparity range estimation for stereoscopic images and video |
| 78544 | 78544-US-NP | US | 8/27/13 | 14/010988 | 20140063188 | | | Disparity range estimation for stereoscopic images and video |
| 78544 | 78544-WO-PCT | WO | 9/6/12 | PCT/FI2012/050861 | WO2014/037603 | | | Disparity range estimation for stereoscopic images and video |
| 81077 | 81077-US-NP | US | 6/7/13 | 13/912339 | 20140362995 | 1/23/18 | 9877135 | Location based loudspeaker system configuration |
| 81084 | 81084-US-NP | US | 5/2/13 | 13/875397 | 20140328491 | 6/5/18 | 9992568 | Earpiece solution for mobile device that can be used in two orientations |