# Exhibit O



# Assignment abstract of title for Application 11808236

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SYSTEM AND METHOD OF NETWORK ACCESS SECURITY POLICY MANAGEMENT FOR MULTIMODAL DEVICE<br>Vinod Kumar Choyi, Dmitri Vinokurov | 8191106<br>May 29, 2012 | 20080307487<br>Dec 11, 2008 | 11808236<br>Jun 07, 2007 | | |

## Assignments (7 of 7 total)

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 056526/0093 | May 28, 2021 | Jun 03, 2021 | 2282 | 186 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
TERRIER SSC, LLC

**Correspondent**
HOLLAND & KNIGHT LLP
10 ST. JAMES AVENUE
BOSTON, MA 02116

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD., SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 056990/0081 | May 28, 2021 | Jun 01, 2021 | 3899 | 190 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
REBECCA B. LYNE
1285 AVENUE OF THE AMERICAS
PAUL, WEISS, RIFKIND, WHARTON
&GARRISON LLP
NEW YORK, NY 10019-6064

**Assignee**
OT WSOU TERRIER HOLDINGS, LLC
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90071

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049246/0405 | May 16, 2019 | May 21, 2019 | 3944 | 315 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A
OMEGA CREDIT OPPORTUNITIES MASTER FUND

**Correspondent**
ERICK J. PALMER
P.O. BOX 2828

LP  
CHICAGO, IL 60690-2828

**Assignee**  
WSOU INVESTMENTS, LLC  
11150 SANTA MONICA BOULEVARD, SUITE 1400  
LOS ANGELES, CALIFORNIA 90025

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049235/0068 | May 16, 2019 | May 20, 2019 | 2320 | 118 |

**Conveyance**  
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**  
WSOU INVESTMENTS, LLC

**Correspondent**  
BROWN RUDNICK LLP  
ONE FINANCIAL CENTER  
BOSTON, MA 02111

**Assignee**  
BP FUNDING TRUST, SERIES SPL-VI  
44 SOUTH BROADWAY, 11TH FLOOR  
C/O BASEPOINT ADMINISTRATIVE, LLC  
WHITE PLAINS, NEW YORK 10601

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043966/0574 | Aug 22, 2017 | Sep 21, 2017 | 3944 | 316 |

**Conveyance**  
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**  
WSOU INVESTMENTS, LLC

**Correspondent**  
ERICK J. PALMER  
P.O. BOX 2828  
CHICAGO, IL 60690-2828

**Assignee**  
OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP  
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE  
33RD FLOOR  
NEW YORK, NEW YORK 10019

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044000/0053 | Jul 22, 2017 | Sep 25, 2017 | 2979 | 238 |

**Conveyance**  
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**  
ALCATEL LUCENT

**Correspondent**  
BURDICK PATENTS  
2526 W. STATE STREET  
BOISE, ID 83702

**Assignee**  
WSOU INVESTMENTS, LLC  
11150 SANTA MONICA BLVD.  
SUITE 1400  
LOS ANGELES, CALIFORNIA 90025

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|

| 019446/0995 | Jun 01, 2007 | Jun 07, 2007 | 1 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
CHOYI, VINOD KUMAR
VINOKUROV, DMITRI

**Correspondent**
MARKS & CLERK
P.O. BOX 957, STATION B
1800-280 SLATER STREET
OTTAWA, ON, CANADA K1P 5S7

**Assignee**
ALCATEL LUCENT
54, RUE LA BOETIE
PARIS 75008
FRANCE