# Exhibit P



# Assignment abstract of title for Application 14264538

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SERVICE-BASED NETWORKING<br>John Shamilian, Sape Jurrien Mullender | 9357014<br>May 31, 2016 | 20150312352<br>Oct 29, 2015 | 14264538<br>Apr 29, 2014 | | |

## Assignments (5 of 5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 056990/0081 | May 28, 2021 | Jun 01, 2021 | 3899 | 190 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
REBECCA B. LYNE
1285 AVENUE OF THE AMERICAS
PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP
NEW YORK, NY 10019-6064

**Assignee**
OT WSOU TERRIER HOLDINGS, LLC
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90071

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052372/0675 | Nov 26, 2019 | Apr 10, 2020 | 150 | 45 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL LUCENT

**Correspondent**
SEAN D. BURDICK
2537 W. STATE STREET
SUITE 220
BOISE, ID 83702

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033655/0304 | Aug 19, 2014 | Aug 28, 2014 | 94 | 13 |

**Conveyance**
RELEASE OF SECURITY INTEREST

**Assignors**
CREDIT SUISSE AG

**Correspondent**
KIRKLAND & ELLIS LLP
ATTN: HAYLEY SMITH SR.

601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
ALCATEL LUCENT
3, AVENUE OCTAVE GRÉARD, 75007
PARIS 07947
FRANCE

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033500/0302 | Aug 06, 2014 | Aug 07, 2014 | 94 | 14 |

**Conveyance**
SECURITY INTEREST

**Assignors**
ALCATEL LUCENT

**Correspondent**
EDWARD SADTLER
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
CREDIT SUISSE AG
11 MADISON AVENUE
NEW YORK, NEW YORK 10010

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032779/0559 | Apr 23, 2014 | Apr 29, 2014 | 1 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
SHAMILIAN, JOHN
MULLENDER, SAPE JURRIEN

**Correspondent**
WALL & TONG LLP
25 JAMES WAY
EATONTWON, NJ 07724

**Assignee**
ALCATEL LUCENT
3, AVENUE OCTAVE GREARD
PARIS 75007
FRANCE