# Exhibit Q



# Assignment abstract of title for Application 13436321

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Diameter Versioning Dictionary | 8989216 | 20130259065 | 13436321 | | |
| Robert Mann, Mike Vihtari | Mar 24, 2015 | Oct 03, 2013 | Mar 30, 2012 | | |

## Assignments (6 of 6 total)

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 056990/0081 | May 28, 2021 | Jun 01, 2021 | 3899 | 190 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
REBECCA B. LYNE
1285 AVENUE OF THE AMERICAS
PAUL, WEISS, RIFKIND, WHARTON
&GARRISON LLP
NEW YORK, NY 10019-6064

**Assignee**
OT WSOU TERRIER HOLDINGS, LLC
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90071

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052372/0675 | Nov 26, 2019 | Apr 10, 2020 | 150 | 45 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL LUCENT

**Correspondent**
SEAN D. BURDICK
2537 W. STATE STREET
SUITE 220
BOISE, ID 83702

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033868/0555 | Aug 19, 2014 | Sep 30, 2014 | 1901 | 181 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
CREDIT SUISSE AG

**Correspondent**
KIRKLAND & ELLIS LLP
ATTN: HAYLEY SMITH SR. LEGAL
ASSISTANT

601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
ALCATEL LUCENT
3, AVENUE OCTAVE GRÉARD , 75007
PARIS
FRANCE

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030252/0251 | Apr 15, 2013 | Apr 19, 2013 | 6 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL-LUCENT CANADA INC.

**Correspondent**
GREGORY J. MURGIA
600-700 MOUNTAIN AVENUE
DOCKET ADMINISTRATOR - ROOM
3B-212F
MURRAY HILL, NJ 07974

**Assignee**
ALCATEL LUCENT
3, AVENUE OCTAVE GREARD
PARIS 75007
FRANCE

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029821/0001 | Jan 30, 2013 | Jan 30, 2013 | 3531 | 257 |

**Conveyance**
SECURITY AGREEMENT

**Assignors**
ALCATEL LUCENT

**Correspondent**
DANIEL ST. ONGE, ESQ.
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 028090/0775 | Apr 17, 2011 | Apr 23, 2012 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
MANN, ROBERT
VIHTARI, MIKE

**Correspondent**
KRAMER & AMADO, P.C.
1725 DUKE STREET, SUITE 240
ALEXANDRIA, VA 22314

**Assignee**
ALCATEL-LUCENT CANADA INC.
600 MARCH ROAD
OTTAWA, ONTARIO K2K 2E6
CANADA