# Exhibit R



# Assignment abstract of title for Application 10017398

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| METHOD AND APPARATUS FOR ADDRESS ALLOCATION IN GPRS NETWORKS THAT FACILITATES END-TO-END SECURITY<br>Senthil Sengodan | 7443859<br>Oct 28, 2008 | 20030112793<br>Jun 19, 2003 | 10017398<br>Dec 18, 2001 | | |

## Assignments (4 of 4 total)

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 056990/0081 | May 28, 2021 | Jun 01, 2021 | 3899 | 190 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
WSOU INVESTMENTS, LLC

**Correspondent**
REBECCA B. LYNE
1285 AVENUE OF THE AMERICAS
PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP
NEW YORK, NY 10019-6064

**Assignee**
OT WSOU TERRIER HOLDINGS, LLC
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CALIFORNIA 90071

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052372/0540 | Nov 26, 2019 | Apr 10, 2020 | 53 | 22 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
NOKIA TECHNOLOGIES OY

**Correspondent**
SEAN D. BURDICK
2537 W. STATE STREET
SUITE 220
BOISE, ID 83702

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 035602/0257 | Jan 16, 2015 | May 10, 2015 | 25 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**

**Correspondent**

| | |
|---|---|
| NOKIA CORPORATION | NOKIA USA INC.<br>200 SOUTH MATHILDA AVE<br>ATTN: INTELLECTUAL PROPERTY<br>SUNNYVALE, CA 94086 |

**Assignee**
NOKIA TECHNOLOGIES OY
KARAPORTTI 3
ESPOO 02610
FINLAND

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 012400/0759 | Dec 18, 2001 | Dec 18, 2001 | 1 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignors**<br>SENGODAN, SENTHIL | **Correspondent**<br>BANNER & WITCOFF, LTD.<br>BRADLEY C. WRIGHT<br>1001 G STREET NW<br>ELEVENTH FLOOR<br>WASHINGTON, D.C. 20001-4597 |

**Assignee**
NOKIA CORPORATION

KEILALAHDENTIE 4
FIN-01250 ESPOO
FINLAND