# Exhibit T

Black's Law Dictionary (11th ed. 2019), void

# VOID

Bryan A. Garner, Editor in Chief

Preface | Guide | Legal Maxims | Bibliography

**void** *adj.* (14c) **1.** Of no legal effect; to null. • The distinction between *void* and *voidable* is often of great practical importance. Whenever technical accuracy is required, *void* can be properly applied only to those provisions that are of no effect whatsoever — those that are an absolute nullity. — **void, avoid,** *vb.* — **voidness,** *n.*

- **facially void.** (1969) (Of an instrument) patently void upon an inspection of the contents. — Also termed *void on its face.*

- **void ab initio** (ab i-**nish**-ee-oh) (17c) Null from the beginning, as from the first moment when a contract is entered into. • A contract is void ab initio if it seriously offends law or public policy, in contrast to a contract that is merely voidable at the election of one party to the contract.

- **void for vagueness.** (1814) **1.** (Of a deed or other instrument affecting property) having such an insufficient property description as to be unenforceable. **2.** (Of a penal statute) establishing a requirement or punishment without specifying what is required or what conduct is punishable, and therefore void because violative of due process. — Also termed *void for indefiniteness.* See vagueness doctrine.

**2.** voidable. • Although sense 1 above is the strict meaning of *void*, the word is often used and construed as bearing the more liberal meaning of "voidable."

Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.