# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 6:21-CV-00128-ADA<br><br><br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATION TO RESET BRIEFING SCHEDULE FOR DEFENDANT'S RULE 12(B)(1) MOTION TO DISMISS (DKT. 75)

Plaintiff WSOU Investments, LLC ("Plaintiff") and Defendant Cisco Systems, Inc. ("Defendant") file this Joint Stipulation to Reset the Briefing Schedule for Defendant's Rule 12(b)(1) Motion to Dismiss (Dkt. 75). The Parties have agreed to a briefing schedule for Defendant's motion in which Plaintiff's response brief is due by June 24, 2022, and in which Defendant's reply brief is due by July 8, 2022.

IT IS HEREBY STIPULATED by the undersigned counsel for the parties that the deadlines for briefing Defendant's Rule 12(b)(1) Motion to Dismiss are extended as follows: the deadline for Plaintiff to file its response brief is June 24, 2022, and the deadline for Defendant to file its reply brief is July 8, 2022.

Dated: June 6, 2022

| | |
|---|---|
| /s/ Max L. Tribble, Jr. | /s/ Brian Rosenthal with permission |

Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081*(pro hac vice)*
sblackburn@susmangodfrey.com
mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Michael E. Jones
SBN: 10929400
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

*Counsel for Cisco Systems, Inc.*

Dated: _____

SO ORDERED: _____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 6, 2022, a true and correct copy of the above and foregoing instrument was served via ECF to the following counsel of record.

Brian Rosenthal
Katherine Dominguez
Allen Kathir
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

Ryan Iwahashi
riwahashi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304

Michael E. Jones
mikejones@potterminton.com
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702

/s/ *Danielle Nicholson*
Danielle Nicholson
Counsel for Plaintiff