# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | § § | |
| vs. | § § | NO:  WA:21-CV-00128-ADA |
| CISCO SYSTEMS, INC. | § § | |

### ORDER RESETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for DISCOVERY HEARING VIA ZOOM for purposes of limited referral on Thursday June 09, 2022 at 10:30 AM before the Honorable Derek T. Gilliland. The Zoom link has been provided to counsel via email.

SIGNED this 6th day of June, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE