IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>           Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>           Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Cisco Systems, Inc. jointly move to amend the Scheduling Order entered by this Court on November 17, 2021 (Dkt. 41).

As the Court knows, Brazos was engaged in parallel litigation against Microsoft Corporation, with trials set to begin on June 21, 2022, August 1, 2022, and August 15, 2022. The preparation for and scheduling of those trials substantially affected Brazos's ability to conduct depositions in this matter. The Parties have agreed to adjust the Scheduling Order (Dkt. 41) to afford the Parties additional time to complete discovery. The Parties have jointly agreed to modify the case schedule as attached as Exhibit 1, and the Parties jointly request that the Court reset the pretrial conference to April 4, 2023 and the trial date to April 24, 2023.

Dated: July 6, 2022                                    Respectfully submitted,

                                                          SUSMAN GODFREY L.L.P.

By: */s/ Shawn Blackburn*
    Max L. Tribble, Jr.
    Texas Bar No. 2021395
    Shawn Blackburn *(pro hac vice)*
    Texas Bar No. 24089989
    Bryce T. Barcelo *(pro hac vice)*
    Texas Bar No. 24092081
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    mtribble@susmangodfrey.com
    sblackburn@susmangodfrey.com
    bbarcelo@susmangodfrey.com

    Kalpana Srinivasan
    California Bar No. 237460
    Sujeeth Rajavolu *(pro hac vice)*
    California Bar No. 324669
    1900 Avenue of the Stars, 14th Floor
    Los Angeles, California 90067-6029
    Telephone: (310) 789-3100
    Fax: (310) 789-3150
    ksrinivasan@susmangodfrey.com
    srajavolu@susmangodfrey.com

    Danielle Nicholson
    California Bar No. 325392 *(pro hac vice)*
    1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
    Telephone: (206) 516-3880
    Fax: (206) 516-3883
    dnicholson@susmangodfrey.com

    **COUNSEL FOR PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**

By: */s/ Brian A. Rosenthal*
Michael E. Jones
SBN: 10929400
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Allyson E. Parks
Admitted pro hac vice
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Ryan Iwahashi
Admitted pro hac vice
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

***COUNSEL FOR CISCO SYSTEMS, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 6, 2022, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

Michael E. Jones
Potter Minton, PC
110 North College, Suite 500
Tyler, Texas 75702
mikejones@potterminton.com

Brian Rosenthal
Katherine Q. Dominguez
Allen Kathir
Allyson E. Parks
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
brosenthal@gibsondunn.com
akathir@gibsondunn.com
kdominguez@gibsondunn.com

Ryan Iwahashi
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 849-5300
Fax: (650) 849-5333
riwahashi@gibsondunn.com

/s/  *Shawn Blackburn*
Shawn Blackburn
Counsel for Plaintiff