# EXHIBIT 2

# A DICTIONARY

## OF THE

# ENGLISH LANGUAGE.

VOL. I.

Digitized by the Internet Archive
in 2007 with funding from
Microsoft Corporation

http://www.archive.org/details/dictionaryofengl01johnuoft



# SAMUEL JOHNSON, L.L.D.

*From a Painting by Sir Joshua Reynolds, in the Possession of B. Langton Esq.*

*Published as the Act directs August 21.st 1786, by T. Longman in Paternoster Row.*

# A DICTIONARY

## OF THE

# ENGLISH LANGUAGE:

IN WHICH

THE WORDS ARE DEDUCED FROM THEIR ORIGINALS,

AND ILLUSTRATED IN THEIR DIFFERENT SIGNIFICATIONS BY EXAMPLES FROM THE BEST WRITERS.

TO WHICH ARE PREFIXED,

# A HISTORY OF THE LANGUAGE,

AND

# AN ENGLISH GRAMMAR.

## BY SAMUEL JOHNSON, LL.D.

IN TWO VOLUMES.——VOL. I.

THE SIXTH EDITION.

---

Cum tabulis animum censoris sumet honesti:
Audebit quæcunque parùm splendoris habebunt,
Et sine pondere erunt, et honore indigna ferentur,
Verba movere loco; quamvis invita recedant,
Et versentur adhuc intra penetralia Vestæ:
Obscurata diu populo bonus eruet, atque
Proferet in lucem speciosa vocabula rerum,
Quæ priscis memorata Catonibus atque Cethegis
Nunc situs informis premit et deserta vetustas.            Hor.

---

LONDON:

Printed for J. F. and C. Rivington, L. Davis, T. Payne and Son, T. Longman, B. Law, J. Dodsley, C. Dilly,
W. Lowndes, G. G. J. and J. Robinson, T. Cadell, Jo. Johnson, J. Robson, W. Richardson, J. Nichols,
R. Baldwin, W. Goldsmith, J. Murray, W. Stuart, P. Elmsly, W. Fox, S. Hayes, D. Ogilvie,
W. Bent, T. and J. Egerton, J. Phillips, and M. Newbery.

M.DCC.LXXXV.

13. Method of life; train of actions.

   A woman of so working a mind, and so vehement spirits, as it was happy she took a good *course*; or otherwise it would have been terrible. *Sidney.*

   His addiction was to *courses* vain;
His companies unletter'd, rude, and shallow;
His hours fill'd up with riots, banquets, sports.
   *Shakespeare's Henry V.*

   As the dropsy-man, the more he drinks, the drier he is, and the more he still desires to drink; even so a sinner, the more he sins, the apter is he to sin, and more desirous to keep still a *course* in wickedness. *Perkins.*

   Men will say,
That beauteous Emma vagrant *courses* took,
Her father's house and civil life forsook. *Prior.*

14. Natural bent; uncontrolled will.

   It is best to leave nature to her *course*, who is the sovereign physician in most diseases. *Temple.*

   So every servant took his *course*,
And, bad at first, they all grew worse. *Prior.*

15. Catamenia.

   The stoppage of women's *courses*, if not suddenly looked to, sets them undoubtedly into a consumption, dropsy, or some other dangerous disease.
   *Harvey on Consumptions.*

16. Orderly structure.

   The tongue defileth the whole body, and setteth on fire the *course* of nature. *James,* iii. 6.

