IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT | §<br>§<br>§<br>§ | CIVIL ACTION NO. 6:21-cv-128[ADA] |
| v. | §<br>§ | |
| CISCO SYSTEMS, INC. | § | |

**<u>DEFENDANT CISCO SYSTEMS, INC.'S REQUEST FOR ORAL HEARING</u>**

{A07/07637/0039/W1803213.1 }

Pursuant to Local Rule CV-7(h), Defendant Cisco Systems, Inc. respectfully requests an oral hearing before the Court in connection with Defendant Cisco System, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings Under Rule 12(c) as to U.S. Patent Nos. 8,989,216 and 7,443,859 (Dkt. 101).  All briefing on Defendant's Motion has been completed.

Date: October 28, 2022

Respectfully Submitted,

/s/Shaun W. Hassett
Michael E. Jones
SBN: 10929400
Shaun W. Hassett
State Bar No. 24074372
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
shaunhassett@potterminton.com
Telephone: (903) 597-8311
Facsimile:  (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Allyson Parks
Aileen Huang
Admitted pro hac vice
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
aparks@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

Emily M. Whitcher
ewhitcher@gibsondunn.com
Admitted pro hac vice
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 451-3800
Facsimile:  (949) 451-4220

**Attorneys for Defendant Cisco Systems, Inc.**

{A07/07637/0039/W1803213.1 }