# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 6:21-CV-128<br><br>**JURY TRIAL DEMANDED** |

## Order of Recusal

Having been referred this case for all pretrial purposes, the undersigned hereby recuses himself from hearing this case under 28 U.S.C. § 455(a). During the year before taking the bench, the undersigned had knowledge of and interactions with a principal of Rampart Asset Management, LLC that could potentially raise the appearance of impropriety. As such, the undersigned recuses himself from this case.

SIGNED this 31st day of October, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE