# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>          Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>          Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br>JURY TRIAL DEMANDED |

## STIPULATED DISMISSAL OF '106 PATENT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Cisco Systems, Inc. hereby jointly stipulate, under Rule 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of Plaintiff's infringement claims relating to U.S. Patent No. 8,191,106 (" '106 Patent"), in particular Count 3 (Infringement of the '106 Patent) in Plaintiff's Complaint (ECF No. 1).

Each side will bear its own fees and costs as to the dismissed claim relating to the '106 Patent.

Dated: November 2, 2022                                  Respectfully submitted,

                                                                              By: /s/ Shawn Blackburn
                                                                                   Max L. Tribble, Jr.
                                                                                   Texas Bar No. 2021395
                                                                                   Shawn Blackburn (pro hac vice)
                                                                                   Texas Bar No. 24089989
                                                                                   Bryce T. Barcelo (pro hac vice)
                                                                                   Texas Bar No. 24092081
                                                                                   SUSMAN GODFREY LLP
                                                                                   1000 Louisiana Street, Suite 5100
                                                                                   Houston, Texas 77002-5096
                                                                                   Telephone: (713) 651-9366
                                                                                   Fax: (713) 654-6666

1

mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan
California Bar No. 237460
Sujeeth Rajavolu *(pro hac vice)*
California Bar No. 324669
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
srajavolu@susmangodfrey.com

Danielle Nicholson
California Bar No. 325392 *(pro hac vice)*
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883
dnicholson@susmangodfrey.com

***Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development***

By: /s/ *Brian Rosenthal*
   Michael E. Jones
   SBN: 10929400
   POTTER MINTON
   110 North College, Suite 500
   Tyler, TX 75702
   mikejones@potterminton.com
   Telephone: (903) 597-8311
   Facsimile: (903) 593-0846

   Brian Rosenthal
   Katherine Dominguez
   Allen Kathir
   Admitted *pro hac vice*
   brosenthal@gibsondunn.com
   kdominguez@gibsondunn.com
   akathir@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
   New York, NY 10166
   Tel: (212) 351-4000

   Ryan Iwahashi
   Admitted *pro hac vice*
   riwahashi@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
   Palo Alto, CA 94304
   Tel: (650) 849-5367

**Counsel for Cisco Systems, Inc.**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was duly served electronically on all known counsel of record through the Court's Electronic Filing System on November 2, 2022.

/s/ *Shawn Blackburn*
Shawn Blackburn
Counsel for Plaintiff