# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | CIVIL ACTION NO. 6:21-CV-00128-ADA |
| Plaintiff, | |
| v. | |
| CISCO SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## JOINT NOTICE OF AMENDMENT TO SCHEDULING ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Cisco Systems, Inc. ("Cisco") jointly file this notice regarding the operative Scheduling Order (Dkt. 120). The parties have agreed to a modest extension of the deadline for rebuttal expert reports from December 14, 2022 to December 23, 2022. All other deadlines, including the deadlines for dispositive motions and the current trial date, remain the same. An amended scheduling order reflecting this change is attached as Exhibit 1.

| | |
|---|---|
| Dated: November 30, 2022 | Respectfully submitted, |

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr.
Bar No. 2021395
Shawn Blackburn
Bar No. 24089989 *(pro hac vice)*
Bryce Barcelo
Bar No. 24092081*(pro hac vice)*
sblackburn@susmangodfrey.com
mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

Mark D. Siegmund
State Bar No. 24117055
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, Texas   76712
Telephone:  (254) 651-3690
Facsimile:  (254) 651-3689
mark@swclaw.com
*Attorneys for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

 /s/ Brian Rosenthal with permission
Michael E. Jones
SBN: 10929400
**POTTER MINTON**
110 North College, Suite 500
Tyler, TX 75702
mikejones@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Allyson E. Parks
Aileen Huang
Admitted pro hac vice
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
aparks@gibsondunn.com
ahuang@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Ryan Iwahashi
Admitted pro hac vice
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

*Attorneys for Defendant Cisco Systems, Inc*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 30, 2022, a true and correct copy of the above and foregoing instrument was served via ECF to all counsel of record.

                                      /s/  *Danielle Nicholson*
                                      Danielle Nicholson
                                      Counsel for Plaintiff