# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br><br><br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

| Current Date | New Date | Description |
|---|---|---|
| 12/14/2022 | 12/23/2022 | Deadline for Rebuttal Expert Reports. |
| 1/20/2023 | No Change | Close of Expert Discovery. |
| 01/20/2023 | No Change | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 02/10/2023 | No Change | Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

| Current Date | New Date | Description |
|---|---|---|
| 02/17/2023 | No Change | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery, and deposition designations). |
| 03/03/2023 | No Change | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 03/10/2023 | No Change | Serve objections to rebuttal disclosures and file motions in limine. |
| 03/17/2023 | No Change | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |
| 03/24/2023 | No Change | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 3 business days before Final Pretrial Conference | No Change | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| 04/04/2023 | No Change | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |

| Current Date | New Date | Description |
|---|---|---|
| 04/24/2023 | No Change | Jury Selection/Trial. The Court expects to set these dates at the conclusion of the *Markman* Hearing. |

SIGNED this _____ day of _____, 2022

                                            _____
                                            ALAN D. ALBRIGHT
                                            UNITED STATES DISTRICT JUDGE