**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 6:21-CV-128<br><br>**JURY TRIAL DEMANDED** |

**STIPULATED DISMISSAL OF CERTAIN CLAIMS OF
U.S. PATENT NOS. 7,443,859 AND 9,357,014**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Cisco Systems, Inc. jointly stipulate to the dismissal of the following claims of U.S. Patent Nos. 7,443,859 and 9,357,014 with prejudice:

- **U.S. Patent No. 7,443,859**: Claims 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26
- **U.S. Patent No. 9,357,014**: Claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, and 19

Each side will bear its own fees and costs as to the dismissed claims identified above.

Dated: December 28, 2022

Respectfully Submitted,

| | |
|---|---|
| /s/ *Shawn Blackburn*<br>Max L. Tribble, Jr.<br>Bar No. 2021395<br>Shawn Blackburn<br>Bar No. 24089989 *(pro hac vice)*<br>Bryce Barcelo<br>Bar No. 24092081*(pro hac vice)*<br>sblackburn@susmangodfrey.com | /s/ *Michael E. Jones with permission*<br>Michael E. Jones<br>SBN: 10929400<br>POTTER MINTON<br>110 North College, Suite 500<br>Tyler, TX 75702<br>mikejones@potterminton.com<br>Telephone: (903) 597-8311 |

mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan
Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Danielle M. Nicholson
Bar No. 325392 *(pro hac vice)*
dnicholson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880

*Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Facsimile: (903) 593-0846

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Admitted *pro hac vice*
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Ryan Iwahashi
Admitted *pro hac vice*
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5367

*Counsel for Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 28, 2022, a true and correct copy of the above and foregoing instrument was served via ECF to the following counsel of record.

| | |
|---|---|
| Brian Rosenthal<br>Katherine Dominguez<br>Allen Kathir<br>brosenthal@gibsondunn.com<br>kdominguez@gibsondunn.com<br>akathir@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166 | Ryan Iwahashi<br>riwahashi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |

Michael E. Jones
mikejones@potterminton.com
POTTER MINTON
110 North College, Suite 500
Tyler, TX 75702

/s/ *Danielle Nicholson*
Danielle Nicholson
Counsel for Plaintiff