# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

| Current Date | New Date | Description |
|---|---|---|
| N/A | 3/17/2023 | Deadline for Brazos to Submit Rebuttal Expert Report to Dr. Almeroth's January 9, 2023 Supplemental Expert Report[1] |
| N/A | 4/14/2023 | Deadline for Cisco to Depose Brazos's Expert Regarding the March 17, 2023 Rebuttal Expert Report |

---

[1] The parties agree that fact discovery is closed and will not be reopened. The parties further agree that other than Brazos's rebuttal to Dr. Almeroth's January 9, 2023 Supplemental Expert Report (and any associated expert production), no further supplements to experts' reports or related expert productions will be served.

| Current Date | New Date | Description |
|---|---|---|
| 02/10/2023 | 5/19/2023 | Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 02/17/2023 | 8/21/2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery, and deposition designations). |
| 03/03/2023 | 9/11/2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 03/10/2023 | 9/18/2023 | Serve objections to rebuttal disclosures and file motions in limine. |
| 03/17/2023 | 9/25/2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |

| Current Date | New Date | Description |
|---|---|---|
| 03/24/2023 | 10/2/2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 3 business days before Final Pretrial Conference | No Change | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| 04/04/2023 | 10/16/2023 | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| 04/24/2023 | 11/6/2023 | Jury Selection/Trial. The Court expects to set these dates at the conclusion of the *Markman* Hearing. |

**SIGNED** this 17th day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE