IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 6:21-CV-00128-ADA<br><br><br><br>JURY TRIAL DEMANDED |

### JOINT NOTICE OF AMENDMENT TO SCHEDULING ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Cisco Systems, Inc. jointly file this notice regarding the Amended Scheduling Order entered by the Court on March 17, 2023 (Dkt. 154). The parties have agreed to modify certain pretrial disclosure deadlines while maintaining all other filing deadlines currently set by the Court. An amended scheduling order reflecting these minor modifications is attached as Exhibit 1.

| | |
|---|---|
| Dated: August 18, 2023 | Respectfully submitted, |
| | |
| /s/ Max L. Tribble, Jr. | /s/ Brian Rosenthal with permission |
| Max L. Tribble, Jr. | Michael E. Jones |
| Bar No. 2021395 | SBN: 10929400 |
| Shawn Blackburn | Shaun W. Hassett |
| Bar No. 24089989 *(pro hac vice)* | SBN: 24074372 |
| Bryce Barcelo | **POTTER MINTON** |
| Bar No. 24092081*(pro hac vice)* | 102 North College, Suite 900 |
| sblackburn@susmangodfrey.com | Tyler, TX 75702 |
| mtribble@susmangodfrey.com | Telephone: (903) 597-8311 |
| bbarcelo@susmangodfrey.com | Facsimile: (903) 593-0846 |
| **SUSMAN GODFREY LLP** | mikejones@potterminton.com |
| 1000 Louisiana St, Suite 5100 | shaunhassett@potterminton.com |
| Houston, TX 77002-5096 | |
| Tel: (713) 651-9366 | Brian A. Rosenthal |
| | brosenthal@gibsondunn.com |
| Kalpana Srinivasan | Kate Dominguez |
| Bar No. 237460 *(pro hac vice)* | kdominguez@gibsondunn.com |
| ksrinivasan@susmangodfrey.com | Allen Kathir |
| **SUSMAN GODFREY LLP** | akathir@gibsondunn.com |
| 1900 Avenue Of The Stars, Suite 1400 | Allyson Parks |
| Los Angeles, CA 90067-6029 | aparks@gibsondunn.com |
| Tel: (310) 789-3100 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 200 Park Avenue |
| Danielle M. Nicholson | New York, NY 10166-0193 |
| Bar No. 325392 *(pro hac vice)* | Telephone: 212.351.4000 |
| dnicholson@susmangodfrey.com | Facsimile: 212.351.4035 |
| **SUSMAN GODFREY LLP** | |
| 1201 Third Avenue, Suite 3800 | Emily M. Whitcher |
| Seattle, WA 98101 | ewhitcher@gibsondunn.com |
| Tel: (206) 516-3880 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 3161 Michelson Drive, Suite 1200 |
| Mark D. Siegmund | Irvine, CA 92612-4412 |
| State Bar No. 24117055 | Telephone: 949.451.3800 |
| **STECKLER WAYNE CHERRY & LOVE, PLLC** | *Attorneys for Defendant Cisco Systems, Inc* |
| 8416 Old McGregor Road | |
| Waco, Texas   76712 | |
| Telephone:  (254) 651-3690 | |
| Facsimile:   (254) 651-3689 | |
| mark@swclaw.com | |
| | |
| Joseph M. Abraham | |
| Bar No. 24088879 | |

Timothy Dewberry
Bar No. 24090074
joseph.abraham@foliolaw.com
timothy.dewberry@foliolaw.com
**FOLIO LAW GROUP PLLC**
13492 Research BLVD, Ste. 120, No. 177
Austin, TX 78750
Telephone: (737) 234-0201

*Attorneys for WSOU Investments, LLC*
*d/b/a Brazos Licensing and Development*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2023, a true and correct copy of the above and foregoing instrument was served via ECF on all counsel of record.

/s/ *Danielle Nicholson*
Danielle Nicholson
Counsel for Plaintiff
