# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE TRIAL

Before the Court is the Unopposed Motion to Continue Trial. Having considered the motion, the Court is of the opinion that the motion should be **GRANTED.** The trial date, currently scheduled for November 6, 2023, is continued to _____, 2024.

IT IS SO ORDERED this ___ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE