# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>        Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Unopposed Motion to Continue Trial. Having considered the motion, the Court is of the opinion that the motion should be **GRANTED.** The trial date, currently scheduled for November 6, 2023, is continued to April 1, 2024.

IT IS SO ORDERED this 30th day of August, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE