# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00128-ADA <br><br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO ENTER SIXTH AMENDED SCHEDULING ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Cisco Systems, Inc. ("Cisco") hereby jointly file this Proposed Amended Scheduling Order, in light of the Court's recent resetting of the date for trial in this action to June 3 (Dkt. 223).

The parties specifically note for the Court's attention that the proposed date for the final pretrial conference is later than this Court's standard practice (May 30, the Thursday before trial opens). This is proposed to accommodate Cisco's counsel's trial schedule in another matter the week prior. Given that all substantive motions before the Court were resolved at the December 14, 2023 hearing, the parties submit that taking up the limited remaining agenda (primarily motions *in limine*) at that date should not unduly disrupt the Court's orderly preparation for trial.

The parties hereby submit their proposed amended scheduling order, attached as Exhibit A.

1

Dated: March 27, 2024

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX Bar No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
　　　　timothy.dewberry@foliolaw.com

Alden K. Lee CA Bar No. 257973
Aaron Weisman WA Bar No. 56724
Alexandra Fellowes CA Bar No. 261929
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. No. Ste. 809
Seattle, WA 98109
Tel: 206-880-1802
Email: alden.lee@foliolaw.com
　　　　aaron.weisman@foliolaw.com
　　　　alexandra.fellowes@foliolaw.com

Mark D. Seigmund, TX Bar No. 24117055
Gregory P. Love TX Bar No. 24013060
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
400 Austin Ave 9th Floor
Waco, TS 76701
Tel: (254) 732-2242
Email: mseigmund@cjsjlaw.com
　　　　greg@swclaw.com

*Attorneys for WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Respectfully submitted,

*/s/ Brian Rosenthal*
Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
**POTTER MINTON**
110 North College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
shaunhasset@potterminton.com

Brian Rosenthal
Katherine Dominguez
Allen Kathir
Allyson Parks
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
akathir@gibsondunn.com
aparks@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Emily M. Whitcher
ewhitcher@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendant Cisco Systems, Inc*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 27, 2024, a true and correct copy of the above and foregoing instrument was served via ECF to all counsel of record.

/s/ *Joseph M. Abraham*
Joseph M. Abraham
Counsel for Plaintiff
