IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-cv-00128-ADA<br><br><br>JURY TRIAL DEMANDED |

## SIXTH AMENDED SCHEDULING ORDER

| Suspended Date | New Date | Description |
|---|---|---|
| 08/25/2023 | 03/29/2024 | Parties exchange exhibit lists and stamped exhibits. |
| 09/01/2023 | 04/04/2024 | Parties exchange lists of proposed motions in limine. This is without prejudice to ultimately filing other MILs on April 24. |
| 09/06/2023 | 04/10/2024 | Parties meet and confer regarding motions in limine. |
|  | 04/12/2024 | Parties to contact the Court to confirm the dates of the trial and pre-trial conference. |
| 09/11/2023 | 04/15/2024 | Parties exchange objections and rebuttal disclosures to the exhibit lists and witness lists.<br><br>Defendant provides redline edits to the sections and attachments to the joint pretrial order previously provided by Plaintiff (appearance of counsel, joint statement of the case, contentions of the parties, stipulated facts, disputed issues of fact, disputed issues of law, stipulations regarding trial procedures, estimated length of trial, jury instructions*, juror questionnaire, voir dire form, and verdict form).<br><br>*For the jury instructions, Defendant will notate the authority for their redline edits.<br><br>Parties exchange initial deposition designations and discovery designations.<br><br>Parties exchange an identification of topics on which they plan to file memoranda of disputed issues of law/trial briefs (but will not exchange the memoranda/briefs themselves). |

| Suspended Date | New Date | Description |
|---|---|---|
| 09/18/2023 | 04/24/2024 | Parties exchange objections to rebuttal disclosures to the exhibit lists and witness lists.<br><br>Plaintiff provides redline edits to the sections and attachments to the joint pretrial order previously edited by Defendant (appearance of counsel, joint statement of the case, contentions of the parties, stipulated facts, disputed issues of fact, disputed issues of law, stipulations regarding trial procedures, estimated length of trial, jury instructions*, juror questionnaire, voir dire form, and verdict form).<br><br>*For the jury instructions, Plaintiff will notate the authority for its redline edits.<br><br>Parties file their motions in limine. |
| 09/19/2023-09/25/2023 | 04/24/2024-05/06/2024 | Parties work together and meet and confer as necessary to arrive a complete joint pretrial order. |
| 09/25/2023 | 05/06/2024 | Parties file the joint pretrial order (including all attachments), their optional memoranda of disputed issues of law/trial briefs (limited to topics that either party identified on April 15), and their oppositions to motions in limine.<br><br>Parties exchange objections and counter designations to initial deposition and discovery designations. |
| 09/29/23 | 05/10/2024 | Parties exchange objections to counter deposition and discovery designations. |
| 10/05/23 | 05/13/2024 | File with the Court all objections not resolved by the meet and confer. |
| 3 business days before Final Pretrial Conference | 05/17/2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| 10/16/2023 | 05/21/2024 | Final Pretrial Conference. The Court expects to set this date at the conclusion of the Markman Hearing. |
| 11/06/2023 | 06/03/2024 | Jury Selection/Trial. The Court expects to set these dates at the conclusion of the Markman Hearing. |

**SIGNED** this 28th day of March, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE