# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00128-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER SETTING ZOOM PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for PRETRIAL CONFERENCE by Zoom on May 21, 2024  at  02:30 PM.

IT IS SO ORDERED this 28th day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE