IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) ) | Case No. 6:21-cv-00128-ADA **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | ) ) | |
| *Defendant.* | ) ) | |

**JOINT NOTICE OF AGREED EXTENSION OF TIME**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Brazos Licensing & Development and Defendant Cisco Systems, Inc. file this Joint Notice for Agreed Extension of Time. The parties jointly agree to extend their respective Deadlines to file Opening Motions *in limine* from April 24, 2024 to April 29, 2024. The parties also jointly agree to extend their Deadline to file Oppositions to Motions *in limine* from May 6, 2024, to May 8, 2024.

This extension is not expected to change the date for any hearing, any final submission to the Court related to a hearing (i.e., the parties do not seek to adjourn the May 17, 2024, Deadline to Identify Remaining Objections to Pretrial Disclosures and Disputes on Motions *in limine*), or the trial.

1

Dated: April 17, 2024

Respectfully submitted,

/s/ Joseph M. Abraham
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
timothy.dewberry@foliolaw.com

Mark D. Siegmund
State Bar No. 24117055
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: 254-732-2242
Email: msiegmund@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC
d/b/a Brazos Licensing & Development*

/s/ Brian A. Rosenthal
Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
**POTTER MINTON**
102 North College, Suite 900
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 59-0846
Email: mikejones@potterminton.com
        shaunhassett@potterminton.com

Brian A. Rosenthal
Kate Dominguez
Allen Kathir
Allyson Parks
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4035
Fax: (212) 351-4035
Email: brosenthal@gibsondunn.com
        kdominguez@gibsondunn.com
        akthir@gibsondunn.com
        aparks@gibsondunn.com

Emily M. Whitcher
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220
Email: ewhitcher@gibsondunn.com

*Attorneys for Defendant
Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th of April 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system and served via email to all counsel of record.

*/s/  Joseph M. Abraham*
Joseph M. Abraham
