IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, <br><br> *Plaintiff*, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> *Defendant*. | Case No. 6:21-cv-00128-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT NOTICE OF AGREED EXTENSION OF TIME**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Brazos Licensing & Development and Defendant Cisco Systems, Inc. file this Joint Notice for Agreed Extension of Time. The parties jointly agree to extend their respective Deadlines to file with the Court all Objections not resolved by the meet and confer from May 13, 2024, to May 17, 2024.

This extension is not expected to change the date for any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

| | |
|---|---|
| Dated: May 13, 2024 | Respectfully submitted, |
| /s/ Joseph M. Abraham | /s/ Brian A. Rosenthal |
| Joseph M. Abraham, TX SB No. 24088879<br>Timothy Dewberry, TX Bar No. 24090074<br>**FOLIO LAW GROUP PLLC**<br>13492 Research Blvd., Suite 120, No. 177<br>Austin, TX 78750<br>Tel: 737-234-0201<br>Email: joseph.abraham@foliolaw.com<br>timothy.dewberry@foliolaw.com | Michael E. Jones<br>SBN: 10929400<br>Shaun W. Hassett<br>SBN: 24074372<br>**POTTER MINTON**<br>102 North College, Suite 900<br>Tyler, TX 75702<br>Tel: (903) 597-8311<br>Fax: (903) 59-0846<br>Email: mikejones@potterminton.com<br>       shaunhassett@potterminton.com |
| Mark D. Siegmund<br>State Bar No. 24117055<br>**Cherry Johnson Siegmund James**<br>400 Austin Ave., Ste. 9th Floor<br>Waco, TX 76701<br>Tel: 254-732-2242<br>Email: msiegmund@cjsjlaw.com | Brian A. Rosenthal<br>Kate Dominguez<br>Allen Kathir<br>Allyson Parks<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-4035<br>Fax: (212) 351-4035<br>Email: brosenthal@gibsondunn.com<br>       kdominguez@gibsondunn.com<br>       akthir@gibsondunn.com<br>       aparks@gibsondunn.com |
| *Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development* | Emily M. Whitcher<br>**GIBSON, DUNN & CRUTCHER LLP**<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>Tel: (949) 451-3800<br>Fax: (949) 451-4220<br>Email: ewhitcher@gibsondunn.com<br><br>*Attorneys for Defendant Cisco Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served via email to all counsel of record.

*/s/ Joseph M. Abraham*
Joseph M. Abraham
