# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00128-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

### ORDER SETTING FINAL PRETRIAL CONFERENCE [ZOOM]

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for FINAL PRETRIAL CONFERENCE by Zoom on January 09, 2025 at 03:00 PM.

IT IS SO ORDERED this 19th day of November, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE