UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. W-21-CV-00128-ADA |
| CISCO SYSTEMS, INC., | § § § | |
| Defendant. | § § § | |

## ORDER REGARDING MOTIONS *IN LIMINE*

On January 9, 2025, the Court held a pretrial conference in the above captioned matter.

The Court hereby memorializes its rulings on the parties' motions *in limine* in the table below:

| Motion | Court's Ruling |
|---|---|
| WSOU MIL #1: The Court should limit the trial testimony of Thomas Kennedy and Amit Shivhare to matters within their personal knowledge. This is true regardless of whether they testify as fact witnesses or employee-expert witnesses. (ECF No. 240) | **DENIED**—to be addressed on ad hoc basis at trial |
| WSOU MIL#2: To preclude evidence, testimony, or argument regarding the presence or absence at trial of any of the inventors of the asserted patent or Brazos's corporate witnesses. (ECF No. 240) | **DENIED** |
| WSOU MIL #3: Mr. Kennedy's testimony regarding his video-call walkthrough of ASR 5000 source code should be excluded for failing to meet the requirements of the best evidence rule. (ECF No. 240) | **DENIED**—to be addressed on ad hoc basis at trial |
| Cisco MIL #1: No argument, evidence, or suggestion that Cisco produced prior art StarOS source code late, that the source code appeared out of thin air, or that Cisco or its attorneys fabricated or falsified the source code for purposes of this litigation. (ECF No. 239) | **GRANTED** |
| Cisco MIL #2: No reference to party's or party's counsel's prior work with experts in other cases. (ECF No. 239) | **DENIED** |
| Cisco MIL #3: No reference to the presumption of validity and the clear and convincing evidence standard that is beyond what is stated in the jury instructions. (ECF No. 239) | **DENIED** |

**SIGNED** this 3rd day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE