# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CISCO SYSTEMS, INC., § <br> § <br> Defendant. § | CIVIL NO. W-21-CV-00128-ADA |

## OMNIBUS ORDER REGARDING PRETRIAL MOTIONS

On January 9, 2025, the Court held a pretrial conference in the above captioned matter. After considering the parties' briefing and arguments of counsel presented at the pretrial conference and hearing, the Court hereby memorializes its ruling on the parties' motions and issues in the table below:

| Motion / Issue | Court's Ruling |
|---|---|
| Availability of Cisco's witness, Mr. Kennedy, for trial | Mr. Kennedy may testify remotely during trial. He may not testify out of turn. |
| Cisco's objection to the inclusion of Mr. Teitelbaum on WSOU's witness list | **DENIED**—to be addressed on ad hoc basis at trial |
| Cisco's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 75) | **DENIED** |

**SIGNED** this 3rd day of February, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE