UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC § 
 § CIVIL NO:
vs. § WA:21-CV-00128-ADA
 §
CISCO SYSTEMS, INC. §

# LIST OF WITNESSES

| FOR PLAINTIFF | | FOR DEFENDANT | |
|---|---|---|---|
| 1. | Sheyanna Pietras | 1. | Tom Kennedy |
| 2. | Ozer Teitelbaum | 2. | Kevin Almeroth |
| 3. | Robert Mann via video deposition | 3. | |
| 4. | Amit Shivhare via video deposition | 4. | |
| 5. | Avi Rubin | 5. | |
| 6. | Justin Blok | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |