**FILED**
February 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jennifer Clark___
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | CASE NO. 6:21-CV-00128-ADA <br><br><br> JURY TRIAL DEMANDED |

### VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Jury Instructions and follow the directions provided through this form. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

In this Verdict Form, "Brazos" or "Plaintiff" refers to WSOU Investments, LLC d/b/a Brazos Licensing & Development. "Cisco" or "Defendant" refers to Defendant Cisco Systems, Inc. "'216 Patent" means U.S. Patent No. 8,989,216. "Asserted Claims" collectively refers to Claims 1, 4, and 11 of the '216 Patent.

**You can deliberate on and answer Questions 1 through 3 in any order as long as the decision is unanimous.**

**Please do not answer Question 4 unless the instructions for the questions have been met**.

## QUESTION 1: LITERAL INFRINGEMENT

Did Brazos prove by a preponderance of the evidence that Cisco literally infringed any of the following Asserted Claims of the '216 Patent?

Please check "Yes" or "No" for each Asserted Claim in the space provided. A "Yes" is a finding for Brazos. A "No" is a finding for Cisco.

Claim 1:    YES_____    NO ✓____

Claim 4:    YES_____    NO ✓____

Claim 11:   YES_____    NO ✓____

**Please proceed to Question 2.**

3

**QUESTION 2: PRIOR COMMERCIAL USE**

Did Cisco prove by clear and convincing evidence that the Diameter dictionary features accused of infringing the Asserted Claims of the '216 Patent were commercially used in the United States before March 30, 2011?

Please check "Yes" or "No" for each Asserted Claim in the space provided. A "Yes" is a finding for Cisco. A "No" is a finding for Brazos.

Claim 1:  YES __✓__  NO_____

Claim 4:  YES __✓__  NO_____

Claim 11: YES __✓__  NO_____

**Please proceed to Question 3.**

**QUESTION 3: INVALIDITY**

Did Cisco prove by clear and convincing evidence that any of the following claims of the '216 Patent are invalid as anticipated?

Please check "Yes" or "No" for each Asserted Claim in the space provided. A "Yes" is a finding for Cisco. A "No" is a finding for Brazos.

Claim 1:     YES __✓__     NO_____

Claim 4:     YES __✓__     NO_____

Claim 11:    YES __✓__     NO_____

**Please proceed to the next page.**

**If you have reached this point in the verdict form, you should have answered Questions 1 through 3. If you have not answered Questions 1 through 3, please go back and answer them before proceeding.**

**Answer Question 4 ONLY if you found at least one claim to be infringed, not subject to prior commercial use, and not invalid. This means you answered "Yes" in Question 1, "No" in Question 2, and "No" in Question 3 for at least one claim.**

**If you have answered "No" regarding all claims in Question 1, "Yes" regarding all claims in Question 2, or "Yes" regarding all claims in Question 3, please proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and then deliver it to the Court Security Officer. You should not pay attention to any other instructions between this point and the signature page found at the end of this verdict form.**

## QUESTION 4a: DAMAGES

What amount of damages do you find Brazos has proven by a preponderance of the evidence?

Amount: $ _____

## QUESTION 4b: DAMAGES

Is the amount you found in Question 4a meant to compensate only for infringement through the date of trial, or include all future infringing sales through the expiration of the '216 Patent? **(Please check only one.)**

___ Through the date of trial

**OR**

___ Through expiration of the '216 Patent

**Please proceed to the Final Page of the Jury Verdict.**

7

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back to the court room.

I certify that the jury unanimously concurs in every element of the above verdict.

Signed this 12th day of February, 2025.   ████████████

_____
Jury Foreperson