17. [In architecture.] A continued range of stones, level or of the same height, throughout the whole length of the building, and not interrupted by any aperture. *Harris.*

18. Series of consequences.

19. Number of dishes set on at once upon the table.

   Worthy Sir, thou bleed'st:
Thy exercise hath been too violent
For a second *course* of fight. *Shakesp. Coriolanus.*

   Then with a second *course* the tables load,
And with full chargers offer to the god. *Dryd. Æn.*

   You are not to wash your hands till after you have sent up your second *course*.
   *Swift's Directions to the Cook.*

   So quick retires each flying *course*, you'd swear Sancho's dread doctor and his wand were there. *Pope.*

20. Regularity; settled rule.

21. Empty form.

   Men talk as if they believed in God, but they live as if they thought there was none; their vows and promises are no more than words of *course*.
   *L'Estrange.*

22. Of course. By consequence.

   With a mind unprepossessed by doctors and commentators of any sect, whose reasonings, interpretation, and language, which I have been used to, will *of course* make all chime that way; and make another, and perhaps the genuine meaning of the author, seem harsh, strained, and uncouth to me. *Locke.*

23. Of course. By settled rule.

   Sense is *of course* annex'd to wealth and power; No music is proof against a golden shower. *Garth.*

   Neither shall I be so far wanting to myself, as not to desire a patent, granted *of course* to all useful projectors. *Swift.*

To COURSE. *v. a.* [from the noun.]

1. To hunt; to pursue.

   The big round tears
*Cours'd* one another down his innocent nose
In piteous chase. *Shakespeare's As you like it.*

   The king is hunting the deer; I am *coursing* myself. *Shakespeare's Love's Labour Lost.*

   Where's the thane of Cawdor?
We *cours'd* him at the heels, and had a purpose
To be his purveyor. *Shakespeare's Macbeth.*

2. To pursue with dogs that hunt in view.

   It would be tried also in flying of hawks, or in *coursing* of a deer, or hart, with greyhounds.
   *Bacon's Natural History.*

   I am continually starting hares for you to *course*: we were certainly cut out for one another; for my temper quits an amour just where thine takes it up. *Congreve's Old Bachelor.*

3. To put to speed; to force to run.

   When they have an appetite
To venery, let them not drink nor eat,
And *course* them oft, and tire them in the heat.
   *May's Virgil.*

To COURSE. *v. n.* To run; to rove about.

   Swift as quicksilver it *courses* through
The nat'ral gates and alleys of the body.
   *Shakespeare's Hamlet.*

   The blood, before cold and settled, left the liver white and pale, which is the badge of pusillanimity and cowardice; but the sherris warms it, and makes it *course* from the inwards to the parts extreme.
   *Shakespeare's Henry IV.*

   She did so *course* o'er my exteriours, with such a greedy intention, that the appetite of her eye did seem to scorch me up like a burning glass.
   *Shakespeare's Merry Wives of Windsor.*

   Ten brace and more of greyhounds, snowy fair,
And tall as stags, ran loose, and *cours'd* around his chair. *Dryden.*

   All, at once
Relapsing quick, as quickly re-ascend
And mix, and thwart, extinguish, and renew,
All ether *coursing* in a maze of light.
   *Thomson's Autumn.*

COURSER. *n. s.* [from *course*; *coursier*, French.]

1. A swift horse; a war horse: a word not used in prose.

   He proudly pricketh on his *courser* strong,
And Atin ay him pricks with spurs of shame and wrung. *Spenser.*

   Then to his absent guest the king decreed
A pair of *coursers*, born of heav'nly breed;
Who from their nostrils breath'd etherial fire,
Whom Circe stole from her celestial sire.
   *Dryden's Æneid.*

   Th' impatient *courser* pants in every vein,
And, pawing, seems to beat the distant plain;
Hills, vales, and floods appear already cross'd,
And, ere he starts, a thousand steps are lost. *Pope.*

2. One who pursues the sport of coursing hares.

   A leash is a leathern thong, by which a falconer holds his hawk, or a *courser* leads his greyhound. *Hanmer.*

COURT. *n. s.* [*cour*, Fr. *koert*, Dut. *curtis*, low Latin.]

1. The place where the prince resides; the palace.

   Here do you keep a hundred knights and squires,
Men so disorderly, so debauch'd and bold,
That this our *court*, infected with their manners,
Shews like a riotous inn; epicurism and lust
Make it more like a tavern, or a brothel,
Than a grac'd palace. *Shakespeare's King Lear.*

   It shall be an habitation of dragons, and a *court* for owls. *Isaiah,* xxvi. 13.

   His exactness, that every man should have his due, was such, that you would think he had never seen a *court*: the politeness with which this justice was administered, would convince you he never had lived out of one. *Prior's Dedication.*

   A suppliant to your royal *court* I come.
   *Pope's Odyssey.*

2. The hall or chamber where justice is administered.

   Are you acquainted with the difference
That holds this present question in the *court*?
   *Shakespeare.*

   St. Paul being brought unto the highest *court* in Athens, to give an account of the doctrine he had preached concerning Jesus and the resurrection, took occasion to imprint on those magistrates a future state. *Atterbury.*

3. Open space before a house.

   You must have, before you come to the front, three *courts*; a green *court* plain, with a wall about

it; a second *court* of the same, but more garnished, with little turrets, or other embellishments, upon the wall; and a third *court*, to square with the front, not to be built but inclosed with a naked wall. *Bacon.*

   Suppose it were the king's bedchamber, yet the meanest man in the tragedy must come and dispatch his business, rather than in the lobby or *court* yard (which is fitter for him) for fear the stage should be cleared, and the scenes broken. *Dryden.*

4. A small opening inclosed with houses, and paved with broad stones, distinguished from a street.

5. Persons who compose the retinue of a prince.

   Their wisdom was so highly esteemed, that some of them were always employed to follow the *courts* of their kings, to advise them. *Temple.*

6. Persons who are assembled for the administration of justice.

7. Any jurisdiction, military, civil, or ecclesiastical.

   If any noise or soldier you perceive
Near to the wall, by some apparent sign
Let us have knowledge at the *court* of guard.
   *Shakespeare's Henry VI.*

   The archbishop
Of Canterbury, accompanied with other
Learned and reverend fathers of his order,
Held a late *court* at Dunstable. *Shak. Henry VIII.*

   I have at last met with the proceedings of the *court* baron, held in that behalf. *Spectator.*

8. The art of pleasing; the art of insinuation.

   Him the prince with gentle *court* did board.
   *Spenser.*

   Hast thou been never base? Did love ne'er bend
Thy frailer virtue, to betray thy friend?
Flatter me, make thy *court*, and say it did;
Kings in a crowd would have their vices hid.
   *Dryden's Aurengzebe.*

   Some sort of people, placing a great part of their happiness in strong drink, are always forward to make *court* to my young master, by offering that which they love best themselves. *Locke.*

   I have been considering why poets have such ill success in making their *court*, since they are allowed to be the greatest and best of all flatterers: the defect is, that they flatter only in print or in writing. *Swift to Gay.*

9. It is often used in composition in most of its senses.

To COURT. *v. a.* [from the noun.]

1. To woo; to solicit a woman to marriage.

   Follow a shadow, it flies you;
Seem to fly it, it will pursue:
So *court* a mistress, she denies you;
Let her alone, she will *court* you. *Ben Jons. Forest.*

   Fir'd with her love, and with ambition led,
The neighb'ring princes *court* her nuptial bed.
   *Dryden's Æneid.*

   Alas! Sempronius, wouldst thou talk of love
To Marcia, whilst her father's life's in danger?
Thou might'st as well *court* the pale trembling vestal,
While she beholds the holy flame expiring.
   *Addison's Cato.*

   Ev'n now, when silent scorn is all they gain,
A thousand *court* you, though they *court* in vain. *Pope.*

2. To solicit; to seek.

   Their own ease and satisfaction would quickly teach children to *court* commendation, and avoid doing what they found condemned.
   *Locke on Education.*

3. To flatter; to endeavour to please.

COURT-CHAPLAIN. *n. s.* [*court* and *chaplain*.] One who attends the king to celebrate the holy offices.

   The maids of honour have been fully convinced by a famous *court-chaplain*. *Swift.*

COURT-DAY. *n. s.* [*court* and *day*.] Day on which justice is solemnly administered.

The